PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (76342)
bruce.ericson@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415.983.1000
Facsimile:   415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
ARI M. BERMAN
(Pro hac vice application submitted)
ari.berman@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone:  212.858.1000
Facsimile:   212.858.1500

Attorneys for Defendants
Andrew Rickman, Mahesh Karanth
and Chad Becker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, CHAD BECKER, SC HEALTH HOLDINGS LIMITED, SC HEALTH GROUP LIMITED, and SIN CAPITAL GROUP PTE. LTD., <br><br> Defendants. | Case No. 2:23-cv-09501-SVW-MAA <br><br> CLASS ACTION <br><br> [AMENDED] <br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS RICKMAN, BECKER AND KARANTH TO DISMISS COMPLAINT** <br><br> Date:          February 12, 2024 <br> Time:          1:30 p.m. <br> Courtroom: 10A, 350 West First St. <br><br> Submitted herewith: <br> 1.  Motion and Supporting Memorandum <br> 2.  Proposed Order |

Defendants Andrew Rickman, Mahesh Karanth, and Chad Becker ("Rickman," "Karanth," "Becker" and, collectively, the "Rockley Defendants") hereby request this Court to take judicial notice of the following documents attached hereto and referenced as Exhibits 1 through 23.  This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.  This request is made in connection with the Rockley Defendants' motion (filed herewith) to dismiss Plaintiff's Class Action Complaint filed November 9, 2023 (ECF No. 1) (the "Complaint").

**BASIS FOR REQUESTING JUDICIAL NOTICE**

**A.    Exhibits 1, 3, 4, 6, 10, 11, 12, 13, 15, 16— Documents Identified in the Complaint**

On a motion to dismiss, a court may "consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).  The incorporation by reference doctrine allows the Court to consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (internal quotation marks and citations omitted) (alteration in original); *see In re Stac Elecs. Sec. Litig.,* 89 F.3d 1399, 1405 n.4 (9th Cir. 1996).  Here, the Complaint specifically refers to or quotes portions of Exhibits 1 (Compl. ¶ 39), 3 (Compl. ¶¶ 47-54), 4 (Compl. ¶ 24), 6 (Compl. ¶¶ 56-59), 10 (Compl. ¶ 62), 11 (Compl. ¶ 66), 12 (Compl. ¶¶ 66-68, 70), 13 (Compl. ¶ 78), 15 (Compl. ¶¶ 80, 85), and 16 (Compl. ¶¶ 81-83, 86-88).

**B.    Exhibits 3, 4, 6-10, 12-15, 17, 18, 22— SEC Filings**

The Rockley Defendants also seek judicial notice of SEC filings pertaining to the securities at issue in this case.  In securities actions, courts commonly take judicial notice of the defendant's SEC filings.  "Public records, such as SEC filings, are

properly the subject of judicial notice, and routinely considered in deciding a motion to dismiss in a securities case." *In re Extreme Networks, Inc. S'holder Derivative Litig.,* 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (collecting cases); *see also Metzler Inv. GMBH v. Corinthian Colls., Inc.,* 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (approving of court's review of SEC filings on motion to dismiss); *Dreiling v. Am. Exp. Co.,* 458 F.3d 942, 946 n.2 (9th Cir. 2006) (holding that district courts may consider "any matter subject to judicial notice, such as SEC filings"); *In re New Century,* 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) ("It is well-established that courts may take judicial notice of SEC filings"); *Perretta v. Prometheus Dev. Co., Inc.*, No. C 05-02987 WHA, 2005 WL 3445627, at *2 (N.D. Cal. Dec. 15, 2005) (taking judicial notice of documents filed with the SEC).

**C.    Exhibits 19-21, 23 – Filings in Bankruptcy Proceeding**

The Rockley Defendants also seek judicial notice of docket items from the bankruptcy proceedings in *In re Rockley Photonics Holdings Limited,* Case No. 23-10081 (LGB) (Bankr. S.D.N.Y.).  Filings in bankruptcy proceedings are proper subjects of judicial notice.  *See Fid. Nat'l Title Co. v. U.S. Small Bus. Admin.*, No. 2:13-cv-02030-KJM-AC, 2015 WL 7077407, at *3 (E.D. Cal. Nov. 13, 2015); *Deschaine v. IndyMac Mortg. Servs.*, No. CIV 2:13-1991 WBS, 2013 WL 6054456, at *2 (E.D. Cal. Nov. 15, 2013).  Even at the motion to dismiss phase, a court may take judicial notice of filings in prior judicial proceedings.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006); *see also Nickelsen v. Bank of N.Y. Mellon,* No. 2:14-cv-5827-SVW-JCx, 2014 WL 12611278, at *1 n.2 (C.D. Cal. Oct. 21, 2014) (taking judicial notice of filings in bankruptcy proceedings).

**D.    Exhibits 1, 11 – Publication in Federal Register**

The Rockley Defendants also seek judicial notice of two publications from the Federal Register.  "[T]he contents of the Federal Register shall be judicially noticed . . . ."  44 U.S.C. § 1507; *see U.S. v. Woods*, 335 F.3d 993, 1001 (9th Cir. 2003) (citing 44 U.S.C. § 1507) (taking judicial notice of the Federal Register).

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS COMPLAINT, No. 2:23-cv-09501

**E.      Exhibits 2, 5 – Newspaper Articles**

"[A] court may take judicial notice of publicly available newspaper and magazine articles and web pages that indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Reynolds v. Binance Holdings Ltd.*, 481 F. Supp. 3d 997, 1002 (N.D. Cal. 2020) (quoting *Tarantino v. Gawker Media, LLC*, No. CV 14-603-JFW-FFMx, 2014 WL 2434647, at *1 (C.D. Cal. Apr. 22, 2014)); *see also Bruce v. Chaiken*, No. 2:15-CV-00960-TLN-KJN, 2019 WL 645044, at *1 (E.D. Cal. Feb. 15, 2019) ("While [a court] may take judicial notice of the fact that the internet, Wikipedia, and journal articles are available to the public, it may not take judicial notice of the truth of the matters asserted therein."). Exhibits 2 and 5 are publicly available web pages with news articles. The Rockley Defendants do not ask the Court to assume the truth of these articles' contents, but instead that these articles indicate what was in the public realm at the time.

Thus, all of the documents identified below are properly before this Court.

| Ex. | Date Filed | Description | Pagin-ation |
|---|---|---|---|
| 1 | 5/21/19 | U.S. Department of Commerce Bureau of Industry and Security, Addition of Entities to the Entity List, 84 Fed. Reg. 22961 (May 21, 2019) | 7-15 |
| 2 | 6/3/19 | CNBC News article titled "China's Huawei to sell undersea cable business, exchange filing shows," available at https://www.cnbc.com/2019/06/03/chinas-huawei-to-sell-undersea-cable-business-exchange-filing.html (last accessed Dec. 22, 2023) | 16-26 |
| 3 | 3/19/21 | Form 425 (Presentation Slides and Call Transcript) filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312521086834/d95314d425.htm | 27-85 |
| 4 | 4/2/21 | Form S-4 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312521105235/d144950ds4.htm | 86-851 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS COMPLAINT, No. 2:23-cv-09501

| Ex. | Date Filed | Description | Pagin-ation |
|-----|-----------|-------------|-------------|
| 5 | 6/17/21 | Reuters article titled "Pacific undersea cable project sinks after U.S. warns against Chinese bid," available at https://www.reuters.com/world/asia-pacific/exclusive-pacific-undersea-cable-project-sinks-after-us-warns-against-chinese-2021-06-18 (last accessed Dec. 22, 2023) | 852-864 |
| 6 | 7/22/21 | Form 424B3 (Proxy (S-4)) filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312521221928/d144950d424b3.htm | 865-1697 |
| 7 | 8/16/21 | Form 10-Q filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312521247792/d146902d10q.htm | 1698-1781 |
| 8 | 9/9/21 | Form S-1 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000119312521268394/d213814ds1.htm | 1782-2059 |
| 9 | 9/22/21 | Form 424B3 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312521279528/d225833d424b3.htm | 2060-2331 |
| 10 | 11/15/21 | Form 10-Q filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211721000061/rkly-20210930.htm | 2332-2472 |
| 11 | 12/17/21 | U.S. Department of Commerce Bureau of Industry and Security, Addition of Entities to the Entity List, 86 Fed. Reg. 71557 (Dec. 17, 2021) | 2473-2485 |
| 12 | 12/21/21 | Form 8-K & Ex. 99-1 (Press Release) filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211721000085/rkly-20211221.htm | 2486-2496 |
| 13 | 5/12/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211722000157/rkly-20220512.htm | 2497-2512 |
| 14 | 6/13/22 | Form 8-K filed by Rockley Photonics Holdings Limited, available at https://www.sec.gov/Archives/edgar/data/1852117/000185211722000215/rkly-20220613.htm | 2513-2517 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS COMPLAINT, No. 2:23-cv-09501

| Ex. | Date Filed | Description | Pagin-ation |
|---|---|---|---|
| 15 | 8/11/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211721000020/rkly-20210816.htm | 2518-2535 |
| 16 | 8/11/22 | 2Q 2022 Rockley Photonics Holdings Ltd Earnings Call Transcript | 2536-2546 |
| 17 | 10/20/22 | Form 8-K filed by Rockley Photonics Holdings Limited, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211722000390/rkly-20221020.htm | 2547-2551 |
| 18 | 12/12/22 | Form 8-K filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211722000444/rkly-20221212.htm | 2552-2557 |
| 19 | 2/27/23 | *In re Rockley Photonics Holdings Limited,* Case No. 23-10081 (LGB), Dkt 83. Declaration of Ken Grossman in Support of the Objecting Shareholders' Objection to Confirmation of Joint Chapter 11 Plan of Reorganization of Rockley Photonics Holdings Limited. | 2558-2565 |
| 20 | 3/3/23 | *In re Rockley Photonics Holdings Limited,* Case No. 23-10081 (LGB), Dkt. 100. Objection to Confirmation of Plan filed on behalf of Bernd Buehner, Ken Grossman, Olivier Mettraux, Steeve Montandon-Varoda, Glen Schneider, Michael Tierney, Patrick Vollenweider. | 2566-2941 |
| 21 | 3/10/23 | *In re Rockley Photonics Holdings Limited,* Case No. 23-10081 (LGB), Dkt. 137. Findings of Fact, Conclusions of Law, and Order Signed on 3/10/23 Re: (I) Approving The Adequacy Of Debtors Disclosure Statement, And (II) Confirming The Revised Second Amended Prepackaged Chapter 11 Plan Of Reorganization Of Rockley Photonics Holdings Limited. | 2942-3082 |
| 22 | 3/10/23 | Form 8-K filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312523095208/d482083d8k.htm | 3083-3087 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO
DISMISS COMPLAINT, No. 2:23-cv-09501

| Ex. | Date Filed | Description | Pagin-ation |
|-----|-----------|-------------|-------------|
| 23 | 3/14/23 | *In re Rockley Photonics Holdings Limited,* Case No. 23-10081 (LGB), Dkt 142. Statement (Notice of (A) Entry of Order (I) Approving the Adequacy of Debtor's Disclosure Statement and (II) Confirming the Revised Second Amended Prepackaged Chapter 11 Plan of Reorganization of Rockley Photonics Holdings Limited and (B) Occurrence of Plan Effective Date). | 3088-3092 |

Dated:  December 22, 2023.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
ARI BERMAN
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:  415.983.1000
Facsimile:  415.983.1200


By _____ */s/ Bruce A. Ericson* _____
                    Bruce A. Ericson

Attorneys for Defendants Andrew Rickman, Mahesh Karanth and Chad Becker

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS COMPLAINT, No. 2:23-cv-09501