# EXHIBIT 1

Exhibit 1
Page 7

122°48′28″ W; to lat. 46°56′44″ N, long. 122°47′08″ W; to lat. 46°55′28″ N, long. 122°47′10″ W; to lat. 46°54′42″ N, long. 122°47′45″ W; to lat. 46°55′28″ N, long. 122°49′51″ W; thence counter-clockwise along the 4-mile radius of the airport to the point of beginning.

*Paragraph 6005   Class E Airspace Areas Extending Upward From 700 Feet or More Above the Surface of the Earth.*

\*    \*    \*    \*    \*

**ANM WA E5   Olympia, WA [New]**

Olympia Regional Airport, WA
   (Lat. 46°58′10″ N, long. 122°54′09″ W)

That airspace extending upward from 700 feet above the surface within a 6.8-mile radius of Olympia Regional Airport from the airport 211° bearing clockwise to the airport 088° bearing, and within an 8.2-mile radius of the airport from the airport 088° bearing clockwise to the airport 122° bearing, and within a 12.4-mile radius of the airport from the airport 122° bearing clockwise to the airport 211° bearing, and within 1 mile each side of the 011° bearing from the airport extending to 11.6 miles north of the airport.

Issued in Seattle, Washington, on May 8, 2019.

**Shawn M. Kozica,**

*Group Manager, Operations Support Group, Western Service Center.*

[FR Doc. 2019–10554 Filed 5–20–19; 8:45 am]

**BILLING CODE 4910–13–P**

---

**DEPARTMENT OF COMMERCE**

**Bureau of Industry and Security**

**15 CFR Part 744**

[Docket No. 190513445–9445–01]

RIN 0694–AH86

**Addition of Entities to the Entity List**

**AGENCY:** Bureau of Industry and Security, Commerce.

**ACTION:** Final rule.

---

**SUMMARY:** In this rule, the Bureau of Industry and Security (BIS) amends the Export Administration Regulations (EAR) by adding Huawei Technologies Co., Ltd. (Huawei) to the Entity List. The U.S. Government has determined that there is reasonable cause to believe that Huawei has been involved in activities contrary to the national security or foreign policy interests of the United States. BIS is also adding non-U.S. affiliates of Huawei to the Entity List because those affiliates pose a significant risk of involvement in activities contrary to the national security or foreign policy interests of the United States. Huawei will be listed on the Entity List under the destination of China. This final rule also adds to the

Entity List sixty-eight non-U.S. affiliates of Huawei located in twenty-six destinations: Belgium, Bolivia, Brazil, Burma, Canada, Chile, China, Egypt, Germany, Hong Kong, Jamaica, Japan, Jordan, Lebanon, Madagascar, Netherlands, Oman, Pakistan, Paraguay, Qatar, Singapore, Sri Lanka, Switzerland, Taiwan, United Kingdom, and Vietnam.

**DATES:** *Effective Date:* This rule is effective May 16, 2019.

**FOR FURTHER INFORMATION CONTACT:** Director, Office of Exporter Services, Bureau of Industry and Security, Department of Commerce, Phone: (949) 660–0144 or (408) 998–8806 or email your inquiry to: *ECDOEXS@bis.doc.gov.*

**SUPPLEMENTARY INFORMATION:**

**Background**

The Entity List (Supplement No. 4 to part 744) identifies entities reasonably believed to be involved, or pose a significant risk of being or becoming involved, in activities contrary to the national security or foreign policy interests of the United States. The Export Administration Regulations (EAR) (15 CFR, subchapter C, parts 730–774) imposes additional license requirements on, and limits the availability of most license exceptions for exports, reexports, and transfers (in-country) to, listed entities. The license review policy for each listed entity is identified in the ''License review policy'' column on the Entity List, and the impact on the availability of license exceptions is described in the relevant **Federal Register** notice adding entities to the Entity List. BIS places entities on the Entity List pursuant to part 744 (Control Policy: End-User and End-Use Based) and part 746 (Embargoes and Other Special Controls) of the EAR.

The End-User Review Committee (ERC), composed of representatives of the Departments of Commerce (Chair), State, Defense, Energy and, where appropriate, the Treasury, makes all decisions regarding additions to, removals from, or other modifications to the Entity List. The ERC makes all decisions to add an entry to the Entity List by majority vote and all decisions to remove or modify an entry by unanimous vote.

**ERC Entity List Decision**

*Additions to the Entity List*

Under § 744.11(b) (Criteria for revising the Entity List) of the EAR, persons for whom there is reasonable cause to believe, based on specific and articulable facts, that the person has been involved, is involved, or poses a significant risk of being or becoming

involved in activities that are contrary to the national security or foreign policy interests of the United States and those acting on behalf of such persons may be added to the Entity List.

Pursuant to § 744.11(b) of the EAR, the ERC has determined that there is reasonable cause to believe that Huawei Technologies Co., Ltd. (Huawei) has been involved in activities determined to be contrary to the national security or foreign policy interests of the United States. To illustrate, Huawei has been indicted in the U.S. District Court for the Eastern District of New York on 13 counts of violating U.S. law (Superseding Indictment), including violations of the International Emergency Economic Powers Act (IEEPA), by knowingly and willfully causing the export, reexport, sale and supply, directly and indirectly, of goods, technology and services (banking and other financial services) from the United States to Iran and the government of Iran without obtaining a license from the Department of Treasury's Office of Foreign Assets Control (OFAC), as required by OFAC's Iranian Transactions and Sanctions Regulations (31 CFR part 560), and conspiracy to violate IEEPA by knowingly and willfully conspiring to cause the export, reexport, sale and supply, directly and indirectly, of goods, technology and services (banking and other financial services) from the United States to Iran and the government of Iran without obtaining a license from OFAC as required by OFAC's Iranian Transactions and Sanctions Regulations (31 CFR part 560). The Superseding Indictment also alleges that Huawei and an Iranian-based affiliate, working with others, knowingly and willfully conspired to impair, impede, obstruct, and defeat, through deceitful and dishonest means, the lawful government operations of OFAC.

Further, Huawei's affiliates present a significant risk of acting on Huawei's behalf to engage in such activities. Because the ERC has determined that there is reasonable cause to believe that the affiliates pose a significant risk of becoming involved in activities contrary to the national security or foreign policy interests of the United States due to their relationship with Huawei, this final rule also adds to the Entity List sixty-eight non-U.S. affiliates of Huawei located in twenty-six destinations: Belgium, Bolivia, Brazil, Burma, Canada, Chile, China, Egypt, Germany, Hong Kong, Jamaica, Japan, Jordan, Lebanon, Madagascar, Netherlands, Oman, Pakistan, Paraguay, Qatar, Singapore, Sri Lanka, Switzerland,

Exhibit 1
Page 8

**22962**    **Federal Register** / Vol. 84, No. 98 / Tuesday, May 21, 2019 / Rules and Regulations

Taiwan, United Kingdom, and Vietnam. Without the imposition of a license requirement as to these affiliated companies, there is reasonable cause to believe that Huawei would seek to use these entities to evade the restrictions imposed by its addition to the Entity List. As set forth in the Superseding Indictment filed in the Eastern District of New York, Huawei participated along with certain affiliates in the alleged criminal violations of U.S. law, including one or more non-U.S. affiliates. The Superseding Indictment also alleges that Huawei and affiliates acting on Huawei's behalf engaged in a series of deceptive and obstructive acts designed to evade U.S. law and to avoid detection by U.S. law enforcement.

In light of the foregoing, Huawei and sixty-eight non-U.S. affiliates of Huawei raise sufficient concern that prior review of exports, reexports, or transfers (in-country) of items subject to the EAR involving these entities, and the possible imposition of license conditions or license denials on shipments to these entities, will enhance BIS's ability to prevent activities contrary to the national security or foreign policy interests of the United States.

For all of the entities added to the Entity List in this final rule, unless authorized by the *Savings Clause* in this final rule, BIS imposes a license requirement for all items subject to the EAR and a license review policy of presumption of denial. Similarly, no license exceptions are available for exports, reexports, or transfers (in-country) to the persons being added to the Entity List in this rule except as allowed in the *Savings Clause* in this final rule.

This final rule adds the following entity to the Entity List:

## China

(1) *Huawei Technologies Co., Ltd. (Huawei),* Bantian Huawei Base, Longgang District, Shenzhen, 518129, China.

This final rule also adds the following sixty-eight non-U.S. affiliates of the entry above to the Entity List:

## Belgium

(1) *Huawei Technologies Research & Development Belgium NV,* Belgium.

## Bolivia

(1) *Huawei Technologies (Bolivia) S.R.L.,* La Paz, Bolivia.

## Brazil

(1) *Huawei do Brasil Telecomunicacões Ltda,* Sao Paulo, Brazil.

## Burma

(1) *Huawei Technologies (Yangon) Co., Ltd.,* Yangon, Burma.

## Canada

(1) *Huawei Technologies Canada Co., Ltd.,* Markham, ON, Canada.

## Chile

(1) *Huawei Chile S.A.,* Santiago, Chile.

## China

(1) *Beijing Huawei Digital Technologies Co., Ltd.,* Beijing, China;
(2) *Chengdu Huawei High-Tech Investment Co., Ltd.,* Chengdu, Sichuan, China;
(3) *Chengdu Huawei Technologies Co., Ltd.,* Chengdu, Sichuan, China;
(4) *Dongguan Huawei Service Co., Ltd.,* Dongguan, Guangdong, China;
(5) *Dongguan Lvyuan Industry Investment Co., Ltd.,* Dongguan, Guangdong, China;
(6) *Gui'an New District Huawei Investment Co., Ltd.,* Guiyang, Guizhou, China;
(7) *Hangzhou Huawei Digital Technology Co., Ltd.,* Hangzhou, Zhejiang, China;
(8) *HiSilicon Optoelectronics Co., Ltd.,* Wuhan, Hubei, China;
(9) *HiSilicon Technologies Co., Ltd (HiSilicon),* Bantian Longgang District, Shenzhen, 518129, China.
(10) *HiSilicon Tech (Suzhou) Co., Ltd.,* Suzhou, Jiangsu, China;
(11) *Huawei Device Co., Ltd.,* Dongguan, Guangdong, China;
(12) *Huawei Device (Dongguan) Co., Ltd.,* Dongguan, Guangdong, China;
(13) *Huawei Device (Shenzhen) Co., Ltd.,* Shenzhen, Guangdong, China;
(14) *Huawei Digital Technologies (Suzhou) Co., Ltd.,* Suzhou, Jiangsu, China;
(15) *Huawei Machine Co., Ltd.,* Dongguan, Guangdong, China;
(16) *Huawei Software Technologies Co., Ltd.,* Nanjing, Jiangsu, China;
(17) *Huawei Technical Service Co., Ltd.,* China;
(18) *Huawei Technologies Service Co., Ltd.,* Langfang, Hebei, China;
(19) *Huawei Training (Dongguan) Co., Ltd.,* Dongguan, Guangdong, China;
(20) *Huayi Internet Information Service Co., Ltd.,* Shenzhen, Guangdong, China;
(21) *North Huawei Communication Technology Co., Ltd.,* Beijing, China;
(22) *Shanghai Haisi Technology Co., Ltd.,* Shanghai, China;
(23) *Shanghai Huawei Technologies Co. Ltd.,* Shanghai, China;
(24) *Shanghai Mossel Trade Co., Ltd.,* Shanghai, China;
(25) *Shenzhen Huawei Technical Services Co., Ltd.,* Shenzhen, Guangdong, China;

(26) *Shenzhen Huawei Terminal Commercial Co., Ltd.,* Shenzhen, Guangdong, China;
(27) *Shenzhen Huawei Training School Co., Ltd.,* Shenzhen, Guangdong, China;
(28) *Shenzhen Huayi Loan Small Loan Co., Ltd.,* Shenzhen, Guangdong, China;
(29) *Shenzhen Legrit Technology Co., Ltd.,* Shenzhen, Guangdong, China;
(30) *Shenzhen Smartcom Business Co., Ltd.,* Shenzhen, Guangdong, China;
(31) *Suzhou Huawei Investment Co., Ltd.,* Suzhou, Jiangsu, China;
(32) *Wuhan Huawei Investment Co., Ltd.,* Wuhan, Hubei, China;
(33) *Xi'an Huawei Technologies Co., Ltd.,* Xi'an, Shaanxi, China;
(34) *Xi'an Ruixin Investment Co., Ltd.,* Xi'an, Shaanxi, China; *and*
(35) *Zhejiang Huawei Communications Technology Co., Ltd.,* Hangzhou, Zhejiang, China.

## Egypt

(1) *Huawei Technology,* Cairo, Egypt.

## Germany

(1) *Huawei Technologies Deutschland GmbH,* Germany.

## Hong Kong

(1) *Huawei Device (Hong Kong) Co., Limited,* Tsim Sha Tsui, Kowloon, Hong Kong;
(2) *Huawei International Co., Limited,* Hong Kong;
(3) *Huawei Tech. Investment Co., Limited,* Hong Kong;
(4) *Huawei Technologies Co. Ltd.,* Tsim Sha Tsui, Kowloon, Hong Kong;
(5) *Hua Ying Management Co. Limited,* Tsim Sha Tsui, Kowloon, Hong Kong; *and*
(6) *Smartcom (Hong Kong) Co., Limited,* Sheung Wan, Hong Kong;

## Jamaica

(1) *Huawei Technologies Jamaica Company Limited,* Kingston, Jamaica.

## Japan

(1) *Huawei Technologies Japan K.K.,* Japan.

## Jordan

(1) *Huawei Technologies Investment Co. Ltd.,* Amman, Jordan.

## Lebanon

(1) *Huawei Technologies Lebanon,* Beirut, Lebanon.

## Madagascar

(1) *Huawei Technologies Madagascar Sarl,* Antananarivo, Madagascar.

## Netherlands

(1) *Huawei Technologies Coöperatief U.A.,* Netherlands.

Exhibit 1
Page 9

**Oman**

(1) *Huawei Tech Investment Oman LLC,* Muscat, Oman.

**Pakistan**

(1) *Huawei Technologies Pakistan (Private) Limited,* Islamabad, Pakistan.

**Paraguay**

(1) *Huawei Technologies Paraguay S.A.,* Asuncion, Paraguay.

**Qatar**

(1) *Huawei Tech Investment Limited,* Doha, Qatar.

**Singapore**

(1) *Huawei International Pte. Ltd.,* Singapore.

**Sri Lanka**

(1) *Huawei Technologies Lanka Company (Private) Limited,* Colombo, Sri Lanka.

**Switzerland**

(1) *Huawei Technologies Switzerland AG,* Liebefeld, Bern, Switzerland.

**Taiwan**

(1) *Xunwei Technologies Co., Ltd.,* Taipei, Taiwan.

**United Kingdom**

(1) *Huawei Global Finance (UK) Limited,* Great Britain;
(2) *Proven Glory,* British Virgin Islands; *and*
(3) *Proven Honour,* British Virgin Islands.

**Vietnam**

(1) *Huawei Technologies (Vietnam) Company Limited,* Hanoi, Vietnam; *and*
(2) *Huawei Technology Co. Ltd.,* Hanoi, Vietnam.

*Savings Clause*

Shipments of items removed from eligibility for a License Exception or export or reexport without a license (NLR) as a result of this regulatory action that were en route aboard a carrier to a port of export or reexport, on May 16, 2019, pursuant to actual orders for export or reexport to a foreign destination, may proceed to that destination under the previous eligibility for a License Exception or export or reexport without a license (NLR).

**Export Control Reform Act of 2018**

On August 13, 2018, the President signed into law the John S. McCain National Defense Authorization Act for Fiscal Year 2019, which included the Export Control Reform Act of 2018 (ECRA) (Title XVII, Subtitle B of Pub. L.

115–232 (132 Stat. 2210); 50 U.S.C. 4801 *et seq.*), which provides the legal basis for BIS's principal authorities and serves as the authority under which BIS issues this rule. As set forth in sec. 1768 of ECRA, all delegations, rules, regulations, orders, determinations, licenses, or other forms of administrative action that have been made, issued, conducted, or allowed to become effective under the Export Administration Act of 1979 (50 U.S.C. 4601 *et seq.*) (as in effect prior to August 13, 2018 and as continued in effect pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) and Executive Order 13222 of August 17, 2001, 3 CFR, 2001 Comp., p. 783 (2002), as amended by Executive Order 13637 of March 8, 2013, 78 FR 16129 (March 13, 2013), and as extended by the Notice of August 8, 2018, 83 FR 39871 (August 13, 2018)), or the Export Administration Regulations, and are in effect as of August 13, 2018, shall continue in effect according to their terms until modified, superseded, set aside, or revoked under the authority of ECRA.

**Rulemaking Requirements**

1. Executive Orders 13563 and 12866 direct agencies to assess all costs and benefits of available regulatory alternatives and, if regulation is necessary, to select regulatory approaches that maximize net benefits (including potential economic, environmental, public health and safety effects, distributive impacts, and equity). Executive Order 13563 emphasizes the importance of quantifying both costs and benefits, of reducing costs, of harmonizing rules, and of promoting flexibility. This rule has been determined to be not significant for purposes of Executive Order 12866. This rule is not an Executive Order 13771 regulatory action because this rule is not significant under Executive Order 12866.

2. Notwithstanding any other provision of law, no person is required to respond to nor be subject to a penalty for failure to comply with a collection of information, subject to the requirements of the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*) (PRA), unless that collection of information displays a currently valid Office of Management and Budget (OMB) Control Number. This regulation involves collections previously approved by OMB under control number 0694–0088, Simplified Network Application Processing System, which includes, among other things, license applications and carries a burden estimate of 42.5 minutes for a manual or

electronic submission. Total burden hours associated with the PRA and OMB control number 0694–0088 are not expected to increase as a result of this rule. You may send comments regarding the collection of information associated with this rule, including suggestions for reducing the burden, to Jasmeet K. Seehra, Office of Management and Budget (OMB), by email to *Jasmeet_K._Seehra@omb.eop.gov,* or by fax to (202) 395–7285.

3. This rule does not contain policies with Federalism implications as that term is defined in Executive Order 13132.

4. Pursuant to sec. 1762 of ECRA, this action is exempt from the Administrative Procedure Act (5 U.S.C. 553) requirements for notice of proposed rulemaking, opportunity for public participation, and delay in effective date.

5. Because a notice of proposed rulemaking and an opportunity for public comment are not required to be given for this rule by 5 U.S.C. 553, or by any other law, the analytical requirements of the Regulatory Flexibility Act, 5 U.S.C. 601, *et seq.,* are not applicable. Accordingly, no regulatory flexibility analysis is required and none has been prepared.

**List of Subjects in 15 CFR Part 744**

Exports, Reporting and recordkeeping requirements, Terrorism.

Accordingly, part 744 of the Export Administration Regulations (15 CFR parts 730–774) is amended as follows:

**PART 744—[AMENDED]**

■ 1. The authority citation for 15 CFR part 744 is revised to read as follows:

**Authority:** Pub. L. 115–232, Title XVII, Subtitle B (132 Stat. 2210); 50 U.S.C. 4801 *et seq.;* 50 U.S.C. 1701 *et seq.;* 22 U.S.C. 3201 *et seq.;* 42 U.S.C. 2139a; 22 U.S.C. 7201 *et seq.;* 22 U.S.C. 7210; E.O. 12058, 43 FR 20947, 3 CFR, 1978 Comp., p. 179; E.O. 12851, 58 FR 33181, 3 CFR, 1993 Comp., p. 608; E.O. 12938, 59 FR 59099, 3 CFR, 1994 Comp., p. 950; E.O. 12947, 60 FR 5079, 3 CFR, 1995 Comp., p. 356; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13099, 63 FR 45167, 3 CFR, 1998 Comp., p. 208; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13224, 66 FR 49079, 3 CFR, 2001 Comp., p. 786; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018); Notice of September 19, 2018, 83 FR 47799 (September 20, 2018). Notice of November 8, 2018, 83 FR 56253 (November 9, 2018); Notice of January 16, 2019, 84 FR 127 (January 18, 2019).

■ 2. Supplement No. 4 to part 744 is amended:
■ a. By adding in alphabetical order a heading for Belgium and one Belgian

Exhibit 1
Page 10

**22964**    **Federal Register** / Vol. 84, No. 98 / Tuesday, May 21, 2019 / Rules and Regulations

entity, "Huawei Technologies Research & Development Belgium NV".

■ b. By adding in alphabetical order a heading for Bolivia and one Bolivian entity, "Huawei Technologies (Bolivia) S.R.L.".

■ c. By adding in alphabetical order a heading for Brazil and one Brazilian entity, "Huawei do Brasil Telecomunicacões Ltda".

■ d. By adding in alphabetical order a heading for Burma and one Burmese entity, "Huawei Technologies (Yangon) Co., Ltd.".

■ e. Under Canada, by adding in alphabetical order, one Canadian entity, "Huawei Technologies Canada Co., Ltd".

■ f. By adding in alphabetical order a heading for Chile and one Chilean entity, "Huawei Chile S.A.".

■ g. Under China, People's Republic of, by adding in alphabetical order, thirty-six Chinese entities: "Beijing Huawei Digital Technologies Co., Ltd.", "Chengdu Huawei High-Tech Investment Co., Ltd.", "Chengdu Huawei Technologies Co., Ltd.", "Dongguan Huawei Service Co., Ltd.", "Dongguan Lvyuan Industry Investment Co., Ltd.", "Gui'an New District Huawei Investment Co., Ltd.", "Hangzhou Huawei Digital Technology Co., Ltd.", "HiSilicon Optoelectronics Co., Ltd.", "HiSilicon Technologies Co., Ltd (HiSilicon)", "HiSilicon Tech (Suzhou) Co., Ltd.", "Huawei Device Co., Ltd.", "Huawei Device (Dongguan) Co., Ltd.", "Huawei Device (Shenzhen) Co., Ltd.", "Huawei Digital Technologies (Suzhou) Co., Ltd.", "Huawei Machine Co., Ltd.", "Huawei Software Technologies Co., Ltd.", "Huawei Technical Service Co., Ltd.", "Huawei Technologies Co., Ltd.", "Huawei Technologies Service Co., Ltd.", "Huawei Training (Dongguan) Co., Ltd.", "Huayi internet Information Service Co., Ltd.", "North Huawei Communication Technology Co., Ltd.", "Shanghai Haisi Technology Co., Ltd.", "Shanghai Huawei Technologies Co. Ltd.", "Shanghai Mossel Trade Co., Ltd.", "Shenzhen Huawei Technical Services Co., Ltd.", "Shenzhen Huawei Terminal Commercial Co., Ltd.", "Shenzhen Huawei Training School Co., Ltd.", "Shenzhen Huayi Loan Small Loan Co., Ltd.", "Shenzhen Legrit Technology Co., Ltd.", "Shenzhen Smartcom Business Co., Ltd.", "Suzhou Huawei Investment Co., Ltd.", "Wuhan Huawei Investment Co., Ltd.", "Xi'an Huawei Technologies Co., Ltd.", "Xi'an Ruixin Investment Co., Ltd.", and "Zhejiang Huawei Communications Technology Co., Ltd.".

■ h. Under Egypt, by adding in alphabetical order, one Egyptian entity, "Huawei Technology".

■ i. Under Germany, by adding in alphabetical order, one German entity, "Huawei Technologies Deutschland GmbH".

■ j. Under Hong Kong, by adding in alphabetical order, six Hong Kong entities, "Huawei Device (Hong Kong) Co., Limited", "Huawei International Co., Limited", "Huawei Tech. Investment Co., Limited", "Huawei Technologies Co. Ltd.", "Hua Ying Management Co. Limited", and "Smartcom (Hong Kong) Co., Limited".

■ k. By adding in alphabetical order a heading for Jamaica and one Jamaican entity, "Huawei Technologies Jamaica Company Limited".

■ l. By adding in alphabetical order a heading for Japan and one Japanese entity, "Huawei Technologies Japan K.K.".

■ m. By adding in alphabetical order a heading for Jordan and one Jordanian entity, "Huawei Technologies Investment Co. Ltd.".

■ n. By adding in alphabetical order, under Lebanon, one Lebanese entity, "Huawei Technologies Lebanon".

■ o. By adding in alphabetical order a heading for Madagascar and one Malagasy entity, "Huawei Technologies Madagascar Sarl".

■ p. Under Netherlands, by adding in alphabetical order, one Dutch entity, "Huawei Technologies Coöperatief U.A.".

■ q. By adding in alphabetical order a heading for Oman and one Omani entity, "Huawei Tech Investment Oman LLC".

■ r. Under Pakistan, by adding in alphabetical order, one Pakistani entity, "Huawei Technologies Pakistan (Private) Limited".

■ s. By adding in alphabetical order a heading for Paraguay and one Paraguayan entity, "Huawei Technologies Paraguay S.A.".

■ t. By adding in alphabetical order a heading for Qatar and one Qatari entity, "Huawei Tech Investment Limited".

■ u. Under Singapore, by adding in alphabetical order, one Singaporean entity, "Huawei International Pte. Ltd.".

■ v. By adding in alphabetical order a heading for Sri Lanka and one Sinhalese entity, "Huawei Technologies Lanka Company (Private) Limited".

■ w. Under Switzerland, by adding in alphabetical order, one Swiss entity, "Huawei Technologies Switzerland AG".

■ x. Under Taiwan, by adding in alphabetical order, one Taiwanese entity, "Xunwei Technologies Co., Ltd."

■ y. Under United Kingdom, by adding in alphabetical order, three British entities, "Huawei Global Finance (UK) Limited", "Proven Glory", and "Proven Honour".

■ z. By adding in alphabetical order a heading for Vietnam and two Vietnamese entities, "Huawei Technologies (Vietnam) Company Limited" and "Huawei Technology Co. Ltd.".

The additions read as follows:

**Supplement No. 4 to Part 744—Entity List**

\*    \*    \*    \*    \*

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| \* | \* | \* | \* | \* |
| BELGIUM ............... | Huawei Technologies Research & Development Belgium NV, Belgium. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| \* | \* | \* | \* | \* |
| BOLIVIA ................. | Huawei Technologies (Bolivia) S.R.L., La Paz, Bolivia. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| BRAZIL ................... | Huawei do Brasil Telecomunicacões Ltda, Sao Paulo, Brazil. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

Exhibit 1
Page 11

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| * | * * | * | * * | * |
| BURMA .................. | Huawei Technologies (Yangon) Co., Ltd., Yangon, Burma. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| CANADA ................ | * * | * * | * | * |
| | Huawei Technologies Canada Co., Ltd., Markham, ON, Canada. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| CHILE ..................... | * * | * * | * | * |
| | Huawei Chile S.A., Santiago, Chile. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| CHINA, PEOPLE'S REPUBLIC OF. | * * | * * | * | * |
| | Beijing Huawei Digital Technologies Co., Ltd., Beijing, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Chengdu Huawei High-Tech Investment Co., Ltd., Chengdu, Sichuan, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Chengdu Huawei Technologies Co., Ltd., Chengdu, Sichuan, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Dongguan Huawei Service Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Dongguan Lvyuan Industry Investment Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Gui'an New District Huawei Investment Co., Ltd., Guiyang, Guizhou, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Hangzhou Huawei Digital Technology Co., Ltd., Hangzhou, Zhejiang, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | HiSilicon Optoelectronics Co., Ltd., Wuhan, Hubei, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | HiSilicon Technologies Co., Ltd (HiSilicon), Bantian Longgang District, Shenzhen, 518129, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | HiSilicon Tech (Suzhou) Co., Ltd., Suzhou, Jiangsu, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Device Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Device (Dongguan) Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Device (Shenzhen) Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Digital Technologies (Suzhou) Co., Ltd., Suzhou, Jiangsu, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Machine Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Software Technologies Co., Ltd., Nanjing, Jiangsu, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technologies Co., Ltd., Bantian Huawei Base, Longgang District, Shenzhen, 518129, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technical Service Co., Ltd., China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technologies Service Co., Ltd., Langfang, Hebei, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Training (Dongguan) Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huayi Internet Information Service Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

Exhibit 1
Page 12

**22966** Federal Register / Vol. 84, No. 98 / Tuesday, May 21, 2019 / Rules and Regulations

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---------|--------|---------------------|-----------------------|---------------------------|
| | * * | * * | * | * |
| | North Huawei Communication Technology Co., Ltd., Beijing, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Shanghai Haisi Technology Co., Ltd., Shanghai, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shanghai Huawei Technologies Co. Ltd., Shanghai, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Shanghai Mossel Trade Co., Ltd., Shanghai, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Shenzhen Huawei Technical Services Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Huawei Terminal Commercial Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Huawei Training School Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Huayi Loan Small Loan Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Legrit Technology Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Smartcom Business Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Suzhou Huawei Investment Co., Ltd., Suzhou, Jiangsu, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Wuhan Huawei Investment Co., Ltd., Wuhan, Hubei, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Xi'an Huawei Technologies Co., Ltd., Xi'an, Shaanxi, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Xi'an Ruixin Investment Co., Ltd., Xi'an, Shaanxi, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Zhejiang Huawei Communications Technology Co., Ltd., Hangzhou, Zhejiang, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| * | * | * | * | * |
| EGYPT ................... | * * | * * | * | * |
| | Huawei Technology, Cairo, Egypt. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * | * | * | * |
| GERMANY ............. | * * | * * | * | * |
| | Huawei Technologies Deutschland GmbH, Germany. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| * | * | * | * | * |
| HONG KONG ......... | * * | * * | * | * |
| | Huawei Device (Hong Kong) Co., Limited, Tsim Sha Tsui, Kowloon, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei International Co., Limited, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

Exhibit 1
Page 13

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| | Huawei Tech. Investment Co., Limited, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technologies Co. Ltd., Tsim Sha Tsui, Kowloon, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Hua Ying Management Co. Limited, Tsim Sha Tsui, Kowloon, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Smartcom (Hong Kong) Co., Limited, Sheung Wan, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| * | * * | * | * * | * |
| JAMAICA ................ | Huawei Technologies Jamaica Company Limited, Kingston, Jamaica. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| JAPAN .................... | Huawei Technologies Japan K.K., Japan. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| JORDAN ................. | Huawei Technologies Investment Co. Ltd., Amman, Jordan. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * * | * | * * | * |
| LEBANON .............. | * * | * * | * | * |
| | Huawei Technologies Lebanon, Beirut, Lebanon. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| MADAGASCAR ...... | Huawei Technologies Madagascar Sarl, Antananarivo, Madagascar. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * * | * | * * | * |
| NETHERLANDS ..... | * * | * * | * | * |
| | Huawei Technologies Coöperatief U.A., Netherlands. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| * | * * | * | * * | * |
| OMAN .................... | Huawei Tech Investment Oman LLC, Muscat, Oman. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| PAKISTAN ............. | * * | * * | * | * |
| | Huawei Technologies Pakistan (Private) Limited, Islamabad, Pakistan. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| * | * * | * | * * | * |
| PARAGUAY ........... | Huawei Technologies Paraguay S.A., Asuncion, Paraguay. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * * | * | * * | * |
| QATAR ................... | Huawei Tech Investment Limited, Doha, Qatar. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * * | * | * * | * |
| SINGAPORE .......... | * * | * * | * | * |
| | Huawei International Pte. Ltd., Singapore. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |

Exhibit 1
Page 14

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| | * | * | * | * | * | * |
| SRI LANKA ............ | Huawei Technologies Lanka Company (Private) Limited, Colombo, Sri Lanka. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| SWITZERLAND ...... | * Huawei Technologies Switzerland AG, Liebefeld, Bern, Switzerland. | * For all items subject to the EAR. (See § 744.11 of the EAR). | * Presumption of denial ............ | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| TAIWAN ................ | * Xunwei Technologies Co., Ltd., Taipei, Taiwan. | * For all items subject to the EAR. (See § 744.11 of the EAR). | * Presumption of denial ............ | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| UNITED KINGDOM | * Huawei Global Finance (UK) Limited, Great Britain. | * For all items subject to the EAR. (See § 744.11 of the EAR). | * Presumption of denial ............ | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Proven Glory, British Virgin Islands | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Proven Honour, British Virgin Islands. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| VIETNAM ............... | Huawei Technologies (Vietnam) Company Limited, Hanoi, Vietnam. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technology Co. Ltd., Hanoi, Vietnam. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

Dated: May 16, 2019.

**Wilbur Ross,**
*Secretary of Commerce.*

[FR Doc. 2019–10616 Filed 5–16–19; 4:15 pm]

**BILLING CODE 3510–33–P**

---

# DEPARTMENT OF STATE

## 22 CFR Part 41

[Public Notice: 10726]

RIN 1400–AD93

## Visa Information Update Requirements Under the Electronic Visa Update System (EVUS)

**AGENCY:** Department of State.

**ACTION:** Final rule; confirmation of effective date.

---

**SUMMARY:** The Department of State is confirming the effective date of November 29, 2016, for the final rule that published in the **Federal Register** of October 26, 2016, instituting a requirement for nonimmigrant aliens who hold a passport issued by an identified country containing a U.S. nonimmigrant visa of a designated category to provide required information to DHS after the receipt of his or her visa of a designated category.

**DATES:** The effective date of final rule published in the **Federal Register** of October 20, 2016 (81 FR 72522), is confirmed: November 29, 2016.

**FOR FURTHER INFORMATION CONTACT:** Taylor Beaumont, Acting Division Chief, U.S. Department of State, Office of Legislation and Regulations, CA/VO/L/R, 600 19th Street NW, Washington, DC 20522, (202) 485–8910, *VisaRegs@state.gov.*

**SUPPLEMENTARY INFORMATION:** The Department published a final rule, Public Notice 9530 at 81 FR 72522, October 20, 2016, with a request for comments, amending sections of part 41 of title 22 of the Code of Federal Regulations. The rule provided modifications to the visa revocation regulations, which, with the the DHS rule amending 8 CFR part 215, subpart B (RIN 1651–AB08), created the Electronic Visa Update System (EVUS). As provided in 8 CFR part 215, subpart B, EVUS is an online information update system that requires nonimmigrant aliens who hold a passport issued by an identified country containing a U.S. nonimmigrant visa of a designated category to enroll in EVUS by providing information to DHS after the receipt their visa. The final rule became effective on November 29, 2016, and remains unchanged.

*Analysis of Comments:* The final rule was published with request for comments on October 20, 2016, Vol. 81, No. 203, Page 72522. The comment period closed on December 19, 2016. The Department received one non-responsive comment to the final rule. As the comment was non-responsive, it does not provide a basis to reconsider the rule.

Exhibit 1
Page 15

# EXHIBIT 2

Exhibit 2
Page 16



 

**TECH**

# China's Huawei to sell undersea cable business, exchange filing shows

PUBLISHED MON, JUN 3 2019•12:09 AM EDT      UPDATED MON, JUN 3 2019•12:09 AM EDT

 REUTERS

WATCH LIVE

## KEY POINTS

China's Huawei Technologies plans to sell its 51% stake in undersea telecommunications cable business Huawei Marine Systems, according to an exchange filing from the Chinese buyer on Monday.

Hengtong Optic-Electric said in the filing to the Shanghai Stock Exchange that it signed a letter of intent with Huawei Technologies subsidiary Huawei Tech Investment on May 31 to buy the stake via cash and share issuance.

The potential sale comes as Huawei Technologies' main business of selling telecom network equipment and smartphones is under intense global scrutiny as the United States alleges its products pose a security risk.


MARKETS


CNBC TV


WATCHLIST


MENU

Exhibit 2
Page 17

 



**The Huawei Marine Networks Co. logo is displayed on an R1 repeater inside an exhibition hall at the Huawei Technologies Co. campus in the Longgang district of Shenzhen, China, on Wednesday, Aug. 6, 2014.**

*Brent Lewin | Bloomberg | Getty Images*

[China's](#) Huawei Technologies plans to sell its 51% stake in undersea telecommunications cable business Huawei Marine Systems, according to an exchange filing from the Chinese buyer on Monday.

[Hengtong Optic-Electric](#)    , an optical communication network products company based in Jiangsu province, said in the filing to the [Shanghai Stock Exchange](#) that it signed a letter of intent with Huawei Technologies subsidiary Huawei Tech Investment on May 31 to buy the stake via cash and share issuance. It did not mention a price.

Huawei Technologies declined to provide immediate comment when contacted by Reuters. Trading of Hengtong Optic-Electric shares was suspended on Monday pending deal discussions.

The potential sale comes as Huawei Technologies' main business of selling telecom network equipment and smartphones is under intense global scrutiny as the [United States](#) alleges its products pose a security risk. Huawei has denied the allegations.

Last month, Huawei was slapped with a trade ban by the U.S. Commerce Department that


**MARKETS**


**CNBC TV**


**WATCHLIST**

**MENU**

Exhibit 2
Page 18

 

In March, The Wall Street Journal cited U.S. security officials as saying that undersea cables built by Huawei could be vulnerable to espionage by the Chinese state, which the company denied.

Huawei Marine, established in 2008 as a joint venture with Britain's Global Marine, is mainly engaged in the construction of global undersea communications cables.

According to Huawei Technology's annual report, the tech giant gained majority voting rights on the board of Huawei Marine in August 2018 with Global Marine retaining a 49% non-controlling interest.

Huawei Marine contributed revenue of 394 million yuan ($57.10 million) and logged a net profit of 115 million yuan in 2018, according to Huawei Technologies' annual report.

## TRENDING NOW


**Citigroup employees, on edge over layoffs, told they can work remotely until the new year**


**Costco sold more than $100 million in gold bars last quarter**


**CLUB We're increasing our price targets on 6 stocks, while changing our rating on Broadcom**


**41-year-old couldn't buy a house in Atlanta—so she bought in Italy for $62,000**


**Here's what to expect in 2024 if you want to buy a home, according to experts**


MARKETS


CNBC TV


WATCHLIST

MENU

Exhibit 2
Page 19



**FROM THE WEB**

## Solid Wood Four Legs Coffee Table

**$81.99 - WAYFAIR**

## Amazon Hates When You Do This, But They Can't Stop You (It's Genius)

Online Shopping Tools

---

## MORE FROM CNBC

**After years of resisting, Netflix releases viewing statistics for nearly all titles**

· · · · · · · · · · · · · · · · · · · · · · · · ·

**Oracle is on the 'chopping block,' says Blue Line's Bill Baruch**

· · · · · · · · · · · · · · · · · · · · · · · · ·

**Virginia Gov. Youngkin on new $2B complex: Like no other sports & entertainment district in America**

· · · · · · · · · · · · · · · · · · · · · · · · ·

**Netflix releases viewership data for nearly all titles**

· · · · · · · · · · · · · · · · · · · · · · · · ·

**Former Facebook diversity strategist pleads guilty to stealing more than $4 million from**

## FROM THE WEB

**Solid Wood Four Legs Coffee Table**

**$81.99 - WAYFAIR**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Amazon Hates When You Do This, But They Can't Stop You (It's Genius)**

Online Shopping Tools

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**These States Will Be Ghost Towns By 2026**

Moneywise.com          | Click Here |

by Taboola

---



MARKETS



CNBC TV



WATCHLIST

MENU

Exhibit 2
Page 20



**premature and market's have priced in too quickly, says IBM's Gary Cohn**

# MORE IN TECHNOLOGY

## McDonald's CosMc's is gunning for afternoon coffee sales. Starbucks shouldn't worry, analyst says

Amelia Lucas

## Four men indicted in $80 million 'pig butchering' scheme

Rohan Goswami

**New Hampshire man charged with death threat to Vivek Ramaswamy**

Kevin Breuninger

**Former Rep. George Santos in plea deal talks with prosecutors, court filing says**

Dan Mangan

**Why Tesla's Cybertruck is so hard to mass produce**



**MARKETS**



**CNBC TV**



**WATCHLIST**

**MENU**

Exhibit 2
Page 21



○ WATCH **LIVE**

# Game-Changing Vehicle Trackers For US Businesses (2024 Prices)

**Sponsored** Expert Market

## Most Affordable Camper Vans

**Sponsored** GoSearches

## Here's How To Fly Business Class For The Price of Economy

**Sponsored** GoSearches

## Diabetes Is Not From Sweets! Meet The Number One Enemy

Top Surgeon: Anyone With Blood Sugar Over 100 Should Try This

**Sponsored** Wellness Guide 101

## Here Are 23 Of The Coolest Gifts For Christmas 2023

23 Hottest Cool Gifts For Holiday 2023 You'll Regret Not Getting Before They Sell Out

**Sponsored** Best Tech Trend

**FROM THE WEB**

by Taboola



MARKETS



CNBC TV



WATCHLIST

MENU

Exhibit 2
Page 22



**Sponsored PopularSearches**

## A Lithium Field To Rival S. America and Australia

In an unexplored area of Quebec,

## Here Are 23 Of The Coolest Gifts For 2023

23 Hottest Cool Gifts In 2023 You'll Regret Not Getting Before They Sell Out
**Sponsored Best Tech Trend**

## Empty Alaska Cruise Cabins Come with Tiny Price Tags

**Sponsored GoSearches**

## American Shoppers Should Think Twice Before Buying from These 2 Stores

It's a bigger problem than you might think (the ugly truth)
**Sponsored Coupon Code Finder**

# MORE FROM CNBC


**MARKETS**


**CNBC TV**


**WATCHLIST**

**MENU**

Exhibit 2
Page 23



# million from Ponzi recovery fund in latest payout

Kevin Breuninger

## Jim Cramer dismisses recession fears and names...

Julie Coleman

**Chinese property developer Country Garden reportedly set to avert yuan bond default**

Clement Tan

**Trump PAC paid part of nearly $900,000 fee to fraud trial expert witness**

Kevin Breuninger

**Appeals court rejects Trump presidential immunity challenge to E. Jean Carroll case**

Dan Mangan

Exhibit 2
Page 24

WATCH **LIVE**

Select Personal Finance

CNBC on Peacock

Join the CNBC Panel

Supply Chain Values

Select Shopping

Closed Captioning

Digital Products

News Releases

Internships

Corrections

About CNBC

Ad Choices

Site Map

Podcasts

Careers

Help

Contact

      

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## Advertise With Us

PLEASE CONTACT US

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Your Privacy Choices

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by

MARKETS                              CNBC TV                              WATCHLIST                              MENU

Exhibit 2
Page 25



○ WATCH **LIVE**



MARKETS        CNBC TV        WATCHLIST        MENU



Exhibit 2
Page 26

Case 2:23-cv-09501-MRA-MAA    Document 34-1    Filed 12/22/23    Page 21 of 79   Page ID #:181

# EXHIBIT 3

Exhibit 3
Page 27

Filed by Rockley Photonics Holdings Limited
Pursuant to Rule 425 under the Securities Act of 1933, and
deemed filed pursuant to Rule 14a-12 under the
Securities Exchange Act of 1934

Subject Companies:

Rockley Photonics Limited

SC Health Corporation
(Commission File No. 001-38972)

Filed by Rockley Photonics Holdings Limited
Pursuant to Rule 425 under the Securities Act of 1933, and
deemed filed pursuant to Rule 14a-12 under the
Securities Exchange Act of 1934

Subject Companies:

Rockley Photonics Limited

SC Health Corporation
(Commission File No. 001-38972)

Exhibit 3
Page 28



Investor Presentation
*March 2021*

Exhibit 3
Page 29

## Notice to Recipient



This investor presentation ("Investor Presentation") is strictly private and confidential and is intended solely for the information of the Recipients. It is not an invitation for public subscription and should not be reproduced or circulated or used for any purpose other than assisting with the assessment of the SC Health Corporation ("SC Health") and Rockley Photonics, Ltd. ("Rockley Photonics" or the "Company") by the persons to whom this Investor Presentation is delivered. Each Recipient agrees that neither it nor its agents, representatives, directors or employees will copy, reproduce or distribute to others this Investor Presentation , in whole or in part, at any time without the prior written consent of each of SC Health and Rockley Photonics, and that it will keep permanently confidential all information contained herein not already in the public domain and will use this Investor Presentation only for the purpose of evaluating the proposed business combination (the "Business Combination"). This Investor Presentation shall remain the property of SC Health and Rockley Photonics, and each company reserves the right to require the return of this Investor Presentation (together with any copies or extracts thereof) at any time.

In no circumstances will SC Health, Rockley Photonics or any of either company's subsidiaries, affiliates, representatives, partners, directors, officers, employees, advisers or agents (each a "Relevant Party" and collectively "the Relevant Parties") be responsible for any of the information in this Investor Presentation, including the forecasts and details on the market described herein. These are supplied as a guide only and do not purport to contain all the information that an interested party may require. By accepting this Investor Presentation each Recipient acknowledges that it will be solely responsible for making its own investigations, including all costs and expenses incurred with such investigations or its investment in SC Health, Rockley Photonics or any parent company of either company, and forming its own view as to the condition and prospects of such investment, and the accuracy and completeness of the statements contained herein.

The information contained herein does not, and will not, form any part of a contract or offer for sale. Furthermore it does not constitute an offer to sell or invitation to purchase shares SC Health, Rockley Photonics or any parent company of either company that is capable of acceptance and no binding commitment may be entered into on the basis of the information contained herein. Any offers and sales of securities will be made only by means of a definitive investment agreement with SC Health, Rockley Photonics or any parent company of either company.

Neither the receipt of this Investor Presentation nor any information (whether written, electronic or oral) made available in connection with the proposed issue of securities constitutes, or is to be taken as constituting, the giving of investment advice by any of the Relevant Parties. This Investor Presentation should not be considered as a recommendation by any of the Relevant Parties to invest in SC Health, Rockley Photonics or any parent company of either company, and Recipients interested in investing are recommended to seek their own independent financial, legal and other advice from persons authorized and specializing, as necessary, in investments of the kind in question and should rely solely on their own judgment, review and analysis in evaluating the investment. Recipients should be aware that any investment activity may expose them to a risk of losing the property invested.

*Recipients in the United Kingdom*

In the United Kingdom, members of the public have not been invited to, and are not eligible to invest in SC Health, Rockley Photonics or any parent company of either company.  The distribution of this Investor Presentation is exempt from the general restriction contained in section 21 of the Financial Services and Markets Act 2000 ("FSMA") in relation to the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed to and is directed only at persons who (i) are persons having professional experience in matters relating to investments within the meaning of Article 19 of the Financial Services and Markets Act 2000 (Financial Promotions) Order 2005 ("Order") or are (ii) persons falling within Article 49(2)(a)to(d) ("high net worth companies, unincorporated associations, etc.") of the Order (all such persons together being referred to as "relevant persons"). This communication must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this communication relates is available only to relevant persons and will be engaged in only with relevant persons. Each Recipient represents and warrants that he or it is a relevant person and agrees to inform himself or itself about and observe all applicable legal requirements in the UK and/or in the jurisdiction(s) in which he or it is situated. Any Recipient who is not a relevant person should return this document to SC Health or Rockley Photonics and should not act or rely upon this Investor Presentation or any of its contents.

*Recipients in the European Economic Area*

In relation to each member state of the European Economic Area which has implemented Directive 2003/71/EC (as amended, and including any relevant implementing measure in each relevant member state ("Prospectus Directive"), this Investor Presentation is being distributed to and is directed only at "qualified investors as defined in the Prospectus Directive.

*Recipients in the United States*

This Investor Presentation has been provided to each Recipient on the basis that the Recipient is a "qualified institutional buyer" (as defined in Rule 144A under the U.S. Securities Act of 1933, as amended (the "Act")) or an "accredited investor" (within the meaning of Rule 501(a) (1), (2), (3), (7) or (8) under the Act), and that each such Recipient has confirmed its status as an "accredited investor". If any Recipient is not, or are no longer able to confirm that it is an "accredited investor" it must immediately return the Investor Presentation to SC Health or Rockley Photonics.

Neither the U.S. Securities and Exchange Commission nor any state securities commission or other regulatory authority in the U.S. has approved or disapproved of the investment opportunity described herein or determined if this Investor Presentation is truthful or complete. Any representation to the contrary is a U.S. criminal offense.

*Recipients outside of the United Kingdom, European Economic Area or United States*

Recipients in jurisdictions outside the UK, European Economic Area or United States should inform themselves about and observe all applicable legal requirements in their jurisdictions. In particular, the distribution of this Investor Presentation in certain jurisdictions may be restricted by law and, accordingly, Recipients represent that they are able to receive this Investor Presentation without contravention of any unfulfilled registration requirements or other legal restrictions in the jurisdiction in which they reside or conduct business.

The information contained in this Investor Presentation is strictly confidential and has been prepared by SC Health and Rockley Photonics with respect to certain financial metrics of Rockley Photonics for informational purposes only to assist interested parties in making their own evaluation with respect to the proposed Business Combination between SC Health and Rockley Photonics, and for no other purpose. The information contained herein does not purport to be all-inclusive and none of the Relevant Parties makes any representation or warranty, express or implied, as to the accuracy, completeness or reliability of the information contained in this Investor Presentation or any other written or oral communication communicated to the recipient in the course of the recipient's evaluation of the Company or SC Health. Only those particular warranties which are made in a definitive written investment agreement, when and if one is executed, and subject to such exclusions and limitations as may be specified in such agreement, shall have any legal effect. Such final agreement will not contain any representations, warranties or undertakings as to this Investor Presentation.

This Investor Presentation does not constitute (i) a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed Business Combination or (ii) an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any security of SC Health, the Company, or any of their respective affiliates. You should not construe the contents of this Investor Presentation as legal, tax, accounting or investment advice or a recommendation. You should consult your own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this Investor Presentation, you confirm that you are not relying upon the information contained herein to make any decision. The distribution of this Investor Presentation may also be restricted by law and persons into whose possession this Investor Presentation comes should inform themselves about and observe any such restrictions. The recipient acknowledges that it is (a) aware that the United States securities laws prohibit any person who has material, non-public information concerning a company from purchasing or selling securities of such company or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities, and (b) familiar with the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder (collectively, the "Exchange Act"), and that the recipient will neither use, nor cause any third party to use, this Investor Presentation or any information contained herein in contravention of the Exchange Act, including, without limitation, Rule 10b-5 thereunder. This Investor Presentation may not be taken away or reproduced or redistributed or disclosed, in whole or in part, to any other person, by any medium or in any form for any purpose. You agree to keep the contents of this Investor Presentation confidential and such document and contents form a part of confidential information. No securities commission or securities regulatory authority in the United States or any other jurisdiction has in any way passed upon them merits of the Business Combination or the accuracy or adequacy of the information contained in this Investor Presentation. By attending the meeting in relation to this document, or by reading this document, you agree to be bound by the limitations set out herein. None of the Relevant Parties shall have any responsibility or liability whatsoever (for negligence or otherwise) for any loss howsoever arising from any use of this document or its contents or otherwise arising in connection with this document.

2

Exhibit 3
Page 30

## Notice to Recipient (Cont'd)



This Investor Presentation does not contain all material information concerning SC Health, Rockley Photonics or any parent company of either company, or any securities of any such entity, and the information set forth in this document is subject to change without notice. No Relevant Party is under an obligation to update or keep current the information contained herein. Certain data in this Investor Presentation was obtained from various external data sources, and no Relevant Party has verified such data with independent sources. This Investor Presentation may include trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Investor Presentation may be listed without the ™, ℠, ©, or ® symbols, but SC Health and Rockley Photonics will assert, to the fullest extent under applicable law, the right of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

The information contained herein and any further information (whether written, electronic or oral) relating to SC Health or Rockley Photonics supplied by any of the Relevant Parties is, and will be, supplied on the condition that none of the Relevant Parties or any other person whatsoever is liable for any error, omission, misstatement, or inaccuracy therein nor for any direct, indirect or inconsequential loss or damage sustained by any party placing reliance on such information, including any error or omission, misstatement or inaccuracy resulting from any negligent act or omission of any of the Relevant Parties or any other person. Except where otherwise indicated, information provided in this Investor Presentation is given as of the date hereof. The delivery of this Investor Presentation shall not under any circumstances create the implication that there has been no change in the affairs of SC Health or Rockley Photonics since the date hereof. No Relevant Party accepts any responsibility or gives any undertaking to provide further information, including any information required to update any information contained herein or correct any inaccuracy error in or omission from this Investor Presentation.

**Forward-Looking Statements**

This Investor Presentation may contain forward-looking statements that involve risks and uncertainties, which include all statements other than statements of historical facts, including, without limitation, any statements preceded by, followed by or that include the words "targets", "believes", "expects", "aims", "intends", "will", "may", "anticipates", "would", "could" or similar expressions or the negative thereof. Actual future performance, outcomes and results may differ materially from those expressed in forward-looking statements as a result of a number of risks, uncertainties and assumptions. Forward-looking statements in this Investor Presentation may include, for example, statements about: (i) SC Health's and Rockley Photonics' ability to complete the proposed Business Combination during anticipated timeframe or at all; (ii) the anticipated development and commercialization timelines for Rockley Photonics' products and technologies, including anticipated features, benefits and applications of its products and technologies; (iii) Rockley Photonics' customer relationships and ability to retain and expand customer relationships and to achieve design wins; (iv) Rockley Photonics' ability to address market and customer demands and to timely develop solutions to meet those demands; (v) the size and growth potential of the markets for Rockley Photonics' products and technologies, and its ability to serve those markets; (vi) Rockley Photonics' business strategies, business and financial outlook and financial projections; (vii) the ability to obtain, maintain, protect, and enforce intellectual property protection for Rockley Photonics' technology; (viii) the retention of key personnel; and (ix) the use of proceeds from the proposed Business Combination. The forward-looking statements contained herein are based on SC Health's and Rockley Photonics' current expectations and beliefs concerning future developments and their potential effects. Certain statements contained in this document may be statements of future expectations and other forward-looking statements and involve known and unknown risks, assumptions, uncertainties and other factors that may cause the actual results, performance and financial condition of Rockley Photonics, or industry results, to be materially different from any future results, performance or financial condition, expressed or implied by such forward-looking statements. Statements contained in this document regarding past trends or activities should not be taken as a representation that such trends or activities will continue in the future. No assurance can be given that future events will occur, that projections will be achieved, or that the assumptions contained herein are correct. Actual results may differ materially from those projected and you should not place undue reliance on forward-looking statements. SC Health, Rockley Photonics and each other Relevant Party disclaims any obligation to update or otherwise revise these forward-looking statements to reflect future events or developments.

**Use of Projections**

Any financial projections in this Investor Presentation have not been prepared in conformity with U.S. GAAP / International Financial Reporting Standards as adopted by the International Accounting Standards ("IFRS"). Neither SC Health's nor Rockley Photonics' independent auditors have studied, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this document, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this Investor Presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results. In this Investor Presentation, certain of the above-mentioned projected information has been provided for purposes or providing comparisons with historical data. Information that is based on estimates, forecasts, projections, market research, or similar methodologies is inherently subject to uncertainties and actual events or circumstances may differ materially from those contained in the prospective financial information. The assumptions and estimates underlying the prospective financial information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties. Accordingly, there can be no assurance that the prospective results are indicative of future performance of SC Health, Rockley Photonics or any parent company of either company after the proposed Business Combination or that actual results will not differ materially from those presented in the prospective financial information. Inclusion of the prospective financial information in this document should not be regarded as a representation by any person that the results contained in the prospective financial information will be achieved.

**Non-GAAP Financial Measures**

This Investor Presentation includes certain financial measures not presented in accordance with U.S. GAAP or the IFRS, including EBITDA and Free Cash Flow, which are different from financial measures calculated in accordance with IFRS or U.S. GAAP. Such non-U.S. GAAP / IFRS financial measures should be considered in addition to and not as a substitute for or superior to financial measures calculated in accordance with IFRS or U.S. GAAP.

The Company believes these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to the Company's financial condition and results of operations. The Company believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends in and in comparing the Company's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. These non-GAAP financial measures are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures.

**Additional Information**

In connection with the proposed Business Combination, SC Health and the Company intend to file with the Securities and Exchange Commission ("SEC") a proxy statement and registration statement on Form S-4 relating to the proposed business combination, which will be mailed to SC Health's shareholders once definitive. This Investor Presentation does not contain all the information that should be considered concerning the proposed business combination and is not intended to form the basis of any investment decision or any other decision in respect of the business combination. SC Health's shareholders and other interested persons are advised to read, when available, the preliminary proxy statement and the amendments thereto and the definitive proxy statement and other documents filed in connection with the proposed business combination as these materials will contain important information about SC Health and Rockley Photonics and the business combination. When available, the definitive proxy statement and other relevant materials for the proposed business combination will be mailed to shareholders of SC Health as of a record date to be established for voting on the proposed business combination. Shareholders will also be able to obtain copies of the preliminary proxy statement, the definitive proxy statement and other documents filed with the SEC, without charge, once available at the SEC's website at www.sec.gov or by directing a request to: SC Health Corporation 108 Robinson Road #10-00, Singapore 068900.

SC Health and its directors and executive officers may be deemed participants in the solicitation of proxies from SC Health's shareholders with respect to the proposed business combination. A list of the names of those directors and executive officers and a description of their interests in SC Health is contained in SC Health's annual report on Form 10-K for the fiscal year ended December 31, 2019, which was filed with the SEC and is available free of charge at the SEC's website at www.sec.gov, or by directing a request to SC Health Corporation, 108 Robinson Road #10-00, Singapore 068900. Additional information regarding the interests of such participants will be contained in the proxy statement for the business combination when available.

Rockley Photonics and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the shareholders of SC Health in connection with the proposed business combination. A list of the names of such directors and executive officers and information regarding their interests in the proposed business combination will be included in the proxy statement for the business combination when available.

By accepting or reading this Investor Presentation you acknowledge that you will be solely responsible for your own assessment of the market and the market position of SC Health, Rockley Photonics and any parent company of either company, and that you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of the business of either such company.

This Investor Presentation speaks as of the date of this document unless otherwise indicated. Neither the delivery of this document nor any further discussions of SC Health or Rockley Photonics with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of either company or any affiliate thereof since that date.

3

Exhibit 3
Page 31



## Presenters





### Dr. Andrew Rickman, OBE[1]

**Founder, CEO and Chairman, Rockley Photonics**

- Founder & CEO of Bookham, the first silicon photonics company
- Chairman of Kotura (acquired by Mellanox)
- Awarded OBE[1] in the Queen's Millennium Honors





### Mahesh Karanth

**CFO, Rockley Photonics**

- CFO, Enlighted
- CFO, Invensense (acquired by TDK)
- Partner at Ernst & Young
- Various senior roles at CPQ and HP





### Ciaran Rooney

**VP, Corporate Development**

- Senior Associate, Cooley
- Associate, WilmerHale



### AJ Coloma

**Chief Executive Officer, SC Health**

- Managing Director, SINCap
- Head of M&A, Fullerton Health
- Director, Credit Suisse's investment banking division



(1)   Order of the British Empire.

4

Exhibit 3
Page 32



**SIN Capital is a Premier Multi-Asset Investment Firm with an Extensive Track Record of Value Creation**



| **Pan-Asia Multi-asset Investment Firm with a Differentiated Investment Approach** | | **Proven Investor, Business Builder, Owner and Operator Across the Healthcare Value Chain** |

**Private Investments**

**Real Estate**

- Partner with and invest in family or entrepreneur owned / controlled businesses across Asia



Healthcare  Education

Agri-business  Advanced Manufacturing

- Portfolio of prime mixed-use or specialty commercial properties in Singapore and other Asian gateway cities
- Exclusive focus on prime city centre locations and high-quality assets

**Differentiated Investment Approach**

- Long-term investment horizon, partnering closely with management
- Build platforms in under-invested but high growth industries
- "Investor Operator" model focused on operational value-add

- **SC Health Corp. (NYSE:SCPE)** – Sponsored the $172.5M IPO in July 2019
- **Fullerton Health Corp.** – Backed the management buyout in 2012
- "Win-win" partnership between SIN Capital, management and investors



**Building Fullerton Health into a scaled, leading platform**
- ✓ Nearly *50 control investments* across *ten markets*
- ✓ Renowned for investing in business benefiting from strong secular trends *delivering substantial value creation*

**Hand-in-hand partners with Fullerton Health management**
- ✓ Driving *strategic partnerships*
- ✓ Leading Fullerton Health's innovative approach to *funding and capital structuring*
- ✓ Driving *key areas of operations*

5

Exhibit 3
Page 33

## Transaction Overview



### Pro Forma Valuation ($M)

| Pro Forma Equity Value | $1,526 |
|---|---|
| Expected Net Cash at Closing | (29) |
| Transaction Proceeds | (283) |
| **Pro Forma Firm Value** | **$1,215** |

### Pro Forma Ownership[1]



PIPE Investors [5]
6.6%

SC Health IPO Investors[4]
11.3%

Sponsor[3]
6.9%

Existing Shareholders of the Company [2]
75.2%

### Sources & Uses ($M)

| Sources of Funds | |
|---|---|
| IPO Proceeds Held in Trust[4] | $173 |
| PIPE Equity Placement Proceeds[6] | 150 |
| Rockley Photonics Shareholders Rollover Equity[2] | 1,148 |
| **Total Sources of Funds** | **$1,471** |

| Uses of Funds[4] | |
|---|---|
| Cash to Balance Sheet | $283 |
| Transaction Fees | 40 |
| Rollover Equity[2] | 1,148 |
| **Total Uses of Funds** | **$1,471** |

**SC Health and Rockley Photonics are partnering to accelerate Rockley's product development and commercialization outlook**

(1)  Adjusted for the conversion of Class B ordinary shares of SC Health held by SC Health Holdings Limited ("Sponsor") into Class A ordinary shares in the post Transaction Company. Excludes the impact of warrants and a management incentive plan.
(2)  Assumes that the Company Shareholders roll over 100.0% of existing stake into the post-Transaction Company.
(3)  Consists of: a) the conversion of Class B ordinary shares of SC Health held by Sponsor into Class A ordinary shares in the post-Transaction Company and b) US$50 million participation in the PIPE by Sponsor Holdco.
(4)  Assumes no redemptions on cash proceeds from the IPO of SC Health currently held in trust.

(5)  Includes participation from Medtronic; excludes US$50 million participation by Sponsor Holdco.
(6)  Includes participation from Medtronic and US$50 million participation by Sponsor Holdco.

6

Exhibit 3
Page 34

# Agenda



**Rockley Photonics Overview**

**Investment Highlights**

**Business Details**

**Financial Overview**

7

Exhibit 3
Page 35





# Rockley Photonics at a Glance

- Rockley has developed a unique sensing platform targeting applications in consumer health and wellness → driving an exponential increase in application capabilities for non-invasive, multi-modal biomarker monitoring

- Built on its highly disruptive silicon photonics technology, Rockley's platform delivers compelling and peerless sensor performance, power, resolution and density

- Engaged or contracted with 4 consumer electronics customers holding >55% of smartphone and >50% of wearables markets and 2 medical device companies including one of the largest players in the MedTech space

- Rockley has seeded a manufacturing ecosystem with its wholly-owned, proprietary processes for rapid scalability

**$48B+** Healthcare TAM    **55%+ / 50%+** Engaged or contracted customers' market share in smartphone / wearables markets[1]

**123** Patents, with another 269 pending applications and trade secrets    **$390M+** Total funding    **7+** Years of product development

| Target Consumer Healthcare Applications | Lactate | Alcohol | CGM (Glucose) | Hydration |
|---|---|---|---|---|
| | Core Body Temperature | Blood Pressure | Blood Oxygen | Heart Rate |



**Unique Spectrometer Chip**

| Improved Performance | **Up to 1,000,000x** Higher resolution than LED |
|---|---|
| High Accuracy | **1,000x** Higher accuracy than LED |
| Best-in-Class Spectral Range | **100x** Broader range than LED |
| World-leading Integration | **Numerous** Lasers on a single chip |

**"Clinic-on-the-Wrist"**
Condensing technology the size of clinical machines onto a wearable chip

(1)    Wearable and smartphone markets in term of units.

8

Exhibit 3
Page 36







# Rockley's Unique Technology Solution

Rockley Spectra-Sense Module

**Optical Sensing Frontside**

Photonic Integrated Circuits
- ① Infrared
- ② Visible Spectrum

**Electrical Interface Backside**
- ③ Electronic Pin Contacts
- ④ ASIC Controller, MUX, AFE, Drivers

Rockley's proprietary clinic-on-the-wrist module condenses traditional tabletop technology onto a wearable chip

Exhibit 3
Page 37



Exhibit 3
Page 38



Exhibit 3
Page 39








Exhibit 3
Page 40



Exhibit 3
Page 41

# Agenda



**Rockley Photonics Overview**

**Investment Highlights**

**Business Details**

**Financial Overview**

14

Exhibit 3
Page 42



# Investment Highlights

**1**  **Massive Consumer Health Market Opportunity:** Significantly increased consumer focus on health and wellness – smart wearable technology rapidly proliferating with emerging monitoring capabilities

**2**  **Industry-Revolutionizing Technology Platform:** Unique, differentiated and IP protected silicon photonics and optical measurement technology unlocking new use cases in healthcare monitoring, sensing, and datacoms

**3** **Validated by Leading Blue-Chip Customers:** Engaged or contracted with 4 customers collectively holding >55% of smartphone and >50% of wearables markets and 2 MedTech customers including one of the largest medical device players globally; $70M+ NRE committed by a leading developer of smartphones, smart watches, and consumer electronics

**4**  **Capex-light and Scalable Manufacturing Model:** Fabless model with a seeded global manufacturing ecosystem running proprietary processes wholly owned by Rockley and ready for rapid and efficient high-volume scaling

**5**  **Multiple Avenues for Consistent Growth with Compelling Financial Profile:** Short-term commercial focus on health and wellness is supplemented by platform capability that creates substantial mid- and longer-term revenue opportunities leveraging big data and predictive analytics

**6**  **World Class Management Team with Extensive Track Record:** Leadership team with significant public company experience with highly disruptive technologies

15

Exhibit 3
Page 43



# Massive Emerging Market Opportunity with Compelling Healthcare Technology Need



## $48B+ TAM in 2025

Large market opportunity as growing universe of healthcare monitoring devices incorporate additional sensing capabilities

**Devices**
*Blood pressure monitor, pulse oximeter, body temperature monitor, blood glucose monitor, alcohol monitor, IR spectrometer*
**$18B TAM**

**Mobile**
*Smartphone*
**$23B TAM** *1.5B Units*

**Wearables**
*Smartwatch, fitness band, smart earbuds*
**$7B TAM** *700M Units*



**Near Term Target Markets**

Wearables | Smartphones

Point-of-Care

**Expanded Market Opportunity**

| IoT Devices | Hearables |
| Smartpatches | Smartbands |

**Rockley's immediate commercial focus is wearables, mobile and medical devices, representing an attractive 2025 TAM of >$48B**

Sources: IDC, Counterpoint Research, Strategy Analytics, TrendForce Research, leading consumer electronics manufacturer investor materials.

16

Exhibit 3
Page 44



# The Emerging Healthcare Need Is Driving a Massive Opportunity

**Strong market demand and societal growth trends…**    **…are unmet by existing technology**



### Health & Wellbeing Awareness

- ✓ Increasing consumer focus on preventative health
- ✓ Wearable tech rapidly proliferating with emerging monitoring capabilities
- ✓ Covid-driven rethinking of "at-home" monitoring solutions



### Chronic Conditions & Diseases

- ✓ Growing need for costly chronic care
- ✓ Health systems strained by demand
- ✓ High-cost, non-invasive monitoring solutions are only available in-clinic



### Current Technology Solutions[1]

- ✗ Lack integration across devices and technologies
- ✗ Inability to miniaturize
- ✗ Limited use cases
- ✗ Not scalable

**There is growing demand for miniaturized, non-invasive sensing technology with real-time diagnostics and analytics that is affordable and accessible outside of a clinical setting → existing technology cannot meet these consumer healthcare needs**

(1)   Existing Technology Solutions: 1. PPG – simple technique from which vitals are extracted 2. IR spectroscopy – Ability to interrogate many complex bio-markers of chronic conditions and other diseases.

17

Exhibit 3
Page 45



## The Rockley Solution: Multi-Function Clinic-on-the-Wrist Capability

**2**









18

Exhibit 3
Page 46



Exhibit 3
Page 47



**④ Capex-light and Scalable Manufacturing Model**

Running proprietary process wholly-owned by Rockley and protected by IP

**High-Volume IC / Wafer Foundry**



Silicon Photonic Integrated Circuits and Wafer Scale Integration

✓ Auto, Consumer & Health qualified

✓ 400K+ wafers per year capacity

**High-Volume III-V Semiconductor Foundry**



III-V Semiconductor Active Optics

✓ Telecom & Consumer qualified

✓ Large wafer scale, fully automated

**Leading Global IC Foundry**



Electronic Integrated Circuits

✓ Used by most major consumer OEMs

✓ Qualified ultra high volume process node

Capex-light, fabless model in partnership with global tier-1 foundries fully supports Rockley's volume ramp up requirements

20

Exhibit 3
Page 48



Exhibit 3
Page 49



# 6 World Class Management Team with Track Record of Leading Public Technology Companies

## Executive Team



**Dr. Andrew Rickman, OBE**[1]
Founder, CEO and Chairman
- Founder & CEO of Bookham, the first silicon photonics company
- Chairman of Kotura (acquired by Mellanox)
- Awarded OBE in the Queen's Millennium Honors



**Mahesh Karanth**
Chief Financial Officer
- CFO, Enlightened
- CFO, Invensense (acquired by TDK)
- Partner at Ernst & Young
- Various senior role at CPQ and HP



**Amit Nagra**
Chief Operating Officer
- EVP Operations, Source Photonics
- Director Operations, Luminent OIC

## Strong Engineering and Operational Team Builds on the Rockley Platform



**Roozbeh Parsa**
VP of Sales and Marketing
- GM Product Line, Texas Instruments
- PhD, Stanford



**Hooman Abediasl**
VP of Product Engineering
- Nokia Bell Labs  Award Winner
- Annenberg Fellow



**Ara Nazarian**
Executive VP,  Engineering
- VP Engineering, Marvell Semiconductor
- Sr. Director of IC Design Engineering, Broadcom

 **82** PhDs



**Ben Ver Steeg**
Senior Director of Sensing Product Module Development
- CEO, TruTouch Technologies
- Co-Founder and CTO, Morelight Technologies



**Cas Wierzynski**
VP of Sensing Cloud and AI Product
- Senior Director AI Product, Intel
- Research Lead, Qualcomm
- PhD, Caltech



**Michael Ng**
Controller
- Corporate Controller, Virgin Galactic Holdings, Inc.
- VP Finance, Mojix
- PwC

 **156** Engineers

## Deep Bench of Industry Expertise and Talent



(1)  Order of the British Empire.

22

Exhibit 3
Page 50

## Agenda



Rockley Photonics Overview

Investment Highlights

**Business Details**

Financial Overview

23

Exhibit 3
Page 51



## Evolution of Rockley's Cutting-Edge Technology Platform

Founded by Andrew Rickman – based on 30 years of experience with a unique, versatile photonics platform structured to capitalize on mega scale semiconductor production and to address a range of strong emerging and growing markets

Established deep relationship with lead CMOS foundry

Topanga™ World's First OptoASIC Demonstrated

Hengtong JV formed

Advanced Sensing Platform Completed

Ovum acknowledges Rockley's unique approach to Silicon Photonics

Ahren Innovation Capital invests

Head of Cavendish Labs joins board

Credit Suisse backed Sig-i invests[1]

Applied Ventures invests

Morningside Ventures leads mezzanine round

**2013 · 2014 · 2015 · 2016 · 2017 · 2018 · 2019 · 2020 · 2021**

2005 TT founded
- Measurement science
- Clinical trials
- Benchtop instruments

New Partnerships:
- VTT
- CalTech
- Southampton

Company A relationship begins

Rockley receives Global Technology Innovation Award

Irish R&D Centre at Tyndall formed

Fab Agreement and team installed

Publicly launched healthcare module offering

**>$390M of total funding[2] raised to date support the development and commercialization of Rockley's module**

(1)  Via SIG-i Capital, a fund manager partially owned by Credit Suisse.
(2)  Funding history includes fundraising, non-recurring revenue, government grants and subsidies.

24

Exhibit 3
Page 52

Product Development and Commercial Roadmap

| Item | RP Offering | End-Product Form Factor | 2021 | | 2022 | | 2023 | | 2024 | | 2025 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 |
| | Chipset | • High volume consumer product | Pre-alpha samples | | Commercial launch & volume ramp | | | | | | | |
| | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | | Gen. 4 | |
| | Basic Module | • Hearable • Low-end smart watch/band • Mobile | Pre-alpha samples | | Commercial launch & volume ramp | | | | | | | |
| | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | | Gen. 4 | |
| | Advanced Module | • High-end smart watch • High-end smart band • Mobile (high-end / niche) | Pre-alpha samples | | Commercial launch & volume ramp | | | | | | | |
| | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | | Gen. 4 | |
| | Rockley Photonics Device | • Stand alone / medical grade | Pre-alpha samples | | | Commercial launch & volume ramp | | | | | | |
| | | | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | |
| | Subscription | • Rockley Cloud Analytics | | | Collaboration Platform | | Commercial launch & volume ramp | | | | | |
| | | | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | |

**The commercial launch of Rockley's product offering is expected to be 2022 – 2023**

25

Exhibit 3
Page 53



Exhibit 3
Page 54



## Rockley's Module Has the Broadest Biomarker Detection Capabilities

| Biomarkers Detection | Rockley | amu⊓ | ANALOG DEVICES | SiTime | Melexis |
|---|:---:|:---:|:---:|:---:|:---:|
| HR / HRV | ✓ | ✓ | ✓ | ✓ | ✗ |
| Pulse Oximetry | ✓ | ✓ | ✓ | ✗ | ✗ |
| BP | ✓ | ✓ | ✗ | ✗ | ✗ |
| Breath rate | ✓ | ✗ | ✗ | ✗ | ✗ |
| Body temp | ✓ | ✗ | ✗ | ✗ | ✓ |
| Body hydration | ✓ | ✗ | ✗ | ✗ | ✗ |
| Blood flow | ✓ | ✗ | ✗ | ✗ | ✗ |
| Hemoglobin Constituent | ✓ | ✗ | ✗ | ✗ | ✗ |
| Blood alcohol | ✓ | ✗ | ✗ | ✗ | ✗ |
| Lactate | ✓ | ✗ | ✗ | ✗ | ✗ |
| Glucose | ✓ | ✗ | ✗ | ✗ | ✗ |

**Rockley's technology is uniquely capable of sensing numerous biomarkers across LED and infrared wavelengths**

27

Exhibit 3
Page 55





**Engagement with Blue Chip Mobile OEMs Validate the Commercial Opportunity of Rockley's Module**

Projected Revenue ($M)

| Company | CY2023 | CY2024 | Notes |
|---|---|---|---|
| Company A | $124 | $307 | ✓ Long standing development and supply agreement<br>✓ Over $70M committed to date |
| Company B | $124 | $238 | ✓ Strong smart phone channel, common investor in Rockley<br>✓ MOU agreement in final negotiation |
| Company C | $86 | $180 | ✓ Leading producer globally with strong Asia channel<br>✓ MOU agreement signed |
| Company D | $55 | $115 | ✓ Strong smart phone channel and emerging wearables<br>✓ MOU agreement in final negotiation |
| Company E | $12 | $15 | ✓ One of the largest medical device manufacturers globally<br>✓ Co-developing programs to address clinical market needs |
| Company F | $1 | $2 | ✓ Leading platform of wireless biosensors<br>✓ MOU agreement signed |

**2023-2024 commercialization plan is primarily driven by several large consumer device companies currently engaged with Rockley**

28

Exhibit 3
Page 56



The Consumer Health Commercial Opportunity is Underpinned by a Massive Market

2024 revenue forecast represents <5% penetration of wearables and mobile SAM → significant further upside remaining

(1)   Sources: IDC, Counterpoint Research, Strategy Analytics, TrendForce Research, leading consumer electronics manufacturer investor materials.
(2)   Declining SAM estimate driven by ASP erosion.
(3)   Pro Forma 2024E revenue scaled up by ratio of illustrative penetration rate to forecast penetration rate.

29

Exhibit 3
Page 57






## Impacting Disease Prevention and Management by Partnering with MedTech Companies



**US Prevalence of Major Diseases(1)**

Rockley's technology capabilities offer MedTech OEMs and patients enhanced tools for potential disease detection and management

(1)  Sources: Center of Disease Control and Prevention, endoctrineweb.

30

Exhibit 3
Page 58



Rockley's Module Can Detect Numerous Critical Biomarkers to Assist Disease Detection & Management

| | Coronary Arterial Disease | Diabetes | Chronic Kidney Disease | Covid-19 |
|---|---|---|---|---|
| Albumin | | ✓ | | |
| Urea | | ✓ | | |
| Creatinine | | ✓ | | |
| Glucose | ✓ | ✓ | ✓ | ✓ |
| Lactate | | | ✓ | |
| Core body temp | | | | ✓ |
| Hydration | | ✓ | ✓ | ✓ |
| Alcohol | ✓ | | | |
| Bilirubin | | | | |
| Hemoglobin | | ✓ | | |
| SpO2 | | | | ✓ |
| RR | | | ✓ | ✓ |
| HR / HRV | ✓ | | ✓ | ✓ |
| BP | ✓ | ✓ | ✓ | ✓ |
| Population (USA) | 18M | 34M | 37M | 28M |

✓ Diagnostics assistance indicator   ■ IR   ■ Visible

**Many Other Diseases:**

Asthma COPD   Cirrhosis Hep C

Alzheimer's Stroke   Flu Sepsis

Cancer

**IR technology enables early detection of organ decline and continuous monitoring of patients living with chronic diseases**

31

Exhibit 3
Page 59



## Rockley Benefits from Several Hard-to-Replicate Strengths Creating a Competitive Moat

### Robust Patent Portfolio Covering Numerous Domains



- 123 issued patents
- 269 pending applications
- Extensive geographic coverage over numerous relevant technology domains

### Technology & Process Complexity



- End-to-end control over design, manufacturing and packaging process, algorithms and software
- Disciplined and systematic documentation and protection of critical know-how, trade secrets and proprietary information



### Research & Development



- $300M+ of R&D, NRE and >7 years of continuous specialization create a frontier technology that unlocks new use cases
- R&D has been supported through partnerships with leading research institutions and consumer electronics and MedTech companies

### World Class Management and Engineering Team



- Highly regarded silicon photonics and measurement science experts, with advanced technical degrees and world recognition of scientific capabilities
- Led by a pioneer in silicon photonics industry

**Revolutionary technology is protected by deep moat of patents, know-how and trade secrets covering numerous domains**

32

Exhibit 3
Page 60



Exhibit 3
Page 61



# Agenda

Rockley Photonics Overview

Investment Highlights

Business Details

Financial Overview

34

Exhibit 3
Page 62



Exhibit 3
Page 63

## P&L Outlook



| (in $M) | FY 2020A | FY 2021E | FY 2022E | FY 2023E | FY 2024E |
|---|---|---|---|---|---|
| **Revenue** | 20.6 | 40.5 | 78.6 | 426.5 | 1,125.1 |
| *% YoY Growth* | *0.6%* | *96.3%* | *94.2%* | *442.3%* | *163.8%* |
| **Gross Profit** | 3.7 | 7.4 | 20.7 | 234.1 | 595.5 |
| *Margin* | *17.9%* | *18.2%* | *26.3%* | *54.9%* | *52.9%* |
| **EBITDA** | (54.5) | (96.4) | (95.6) | 48.9 | 260.1 |
| *Margin* | *(264.2%)* | *(238.1%)* | *(121.5%)* | *11.5%* | *23.1%* |
| **CAPEX** | (1.6) | (10.4) | (18.5) | (38.5) | (50.0) |
| *% of Revenue* | *(7.9%)* | *(25.8%)* | *(23.6%)* | *(9.0%)* | *(4.4%)* |
| **Free Cash Flow** | (54.6) | (106.1) | (118.7) | (11.6) | 149.7 |

1. Revenue growth accelerates in 2023E as commercial sensor delivery ramps up

2. Gross and EBITDA margins expand as efficiencies from mass production are realized

3. Limited CAPEX requirement of US$10M – US$50M per annum
   - Aimed at funding portion of backend processing – improve IP protection, quality control, and process

4. Free cash flow expected to turn positive by 2024E

(1)   Free Cash Flow = Operating Cash Flow – Capital Expenditure.

36

Exhibit 3
Page 64



Improved Growth and Margins Post-Commercialization

(1) Share of serviceable available market of wearables.
(2) Blended margin across all products.
(3) Not meaningful as EBITDA is forecasted to be negative.

37

Exhibit 3
Page 65



Exhibit 3
Page 66



Valuation Benchmarking

Exhibit 3
Page 67



# Transaction Priced At Discount To Peer Multiples



(in $M)

$5,625

$3,375

Discounted back 3 years at 20% discount rate

$3,255

$1,953

73% Discount

53% Discount

$1,215

**3.0x – 5.0x 2024E Revenue**

**1.1x 2024E Revenue**

Implied Future Enterprise Value

Implied Current Enterprise Value

Pro Forma Enterprise Value

**2024E Revenue: $1,125M**

### Pricing / Valuation Approach Summary

- Implied Future Enterprise Values derived by applying a range of 3.0x – 5.0x as EV / Revenue multiples to Rockley's CY2024E Revenue

   - Yielding Rockley's Implied Future Enterprise Value as of YE2023

- Implied Current Enterprise Value derived by discounting Implied Future Enterprise Value 3 years back at a discount rate of 20%

- Pro Forma Enterprise Values of $1.215B implies a 1.1x multiple on Rockley's CY2024E Revenue

40

Exhibit 3
Page 68



Exhibit 3
Page 69



Exhibit 3
Page 70

## Historical P&L and 4-Year Outlook



| (in $M) | FY 2020A | FY 2021E | FY 2022E | FY 2023E | FY 2024E |
|---|---|---|---|---|---|
| Product Revenue | 0.0 | 0.0 | 15.8 | 405.5 | 1125.1 |
| Sample revenue & NRE Revenue | 20.6 | 40.5 | 62.8 | 21.0 | 0.0 |
| **Total Revenue** | **20.6** | **40.5** | **78.6** | **426.5** | **1125.1** |
| *% YoY Growth* | *0.6%* | *96.3%* | *94.2%* | *442.3%* | *163.8%* |
| **COGS** | **16.9** | **33.1** | **57.9** | **192.3** | **529.6** |
| *% of Revenue* | *82.1%* | *81.8%* | *73.7%* | *45.1%* | *47.1%* |
| **Gross Profit** | **3.7** | **7.4** | **20.7** | **234.1** | **595.5** |
| *Margin* | *17.9%* | *18.2%* | *26.3%* | *54.9%* | *52.9%* |
| **Sales & Marketing** | **(2.3)** | **(7.2)** | **(12.3)** | **(20.5)** | **(52.4)** |
| *% of Revenue* | *(11.1%)* | *(17.7%)* | *(15.6%)* | *(4.8%)* | *(4.7%)* |
| **Engineering** | **(41.5)** | **(74.2)** | **(88.6)** | **(154.8)** | **(255.1)** |
| *% of Revenue* | *(201.4%)* | *(183.4%)* | *(112.6%)* | *(36.3%)* | *(22.7%)* |
| **General & Administration** | **(18.3)** | **(24.9)** | **(20.5)** | **(23.3)** | **(47.7)** |
| *% of Revenue* | *(89.0%)* | *(61.6%)* | *(26.1%)* | *(5.5%)* | *(4.2%)* |
| **Total Opex** | **(62.2)** | **(106.3)** | **(121.4)** | **(198.6)** | **(355.1)** |
| *% of Revenue* | *(301.5%)* | *(262.7%)* | *(154.4%)* | *(46.6%)* | *(31.6%)* |
| **EBITDA** | **(54.5)** | **(96.4)** | **(95.6)** | **48.9** | **260.1** |
| *Margin* | *(264.2%)* | *(238.1%)* | *(121.5%)* | *11.5%* | *23.1%* |
| **CAPEX** | **(1.6)** | **(10.4)** | **(18.5)** | **(38.5)** | **(50.0)** |
| *% of Revenue* | *(7.9%)* | *(25.8%)* | *(23.6%)* | *(9.0%)* | *(4.4%)* |
| **Free Cash Flow**[1] | **(54.6)** | **(106.1)** | **(118.7)** | **(11.6)** | **149.7** |

(1)  *Free Cash Flow = Operating Cash Flow – Capital Expenditure.*

43

Exhibit 3
Page 71

## Comparable Companies



| Company | Share Price | % of 52 Wk High | Market Cap | Enterprise Value | Revenue Growth CY21E | Revenue Growth CY22E | Gross Profit Margin CY21E | Gross Profit Margin CY22E | EBITDA Margin CY21E | EBITDA Margin CY22E | EV / Revenue CY21E | EV / Revenue CY22E | EV / EBITDA CY21E | EV / EBITDA CY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Recent de-SPACs** | | | | | | | | | | | | | | |
| ChargePoint | $27.84 | 56.3% | $9,513 | $9,197 | 11.1% | 46.7% | 26.5% | 33.2% | (69.1%) | (48.2%) | 57.4x | 39.1x | NM | NM |
| Luminar Technologies | 27.46 | 57.4% | 8,900 | 8,494 | 77.5% | 30.6% | 22.9% | 36.1% | (335.2%) | (246.5%) | 316.0 | 241.9 | NM | NM |
| Evgo[1] | | | 2,631 | 2,056 | 42.9% | 170.0% | 50.0% | 57.4% | (290.0%) | (79.6%) | 102.8 | 38.1 | NM | NM |
| Velodyne Lidar Inc. | 13.86 | 42.6% | 2,442 | 2,102 | (5.1%) | 105.8% | 35.0% | 48.2% | (46.5%) | 5.3% | 23.2 | 11.3 | NM | NA |
| Aeva | 13.04 | 59.7% | 2,131 | 1,803 | 120.0% | 218.2% | 45.5% | 54.3% | (590.9%) | (234.3%) | 163.9 | 51.5 | NM | NM |
| Achronix[1] | | | 2,073 | 1,761 | 50.5% | 23.4% | 75.8% | 73.5% | NA | NA | 11.1 | 9.0 | NA | NA |
| Indie Semiconductor[1] | | | 1,447 | 982 | 91.3% | 106.8% | 45.5% | 47.3% | (90.9%) | (49.5%) | 22.3 | 10.8 | NM | NM |
| | | | | **Mean** | 55.5% | 100.2% | 43.0% | 50.0% | (237.1%) | (108.8%) | 99.6x | 57.4x | NM | NM |
| | | | | **Median** | 50.5% | 105.8% | 45.5% | 48.2% | (190.5%) | (64.5%) | 57.4x | 38.1x | NM | NM |
| **Semiconductors** | | | | | | | | | | | | | | |
| IPG Photonics Corporation | $210.81 | 80.3% | $11,338 | $10,011 | 19.5% | 13.4% | 48.4% | 48.9% | 33.3% | 35.1% | 7.0x | 6.2x | 20.9x | 17.5x |
| Sensata Technologies Holding PLC | 62.83 | 99.7% | 9,936 | 12,121 | 17.3% | 6.7% | 33.4% | 34.2% | 24.3% | 25.0% | 3.4 | 3.2 | 14.0 | 12.7 |
| II-VI Incorporated | 71.46 | 71.1% | 8,222 | 9,437 | 18.3% | 11.0% | 41.1% | 42.3% | 27.8% | 27.1% | 2.9 | 2.6 | 10.5 | 9.7 |
| Lumentum Holdings, Inc. | 88.72 | 79.2% | 6,956 | 6,471 | 8.8% | 9.1% | 51.2% | 52.3% | 38.2% | 37.1% | 3.4 | 3.1 | 9.0 | 8.5 |
| Inphi Corporation[2] | 113.88 | 62.5% | 5,919 | 6,221 | 17.4% | 14.3% | 65.2% | 65.6% | 35.7% | 35.9% | 7.8 | 6.8 | 21.7 | 18.9 |
| ams AG | 20.09 | 72.6% | 5,237 | 7,033 | 61.3% | 5.3% | 32.1% | 33.2% | 24.0% | 25.4% | 1.1 | 1.0 | 4.5 | 4.1 |
| MACOM Technology Solutions Holdings, Inc. | 66.29 | 95.7% | 4,492 | 4,812 | 12.6% | 8.9% | 58.0% | 59.0% | 30.3% | 30.4% | 7.8 | 7.1 | 25.7 | 23.5 |
| | | | | **Mean** | 22.2% | 9.8% | 47.0% | 47.9% | 30.5% | 30.9% | 4.8x | 4.3x | 15.2x | 13.6x |
| | | | | **Median** | 17.4% | 9.1% | 48.4% | 48.9% | 30.3% | 30.4% | 3.4x | 3.2x | 14.0x | 12.7x |
| **Medical Technology** | | | | | | | | | | | | | | |
| Edwards Lifesciences Corporation | $82.07 | 89.1% | $51,860 | $51,152 | 16.1% | 11.4% | 76.3% | 76.2% | 32.7% | 33.9% | 10.0x | 9.0x | 30.7x | 26.7x |
| DexCom, Inc. | 357.73 | 78.4% | 34,879 | 34,010 | 20.3% | 20.6% | 65.1% | 65.6% | 18.1% | 19.3% | 14.7 | 12.2 | NM | 63.0 |
| Insulet Corporation | 261.88 | 87.8% | 17,270 | 17,384 | 19.3% | 20.0% | 68.2% | 69.6% | 16.2% | 19.0% | 16.1 | 13.4 | NM | 70.7 |
| Masimo Corporation | 230.40 | 80.9% | 13,372 | 12,753 | 5.1% | 8.8% | 66.9% | 67.4% | 30.2% | 31.3% | 10.6 | 9.7 | 35.2 | 31.1 |
| Inspire Medical Systems, Inc. | 218.05 | 86.4% | 5,685 | 5,482 | 62.1% | 38.7% | 84.3% | 84.8% | (25.9%) | (10.7%) | 29.3 | 21.1 | NM | NM |
| Tandem Diabetes Care, Inc. | 88.34 | 71.4% | 5,388 | 5,131 | 21.7% | 18.5% | 55.1% | 56.7% | 14.5% | 16.9% | 8.5 | 7.1 | 58.4 | 42.3 |
| iRhythm Technologies, Inc. | 141.12 | 49.3% | 3,917 | 3,704 | 23.0% | 23.8% | 69.0% | 69.0% | (12.4%) | 0.9% | 11.4 | 9.2 | NM | NM |
| Shockwave Medical, Inc. | 112.21 | 78.0% | 3,713 | 3,534 | 89.5% | 53.8% | 73.4% | 75.2% | (36.4%) | (5.1%) | 27.5 | 17.9 | NM | NM |
| Axonics Modulation Technologies, Inc. | 58.12 | 96.9% | 2,149 | 1,940 | 50.5% | 43.7% | 66.0% | 68.4% | (24.1%) | (4.1%) | 11.6 | 8.0 | NM | NM |
| | | | | **Mean** | 34.2% | 26.6% | 69.4% | 70.3% | 1.4% | 11.3% | 15.5x | 12.0x | 41.4x | 46.8x |
| | | | | **Median** | 21.7% | 20.6% | 68.2% | 69.0% | 14.5% | 16.9% | 11.6x | 9.7x | 35.2x | 42.3x |
| | | | **Total Mean** | | 37.0% | 43.9% | 54.6% | 57.3% | (54.4%) | (15.2%) | 37.8x | 23.5x | 23.1x | 27.4x |
| | | | **Total Median** | | 20.3% | 20.6% | 55.1% | 57.4% | 15.3% | 17.9% | 11.4x | 9.2x | 21.3x | 21.2x |

Source: Company filings, Factset and Wall Street Research.
Note: Market data as of March 12, 2021.
(1)  Figures as per Investor Presentation since no broker estimates are available yet.
(2)  Pre-announcement of acquisition by Marvell.

44

Exhibit 3
Page 72

# Glossary



**ASIC** – Application-Specific Integrated Circuit

**AFE** – Analog front-end

**BP** – Blood Pressure

**CAD** – Coronary Artery Disease

**CGM** – Continuous Glucose Monitoring

**CHF** – Congestive Heart Failure

**CKD** – Chronic Kidney disease

**COPD** – Chronic Obstructive Pulmonary Disease

**ECG** – Electrocardiogram

**EV** – Enterprise Value

**Hep C** – Hepatitis C

**HR** – Heart Rate

**HRV** – Heart Rate Variability

**Hypo** – hypoglycemia

**IC** – Integrated Circuit

**IoT** – Internet of Things

**IP** – Intellectual Property

**IR** – Infrared Radiation

**LED** – Light-Emitting Diode

**MOU** – Memorandum of Understanding

**MUX** – Multiplexer

**NRE** – Non-recurring engineering

**PAD** – Peripheral Arterial Disease

**PPG** – Photoplethysmography

**RR** – Respiratory Rate

**R&D** – Research and Development

**SAM** – Serviceable Available Market

**SiPh** – Silicon Photonics

**SPAC** – Special Purpose Acquisition Company

**SpO2** – Peripheral Capillary Oxygen Saturation

**TAM** – Total Addressable Market

**TT** – TruTouch

45

Exhibit 3
Page 73



Exhibit 3
Page 74

Filed by Rockley Photonics Holdings Limited
Pursuant to Rule 425 under the Securities Act of 1933, and
deemed filed pursuant to Rule 14a-12 under the
Securities Exchange Act of 1934

Subject Companies:

Rockley Photonics Limited

SC Health Corporation
(Commission File No. 001-38972)

Exhibit 3
Page 75

 

**SC Health Corporation – Business Combination Announcement**

March 19, 2021

**Call Participants:**

**AJ Coloma**

*SC Health Corp. ("SC Health"), CEO*

**Dr. Andrew Rickman, OBE1**

*Rockley Photonics, Ltd. ("Rockley"), Founder, Chairman & CEO*

**Mahesh Karanth**

*Rockley Photonics, CFO*

**Ciaran Rooney**

*Rockley Photonics, VP of Corporate Development*

**Presentation:**

**Mark Roberts, Blueshirt Group**

Welcome to the Rockley Photonics and SC Health or SCPE investor conference call and webcast. SCPE has filed an investor presentation with the SEC, which is also available on SC Health's website at www.schealthcorp.com and Rockley's website at www.rockleyphotonics.com. Please review the disclaimers included in the investor presentation and refer to that as a guide for today's call. The presentation will also be helpful to reference in conjunction with management's commentary. Management will not be fielding any questions on today's call.

Statements we make during this call that are not statements of historical facts constitute forward-looking statements that are subject to risks, uncertainties and other factors that could cause our actual results to differ from historical results and/or from our forecast, including those set forth in SCPE's Form 8-K filed today. For more information, please refer to the risks, uncertainties and other factors discussed in the SEC filings.

All cautionary statements that we make during this call are applicable to any forward-looking statements we make whenever they appear. You should carefully consider the risks, uncertainties, and other factors discussed in SCPE's SEC filings. Do not place undue reliance on forward-looking statements, which we assume no responsibility for updating.

With that, I'll turn the call over to AJ Coloma, CEO of SC Health.

1       Order of the British Empire

Exhibit 3
Page 76

 

**AJ Coloma**

*SC Health, CEO*

Thank you for joining us today. My name is AJ Coloma; I am the CEO of the SPAC, SC Health, and a Managing Director at SIN Capital, an investment firm based in Singapore which is the sponsor of the SPAC. We're delighted to have Dr. Andrew Rickman and his team from Rockley Photonics here today and we're very excited to bring this opportunity to the New York Stock Exchange. Dr. Rickman is not only a leader in silicon photonics, but also the commercial founder of the industry, so this is a rare opportunity for public investors to partner with a founder of his caliber.

At SIN Capital, we are healthcare investors, and the SPAC has a mandate for healthcare platforms. Rockley has developed a photonic sensing platform that we believe is transformational versus existing technology in terms of its range, accuracy, and efficiency, among other things, but its applications in health and wellness is what excites us as healthcare investors, in the near term, as a key component in consumer wearable devices such as smartwatches, fitness bands, and mobile devices and, in the medium term, in medical device technology. Dr Rickman will take you through their exciting strategic partnerships, which include one of the largest technology companies in the world, that company have stated that it views health and wellness as critical to their product offerings, as well as one of the largest medical device companies in the world. We believe the company is poised for substantial and imminent commercial growth, which is why we are happy to bring Rockley to the listed markets now rather than later.

In addition to Dr Rickman, we also have with us today Mahesh Karanth, Group Chief Financial Officer at Rockley and Ciaran Rooney, who is Vice President of Corporate Development at the Company.

Page 5 is a brief summary of SIN Capital; I won't spend too much time here except to mention that we are long-term investors and we expect to be supportive and engaged partners to the Rockley team for years to come.

As you can see on page 6, we are pricing the business at an enterprise value of US$1.2 billion on a pro forma basis. I want to quickly emphasize a few key points on deal structure contributing to the attractiveness of this transaction. First, there is zero cash secondary consideration with 100% equity rollover. We believe this signals strong conviction from Rockley's existing investors that there is substantial upside to come. Second, we are injecting around US$283 million of cash, assuming no SPAC shareholder redemptions and including $150 million from PIPE proceeds into Rockley's balance sheet to fund the company's product launch and commercialization strategy for the next 4 to 5 years. As a result, we believe the business should be well-capitalized to execute on its growth plans with alignment between management and public investors.

Let me now hand it over to Dr. Rickman and team.

**Dr. Andrew Rickman**

*Rockley, Founder, Chairman & CEO*

Thanks, AJ. Let me start off by telling you about the technology we've spent years developing. We believe this technology is a game-changer for wearables, consumer, and medical devices. This is more ground-breaking than the first touchscreen or voice recognition in your smartphone and will change the way we monitor our health going forward. Our module compresses the sensing capabilities of a tabletop

Exhibit 3
Page 77

# SC Health



clinical spectrometer into a wearable chip that could be carried on your wrist. This enables continuous monitoring of numerous biomarkers, some of which are life critical such as hydration, blood pressure, core body temperature, lactate, and glucose levels for the first time ever. Our technology is up to 1,000,000x more accurate than existing LEDs you see in high-end smartwatches today. There is no precedent for this type of exponential increase in accuracy in recent history, and we have patents and process technology that form a protective moat around our business.

It is the power of this technology that we believe has made us invaluable to one of the largest technology companies in the world. They believe in us and in our technology and have invested a significant amount of non-recurring revenue, or NRE, in us. You could see this revolutionary technology on your wrist as soon as next year, followed by a significant volume ramp in 2023. As AJ mentioned, this is not a future story – this is happening now, and we have strong visibility on our numbers in close partnership with our customers.

Before starting on slide 8, let me tell you about my background and the background to Rockley's sensing platform, which is based on silicon photonics. Silicon photonics is the optical analogy of microelectronics; we're creating complex systems on a chip which uses photons instead of electrons to process and sense information. The idea of silicon photonics was proposed in the mid-1980s, and some years later I founded the first silicon photonics company to commercialize the field. That company was called Bookham, it was backed by Intel and Cisco, and we took it public on the Nasdaq. The company went on to be known as Oclaro and now is part of Lumentum. I chaired a second company in the field called Kotura, which had a similar journey in fiber optic communications with a second-generation process, and we successfully sold it to Mellanox in 2013, which in turn was acquired by NVIDIA last year. That's when we started Rockley.

The aim of Rockley was to develop a third-generation silicon photonics process that overcame the remaining hyperscale manufacturing issues and provided a wider breadth of performance capabilities compared to current processes. We also saw that there were going to be new market applications that were bigger and more disruptive, the largest one being created by the advent of smartwatches. Smartwatches have LEDs that shine light into your skin, monitoring the scattered light that comes back to measure your pulse and, in the high-end versions, your blood oxygen. With this market taking off, it created a new opportunity for us to exploit an idea we had many years back to create a much more powerful optical sensing chip for non-invasive biomarker monitoring.

As of today, Rockley has developed a unique sensing platform targeting applications in consumer health and wellness, driving an exponential increase in application capabilities for non-invasive, multi-model biomarker monitoring. This is built on our highly disruptive silicon photonics technology platform, which delivers compelling sensor performance, power, resolution, and density. Our spectrometer chip provides up to 1,000,000x higher resolution, 1,000x higher accuracy and 100x broader bandwidth than LED technology on existing wearables today.

Another way of looking at our technology is that we've shrunk a laboratory spectrometer onto a chip, creating a "clinic on a wrist". Traditionally, when you shrink an optical instrument, the performance generally gets worse as you get less light into the device. But in this particular case, the innovative architecture we've designed allows our device to actually have two orders of magnitude improvement over the benchtop instrument. So this is not an average spectrometer, this is a highly advanced spectrometer.

Exhibit 3

Page 78





We are currently engaged or contracted with six companies across consumer electronics and MedTech which form the basis of our financial projections through 2024. We also have a manufacturing ecosystem which has been seeded with our wholly owned proprietary manufacturing processes that we can rapidly scaled, so there's no other company in the world that has access to this unique process technology.

As you can see on slide 9, our technology solution is comprised of a unique spectroscopy chip made up of numerous infrared lasers and a second LED based element which is already being used today in wearables to detect pulse and blood oxygen. We're also designing the electronics and ASIC controller on the back of our module.

In terms of what it means to the end user on slide 10, our technology is designed to work anywhere on the body where there's reasonable blood perfusion. For example, it could be in a smartphone or smart speaker where you place your finger on it, or a smart patch that you place on your chest, as a smart earbud, and so on. Something like this creates a revolutionary range of actionable insights. With this sort of technology, we believe this will dramatically change the way that people think about their diet, nutrition, and monitoring their health and fitness. There's also the opportunity for this technology to provide early warning signs of the onset of diseases, so a more efficient treatment of those diseases can take place. Also, our technology could provide invaluable information for people suffering from chronic disorders, so they can manage their lives more effectively.

We offer a full stack of technology capabilities to our OEM customers, ranging from the silicon and III-V photonics and electronics design, the co-packaging technology to put electronics and photonics together, the firmware / software to run the chips, and importantly, the biosensing algorithms and cloud analytics to measure and read individual biomarkers. In particular, our algorithms represent an important component of our IP as these are developed through clinical trials over a representative human population and thus cannot be easily replicated by competitors. We've built in-house big data analytics to support our development efforts, creating the possibility of additional monetization with customers through a B2B cloud subscription model.

Moving to slide 12, Rockley's commercial roadmap has an immediate focus on health and wellness. We've built out a complete vertical capability for consumer devices by leveraging our research and development in other optical fields. There are further opportunities in MedTech, where we can upgrade our devices to clinical grade and offer AI and cloud analytics tools for disease detection and prevention. Some of the game-changing medical applications we see here include diabetes and other major diseases, and we've already started discussions with leading medical device OEMs. We don't have meaningful medtech revenues represented in our top line forecast presented, because it's going to take longer for us to get FDA approvals for those markets, but we expect this commercial opportunity will come in 2025 timeframe. Having said that, we are engaged with numerous MedTech companies and have significant traction with one of the largest MedTech players globally. Further to this are additional growth areas including using the technology in data center connectivity, for which we've formed a JV with a fiber optic cable producer, the Hengtong Group, to produce optical transceivers. There are also applications in machine visions for robotics, automotive FMCW Lidar, and advanced computer connectivity in the field of in-package optics, and we have had advanced discussions with partners in all of these areas.

Rockley's objective is to play a pivotal role in the next frontier of consumer devices and health and wellness and to be a key supplier to the world's biggest tech players that have publicly set out plans for tackling health and wellness.

Exhibit 3
Page 79

## SC Health



Moving on to our major investment highlights, we believe there is a massive opportunity in the consumer health market driven by a significant increase in consumer focus on health and wellness and rapid proliferation of smart wearable technology with emerging monitoring capabilities. We have revolutionary silicon photonics technology and unique optical measurement science that is differentiated and unlocking new use cases in healthcare monitoring, sensing, and datacoms. Our technology and business model are validated by leading blue-chip customers as we are currently engaged or contracted with six customers collectively holding over 50% of the smartphone and wearables markets. Notably, we've received US$70 million of NRE commitment to date by one of the largest technology companies in the world and we have significant traction with one of the largest medical device companies in the world.

We are fabless and capex-light and we've seeded a global manufacturing ecosystem running proprietary processes wholly-owned by Rockley and ready for rapid and efficient high-volume scaling. While our short-term commercial focus is on health and wellness, there are multiple avenues for consistent growth given our broad platform capability creates substantial mid- and longer-term revenue opportunities leveraging big data and predictive analytics. Our team is world class and has an extensive track record, particularly in public companies and managing highly disruptive technologies.

Moving to slide 16, this is a massive emerging market opportunity with compelling healthcare technology needs. Our overall market estimate for 2025 is US$48 billion, made up of wearable devices, such as smartwatches, fitness bands, and earbuds, and mobile devices, in particular smartphones. The initial focus is for our devices to go into these types of consumer products for health and wellness that comprise a US$30 billion market, but we believe there is a further US$18 billion market for medical devices that we intend to expand into in due course. There is then the opportunity to turn those medical grade capabilities back into the consumer device to drive further customer stickiness.

Some of the key trends driving this emerging healthcare need include greater consumer focus on preventative health, proliferation of wearable tech, and a COVID-driven rethinking of "at-home" monitoring solutions. Other healthcare challenges include a growing prevalence of costly chronic conditions, health systems that are strained by demand, and high-cost, non-invasive monitoring solutions that are only available in-clinic. All of these concerns are unmet by existing technology, as there is a lack of integration across wearable and medical devices, inability to miniaturize benchtop solutions, limited use cases, and non-scalability of existing technologies. In walks the Rockley solution, which is a multi-functional clinic-on-the-wrist capability. Our wearable spectrometer technology brings a single sensor for multi-modal biochemical / biophysical marker monitoring through the functionality of numerous lasers on a single chip that results in unparalleled spectral resolution and accuracy. Some of the new sensing functions unlocked include lactate, alcohol, glucose, carbon monoxide, blood pressure, and more.

This opportunity is validated by leading blue-chip customers, of which we currently have six that are engaged or contracted and make up a significant portion of the smartphone and wearables markets and are represented by some of the logos in the illustrative health and wellness pipeline in the middle of this page, as well as one of the world's largest medical device manufacturers. We are in some level of discussion with all the consumer device and MedTech companies shown on slide 19, with some already signed up for development stage partnerships.

Moving to our capex-light and scalable manufacturing model, our foundry partners, both in silicon and III-V semiconductor technology, are running our wholly-owned proprietary processes that are protected by our IP. We have 20 engineers embedded in our silicon photonics foundry based in Newport, Wales, that

Exhibit 3
Page 80

**SC** Health



handle the wafer bonding to ensure control of this critical process and makes it very difficult for a competitor to reverse engineer or imitate our unique design and fab process. We're using the leading global IC foundry to produce our ASIC designs. All our foundry partners have plenty of capacity for volume manufacturing and are ready to meet and scale further than our 2024 projections, and we have secondary sources as back-up for each component.

On slide 21, our revenue projections through 2024 are built on the existing customer engagements that we currently have and are primarily based on the health and wellness use cases of the technology. As I mentioned, the other avenues for growth beyond consumer health include medical devices and predictive analytics, data center connectivity through our JV with Hengtong Group, machine vision, computer connectivity, and in the longer-term, other areas of advanced sensing, communications and computing. So we believe we've developed our financial projections very conservatively and have left a lot of compelling upside.

Let me tell you a little about the management team. I've given you some of my background at the beginning of the presentation and I'll let Mahesh talk about himself during his section. Amit is our Chief Operating Officer and a highly experienced operations manager as former EVP of Operations at Source Photonics and he's also an extremely accomplished engineer. We have a strong engineering and operational team building Rockley's platform, with some of the leaders shown who comprise that team. Roozbeh is VP of Sales and Marketing and was the former GM of Product Line at Texas Instruments with a Ph.D. at Stanford. Hooman is VP of Product Engineering and a very decorated engineer, one of our founding engineers, who won the Bell Labs Award in 2016. Ara is the EVP of Engineering and was the former VP of Engineering at Marvell Semiconductor. Ben is Senior Director of Sensing Product Module Development and formerly CEO of TruTouch Technologies, which basically pioneered the infrared spectroscopy that we've implemented in our technology. We were fortunate to bring on Ben and his key team following our acquisition of TruTouch's assets and have been working on using our silicon photonics capabilities to miniaturize the proven benchtop measurement technology that TruTouch invented. Cas is leading our Sensing Cloud and AI Product development efforts; he was formerly Senior Director of AI Products at Intel and holds a Ph.D. from Caltech. Michael gives us a safe set of hands in the Controller role; he came from Virgin Galactic where he was also Corporate Controller. We've got a deep bench of industry expertise throughout the entire company, ranging from fundamental semiconductor technology, photonics design, packaging, consumer products, medical devices, software, and AI / cloud applications. We have 82 Ph.D.'s and 156 engineers.

Slide 24 illustrates the evolution of our cutting-edge technology. I've mentioned my background and how we came to start the company in 2013, which represents the origins of our core photonics and semiconductor technology. But there's a parallel stream by TruTouch in pioneering the non-invasive spectroscopic techniques we use. So Rockley represents the coming together of the two elements of the previous development of measurement science that exists on benchtop instruments and the photonics semiconductor technology that would allow those instruments to be shrunk onto a chip. The technology journey that we've been on over the last seven years has also involved a range of partners including customers and manufacturing partners, but also some leading institutes that we've worked with very closely including the national research institute of Finland (VTT), CalTech, Southampton University, and the Irish Center for Microelectronics Developments (Tyndall Institute). In 2017, we began our relationship with Company A, one of the largest technology companies in the world, and we formed our JV with the Hengtong Group. More recently, we've seen an expansion in our investor base to include some very deep MedTech and semiconductor investors. Some of these investors brought a tremendous vision to us on how far our technology can go and how exciting the medical applications can be. As of today, we've raised over US$390 million of total funding including equity and NRE to develop and commercialize Rockley's technology and modules.

Exhibit 3
Page 81

# SC Health



This is the roadmap of the roll-out of our products for the market. We have produced multiple generations of our unique spectrometer chip and we are now in the down-select process for the go-to-market versions. As we look at the product range and its roll-out, the chipsets are aimed at a customer with strong in-house capabilities, while our core products include the basic module and the advanced module. We are also developing the Rockley Photonics device for collaboration with medical partners, and in the longer-term, the launch of Rockley's cloud analytics capabilities to support all these end markets. The commercial launch of Rockley's consumer product offerings is expected to be in 2022.

Taking a closer look at the products we've developed, the basic module contains what you already see today in a high-end smartwatch, which is blood oxygen, heart rate, and breath rate, but adds to that biomarkers that are in great demand including hydration, core body temperature, and blood pressure. Adding onto that in the advanced module, which has roughly double the number of lasers as the basic module, we extend the infrared spectroscopy range and use more advanced algorithms to detect alcohol, carbon monoxide, glucose indicator, and lactate. Rockley's full feature device isn't intended to compete with its consumer device customers – this was developed for medical collaboration. This development will enable continuous glucose monitoring – the holy grail of which we make no claims or financial projections at the moment as we don't have FDA approval yet, but we are very excited about our advances in this area. Other biomarkers we will be investigating in this device include albumin, urea, and creatinine, which through continuous monitoring we can produce health trends and alerts for disease detection and management. With the continued refinement and development of our software and algorithms, we'll be able to upgrade our existing sensor devices in the market to provide additional product benefits.

Moving to slide 27, we look at the competitive landscape on the basis of existing alternative optical sensing technologies today. When I say "competitive", these are the LED-based products that are used in wearable devices today. As you can see, there are a limited number of features in the other players', as Rockley's unique spectrometer chip, we are able to dramatically increase the biomarkers we can measure, including all the ones you can detect via LED today, so it's more complimentary. Other potential market entrants include the broader photonics companies, but those players are mostly focused on datacom applications and we believe none of their process technologies today have the performance specifications, process scalability, or measurement capabilities to meet the consumer wearables market opportunity. These players would have to rearchitect their platforms to allow them to have the optical bandwidth and the right properties to address this market, along with the lengthy development of the measurement science. We think that's a long journey for them, so we believe there is a large barrier to entry.

As I mentioned, we are engaged today with blue chip consumer device OEMs that validate our module's commercial opportunity. We have a long-standing development and supply agreement with Company A and, in addition to the US$70 million commitment to date, our relationship with them so far provides a strong basis for our 2023 and 2024 revenue projections in terms of achievable price and volumes. Company B is a major Chinese consumer electronics manufacturer with a strong smartphone channel that is in final negotiation of our MOU agreement. Company C is a leading producer globally of consumer wearables with a strong Asia channel and we have an MOU signed with them. Company D is a strong smartphone provider with an emerging wearables capability and an MOU in final negotiations. We are in negotiations with Company E, a pioneer in the MedTech space one of the largest medical device

Exhibit 3
Page 82

 

manufacturers globally, to co-develop programs to address the clinical market. Finally, we have an MOU agreement signed with Company F, a leading platform of wireless biosensing. These customers are just a subset of our overall pipeline, with our revenue projections on the next page representing an implied market penetration rate of only 4% of the total SAM of wearables and smartphones by 2024. You can see an illustrative sensitivity of our potential commercial revenue at different market penetration levels, with the key takeaway that we believe our forecast is conservative and there is significant remaining upside.

From a medical perspective, we aim to impact disease prevention and management by partnering with MedTech companies. This is beyond our financial projections as we are currently conducting robust human clinical trials to develop FDA-approved medical grade devices and represents an exciting growth avenue for us. The graph on slide 30 shows the prevalence of major diseases in the U.S., ranging from cancer to diabetes to heart conditions. If you map the biomarkers that are involved in the indications of these various diseases as shown as examples on the following page, Rockley's module could potentially be used to detect these critical biomarkers to assist in disease detection and management. In diabetes, it's not just glucose levels that are important, there's also great benefit in monitoring several other biomarkers as shown. In COVID-19, there are machine learning model-based studies that show how certain biomarkers, such as glucose, core body temperature, and hydration, can assist in the early assessment of how the infectious disease is likely to progress and whether an individual will suffer severe symptoms that should be treated sooner or if they will experience mild symptoms and can be sent home. We're also in discussions with medial partners to develop uses of the technology for early cancer detection and monitoring of chemotherapy patients' wellbeing.

Rockley has developed several hard-to-replicate capabilities that create a strong competitive moat around what we do. We have 123 issued patents to date with 269 pending applications that cover a wider range of relevant technology domains in our key markets. We maintain end-to-end control over the design, manufacturing and packaging processes, and the software and algorithms though a disciplined and systematic documentation protocol to protect our know-how, trade secrets, and other proprietary information. We estimate that we have three- to five-year head-start on our competitors following our significant R&D effort and over US$300 million investment to date in partnership with leading institutions, consumer electronics, and MedTech companies. In addition, we have a world class management and engineering team of highly regarded silicon photonics and measurement science experts with advanced technical degrees and world recognition of their science capabilities.

We have three locations in California, with our principal location with more than half of our employees based in Pasadena, that houses our silicon photonics and III-V and IC design, processing, packaging, and operations. In San Jose, we have a commercial team and some product engineering. In Irvine, we have a healthcare applications laboratory. The Company is headquartered in the UK and has a team supporting the process technology. In Ireland and Finland, we have R&D teams working on further enhancements and the next generation of our technology platform. Our volume foundry and development partners are globally located. Our joint venture addressing optical fiber transceiver opportunity is based in Suzhou, Jiangsu province in China. We believe our global operations are fully able to address the huge market opportunities, and these facilities and our foundry partners and suppliers are qualified by our tier 1 customers.

I'd now like to hand it over to Mahesh, our CFO, to discuss the financials.

Exhibit 3
Page 83





**Mahesh Karanth**

*Rockley, CFO*

Thanks Andrew. This is Mahesh Karanth. A little about my background – I started my finance career in Ernst & Young and became a partner. I later worked at Compaq with my last job as Director of M&A before being acquired by HP. After spending time with large companies and having the benefit of being based in Silicon Valley, I decided to enter the start-up world and I've been CFO at growth-stage start-ups for the last 16 years with successful exits, notably Invensense which went public.

As Andrew has articulated, we have a large addressable market – we will be predominantly addressing the wearable market in 2023 and 2024. Within the wearable market, we are already in various stages of discussion with four major players who command a significant share of the market. Not only do we expect to capture significant shares in the wearables market, but we will also begin to address the smartphone market and medical device market starting late 2023.

We've discussed the revenue opportunity in previous slides – now let's look at the other value drivers on slide 36. We have built around our fabless model and we are confident we have the manufacturing ecosystem to support our 2023 and 2024 revenue projections. On gross margins, we have taken a conservative view with a blended margin. The pricing is based on informal discussions with our customers, RFP quotes, and our own market studies. Since we are the only company with this cutting-edge technology, we are confident that we should be able to maintain this pricing for the next few years. On opex, we are in line with other peers. We are a technology innovator, so we expect to maintain a continuing commitment to R&D and engineering. We are asset-light and our capex projections include some strategic funding of certain critical backend processing equipment and maintaining our internal technology infrastructure. Our cash usage over the next few years is approximately ~US$235 million before we expect to be breakeven in 2023. This de-SPAC transaction funds our growth ramp through 2024 when we expect to generate free cash flow of approximately US$150 million.

This concludes my portion of the presentation and I'll pass it on to AJ to wrap-up things up.

**AJ Coloma**

*SC Health, CEO*

Thanks Mahesh, I'll close off by discussing our public peer benchmarking and valuation.

We looked at 3 broad categories of comparable companies. First, we looked at recent growth-stage tech de-SPACs. Several of these have gotten done in recent months, including in electric vehicles names such as Chargepoint and EVGo, LIDAR names such as Luminar, Aeva and Velodyne, and semiconductor names such as Achronix and Indie. Note that we've only included the larger platforms here and these names are at broadly similar stages as Rockley. Second, we looked at broader semiconductor names and third, we looked at medical device names, given the company's target applications in the health and wellness space. As expected, Rockley's revenue growth profile far outpaces that of scaled, listed peers. But importantly, even against similar growth stage de-SPAC's that have commercial targets in the 2024 timeframe, Rockley's growth profile is still superior. Rockley's equity story has all the things that Andrew and Mahesh have talked about – superior technology, blue chip customers and a massive addressable market.

Exhibit 3
Page 84

# SC Health



Turning to valuation on slide 39, we believe that we are bringing Rockley to the equity market at a highly compelling entry price. On the previous slide, we noted Rockley's superior growth profile and we emphasize that we have also priced Rockley at a deep discount to other recent growth stage de-SPACs. On an apples-to-apples basis in terms of 2024 revenue, Rockley is priced at 1.1x. We are at an 83% discount compared to recent growth stage de-SPACs trading at a median 2024 revenue multiple of about 6x, and an 88% discount to the comparable mean of about 9x. In terms of the more scaled-up comps, forward revenue multiples today are around 4x for semis and around 12x for medical devices. As one would expect, medical device companies trade at higher levels given growth expectations in the healthcare space and technical and regulatory barriers to competition.

To close off with our approach to valuing Rockley, we started with the 2024 revenue forecast, given the timing of the company's commercial roll-out plan, which is consistent with early-stage tech de-SPACs. As Andrew and Mahesh have noted, the projections only include a small number of customers that are under contract or MOU or in advanced commercial discussions with Rockley, so we believe that there is substantial scope for further upside beyond this. We then applied a 3-5x forward multiple on 2024 revenue, which we believe is reasonable given larger semiconductor peers trade at around 4x forward revenue today. Given Rockley's focus on health and wellness, and the uniqueness of its technology platform, we think we could have justified a revenue multiple in the high single digits for 2024, compared to medical device companies that trade at an average forward revenue multiple of 12x. So we've chosen to leave that upside there for public market investors.

This results in a future enterprise value of US$3.4 billion to US$5.6 billion, or a mean of US$4.5 billion. We then discounted that valuation by three years to today at a 20% required return and then took a further haircut of over 50% to get to our pro forma transaction EV of US$1.2 billion, so we think we have accounted for both returns and operating risk. Compared to other growth stage de-SPACs which are currently trading at nearly 9x 2024 revenue, we believe this is an extremely compelling value for investors.

We expect to file our initial S-4 proxy statement with the SEC as soon as possible and the expected closing date will be at the end of Q2 2021. We've also separately filed for an extension of our SPAC deadline through August 16th in order to have sufficient time to complete this exciting transaction.

I would like to end today's call by reiterating the SC Health team's excitement about this transaction. We believe Rockley's revolutionary technology could completely transform the way we monitor our health and wellness. More information about this transaction can be found in our public filings, as well as the presentation that we have on our website, and please don't hesitate to contact us or any of our underwriters for further information. Thank you.

Exhibit 3
Page 85