PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (76342)
bruce.ericson@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
ARI M. BERMAN
(Pro hac vice)
ari.berman@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212.858.1000
Facsimile: 212.858.1500

Attorneys for Defendants
Andrew Rickman, Mahesh Karanth
and Richard Meier

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>vs.<br><br>DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD.,<br><br>                         Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br><br>CLASS ACTION<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS RICKMAN, MEIER, AND KARANTH TO DISMISS COMPLAINT**<br><br>Date:          May 30, 2024<br>Time:          1:30 p.m.<br>Courtroom:  10B, 350 West First St.<br><br>Submitted herewith:<br>1.  Motion and Supporting Memorandum<br>2.  Proposed Order |

Defendants Andrew Rickman, Mahesh Karanth, and Richard Meier ("Rickman," "Karanth," "Meier" and, collectively, the "Rockley Defendants") hereby request this Court to take judicial notice of the following documents attached hereto and referenced as Exhibits 1 through 26.  This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.  This request is made in connection with the Rockley Defendants' motion (filed herewith) to dismiss Plaintiff's Class Action Amended Complaint filed February 28, 2024 (ECF No. 56) (the "Amended Complaint" or "AC").

**BASIS FOR REQUESTING JUDICIAL NOTICE**

**A.     Exhibits 1, 3-5, 7, 9, 12-26 — Documents Identified in the Complaint**

On a motion to dismiss, a court may "consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).  The incorporation by reference doctrine allows the Court to consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (internal quotation marks and citations omitted) (alteration in original); *see In re Stac Elecs. Sec. Litig.,* 89 F.3d 1399, 1405 n.4 (9th Cir. 1996).  Here, the Complaint specifically refers to or quotes portions of Exhibits 1 (AC ¶ 73), 3 (AC ¶¶ 123-129), 4 (AC ¶ 53), 5 (AC  ¶ 132), 7 (AC ¶¶ 132-137), 9 (AC ¶¶ 140-144), 12 (AC ¶ 145), 13 (AC ¶ 146), 14 (AC ¶¶ 145-151),  15 (AC ¶ 158), 16 (AC ¶¶ 81, 158-159, 235), 17 (AC ¶ 169), 18 (AC ¶¶ 172-173), 20 (AC ¶ 174), 20 (AC ¶ 176), 21 (AC ¶¶ 177, 178), 22 (AC ¶¶ 179, 188), 23 (AC ¶ 220), 24 (AC ¶190, 239), 25 (AC ¶¶ 191-197), and 26 (AC ¶ 242).

**B.      Exhibits 3-5, 7, 8, 10-13, 16, 18-21, 23, 24, 26 — SEC Filings**

The Rockley Defendants also seek judicial notice of SEC filings pertaining to the securities at issue in this case.  In securities actions, courts commonly take judicial notice of a defendant's SEC filings.  "Public records, such as SEC filings, are properly the subject of judicial notice, and routinely considered in deciding a motion to dismiss in a securities case." *In re Extreme Networks, Inc. S'holder Derivative Litig.,* 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (collecting cases); *see also Metzler Inv. GMBH v. Corinthian Colls., Inc.,* 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (approving of court's review of SEC filings on motion to dismiss); *Dreiling v. Am. Exp. Co.,* 458 F.3d 942, 946 n.2 (9th Cir. 2006) (holding that district courts may consider "any matter subject to judicial notice, such as SEC filings"); *In re New Century,* 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) ("It is well-established that courts may take judicial notice of SEC filings"); *Perretta v. Prometheus Dev. Co., Inc.*, No. C 05-02987 WHA, 2005 WL 3445627, at *2 (N.D. Cal. Dec. 15, 2005) (taking judicial notice of documents filed with the SEC).

**C.      Exhibits 1, 15 – Publication in Federal Register**

The Rockley Defendants also seek judicial notice of two publications from the Federal Register.  "[T]he contents of the Federal Register shall be judicially noticed . . . ."  44 U.S.C. § 1507; *see U.S. v. Woods*, 335 F.3d 993, 1001 (9th Cir. 2003) (citing 44 U.S.C. § 1507) (taking judicial notice of the Federal Register).

**D.      Exhibits 2, 6 – Newspaper Articles**

"[A] court may take judicial notice of publicly available newspaper and magazine articles and web pages that indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Reynolds v. Binance Holdings Ltd.*, 481 F. Supp. 3d 997, 1002 (N.D. Cal. 2020) (quoting *Tarantino v. Gawker Media, LLC*, No. CV 14-603-JFW-FFMx, 2014 WL 2434647, at

*1 (C.D. Cal. Apr. 22, 2014)); *see also Bruce v. Chaiken*, No. 2:15-CV-00960-TLN-KJN, 2019 WL 645044, at *1 (E.D. Cal. Feb. 15, 2019) ("While [a court] may take judicial notice of the fact that the internet, Wikipedia, and journal articles are available to the public, it may not take judicial notice of the truth of the matters asserted therein."). Exhibits 2 and 6 are publicly available web pages with news articles. The Rockley Defendants do not ask the Court to assume the truth of these articles' contents, but instead that these articles indicate what was in the public realm at the time.

Thus, all of the documents identified below are properly before this Court.

| Ex. | Date Filed | Description | Pagin-ation |
|-----|-----------|-------------|-------------|
| 1 | 5/21/19 | U.S. Department of Commerce Bureau of Industry and Security, Addition of Entities to the Entity List, 84 Fed. Reg. 22961 (May 21, 2019) | 8-16 |
| 2 | 6/3/19 | CNBC News article titled "China's Huawei to sell undersea cable business, exchange filing shows," available at https://www.cnbc.com/2019/06/03/chinas-huawei-to-sell-undersea-cable-business-exchange-filing.html (last accessed March 20, 2024) | 17-27 |
| 3 | 3/19/21 | Form 425 (Presentation Slides, Call Transcript, Press Release, Risk Factors) filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000119312521086834/d95314d425.htm https://www.sec.gov/Archives/edgar/data/1852117/000119312521086791/d61796d425.htm https://www.sec.gov/Archives/edgar/data/1852117/000119312521086726/d61598d425.htm https://www.sec.gov/Archives/edgar/data/1852117/000119312521086840/d155286d425.htm | 28-99 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT, No. 2:23-cv-09501

| Ex. | Date Filed | Description | Pagin-ation |
|---|---|---|---|
| 4 | 3/30/21 | Form 10-K – filed by SC Health Corporation<br>https://www.sec.gov/Archives/edgar/data/1764301/000114036121010803/brhc10022395_10k.htm | 100-192 |
| 5 | 4/2/21 | Form S-4 filed by Rockley Photonics Holdings Limited, available at,<br>https://www.sec.gov/Archives/edgar/data/1852117/000119312521105235/d144950ds4.htm | 193-957 |
| 6 | 6/17/21 | Reuters article titled "Pacific undersea cable project sinks after U.S. warns against Chinese bid," available at https://www.reuters.com/world/asia-pacific/exclusive-pacific-undersea-cable-project-sinks-after-us-warns-against-chinese-2021-06-18 (last accessed March 20, 2024) | 958-970 |
| 7 | 7/22/21 | Form 424B3 (Proxy (S-4)) filed by Rockley Photonics Holdings Limited, available at,<br>https://www.sec.gov/Archives/edgar/data/1852117/000119312521221928/d144950d424b3.htm | 971-1803 |
| 8 | 8/16/21 | Form 10-Q filed by Rockley Photonics Holdings Limited, available at,<br>https://www.sec.gov/Archives/edgar/data/1852117/000119312521247792/d146902d10q.htm | 1804 - 1887 |
| 9 | 8/16/21 | 2Q 2021 Rockley Photonics Holdings Ltd Earnings Call Transcript | 1888 - 1904 |
| 10 | 9/9/21 | Form S-1 filed by Rockley Photonics Holdings Limited, available at,<br>https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/0001852117/000119312521268394/d213814ds1.htm | 1905 - 2182 |
| 11 | 9/22/21 | Form 424B3 filed by Rockley Photonics Holdings Limited, available at,<br>https://www.sec.gov/Archives/edgar/data/1852117/000119312521279528/d225833d424b3.htm | 2183 - 2454 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT, No. 2:23-cv-09501

| Ex. | Date Filed | Description | Pagin-ation |
|---|---|---|---|
| 12 | 11/15/21 | Form 10-Q filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211721000061/rkly-20210930.htm | 2455 - 2543 |
| 13 | 11/15/21 | Form 8-K & Ex. 99-1 (Press Release) filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/Archives/edgar/data/1852117/000185211721000059/rockley991pressrelease9-30.htm | 2544 - 2559 |
| 14 | 11/15/21 | 3Q 2021 Rockley Photonics Holdings Ltd Earnings Call Transcript | 2560 - 2585 |
| 15 | 12/17/21 | U.S. Department of Commerce Bureau of Industry and Security, Addition of Entities to the Entity List, 86 Fed. Reg. 71557 (Dec. 17, 2021) | 2586 - 2598 |
| 16 | 12/21/21 | Form 8-K & Ex. 99-1 (Press Release) filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211721000085/rkly-20211221.htm | 2599 - 2606 |
| 17 | 3/8/22 | 4Q 2021 Rockley Photonics Holdings Ltd Earnings Call Transcript | 2607 - 2624 |
| 18 | 5/12/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211722000157/rkly-20220512.htm | 2625 - 2638 |
| 19 | 5/12/22 | 1Q 2022 Rockley Photonics Holdings Ltd Earnings Call Transcript https://seekingalpha.com/article/4511090-rockley-photonics-holdings-rkly-ceo-andrew-rickman-on-q1-2022-results-earnings-call | 2639 - 2654 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT, No. 2:23-cv-09501

| Ex. | Date Filed | Description | Pagin-ation |
|---|---|---|---|
| 20 | 6/13/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at https://www.sec.gov/Archives/edgar/data/1852117/000185211722000215/rkly-20220613.htm | 2655 - 2663 |
| 21 | 8/11/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211721000020/rkly-20210816.htm | 2664- 2678 |
| 22 | 8/11/22 | 2Q 2022 Rockley Photonics Holdings Ltd Earnings Call Transcript | 2679 - 2689 |
| 23 | 10/20/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211722000390/rkly-20221020.htm | 2690 - 2697 |
| 24 | 11/9/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/0001852117/000185211722000429/rkly-20221109.htm | 2698 - 2711 |
| 25 | 11/9/22 | 3Q 2022 Rockley Photonics Holdings Ltd Earnings Call Transcript | 2712 - 2732 |
| 26 | 12/12/22 | Form 8-K & Ex. 99-1 filed by Rockley Photonics Holdings Limited, available at, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001852117/000185211722000444/rkly-20221212.htm | 2733 - 2740 |

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT, No. 2:23-cv-09501

Dated: March 20, 2024     PILLSBURY WINTHROP SHAW PITTMAN LLP


_____/s/ Bruce A. Ericson_____

Bruce A. Ericson
A Member of Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendants Andrew Rickman, Mahesh Karanth and Richard Meieir

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT, No. 2:23-cv-09501