# Exhibit 2

Exhibit 2
Page 17

   ○ WATCH **LIVE**

**TECH**

# China's Huawei to sell undersea cable business, exchange filing shows

PUBLISHED MON, JUN 3 2019·12:09 AM EDT   UPDATED MON, JUN 3 2019·12:09 AM EDT

 REUTERS

WATCH LIVE

## KEY POINTS

China's Huawei Technologies plans to sell its 51% stake in undersea telecommunications cable business Huawei Marine Systems, according to an exchange filing from the Chinese buyer on Monday.

Hengtong Optic-Electric said in the filing to the Shanghai Stock Exchange that it signed a letter of intent with Huawei Technologies subsidiary Huawei Tech Investment on May 31 to buy the stake via cash and share issuance.

The potential sale comes as Huawei Technologies' main business of selling telecom network equipment and smartphones is under intense global scrutiny as the United States alleges its products pose a security risk.


MARKETS


CNBC TV


WATCHLIST


MENU

**Exhibit 2**
**Page 18**





**The Huawei Marine Networks Co. logo is displayed on an R1 repeater inside an exhibition hall at the Huawei Technologies Co. campus in the Longgang district of Shenzhen, China, on Wednesday, Aug. 6, 2014.**

*Brent Lewin | Bloomberg | Getty Images*

China's Huawei Technologies plans to sell its 51% stake in undersea telecommunications cable business Huawei Marine Systems, according to an exchange filing from the Chinese buyer on Monday.

Hengtong Optic-Electric, an optical communication network products company based in Jiangsu province, said in the filing to the Shanghai Stock Exchange that it signed a letter of intent with Huawei Technologies subsidiary Huawei Tech Investment on May 31 to buy the stake via cash and share issuance. It did not mention a price.

Huawei Technologies declined to provide immediate comment when contacted by Reuters. Trading of Hengtong Optic-Electric shares was suspended on Monday pending deal discussions.

The potential sale comes as Huawei Technologies' main business of selling telecom network equipment and smartphones is under intense global scrutiny as the United States alleges its products pose a security risk. Huawei has denied the allegations.

Last month, Huawei was slapped with a trade ban by the U.S. Commerce Department that



MARKETS



CNBC TV



WATCHLIST

MENU

**Exhibit 2
Page 19**

○ WATCH **LIVE**

In March, The Wall Street Journal cited U.S. security officials as saying that undersea cables built by Huawei could be vulnerable to espionage by the Chinese state, which the company denied.

Huawei Marine, established in 2008 as a joint venture with Britain's Global Marine, is mainly engaged in the construction of global undersea communications cables.

According to Huawei Technology's annual report, the tech giant gained majority voting rights on the board of Huawei Marine in August 2018 with Global Marine retaining a 49% non-controlling interest.

Huawei Marine contributed revenue of 394 million yuan ($57.10 million) and logged a net profit of 115 million yuan in 2018, according to Huawei Technologies' annual report.

## TRENDING NOW

 **Citigroup employees, on edge over layoffs, told they can work remotely until the new year**

 **Costco sold more than $100 million in gold bars last quarter**

 **CLUB We're increasing our price targets on 6 stocks, while changing our rating on Broadcom**

 **41-year-old couldn't buy a house in Atlanta—so she bought in Italy for $62,000**

 **Here's what to expect in 2024 if you want to buy a home, according to experts**


 



WATCH **LIVE**

**FROM THE WEB**

## Solid Wood Four Legs Coffee Table

**$81.99 - WAYFAIR**

## Amazon Hates When You Do This, But They Can't Stop You (It's Genius)

Online Shopping Tools

### MORE FROM CNBC

**After years of resisting, Netflix releases viewing statistics for nearly all titles**

**Oracle is on the 'chopping block,' says Blue Line's Bill Baruch**

**Virginia Gov. Youngkin on new $2B complex: Like no other sports & entertainment district in America**

**Netflix releases viewership data for nearly all titles**

**Former Facebook diversity strategist pleads guilty to stealing more than $4 million from**

### FROM THE WEB

**Solid Wood Four Legs Coffee Table**

**$81.99 - WAYFAIR**

**Amazon Hates When You Do This, But They Can't Stop You (It's Genius)**

Online Shopping Tools

**These States Will Be Ghost Towns By 2026**

Moneywise.com                    Click Here

**by Taboola**



MARKETS



CNBC TV

WATCHLIST

MENU

**Exhibit 2**
**Page 21**

 ○ **WATCH LIVE**

**premature and market's have priced in too quickly, says IBM's Gary Cohn**

# MORE IN TECHNOLOGY

## McDonald's CosMc's is gunning for afternoon coffee sales. Starbucks shouldn't worry, analyst says

Amelia Lucas

### Four men indicted in $80 million 'pig butchering' scheme

Rohan Goswami

**New Hampshire man charged with death threat to Vivek Ramaswamy**

Kevin Breuninger

**Former Rep. George Santos in plea deal talks with prosecutors, court filing says**

Dan Mangan

**Why Tesla's Cybertruck is so hard to mass produce**


**MARKETS**


**CNBC TV**


**WATCHLIST**

**MENU**

**Exhibit 2**
**Page 22**

  ○ WATCH **LIVE**

# Game-Changing Vehicle Trackers
# For US Businesses (2024 Prices)

**Sponsored** Expert Market

## Most Affordable
## Camper Vans

**Sponsored** GoSearches

## Here's How To Fly Business Class For The Price of Economy

**Sponsored** GoSearches

## Diabetes Is Not From Sweets! Meet The Number One Enemy

Top Surgeon: Anyone With Blood Sugar Over 100 Should Try This

**Sponsored** Wellness Guide 101

## Here Are 23 Of The Coolest Gifts For Christmas 2023

23 Hottest Cool Gifts For Holiday 2023 You'll Regret Not Getting Before They Sell Out

**Sponsored** Best Tech Trend

---

## FROM THE WEB

by Taboola



**MARKETS**



**CNBC TV**



**WATCHLIST**

**MENU**

**Exhibit 2**
**Page 23**



The New BMW X1 is Real Dropper

**Sponsored** **Popular Searches**

# A Lithium Field To Rival S. America and Australia

In an unexplored area of Quebec,

## Here Are 23 Of The Coolest Gifts For 2023

23 Hottest Cool Gifts In 2023 You'll Regret Not Getting Before They Sell Out
**Sponsored** **Best Tech Trend**

## Empty Alaska Cruise Cabins Come with Tiny Price Tags

**Sponsored** **GoSearches**

## American Shoppers Should Think Twice Before Buying from These 2 Stores

It's a bigger problem than you might think (the ugly truth)
**Sponsored** **Coupon Code Finder**

# MORE FROM CNBC



MARKETS



CNBC TV



WATCHLIST

MENU

**Exhibit 2**
**Page 24**



# million from Ponzi recovery fund in latest payout

**Kevin Breuninger**

## Jim Cramer dismisses recession fears and names...

**Julie Coleman**

**Chinese property developer Country Garden reportedly set to avert yuan bond default**

**Clement Tan**

**Trump PAC paid part of nearly $900,000 fee to fraud trial expert witness**

**Kevin Breuninger**

**Appeals court rejects Trump presidential immunity challenge to E. Jean Carroll case**

**Dan Mangan**



**Exhibit 2**
**Page 25**



WATCH **LIVE**

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## Advertise With Us

PLEASE CONTACT US

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Your Privacy Choices

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by

MARKETS                  CNBC TV                  WATCHLIST                  MENU

**Exhibit 2
Page 26**



○ WATCH **LIVE**



MARKETS



CNBC TV



WATCHLIST

MENU

**Exhibit 2**
**Page 27**