# Exhibit 6

Exhibit 6
Page 958

Learn more about  **LSEG**

Asia Pacific

## EXCLUSIVE Pacific undersea cable project sinks after U.S. warns against Chinese bid

By **Jonathan Barrett** and **Yew Lun Tian**

June 17, 2021 10:43 PM EDT · Updated 2 years ago

  



[1/2] Plane carrying then U.S. Secretary of State Mike Pompeo makes its landing approach on Pohnpei International Airport in Kolonia, Federated States of Micronesia August 5, 2019. REUTERS/Jonathan Ernst *Acquire Licensing Rights* ⤢

**Summary**     Companies

HMN Tech's bid priced at more than 20% below rivals - sources

World Bank said all bids deemed non-compliant

U.S. warned Chinese firms posed a security threat

Undersea cables emerged as sensitive area of Pacific diplomacy

SYDNEY/BEIJING, June 18 (Reuters) - A World Bank-led project declined to award a contract to lay sensitive undersea communications cables after Pacific island governments heeded U.S. warnings that participation of a Chinese company posed a security threat, two sources told Reuters.

**Exhibit 6**
**Page 959**

The former Huawei Marine Networks, now called HMN Technologies and majority-owned by Shanghai-listed Hengtong Optic-Electric Co Ltd, submitted a bid for the $72.6 million project priced at more than 20% below rivals Alcatel Submarine Networks (ASN), part of Finland's Nokia, and Japan's NEC, the sources said.

The East Micronesia Cable system was designed to improve communications in the island nations of Nauru, Kiribati and Federated States of Micronesia (FSM), by providing underwater infrastructure with a far greater data capacity than satellites.

Two sources with direct knowledge of the tender told Reuters that the project reached a stalemate due to security concerns raised within the island nations over HMN Tech's bid. The project's planned connection to a sensitive cable leading to Guam, a U.S. territory with substantial military assets, heightened those security concerns.

Advertisement · Scroll to continue

"Given there was no tangible way to remove Huawei as one of the bidders, all three bids were deemed non-compliant," one of those sources said.

The source said that HMN Tech was in a strong position to win the bid due to the terms overseen by the development agencies, prompting those wary of Chinese involvement to find an expedient solution to end the tender.

The World Bank said in a statement to Reuters that it was working with the respective governments to map out the next steps.

Advertisement · Scroll to continue

Feedback

"The process has concluded without an award due to non-responsiveness to the requirements of the bidding documents," the Washington-based multilateral lender said.

A Chinese foreign ministry spokesperson said in a statement to Reuters that all parties should provide a non-discriminatory business environment that companies from all countries, including China, can participate in.

"As a matter of principle, I want to emphasise that Chinese companies have always maintained an excellent record in cyber security," the spokesperson said.

Advertisement · Scroll to continue

**Exhibit 6**
**Page 960**

"The Chinese government has always encouraged Chinese companies to engage in foreign investment and cooperation according to market principles, international regulations and local laws."

The three island nations involved in the project were represented on the bid assessment committee. Development agencies typically review the committee's recommendations to ensure the selected bidder complies with the agencies' policies and procedures.

Advertisement · Scroll to continue

A second development bank involved in the project, the Asian Development Bank, referred questions from Reuters to the World Bank as the lead agency.

HMN Tech and Hengtong Group, the parent company, did not respond to emailed questions. A representative who answered the phone at HMN Tech declined to comment.

A spokesman for Nokia-owned ASN told Reuters the company was not authorised to comment on confidential information. NEC did not respond to questions.



U.S. CONCERNS

During the bidding process last year, Washington detailed its concerns in a diplomatic note sent to FSM, which has military defence arrangements with the United States under a decades-old agreement.

 REUTERS®    &#x1F50D;    &#9776;

The U.S. State Department did not immediately respond to questions on Thursday.

While the warnings were issued during the Trump administration, there's been no apparent change to the U.S. position on the issue under the new government.

The project was designed to connect to the HANTRU-1 undersea cable, a line primarily used by the U.S. government that connects to Guam.

Washington has pressed governments around the world to squeeze Chinese telecoms equipment maker Huawei Technologies out of supplying critical infrastructure, alleging the company would hand over data to the Chinese government for spying, a charge consistently denied by the company.

The U.S. Commerce Department publicly lists Huawei Marine on its so-called "Entity List" - known as a blacklist - which restricts the sale of U.S. goods and technology to the company. The Department did not immediately respond to questions on whether the change in Huawei Marine's ownership changed this status.

Nauru, which has strong ties to Australia and is a Pacific ally to Taiwan, initially raised concerns over the bid lodged by the Chinese company.

**Exhibit 6**
**Page 961**

The third island nation involved in the project, Kiribati, has forged strong bilateral ties with Beijing in recent years, which includes drawing up plans to upgrade a remote airstrip. read more

A spokesman for FSM said the government was unable to comment on the project. Representatives of Nauru and Kiribati did not respond to questions.

Reporting by Jonathan Barrett and Yew Lun Tian; Editing by Simon Cameron-Moore

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights ⧉

## Read Next

Asia Pacific

**Rebel fire and China's ire: Inside Myanmar's anti-junta offensive**

8:51 PM UTC

Asia Pacific

**Pacts signed by Vietnam, China during Xi's Hanoi trip**

12:01 PM UTC

Markets

**IMF denies it plans to ask Pakistan to raise taxes on salaries - representative**

10:24 PM UTC

Asia Pacific

**China pressures Taiwan with trade accusations and warplanes a month before election**

10:08 AM UTC



Feedback

**Exhibit 6
Page 962**

**More from Reuters**

Key takeaways from the COP28 pact
(2:32) - December 13, 2023
[Watch more videos](#)

**Key takeaways from the COP28 pact**

02:32

**Northeast Australia under flood risk, heavy rain**

00:57

**Australia acquits woman jailed for children's murders**

01:58

**US Supreme Court to decide access to abortion pill**

## Sponsored Content

Dianomi ▷

**7 Retirement Income Strategies Once Your Portfolio Reaches $500k**
Sponsored by Fisher Investments

**Schwab's Take on Today's Markets**
Sponsored by Charles Schwab

**Best trading technology + $0 commission equities & options.**
Sponsored by TradeStation

**Wall Street Predicts Massive Financial Shift in 2024**
Sponsored by Chaikin Analytics

**5 Companies That Send People Money When They're Asked Nicely**
Sponsored by The Penny Hoarder

**Asset Management Outlook 2024: Embracing New Realities**
Sponsored by Goldman Sachs Asset Management

**World** ›

Feedback

**Exhibit 6**
**Page 963**

# Two Al Jazeera journalists wounded in Gaza missile strike - reporter

Middle East · December 15, 2023 · 12:00 PM EST

Two Al Jazeera journalists were wounded on Friday by a missile fired from a drone in Khan Younis in the southern Gaza Strip, the broadcaster reported.

---

Asia Pacific

**Pacts signed by Vietnam, China during Xi's Hanoi trip**

2:01 AM EST

---

United Kingdom

**Daily Mirror says Prince Harry verdict will limit its phone-hacking bill**

9:29 AM EST

---

Europe

**Kremlin: Ukrainian and Moldovan entry could destabilise EU**

6:28 AM EST

---

Europe

**More asylum seekers rush to Finland from Russia before border closure**

6:53 AM EST

---

Feedback

**Exhibit 6**
**Page 964**

## Sponsored Content

Dianomi ▷

**Wall Street Predicts Massive Financial Shift in 2024**
Sponsored by Chaikin Analytics



**6 Odd Things Millionaires Do With Money, But Most of Us Haven't Tried**
Sponsored by The Penny Hoarder



**Best trading technology + $0 commission equities & options.**
Sponsored by TradeStation



**5 Retirement Planning Mistakes You'll Regret Forever**
Sponsored by Money Talks News



**Banks Offering Over 4% Interest Savings Accounts**
Sponsored by SavingsAccounts.com



**Cryptocurrencies: What Are They?**
Sponsored by Charles Schwab



## Sponsored Content

Dianomi ▷

**6 Companies That Send People Money When They're Asked Nicely**
Sponsored by The Penny Hoarder

**Regulators Boost Trade Transparency but Pose Challenges.**
Sponsored by Tradeweb

**What's on the Horizon for the Economy?**
Sponsored by MFS Investment Management®

**Is Your Savings Account Keeping Up With Recent Rate Hikes?**
Sponsored by NerdWallet

**Keep more of what you earn. Learn about tax-advantaged strategies.**
Sponsored by Goldman Sachs Asset Management

**Thousands Flock to Welcome Offer Worth $300**
Sponsored by CardCritics

Latest

**Home**
**Authors**
**Topic sitemap**

Media

□◁ **Videos** ⎋
◎ **Pictures**
▨ **Graphics** ⎋

Browse

**World**
**Business**
**Markets**
**Sustainability**
**Legal**
**Breakingviews**
**Technology**
**Investigations** ⎋
**Sports**
**Science**
**Lifestyle**

Feedback

About Reuters

**About Reuters** ⎋
**Careers** ⎋
**Reuters News Agency** ⎋
**Brand Attribution Guidelines** ⎋
**Reuters Leadership** ⎋
**Reuters Fact Check** ⎋
**Reuters Diversity Report** ⎋

Stay Informed

**Download the App (iOS)** ⎋
**Download the App (Android)** ⎋

**Exhibit 6**
**Page 965**

Newsletters

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

---

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

---

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

**Advertise With Us**    **Advertising Guidelines**    **Coupons**    **Acquire Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**    **Terms of Use**    **Privacy**    **Digital Accessibility**    **Corrections**    **Site Feedback**

© 2023 Reuters. All rights reserved

Feedback

**Exhibit 6**
**Page 966**

**Exhibit 6**
**Page 967**

**Exhibit 6**
**Page 968**

**Exhibit 6**
**Page 969**

**Exhibit 6**
**Page 970**