# Exhibit 9

**Exhibit 9**
**Page 1888**

Transcripts    United Kingdom

# Rockley Photonics Holdings, Ltd. (RKLY) CEO Andrew Rickman on Q2 2021 Results - Earnings Call Transcript

Aug. 16, 2021 8:57 PM ET | **Rockley Photonics Holdings Limited (RKLYQ) Stock**



**SA Transcripts**
145.34K Followers

▶ **Play Earnings Call**

Rockley Photonics Holdings, Ltd. (RKLY) Q2 2021 Earnings Conference Call August 16, 2021 5:00 PM ET

## Company Participants

Gwyn Lauber - Vice President of Investor Relations
Andrew Rickman - Founder and Chief Executive Officer
Mahesh Karanth - Chief Financial Officer

## Conference Call Participants

Christian Garrett - Baird
Quinn Bolton - Needham and Company
Tim Savageaux - Northland Capital Markets

## Operator

Ladies and gentlemen, hello and welcome to the Rockley Photonics Second Quarter 2021 Results Call. My name is Maxine and I'll be coordinating the call today. [Operator Instructions].

**Exhibit 9**
**Page 1889**

I will now hand over to your host Gwyn Lauber, Vice President of Investor Relations to begin. Gwyn, please go ahead when you're ready.

**Gwyn Lauber**

Thank you, operator and welcome everyone. This is Gwyn Lauber, Vice President of Investor Relations, Rockley Photonics. Today after the U.S. market closed, we released our results for the second quarter ended June 30, 2021. If you did not receive a copy of our earnings press release, you may obtain it from Investor Relations section of our website at investors.rockleyphotonics.com.

With me on today's call are Dr. Andrew Rickman OBE, Founder and Chief Executive Officer; and Mahesh Karanth, Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website.

Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements, including but not limited to the anticipated features and benefits of our technology and products, ability and timing with respect to bringing our products to market and our product development schedules, our strategies, our customers, our commercial and market opportunities and trends, and our cash resources and financial outlook. These forward-looking statements are subject to risks and uncertainties, which may cause actual results to vary materially from those expressed or implied by these forward-looking statements.

These risks and uncertainties include, but are not limited to those discussed in our earnings press release, and in our filings with the SEC. Any forward-looking statements that are made on this call are based on assumptions as of today. We undertake no obligation to update these statements as a result of new information or future events. In addition to U.S. GAAP reporting, Rockley reports certain financial measures that do not conform to generally accepted accounting principles. We believe these non-GAAP measures enhance the understanding of our performance. Reconciliation of these GAAP and non-GAAP measures are included in the tables found in the press release.

Now I'll turn the call over to Andrew.

**Andrew Rickman OBE**

**Exhibit 9**
**Page 1890**

Thank you Gwyn and thank you all for joining us for Rockley's first earning call as a public company. I want to start by thanking the entire Rockley team for their outstanding work and support during public listing process. We completed our business combination with SC Health on August the 11. And we began trading on August the 12 on the NYSC under the ticker symbol, RKLY, a major milestone in our company's growth trajectory and clear validation of the technology we've developed.

We received approximately $168 million in gross proceeds from the business combination, which will help us accelerate the commercial launch of our unique sensing platform that we announced during the second quarter. As has become common with the response back business combinations, our specsponsor, SC Health experienced [indiscernible] redemptions than we anticipated. While this means that we received less funds than expected Rockley's model was designed to operate efficiently as we get our product to market. Based on the current funding, we believe we are able to reach our goal of getting our wearables solution to market. We believe our strong balance sheet will also help us advance our development of commercial opportunities for the application of silicon photonics across a variety of other industries, including data communications, automotive safety and other applications, integrated optics can contribute to the betterment of the quality of life.

We started this journey eight years ago with a vision to build a unified silicon photonics process. Engineered from the ground up on high volume manufacture and with the core capabilities suitable for broad market applications. It's remarkable to see where we are today as a global leader in silicon photonics, we are revolutionizing the consumer health and wellness industries. Today, we are in the pre-alpha stage, meaning we have produced our pre-alpha generation of modules and are conducting human studies of fine-tuning our devices.

Having taped out the alpha version of the modules, we believe we are on track with our product development schedule and well on our way to achieve the goals that we set those many years ago.

For those of you who may be new to Rockley, I would like to start out with a brief overview of the company and our market opportunity before delving into our second quarter results and recent business highlights.

**Exhibit 9**
**Page 1891**

Our team has developed a photonic sensing platform we believe is transformational compared to existing technology in health and wellness and med tech industries in terms of its range, accuracy, and efficiency among other things. Our module compresses the sensing capabilities of traditional benchtop technology onto a wearable chip. A revolutionary technology is up to 1,000 times more accurate and up to 1 million times higher resolution than existing LEDs you see in high-end smart watches today. And our technology is protected by deep moat of patterns knowhow and trade secrets covering numerous domains.

Moreover, we have a CapEx like [average] model with seeded manufacturing ecosystem running wholly-owned proprietary processes for rapid and efficient scalability. Our goal is to empower consumers to own their health by giving them personalized insight and information to self-manage their well-being. This will mean being able to detect diseases earlier, better manage nutrition and give people better intelligence about managing their own health.

This goal in mind, we've been able to shrink a laboratory spectrophotometer-on-a-chip creating a clinic on the wrist. Are clearly on the wrist digital health sensor system has the potential to monitor multiple biomarkers, including core body temperature, blood pressure, body hydration, alcohol, lactate and glucose amongst others. Our technology is designed to be worn anywhere on your body where there is blood perfusion. We believe this is a game changer for wearables in both consumer and medical devices.

And it has the potential to revolutionize the way we monitor our health going forward by significantly increasing the functionality of wearable devices. Our end-to-end sensing platform combines hardware and application firmware in module for OEM manufacturers that can be augmented with cloud analytics for certain clinical and medical partnership applications. This enables customers to provide meaningful and actionable insights to their users.

Access to this technology will help change the healthcare paradigm to move away from costly chronic care and focus on keeping people at the peak of their health and allow for early intervention. Some of the key trends driving this emerging health care need include greater consumer focus on preventative health, proliferation of wearable tech and a COVID driven rethinking of at-home monitoring solutions.

**Exhibit 9**
**Page 1892**

Notably, the World Health Organization estimates that 12% of global population spends more than 10% of their household income on health care. Our technology is positioned to alter the way the world accesses its critical health information through telehealth, condition monitoring and racially unbiased wearable technology in underserved communities. We have a huge market opportunity ahead of us, as the growing universal of healthcare monitoring devices incorporates additional sensing capabilities, combined with an increased consumer focus on health and wellness.

Importantly, our market opportunity is validated by leading blue-chip customers. We are currently engaged or contracted with consumer electronic customers holding more than 55% of the smartphone and more than 50% of the wearables market, as well as medical device companies, including one of the largest players in the med tech space.

Our immediate commercial focus is wearables, mobile, and medical devices, which represent a very attractive addressable market of more than $48 billion. Further, our technology can be applied to many other industry verticals and used cases. On long-term, we see many more avenues of growth, leveraging big data and predictive analytics, including datacenter connectivity, machine vision and computer connectivity.

Now, I'll turn to our Q2 results. During the second quarter, we generated revenue of $2.2 million, up from $1.8 million in the first quarter of 2021. GAAP net loss was $30.6 million in the second quarter, compared to a $64.8 million GAAP net loss in the first quarter of 2021. Mahesh will provide additional color on our financial results.

On wrap up with some recent business highlights. In recent months, we achieved several important milestones that support our growth strategy. During the second quarter, we unveiled an end-to-end digital health monitoring solution based on our spectrophotometer-on-a-chip sensing module to augment our wearable capabilities and to accelerate the deployment for customers and partners. By design the ability to measure a new range of biomarkers non-invasively in a single compact module, our mobile sensing solution has the potential to transform that landscape of health and wellness solutions by significantly increasing the functionality of wearable devices.

**Exhibit 9**
**Page 1893**

Additionally, through existing agreements and joint ventures, we have continued to develop commercial opportunities for the application of silicon photonics in data communications and we have increased our efforts to enhance these relationships, and to explore new partnerships. We also completed the construction of Irvine, California, laboratory to capitalize on the deep silicon photonics and biomedical talent pool in the area. And we made progress in bolstering our operational capability for future growth with the continued development of a resilient, scalable supply chain. These are important milestones that will help to prepare us for the commercial launch of our product offering, which we expect to begin in 2022.

And we strengthened our Board with several key appointments that bring public company board experience, varied experience in relevant industries and functions and expertise in building high performance companies. I'm delighted to welcome these talented new individuals to our board.

Overall, we are very pleased with our second quarter performance thrilled to be here today as a newly public company. As we embark on the next phase of our growth as a public company, we are now in a much stronger position to create the solutions and provide a new class of actionable insights, transform digital health care, and deliver life changing benefits to people across the globe.

With that, I'll turn the call over to Mahesh for a detailed review of our financial performance in the quarter. Thank you.

**Mahesh Karanth**

Thank you, Andrew. And let me add my welcome to everybody this afternoon. Turning to our Q2 results, we reported revenues of $2.2 million, which was up 22% from Q1 revenues of $1.8 million. As a reminder, we are in the pre-alpha stage of developing what we believe to be the game changing technology for the broad health and wellness sector, as well as other large industries that we believe will benefit from leading technologies. As such, our revenues for the quarter came from non-recurring engineering activities.

On second quarter, the cost of revenue was $4.5 million, compared to $3.7 million in the first quarter of 2021. Our non-GAAP cost of revenue was $4.2 million, compared to $3.5 million in Q1 of 2021. Our cost of revenue fluctuates from period-to-period depending on several factors, including the timing of the completion of project milestones.

**Exhibit 9**
**Page 1894**

Moving to operating expenses, we recorded total GAAP operating expenses of $24.3 million in the second quarter compared to $23.3 million in the prior quarter. GAAP, SG&A expenses was $6.7 million compared to $7.3 million in Q1 2021 and GAAP R&D expenses were $17.6 million versus $16 million in Q1 2021. The increase in expenses was driven primarily by an increase in our headcount, as we work towards getting our product to market.

Total non-GAAP operating expenses for the second quarter was $22.6 million, compared to $20.8 million during the first quarter of 2021. Non -GAAP SG&A expenses were $6.2 million compared to $5.9 million in Q1 2021. Non-GAAP R&D expenses totaled $16.4 million in Q2 versus $14.9 million in Q1. We are highly focused on driving our technology forward and our R&D efforts are essential to our ability to remain on track for our customers projected product rollout. As we scaled the business, we expect our expenses to fluctuate as a percentage of revenue period-to-period, but generally decrease over the long-term.

Moving to net income, we recorded a loss of $30.6 million compared to a $64.8 million loss in Q1 2021. This is primarily driven by the change in fair value of our convertible loan notes. With the close of business combination, the majority of the convertible loan notes were converted into ordinary shares. We do not anticipate any further expenses related to these notes. Adjusted EBITDA and non-GAAP measures was a loss of $23.4 million in the second quarter, which compared to a loss of $21.4 million in the first quarter of '21 in line with our expectations.

Over the long-term, as we scaled the business and achieve operating leverage, we expect our operating margins to improve.

Our net cash used in operating activities increased in the second quarter, totaling to $29.6 million compared to $24.9 million in Q1 2021. The sequential increase was primarily driven by execution on our growth plan and the transaction costs for the business combination. Year-over-year, our use of cash increase significantly as we assemble the team that we believe the need to get our variable solution to the market. While this cost have a cash burn rate to increase, we believe we are operating at an efficient and appropriate level.

**Exhibit 9**
**Page 1895**

Finally, as Andrew mentioned, due to the unexpectedly high redemption that SC Health experienced, we emerged as a public company with less cash than we initially planned. At the end of June 30, 2021, we had $35.4 million in cash, and that amount increased to $168 million following the close of our transaction. Despite having less cash than we had anticipated, we believe that we remain on track with the production rollout plans of our announced customers.

I would note that it is possible that we may need to look at alternatives to address some of lower cash positions. But our immediate business plan remains sufficiently funded. I would also note that our 2021 outlook remains unchanged. We previously discussed generating $27.5 million in top line revenues with a gross margin of approximately 12% and EBITDA loss of $109 million. This guidance includes a significant technical sale in the second half and has with similar deals, there is always the chance that the transaction can slip into 2022. It's also worth noting that they remain significant commercial opportunities for our silicon photonics technology in data communications. And we continue to enhance this relationship and explored new partnerships.

With that, let me turn it back over to Andrew.

**Andrew Rickman**

Thank you, Mahesh. Let me conclude by reiterating our excitement for the opportunities we see available to Rockley as we drive the technology curve forward to enable our global customers to create the next generation, health and wellness solutions. I want to thank you all for listening in. And with that, I'd like to open it up for questions.

**Question-And-Answer Session**

**Operator**

[Operator Instructions] Our first question comes from Christian Garrett from Baird. Your line is now open.

**Christian Garrett**

Hi, guys, and congratulations on going public. You talked about the pre-alpha stage and if you could describe the terminology and thresholds that you need to reach for each of the next stages, what each of them entail, until you get ready for mass production?

**Exhibit 9**
**Page 1896**

**Andrew Rickman**

Christian, thank you for the question and thank you for your kind comments. So the pre-alpha stage is the stage where we are optimizing the algorithms through human trials and this will continue through the course of this year. We have taped-out the alpha phase. So these will the various chips that are acquired will come back through the course of the rest of this year and they will be built up into modules. And then they will take over in the human trials phase at the beginning of next year. Now those pre-alpha devices from a physical hardware perspective will be the devices to go-to-market for our customers, which we start shipping in volume projected at the end of 2022. And they will go into our customers wearables. And through those -- being in the customers wearables, they'll go through another set of human trials to verify that -- in that format that the algorithms are still delivering the performance that is required.

**Christian Garrett**

Okay, thank you very much for the color. And as a follow up question, how should we look at the potential for technology or tuck-in type of acquisitions? Do you feel that near-term or even medium-term you have everything you need in-house? And or would you be looking at complements your existing technology? And which area if that's the case, you feel that there is a need to built-in?

**Andrew Rickman**

Yes, great question. We do have a phenomenal team and a phenomenal set of capabilities that come all the way from the semiconductor process technology all the way through, obviously, device design, packaging, the algorithms or software all the way to the data analytics. in the cloud, we have built through a combination of recruiting extraordinary people over the last few years and through acquisition, that set of capabilities. We of course, continue to have our eyes open to other acquisition opportunities that can further accelerate what we're doing here and allow us to exceed our expectations. But there's no announcement on that at this point in time. And, of course, one of the reasons for going public is to give ourselves the currency to be able to afford that option.

**Unidentified Analyst**

**Exhibit 9**
**Page 1897**

Okay. And then last question for me, could you give us an update on your capacity readiness? Obviously, you're going to be shipping and competing into very large volume requirements at the smartphone OEMs. What are the steps we should be looking at in terms of how you're picking up capacity and getting ready for that volume ramp?

**Andrew Rickman**

Another good question too. To think about the capacity that's required here, the fundamental chips that are required on wafer level processing, on the silicon photonics, you've got the silicon wafer, and then you've also in parallel with that, you've got the 35 technology wafers as well. And we have dual sourcing in both of those areas, and significant capacity available. So we're not -- our projections are to take us to, for example, a north of a billion dollar revenue company by 2024, do not put huge strain on those partners that that we're talking, 5% to maximum 15% of their capacity.

So from that perspective, we're in good shape. We've been working with these partners for multi years perfecting the manufacturing technology. The -- it's worth noting in the field of silicon photonics, that that wafer level processing is just one element of it. There's also a very critical element here, which is the combination of bringing the [35] semiconductor material together with the silicon photonic wafers, and also the -- we call that a post back end process that and also in the post back end, there is a large amount of automated inspection, wafer level testing, burn-in, et cetera. And this whole back end part of the -- post back end part of the line, we have developed that entirely in-house. It's very unique. It's another huge piece of our competitive advantage. And what it allows us to do, which we don't see anywhere else in the field of silicon photonics, let alone in this in this relevant area. It allows us to do absolutely zero touch to the die, the silicon photonics die, all the way through -- work through wafer scale all the way to the end. When you have known good die, that are diced and then sent to the CM for putting together in a module. We're putting in place the CM capacity now went through various negotiations with partners. But that has a reasonable lead time for our ramp up.

And those partners will replicate the initial line that we built, as I've described for the back end. And then on the electronic side, we ASIC because of the module that does all the control is coming from a very large ASIC supplier on a [indiscernible] supplier foundry and we don't see any capacity issues associated with that whatsoever.

**Christian Garrett**

**Exhibit 9**
**Page 1898**

Great. Well, thanks. That's very useful. And congratulations again.

**Andrew Rickman**

Thank you, Christian.

**Operator**

Our next question comes from Quinn Bolton from Needham and Company. Your line is now open.

**Quinn Bolton**

Hey, guys, let me add my congratulations on the business combination and now being publicly traded. Andrew, I wanted to start with you Samsung recently announced its Galaxy Watch4 with I think what the company is advertising as its bioactive sensor that measures among other biomarkers, body composition and blood pressure, wondering if you might be able to discuss the technology used in the in the Galaxy Watch4 and how your platform compares with the technology that Samsung may be using today?

**Andrew Rickman**

Thank you, Quinn and thanks for your kind comments. And a great question. I can't comment directly on what's inside a Samsung Galaxy 4 watch. But what I can tell you about is basically how those general type of biomarkers or bio insight is possible with the existing technology today. So in existing devices today and that includes outwardly what you see in Samsung 4 you've got LEDs that are measuring -- the green LED is measuring your pulse, and there's a red and infrared LED, that's measuring your blood oxygen level.

And there are also accelerometers that are measuring your motion. And additional parameters are coming to market with these types of devices through further algorithms that correlate the data coming from those sensors to various additional biomarkers. They're not the breakthrough biomarkers that are going to give you the insight into an into health and wellness in the diagnosis of disease that we're bringing with our technology. But it just shows that with this type of sensing technology, a greater insight comes not just with the physical measurement technology, but the increased learning of correlating the results that you get from today very simple sensors to various states such as for example body mass.

**Exhibit 9**
**Page 1899**

And from our point of view, what we're bringing is something with many orders of magnitude, greater performance. And so what you will expect to see over the course of time is that our initial algorithms will deliver the biomarker outputs that we've already mentioned, but over time, that learning and correlation of the combination of all of those biomarkers will provide massive increase in insight into a whole range of diseases.

Now, blood pressure is an interesting one, the way that blood pressure devices without a cuff work today is they look at the change in the volume of blood basically, in your -- during your pulse and that's a representation of the elasticity of your vascular system. And that's the -- you have to calibrate them with a cuff to start with. And that's how existing devices are coming to market.

Again, in that particular parameter we bring, I can't go into the detail but we bring a far, far greater level of accuracy to measuring the critical information that brings you to the blood pressure measurement. So we believe that we will be enhancing that parameter as well as bringing core body temperature hydration, lactate, alcohol, glucose and other important metabolites to the rest.

**Quinn Bolton**

Great, and thank you. And then for Mahesh I guess two questions one, I believe in the press release you have mentioned a $23 million backlog wondering if you could comment, sort of over what time period that backlog may be realized? And then second, you mentioned greater than expected redemptions. And so you're, sort of now have $168 million of cash on the balance sheet. It sounds like you think that $168 million will get you into volume production for consumer or wearable devices. But wondering, does that get you all the way through to cash flow breakeven or do you think that there could be additional financing requirements to get you to cash flow breakeven base with it -- from the lower starting cash position?

**Mahesh Karanth**

Yes, thanks for the question. On the first one on backlog, we should be able to complete that backlog in the next 12 to 15 months. Then on your next question, has we had said, despite having less cash than we anticipated, we believe that we remain on track with the production rollout plans of our announced customers. I would note that it is possible that we may need to look at alternatives to address our lower cash position. But our immediate business plan remains sufficiently funded.

**Exhibit 9**
**Page 1900**

**Quinn Bolton**

Understood, perfect. Thank you very much and congratulations.

**Mahesh Karanth**

Yes. Thank you.

**Operator**

Our next question comes from [indiscernible], from Cowen, Your line is now open.

**Unidentified Analyst**

Hi, gentlemen, here on behalf of Paul Silverstein. Congratulations on what you've accomplished so far, some of my questions already asked a little earlier. But I was wondering if you could give any more insight regarding the -- any potential technical hurdles you see between now and launching a product for consumer use.

**Andrew Rickman**

Thank you, Robert. And thank you for your comments and all the best report. On that -- obviously, as a team, this is our third silicon photonics company. And we focus very, very hard right from the outset eight years ago to build what we call a zero charge complete wafer scale solution to the manufacturer of silicon photonics. This didn't exist before and doesn't exist today in any other vendors that we see. Everybody has to do kind of micro positioning and kind of die level activity associated with their devices.

So we've created in our belief, the first platform in silicon photonics, that allows complete wafer scale all the ways to the end of known good die before basically you cingulate and those die go to for population into the module. So that area would be obviously the area that one anybody would have the most concern. And that is where we focused and we've spent about a part of our $400 million that we've raised prior to -- prior to going public.

**Exhibit 9**
**Page 1901**

Beyond the back end of the -- beyond the silicon photonics wafer scale processing, then the assembly of the module is on a conventional microelectronics assembly onto a piece of the module without any significant risks associated with that. Of course, reliability is a very important thing. And there are some key pieces of innovation in our technology, particularly in things like material science, which will put questions on the reliability, but that reliability work has gone extremely well. And we're very, very pleased with it. And we're very conscious from our, multiple years of experience of the importance of reliability. So, I -- yes, I mean, we focus very, very carefully on all of these issues, by our experience and the way that we set out to mitigate all of our risks have today been tracking to plan.

**Paul Silverstein**

Along those lines in terms of reliability and such the module handset makers are kind of [victorious] for their qualification processes. Can you give us some idea of what -- how would the discussions you've been having with your near-term customers to-date and where you are in that process and how that's been doing?

**Andrew Rickman**

Yes, so the typical designing and qualification process with customers for their next generation products and where we are as being designed into the 2023 generation of products involves us shipping in the course of next year 10s of 1,000s of units to support our customers qualification processes. And you will have seen the other day that we announced our complete platform including references side. So our reference wearable is ahead of our customers and providing our customers with that insight into qualification performance in the real application. But our customers are planning very significant as they do very significant trials using as I say many 1,000s of our parts in order to pass their internal qualification.

**Paul Silverstein**

Okay, thank you very much.

**Operator**

Our next question comes from Tim Savageaux farm at Northland Capital Markets, Your line is now open.

**Exhibit 9**
**Page 1902**

**Tim Savageaux**

Hi, good afternoon. And I have questions, sort of building on the last discussion there. From a customer facing perspective, you guys have been or have been discussing this kind of funnel scenario of over 100 potential targets and getting down toward several major engagements, I wonder if we look toward the bottom of that funnel, in terms of your customer engagements and contracts are moving in that direction? If there's been any notable developments on that front of late or that you might expect here as we head into the second half? Thanks.

**Andrew Rickman**

Thanks, Tim. Yes, it continues to -- the funnel continues to process and expand at the bottom end. So there is a great deal of customer interest and engagement here, as we said that we were we had engaged or contracted with customers is more than 55 -- 5% of the smartphone and 50% of the wearables market. And that has continued to increase. So it is in excess of these numbers. And so that's a very significant portion of the market. Of course, there is kind of a, somewhat of a limit of how many customers that you can actually work with in terms of the design in process, but we're very happy with the leading nature of those customers that we have got to that stage of the of the commercial relationship.

**Tim Savageaux**

Great, thanks. And still along those lines, any update on -- I guess, wearable device type efforts versus which you might be planning kind of for mobile phones or mobile devices, maybe farther down the line, any of those opportunities coming into any sharper focus?

**Andrew Rickman**

**Exhibit 9**
**Page 1903**

Yes, so the interest in the wearables is a combination of our basic and advanced modules depending on the customer and their particular space in the market. On the phone side, there are other exciting aspects to the use there. Obviously, the used cases is slightly different because the it's not continuous in the way that a wearable is. But it also a parameter that we measure we haven't -- you haven't talked much about is biometrics. So what we're recording the spectral information that we're recording is unique to an individual and is a biometrics that can be used by customers to unlock that their devices. And so what you'll see in the smartphone area is more of the basic set of functions, but also an identification and biometric set of functions are getting traction as well within the module.

**Tim Savageaux**

Great, pardon me. Great. Thanks very much, and congrats on the deal.

**Andrew Rickman**

Thank you, Tim.

**Operator**

This concludes our Q&A session. So I'll hand it back to you, Andrew for closing remarks.

**Andrew Rickman**

Thank you very much. So thank you for listening to our call today. We look forward to update you on our progress in the next quarter. Thank you everybody.

**Operator**

Ladies and gentlemen, this concludes today's call. Thank you for joining. You may now disconnect your lines.

- Read more current RKLYQ analysis and news

- View all earnings call transcripts

**Exhibit 9**
**Page 1904**