# Exhibit 24

**Exhibit 24**
**Page 2698**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**Date of Report (Date of earliest event reported): November 9, 2022**

# Rockley Photonics Holdings Limited
**(Exact name of registrant as specified in its charter)**

| **Cayman Islands** | **001-40735** | **98-1644526** |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |
| **3rd Floor 1 Ashley Road** | | **WA14 2DT** |
| **Altrincham, Cheshire** | | **(Zip Code)** |
| **United Kingdom** | | |
| **(Address of principal executive offices)** | | |

**+44 (0) 1865 292017**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Ordinary shares, $0.000004026575398 par value per share | RKLY | The New York Stock Exchange |
| Warrants, each whole warrant exercisable for one ordinary share at an exercise price of $11.50 per share | RKLY.WS | The New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Exhibit 24**
**Page 2699**

**Item 2.02. Results of Operations and Financial Condition.**

On November 9, 2022, Rockley Photonics Holdings Limited (the "Company") issued a press release announcing certain financial and other results for the fiscal quarter ended September 30, 2022. The full text of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K (this "Current Report") and is incorporated herein by reference.

The information furnished in this Current Report (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be deemed to be incorporated by reference into any filing of the Company under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**
(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release, dated November 9, 2022, reporting earnings for the fiscal quarter ended September 30, 2022 |
| 104 | Cover Page Interactive Date File (embedded within the Inline XBRL document). |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Rockley Photonics Holdings Limited

Date:      November 9, 2022

By:       /s/ Richard A. Meier

Name:     Richard A. Meier

Title:    President and Chief Financial Officer

**Exhibit 24
Page 2700**

**Exhibit 99.1**



**Rockley Photonics Reports Third Quarter of Fiscal 2022 Financial Results**

*Additional capital raised through private placement*

*Reduction in headcount and operating costs targets lower cash burn*

*Advanced blood pressure biomarker by demonstrating promising intra-subject tracking against
standard blood pressure cuff*

**OXFORD, England and PASADENA, Calif.** - November 9, 2022 - Rockley Photonics Holdings Limited (NYSE: RKLY), a global medical technology company focused on delivering leading edge silicon photonics-based biosensing solutions by targeting a portfolio of biomarkers, today announced its financial results for the third quarter ended September 30, 2022.

During the quarter, the Company advanced its technology platform, Bioptx™, through several technical and clinical targets:

    **Expanded Free-Living Human Study of Its Bioptx Biosensing Band -** Utilizing its wearable Bioptx biosensing device, the Company announced that it has expanded its free-living study to monitor multiple key biomarkers in real-time. The expanded study is expected to demonstrate the capability of Rockley's product to measure and monitor multiple biomarkers in real time more accurately than other commonly available tools and wrist-worn devices.

    **Announced the Completion of its Human Study Demonstrating Promising Intra-Subject Tracking Against Standard Blood Pressure Cuff -** In October, Rockley announced that it had successfully demonstrated the prediction of blood pressure with strong intra-subject tracking using a laser-based signal and without using demographic information. The IRB-approved human study measured blood pressure, utilizing Rockley's non-invasive, cuffless biosensing device, currently under development.

    **Unveiled Next-Generation, Higher-Density Laser Chip for Wearable Health Monitoring** - During the quarter, the Company announced that it has developed what it believes to be the world's first micro-transfer-printed (mTP) silicon-photonics laser chip for commercial applications. This groundbreaking achievement is expected to allow Rockley to further increase the density and reduce the size of its already high-density spectrophotometer chips.

**Exhibit 24
Page 2701**

**Third Quarter of Fiscal Year 2022 Financial Highlights[1]:**

| *(in millions except per share)* | Three Months Ended | | | | Nine Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | September 30, 2022 | | September 30, 2021 | | September 30, 2022 | | September 30, 2021 | |
| Revenue | $ | 0.6 | $ | 1.8 | $ | 3.0 | $ | 5.8 |
| Gross profit | $ | (1.5) | $ | (1.6) | $ | (4.7) | $ | (5.9) |
| SG&A expense | $ | 13.0 | $ | 13.6 | $ | 45.1 | $ | 27.6 |
| R&D expense | $ | 25.7 | $ | 26.4 | $ | 76.8 | $ | 59.9 |
| Net income (loss)[2] | $ | 12.0 | $ | (58.0) | $ | (151.6) | $ | (153.3) |
| Net income (loss) per share - basic[2] | $ | 0.09 | $ | (0.54) | $ | (1.17) | $ | (1.67) |
| Cash, cash equivalents, and investments at period end | $ | 4.9 | $ | 125.0 | $ | 4.9 | $ | 125.0 |
| Cash used in operations | $ | (37.3) | $ | (37.4) | $ | (117.3) | $ | (91.9) |

**Non-GAAP Financial Highlights:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SG&A expense | $ | 9.8 | $ | 9.4 | $ | 28.4 | $ | 20.8 |
| R&D expense | $ | 22.5 | $ | 24.3 | $ | 66.8 | $ | 54.4 |
| Net income (loss)[2] | $ | 18.6 | $ | (51.4) | $ | (124.0) | $ | (140.0) |
| Net income (loss) per share - basic[2] | $ | 0.14 | $ | (0.48) | $ | (0.96) | $ | (1.52) |
| Adjusted EBITDA | $ | (35.3) | $ | (35.6) | $ | (105.6) | $ | (80.4) |

[1]A reconciliation of GAAP financial measures to non-GAAP financial measures is included in the financial statement tables included in this press release. For more information regarding the non-GAAP financial measures discussed in this press release, please see "Non-GAAP Financial Measures" and "Reconciliation of GAAP to Non-GAAP Financial Measures" below.

[2]Net income in the three months ended September 30, 2022 was largely derived from credits to the income statement in relation to fair value adjustments of debt instruments and warrants.

In addition to the technical and clinical advances, the Company took aggressive steps to reduce cash burn in the current quarter ended December 31, 2022, and future quarters by reducing staffing levels and operational spending. In parallel, the Company obtained additional financing to extend its operating runway and engaged a strategic advisor to advise the Company on additional capital, financial and strategic alternatives. In October, the Company:

**Announced Private Placement of New Convertible Notes and Warrants -** Rockley completed a $90.6 million private placement of convertible notes and warrants, of which the Company utilized approximately $63.9 million to repurchase its bridge and existing convertible notes. The Company received $10 million at the close of the transaction for general corporate purposes, with an additional $14.5 million of the proceeds placed in escrow and released to the Company at the direction of the requisite number of holders of these new convertible notes.

**Engaged Jefferies LLC to Advise on Additional Capitalization and Strategic Alternatives -** Rockley engaged Jefferies LLC to advise the Company on additional capital raising and strategic alternatives that support its strategic mission to bring its advanced biosensing and portfolio of biomarkers to both the consumer and clinical markets and to explore other alternatives.

"Rockley made significant progress against our goals, announcing promising human study results that are enabling customer sampling and trailing and further technical advancements with the Bioptx platform. Also, I am pleased that Randy Meier joined us as president and chief financial officer to help lead us in the next phase of our growth," said Dr. Andrew Rickman, chairman and chief executive officer of Rockley. "We started the quarter by receiving our first purchase order for commercial product, adding our first contract research organization as a customer, and working with our customers to further integrate our solution into their product roadmaps. We achieved product breakthroughs, including our recently announced micro-transfer printing technology that will help us develop even smaller, next-generation solutions. And we announced very exciting results from our blood pressure human study, successfully demonstrating the prediction of blood pressure. I

**Exhibit 24**
**Page 2702**

believe this progress with our customers, technology and human studies has strengthened the company and our future opportunities."

"With the completion of the recent financing, I am very pleased to join Rockley at this pivotal point in its development," said Richard A. (Randy) Meier, president and chief financial officer of Rockley. "Rockley's technology platform has the potential to be transformative in the delivery of healthcare, and I believe the company has incredible opportunities ahead. I look forward to making a positive impact on its future in collaborating with the entire organization to improve commercial and operational productivity and improving our financial performance."

### Guidance
Looking ahead, the Company is focused on three priorities for the remainder of 2022 - sampling Bioptx units to its customers for their trials; completing its in-house and independent human studies for blood pressure; and commencing its initial human studies utilizing its Bioptx Pro module for additional biomarkers, including glucose, alcohol, and lactate. Successful execution of these priorities will provide the foundational platform for the Company as it anticipates further scaling of these technologies in 2023. Rockley believes that its 2022 revenues will be in the range of $3.2-$3.6 million and plans to provide its outlook for 2023 in the first quarter of 2023.

### Conference Call Information

Rockley will host a conference call and webcast to discuss the third quarter results at 5:00 p.m. Eastern Time today, November 9, 2022. The live audio webcast along with accompanying presentation materials will be accessible on the Company's Investor Relations website at investors.rockleyphotonics.com.

The U.S. dial-in for the call is 877-407-0832 or +1 201-689-8433 for international callers. Please reference access code 13733843. A replay of the conference call will be available until December 9, 2022, at 11:59 p.m. Eastern Time, while an archived version of the webcast will be available on Rockley's Investor Relations website for one year. The U.S. dial-in for the conference call replay is 877-660-6853 or +1 201-612-7415. The replay access code is 13733843.

### Disclosure Information

In compliance with disclosure obligations under Regulation FD, Rockley announces material information to the public through a variety of means, including filings with the Securities and Exchange Commission, press releases, public conference calls and webcasts, as well as the investor relations website.

### About Rockley

Formed in 2013, Rockley is a global medical technology company focused on delivering leading edge silicon photonics-based biosensing solutions that target a portfolio of biomarkers. Rockley's ground-breaking end-to-end biosensing platform unlocks unique spectra-based biomarkers enabling insights into personal health and well-being. With next-generation biosensing platforms specifically designed for mobile health monitoring, Rockley is laying the foundation for a new generation of biomedical applications across multiple industries.

To learn more about Rockley, visit rockleyphotonics.com.

### Cautionary Statement Regarding Forward-Looking Statements
Certain statements in this press release that are not historical facts constitute "forward-looking statements" for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding Rockley's future expectations, beliefs, plans, objectives, and assumptions regarding future events or performance. The words "anticipate," "believe," "continue," "could," "develop," "enable," "estimate," "eventual," "expect," "future," "intend," "may," "might," "opportunity," "outlook," "plan," "possible," "position," "potential," "predict," "project," "revolutionize," "seem," "should," "trend," "will," "would" and other terms that predict or indicate future events, trends, or expectations, and similar expressions or the negative of such expressions may identify forward-looking statements, but the absence of these words or terms does not mean that a statement is not forward-looking. Forward-looking statements in this press release include, but are not limited to, statements regarding the following: (a) our ability to lower our cash burn; (b) financial projections and revenue guidance; (c) the timing of completion of our

**Exhibit 24**
**Page 2703**

human studies; (d) anticipated benefits of our expanded free-living human study of our Bioptx biosensing band; (e) anticipated benefits and features of our products and technologies; (f) statements related to our future opportunities and future technological developments; and (g) our belief that photonics will eventually become as pervasive as micro-electronics and that we are uniquely positioned to support hyper-scale manufacturing and address a multitude of high-volume markets.

Forward-looking statements are subject to several risks and uncertainties (many of which are beyond the Company's control) or other assumptions that may cause actual results or performance to differ materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, the factors described under the heading "Risk Factors" in the Company's Annual Report on Form 10-K for the year ended 2021, and in other documents the Company files with the Securities and Exchange Commission in the future. The forward-looking statements contained in this press release are based on various assumptions, whether or not identified in this press release, and on the Company's current expectations, beliefs, and assumptions and are not predictions of actual performance. If any of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, actual results may differ materially from those discussed in or implied by these forward-looking statements. There can be no assurance that future developments affecting the Company will be those that have been anticipated. Given these risks and uncertainties, you should not place undue reliance on these forward-looking statements. These forward-looking statements speak only as of the date hereof and the Company does not intend to update or revise any forward-looking statements, whether because of new information, future events, or otherwise, except as required by law.

###

Contact Information
*Media*
Debra Raine
Rainemakers
Telephone: +1 415-349-7432
Email: rockleyphotonics@rainemakers.com

*Investors*
Gwyn Lauber
Rockley Photonics
Telephone: +1 626-995-0001
Email: investors@rockleyphotonics.com

**Exhibit 24**
**Page 2704**

**Third Quarter 2022 Financial Results**

**ROCKLEY PHOTONICS HOLDINGS LIMITED**
**Condensed Consolidated Statements of Operations**
*(Unaudited and in thousands, except share and per share amounts)*

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| Revenue | $ 556 | $ 1,839 | $ 3,023 | $ 5,805 |
| Cost of revenue | 2,066 | 3,459 | 7,753 | 11,742 |
| Gross profit | (1,510) | (1,620) | (4,730) | (5,937) |
| Operating expenses: | | | | |
| Selling, general, and administrative expenses | 13,010 | 13,568 | 45,114 | 27,588 |
| Research and development expenses | 25,748 | 26,418 | 76,849 | 59,949 |
| Total operating expenses | 38,758 | 39,986 | 121,963 | 87,537 |
| **Loss from operations** | (40,268) | (41,606) | (126,693) | (93,474) |
| Other income (expense): | | | | |
| Other (expense) income, net | (180) | - | (349) | 2,860 |
| Interest expense, net | (3,690) | (1,587) | (10,857) | (1,913) |
| (Loss) gain on equity method investment | (270) | 40 | (232) | (720) |
| Change in fair value of debt instruments | 27,227 | (14,255) | (20,352) | (59,916) |
| Change in fair value of warrant liabilities | 31,359 | 515 | 13,351 | 515 |
| (Loss) gain on foreign currency | (1,877) | (481) | (6,522) | 150 |
| Total other income (expense) | 52,569 | (15,768) | (24,961) | (59,024) |
| **Income (loss) before income taxes** | 12,301 | (57,374) | (151,654) | (152,498) |
| Provision for income tax (benefit) | 270 | 598 | (67) | 808 |
| **Net income (loss)** | $ 12,031 | $ (57,972) | $ (151,587) | $ (153,306) |
| | | | | |
| **Earnings (net loss) per share:** | | | | |
| Basic | $ 0.09 | $ (0.54) | $ (1.17) | $ (1.67) |
| Diluted | $ (0.09) | $ (0.54) | $ (1.17) | $ (1.67) |
| | | | | |
| **Weighted-average shares outstanding:** | | | | |
| Basic | 130,752,092 | 107,633,037 | 129,520,792 | 92,008,435 |
| Diluted | 170,038,105 | 107,633,037 | 129,520,792 | 92,008,435 |

**Exhibit 24**
**Page 2705**

**ROCKLEY PHOTONICS HOLDINGS LIMITED**
**Condensed Consolidated Balance Sheets**
*(Unaudited and in thousands, except share amounts and par value)*

| | September 30, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
|     Cash and cash equivalents | $ 4,881 | $ 36,786 |
|     Short-term investments | - | 26,965 |
|     Accounts receivable, net of allowance of $0 and $302 as of September 30, 2022 and December 31, 2021, respectively | 786 | 1,359 |
|     Other receivables, net of allowance of $0 and $141 as of September 30, 2022 and December 31, 2021, respectively | 48,385 | 47,462 |
|     Prepaid expenses and other current assets | 9,899 | 6,802 |
|         Total current assets | 63,951 | 119,374 |
| Long-term investments | - | 17,659 |
| Property and equipment, net | 9,554 | 10,187 |
| Equity method investment | 4,358 | 4,879 |
| Intangible assets, net | 3,048 | 3,048 |
| Other non-current assets | 9,969 | 7,683 |
|         Total assets | $ 90,880 | $ 162,830 |
| | | |
| **Liabilities and Shareholders' Equity (Deficit)** | | |
| Current liabilities | | |
|     Trade payables | $ 12,744 | $ 6,882 |
|     Accrued expenses | 15,867 | 17,360 |
|     Debt, current portion | - | 26,312 |
|     Other current liabilities | 1,464 | 1,238 |
|         Total current liabilities | 30,075 | 51,792 |
| Long-term debt, net of current portion | 66,492 | - |
| Warrant liabilities | 20,829 | 3,477 |
| Other long-term liabilities | 3,337 | 3,743 |
|         Total liabilities | 120,733 | 59,012 |
| | | |
| Shareholders' equity (deficit) | | |
|     Ordinary shares, $0.000004 par value; 12,443,961,038 and 12,417,500,000 authorized as of September 30, 2022 and December 31, 2021, respectively; 132,660,683 and 127,860,639 issued and outstanding as of September 30, 2022 and December 31, 2021, respectively | - | - |
|     Additional paid-in-capital | 522,630 | 504,714 |
|     Accumulated deficit | (552,483) | (400,896) |
|         Total shareholders' (deficit) equity | (29,853) | 103,818 |
|         Total liabilities and shareholders' equity | $ 90,880 | $ 162,830 |

**Exhibit 24**
**Page 2706**

**ROCKLEY PHOTONICS HOLDINGS LIMITED**
**Condensed Consolidated Statements of Cash Flows**
*(Unaudited and in thousands)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| **Cash flows from operating activities:** | | | | |
| Net income (loss) | $ 12,031 | $ (57,972) | $ (151,587) | $ (153,306) |
| Adjustments to reconcile net loss to net cash used in operating activities: | - | - | | |
| Depreciation and amortization | 1,638 | 1,229 | 4,723 | 3,228 |
| Non-cash operating lease cost | 357 | 197 | 1,001 | 651 |
| Gain on disposal of property and equipment | (114) | - | (114) | - |
| (Reversal) bad debt expense | - | - | (141) | 377 |
| Accretion of marketable securities to redemption value | (22) | (32) | (131) | (32) |
| Net realized loss on sale of marketable securities | (179) | - | (347) | - |
| Stock-based compensation | 3,435 | 2,155 | 11,412 | 5,856 |
| Change in equity-method investment | 702 | (145) | 521 | 346 |
| Change in fair value of debt instrument | (27,227) | 14,255 | 20,352 | 59,916 |
| Change in fair value of warrant liabilities | (31,359) | (515) | (13,351) | (515) |
| Forgiveness of Paycheck Protection Program loan | - | - | | (2,860) |
| Non-cash interest on convertible loan notes | 2,472 | - | 2,956 | - |
| Changes in operating assets and liabilities: | - | - | | |
| Accounts receivable | 680 | 895 | 573 | 3,032 |
| Other receivables | (258) | (1,929) | (782) | (6,942) |
| Prepaid expenses and other current assets | (3,640) | (2,090) | (3,097) | (7,859) |
| Other non-current assets | (2,135) | - | (2,595) | - |
| Trade payables | 3,205 | 1,277 | 4,942 | 1,147 |
| Accrued expenses | 3,441 | 5,398 | 9,228 | 5,800 |
| Other current and long-term liabilities | (364) | (168) | (872) | (741) |
| Net cash used in operating activities | (37,337) | (37,445) | (117,309) | (91,902) |
| **Cash flows from investing activities:** | | | | |
| Purchase of property and equipment | (111) | (2,876) | (3,056) | (5,698) |
| Purchase of marketable securities | - | (54,800) | - | (54,800) |
| Proceeds from sale and maturities of marketable securities | 8,203 | 5,030 | 45,102 | 5,030 |
| Proceeds from maturity of marketable securities | - | - | - | - |
| Purchase of asset acquisition | - | - | - | (500) |
| Net cash provided by (used in) investing activities | 8,092 | (52,646) | 42,046 | (55,968) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from convertible loan notes | - | - | 80,685 | 76,723 |
| Principal payments on long-term debt | - | - | (26,311) | - |
| Proceeds from issuance of ordinary shares | - | 167,966 | - | 167,966 |
| Proceeds from exercise of options | 224 | 86 | 1,319 | 369 |
| Proceeds from exercise of warrants | - | 146 | - | 379 |
| Proceeds from issuance of warrants | - | - | - | 263 |
| Debt issuance costs incurred | - | 3,173 | - | (383) |
| Transaction costs | (4,870) | (41,484) | (11,976) | (41,484) |

**Exhibit 24**
**Page 2707**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| Withheld taxes paid on behalf of employees on net settled stock-based awards | - | - | (359) | - |
| Net cash (used in) provided by financing activities | (4,646) | 129,887 | 43,358 | 203,833 |
| **Net (decrease) increase in cash and cash equivalents** | (33,891) | 39,796 | (31,905) | 55,963 |
| **Cash and cash equivalents:** | | | | |
| Beginning of period | 38,772 | 35,395 | 36,786 | 19,228 |
| End of period | $ 4,881 | $ 75,191 | $ 4,881 | $ 75,191 |

**Exhibit 24**
**Page 2708**

**Use of Non-GAAP Financial Measures**

In addition to financial information presented in accordance with GAAP, this press release includes certain financial measures that are not prepared in accordance with generally accepted accounting principles in the United States,  including: non-GAAP SG&A, non-GAAP R&D, non-GAAP net loss, non-GAAP net loss per share, and adjusted EBITDA, each of which is a non-GAAP financial measure. The Company defines non-GAAP SG&A as GAAP SG&A other than stock-based compensation, non-capitalized transaction costs and forgiveness of PPP loan, and non-GAAP R&D as GAAP R&D other than stock-based compensation. The Company defines non-GAAP net loss as net loss other than the non-GAAP cost of revenue adjustment, non-GAAP SG&A adjustment, and non-GAAP R&D adjustment (in each case as described above), and defines non-GAAP net loss per share as net loss other than non-GAAP adjustments noted above divided by weighted shares outstanding. The Company defined adjusted EBITDA as net loss before interest expense, taxes, depreciation and amortization, stock-based compensation, change in fair value of debt instruments and warrants, and non-capitalized transaction costs as the Company believes they are not indicative of its core operating performance. As noted below, none of these non-GAAP financial measures is a substitute for or superior to measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to any other performance measures derived in accordance with GAAP.

The Company believes that presenting these non-GAAP financial measures provides useful supplemental information to investors about the Company in understanding and evaluating its operating results, enhancing the overall understanding of its past performance and future prospects, and allowing for greater transparency with respect to key financial metrics used by its management in financial and operational-decision making. The Company uses these non-GAAP measures to help assess its operating performance and operating leverage in its business, analyze its financial results, establish operational goals, develop operating budgets, and make strategic decisions. The Company also believes that the presentation of these non-GAAP financial measures provides an additional tool for investors to use in comparing its core business and results of operations over multiple periods with other companies in its industry, many of which present similar non-GAAP financial measures to investors, and to help analyze the Company's cash performance.

Other companies may calculate non-GAAP measures differently, or may use other measures to calculate their financial performance, and therefore any non-GAAP measures the Company uses may not be directly comparable to similarly titled measures of other companies. Further, there are a number of limitations related to the use of non-GAAP measures and their nearest GAAP equivalents. Accordingly, these non-GAAP financial measures should be considered as supplemental in nature, should not be considered as the sole measure of the Company's performance, and are not intended to be construed, and should not be considered, in isolation from, or as a substitute for, the comparable or related financial information calculated in accordance with GAAP.

**Exhibit 24**
**Page 2709**

**Adjusted EBITDA**
*(unaudited, in thousands):*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| **Net Income (Loss)** | $ 12,031 | $ (57,972) | $ (151,587) | $ (153,306) |
| Interest expense, net | 3,690 | 1,587 | 10,857 | 1,913 |
| Provision for income tax (benefit) | 270 | 598 | (67) | 808 |
| Depreciation and amortization | 1,638 | 1,229 | 4,723 | 3,228 |
| **EBITDA** | 17,629 | (54,558) | (136,074) | (147,357) |
| Non-capitalized transaction costs* | 1,511 | 3,214 | 11,499 | 4,254 |
| Stock-based compensation | 3,435 | 2,155 | 11,412 | 5,856 |
| Change in equity method investment | 702 | (145) | 521 | 346 |
| Change in fair value of debt instruments | (27,227) | 14,255 | 20,352 | 59,916 |
| Change in fair value of warrant liabilities | (31,359) | (515) | (13,351) | (515) |
| Forgiveness of PPP Loan | - | - | - | (2,860) |
| **Adjusted EBITDA** | $ (35,309) | $ (35,594) | $ (105,641) | $ (80,360) |

**Non-GAAP Net Income (Loss)**
*(unaudited, in thousands):*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| **Net income (loss)** | $ 12,031 | $ (57,972) | $ (151,587) | $ (153,306) |
| Cost of revenue adjustment | 141 | 347 | 816 | 977 |
| Selling, general and administrative adjustment | 3,216 | 4,132 | 16,759 | 6,824 |
| Research and development adjustment | 3,225 | 2,119 | 10,058 | 5,537 |
| **Non-GAAP net income (loss)** | $ 18,613 | $ (51,374) | $ (123,954) | $ (139,968) |
| **Non-GAAP net income (loss) per share:** | | | | |
| Basic and diluted[1] | $ 0.14 | $ (0.48) | $ (0.96) | $ (1.52) |
| **Weighted-average shares outstanding:** | | | | |
| Basic and diluted[1] | 130,752,092 | 107,633,037 | 129,520,792 | 92,008,435 |

[1]Non-GAAP net income per share for the three months ended September 30, 2022 is basic only. Diluted non-GAAP net income per share amount is not considered meaningful.

**Non-GAAP - Cost of Revenue**
*(unaudited, in thousands):*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| Cost of revenue | $ 2,066 | $ 3,459 | $ 7,753 | $ 11,742 |
| Adjustments: | | | | |
| Stock-based compensation | (141) | (347) | (816) | (977) |
| Non-GAAP Cost of revenue | $ 1,925 | $ 3,112 | $ 6,937 | $ 10,765 |

**Exhibit 24**
**Page 2710**

***Non-GAAP - Selling, General and Administrative Expenses***
*(unaudited, in thousands):*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| Selling, general, and administrative expenses | $ 13,010 | $ 13,568 | $ 45,114 | $ 27,588 |
| Adjustments: | | | | |
| Depreciation and amortization | (606) | (449) | (1,737) | (1,250) |
| Stock-based compensation | (1,099) | (469) | (3,523) | (1,320) |
| Non-capitalized transaction costs* | (1,511) | (3,214) | (11,499) | (4,254) |
| Non-GAAP selling, general and administrative expenses | $ 9,794 | $ 9,436 | $ 28,355 | $ 20,764 |

***Non-GAAP - Research and Development Expenses***
*(unaudited, in thousands):*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| Research and development expenses | $ 25,748 | $ 26,418 | $ 76,849 | $ 59,949 |
| Adjustments: | | | | |
| Depreciation and amortization | (1,030) | (780) | (2,985) | (1,978) |
| Stock-based compensation | (2,195) | (1,339) | (7,073) | (3,559) |
| Non-GAAP research and development expenses | $ 22,523 | $ 24,299 | $ 66,791 | $ 54,412 |

\* Non-capitalized transaction costs include non-recurring expense related to the issuance of convertible loan notes in 2022, 2021 and the Business Combination.

**Exhibit 24**
**Page 2711**