# EXHIBIT A

Exhibit A
Page 6

122°48′28″ W; to lat. 46°56′44″ N, long. 122°47′08″ W; to lat. 46°55′28″ N, long. 122°47′10″ W; to lat. 46°54′42″ N, long. 122°47′45″ W; to lat. 46°55′28″ N, long. 122°49′51″ W; thence counter-clockwise along the 4-mile radius of the airport to the point of beginning.

*Paragraph 6005   Class E Airspace Areas Extending Upward From 700 Feet or More Above the Surface of the Earth.*

\*     \*     \*     \*     \*

### ANM WA E5   Olympia, WA [New]

Olympia Regional Airport, WA
   (Lat. 46°58′10″ N, long. 122°54′09″ W)

   That airspace extending upward from 700 feet above the surface within a 6.8-mile radius of Olympia Regional Airport from the airport 211° bearing clockwise to the airport 088° bearing, and within an 8.2-mile radius of the airport from the airport 088° bearing clockwise to the airport 122° bearing, and within a 12.4-mile radius of the airport from the airport 122° bearing clockwise to the airport 211° bearing, and within 1 mile each side of the 011° bearing from the airport extending to 11.6 miles north of the airport.

   Issued in Seattle, Washington, on May 8, 2019.

**Shawn M. Kozica,**

*Group Manager, Operations Support Group, Western Service Center.*

[FR Doc. 2019–10554 Filed 5–20–19; 8:45 am]

**BILLING CODE 4910–13–P**

---

## DEPARTMENT OF COMMERCE

### Bureau of Industry and Security

### 15 CFR Part 744

[Docket No. 190513445–9445–01]

RIN 0694–AH86

### Addition of Entities to the Entity List

**AGENCY:** Bureau of Industry and Security, Commerce.

**ACTION:** Final rule.

**SUMMARY:** In this rule, the Bureau of Industry and Security (BIS) amends the Export Administration Regulations (EAR) by adding Huawei Technologies Co., Ltd. (Huawei) to the Entity List. The U.S. Government has determined that there is reasonable cause to believe that Huawei has been involved in activities contrary to the national security or foreign policy interests of the United States. BIS is also adding non-U.S. affiliates of Huawei to the Entity List because those affiliates pose a significant risk of involvement in activities contrary to the national security or foreign policy interests of the United States. Huawei will be listed on the Entity List under the destination of China. This final rule also adds to the

Entity List sixty-eight non-U.S. affiliates of Huawei located in twenty-six destinations: Belgium, Bolivia, Brazil, Burma, Canada, Chile, China, Egypt, Germany, Hong Kong, Jamaica, Japan, Jordan, Lebanon, Madagascar, Netherlands, Oman, Pakistan, Paraguay, Qatar, Singapore, Sri Lanka, Switzerland, Taiwan, United Kingdom, and Vietnam.

**DATES:** *Effective Date:* This rule is effective May 16, 2019.

**FOR FURTHER INFORMATION CONTACT:** Director, Office of Exporter Services, Bureau of Industry and Security, Department of Commerce, Phone: (949) 660–0144 or (408) 998–8806 or email your inquiry to: *ECDOEXS@bis.doc.gov.*

**SUPPLEMENTARY INFORMATION:**

### Background

   The Entity List (Supplement No. 4 to part 744) identifies entities reasonably believed to be involved, or pose a significant risk of being or becoming involved, in activities contrary to the national security or foreign policy interests of the United States. The Export Administration Regulations (EAR) (15 CFR, subchapter C, parts 730–774) imposes additional license requirements on, and limits the availability of most license exceptions for exports, reexports, and transfers (in-country) to, listed entities. The license review policy for each listed entity is identified in the ''License review policy'' column on the Entity List, and the impact on the availability of license exceptions is described in the relevant **Federal Register** notice adding entities to the Entity List. BIS places entities on the Entity List pursuant to part 744 (Control Policy: End-User and End-Use Based) and part 746 (Embargoes and Other Special Controls) of the EAR.

   The End-User Review Committee (ERC), composed of representatives of the Departments of Commerce (Chair), State, Defense, Energy and, where appropriate, the Treasury, makes all decisions regarding additions to, removals from, or other modifications to the Entity List. The ERC makes all decisions to add an entry to the Entity List by majority vote and all decisions to remove or modify an entry by unanimous vote.

### ERC Entity List Decision

*Additions to the Entity List*

   Under § 744.11(b) (Criteria for revising the Entity List) of the EAR, persons for whom there is reasonable cause to believe, based on specific and articulable facts, that the person has been involved, is involved, or poses a significant risk of being or becoming

involved in activities that are contrary to the national security or foreign policy interests of the United States and those acting on behalf of such persons may be added to the Entity List.

   Pursuant to § 744.11(b) of the EAR, the ERC has determined that there is reasonable cause to believe that Huawei Technologies Co., Ltd. (Huawei) has been involved in activities determined to be contrary to the national security or foreign policy interests of the United States. To illustrate, Huawei has been indicted in the U.S. District Court for the Eastern District of New York on 13 counts of violating U.S. law (Superseding Indictment), including violations of the International Emergency Economic Powers Act (IEEPA), by knowingly and willfully causing the export, reexport, sale and supply, directly and indirectly, of goods, technology and services (banking and other financial services) from the United States to Iran and the government of Iran without obtaining a license from the Department of Treasury's Office of Foreign Assets Control (OFAC), as required by OFAC's Iranian Transactions and Sanctions Regulations (31 CFR part 560), and conspiracy to violate IEEPA by knowingly and willfully conspiring to cause the export, reexport, sale and supply, directly and indirectly, of goods, technology and services (banking and other financial services) from the United States to Iran and the government of Iran without obtaining a license from OFAC as required by OFAC's Iranian Transactions and Sanctions Regulations (31 CFR part 560). The Superseding Indictment also alleges that Huawei and an Iranian-based affiliate, working with others, knowingly and willfully conspired to impair, impede, obstruct, and defeat, through deceitful and dishonest means, the lawful government operations of OFAC.

   Further, Huawei's affiliates present a significant risk of acting on Huawei's behalf to engage in such activities. Because the ERC has determined that there is reasonable cause to believe that the affiliates pose a significant risk of becoming involved in activities contrary to the national security or foreign policy interests of the United States due to their relationship with Huawei, this final rule also adds to the Entity List sixty-eight non-U.S. affiliates of Huawei located in twenty-six destinations: Belgium, Bolivia, Brazil, Burma, Canada, Chile, China, Egypt, Germany, Hong Kong, Jamaica, Japan, Jordan, Lebanon, Madagascar, Netherlands, Oman, Pakistan, Paraguay, Qatar, Singapore, Sri Lanka, Switzerland,

**22962**    **Federal Register** / Vol. 84, No. 98 / Tuesday, May 21, 2019 / Rules and Regulations

Taiwan, United Kingdom, and Vietnam. Without the imposition of a license requirement as to these affiliated companies, there is reasonable cause to believe that Huawei would seek to use these entities to evade the restrictions imposed by its addition to the Entity List. As set forth in the Superseding Indictment filed in the Eastern District of New York, Huawei participated along with certain affiliates in the alleged criminal violations of U.S. law, including one or more non-U.S. affiliates. The Superseding Indictment also alleges that Huawei and affiliates acting on Huawei's behalf engaged in a series of deceptive and obstructive acts designed to evade U.S. law and to avoid detection by U.S. law enforcement.

In light of the foregoing, Huawei and sixty-eight non-U.S. affiliates of Huawei raise sufficient concern that prior review of exports, reexports, or transfers (in-country) of items subject to the EAR involving these entities, and the possible imposition of license conditions or license denials on shipments to these entities, will enhance BIS's ability to prevent activities contrary to the national security or foreign policy interests of the United States.

For all of the entities added to the Entity List in this final rule, unless authorized by the *Savings Clause* in this final rule, BIS imposes a license requirement for all items subject to the EAR and a license review policy of presumption of denial. Similarly, no license exceptions are available for exports, reexports, or transfers (in-country) to the persons being added to the Entity List in this rule except as allowed in the *Savings Clause* in this final rule.

This final rule adds the following entity to the Entity List:

**China**

(1) *Huawei Technologies Co., Ltd. (Huawei),* Bantian Huawei Base, Longgang District, Shenzhen, 518129, China.

This final rule also adds the following sixty-eight non-U.S. affiliates of the entry above to the Entity List:

**Belgium**

(1) *Huawei Technologies Research & Development Belgium NV,* Belgium.

**Bolivia**

(1) *Huawei Technologies (Bolivia) S.R.L.,* La Paz, Bolivia.

**Brazil**

(1) *Huawei do Brasil Telecomunicacões Ltda,* Sao Paulo, Brazil.

**Burma**

(1) *Huawei Technologies (Yangon) Co., Ltd.,* Yangon, Burma.

**Canada**

(1) *Huawei Technologies Canada Co., Ltd.,* Markham, ON, Canada.

**Chile**

(1) *Huawei Chile S.A.,* Santiago, Chile.

**China**

(1) *Beijing Huawei Digital Technologies Co., Ltd.,* Beijing, China;
(2) *Chengdu Huawei High-Tech Investment Co., Ltd.,* Chengdu, Sichuan, China;
(3) *Chengdu Huawei Technologies Co., Ltd.,* Chengdu, Sichuan, China;
(4) *Dongguan Huawei Service Co., Ltd.,* Dongguan, Guangdong, China;
(5) *Dongguan Lvyuan Industry Investment Co., Ltd.,* Dongguan, Guangdong, China;
(6) *Gui'an New District Huawei Investment Co., Ltd.,* Guiyang, Guizhou, China;
(7) *Hangzhou Huawei Digital Technology Co., Ltd.,* Hangzhou, Zhejiang, China;
(8) *HiSilicon Optoelectronics Co., Ltd.,* Wuhan, Hubei, China;
(9) *HiSilicon Technologies Co., Ltd (HiSilicon),* Bantian Longgang District, Shenzhen, 518129, China.
(10) *HiSilicon Tech (Suzhou) Co., Ltd.,* Suzhou, Jiangsu, China;
(11) *Huawei Device Co., Ltd.,* Dongguan, Guangdong, China;
(12) *Huawei Device (Dongguan) Co., Ltd.,* Dongguan, Guangdong, China;
(13) *Huawei Device (Shenzhen) Co., Ltd.,* Shenzhen, Guangdong, China;
(14) *Huawei Digital Technologies (Suzhou) Co., Ltd.,* Suzhou, Jiangsu, China;
(15) *Huawei Machine Co., Ltd.,* Dongguan, Guangdong, China;
(16) *Huawei Software Technologies Co., Ltd.,* Nanjing, Jiangsu, China;
(17) *Huawei Technical Service Co., Ltd.,* China;
(18) *Huawei Technologies Service Co., Ltd.,* Langfang, Hebei, China;
(19) *Huawei Training (Dongguan) Co., Ltd.,* Dongguan, Guangdong, China;
(20) *Huayi Internet Information Service Co., Ltd.,* Shenzhen, Guangdong, China;
(21) *North Huawei Communication Technology Co., Ltd.,* Beijing, China;
(22) *Shanghai Haisi Technology Co., Ltd.,* Shanghai, China;
(23) *Shanghai Huawei Technologies Co. Ltd.,* Shanghai, China;
(24) *Shanghai Mossel Trade Co., Ltd.,* Shanghai, China;
(25) *Shenzhen Huawei Technical Services Co., Ltd.,* Shenzhen, Guangdong, China;

(26) *Shenzhen Huawei Terminal Commercial Co., Ltd.,* Shenzhen, Guangdong, China;
(27) *Shenzhen Huawei Training School Co., Ltd.,* Shenzhen, Guangdong, China;
(28) *Shenzhen Huayi Loan Small Loan Co., Ltd.,* Shenzhen, Guangdong, China;
(29) *Shenzhen Legrit Technology Co., Ltd.,* Shenzhen, Guangdong, China;
(30) *Shenzhen Smartcom Business Co., Ltd.,* Shenzhen, Guangdong, China;
(31) *Suzhou Huawei Investment Co., Ltd.,* Suzhou, Jiangsu, China;
(32) *Wuhan Huawei Investment Co., Ltd.,* Wuhan, Hubei, China;
(33) *Xi'an Huawei Technologies Co., Ltd.,* Xi'an, Shaanxi, China;
(34) *Xi'an Ruixin Investment Co., Ltd.,* Xi'an, Shaanxi, China; *and*
(35) *Zhejiang Huawei Communications Technology Co., Ltd.,* Hangzhou, Zhejiang, China.

**Egypt**

(1) *Huawei Technology,* Cairo, Egypt.

**Germany**

(1) *Huawei Technologies Deutschland GmbH,* Germany.

**Hong Kong**

(1) *Huawei Device (Hong Kong) Co., Limited,* Tsim Sha Tsui, Kowloon, Hong Kong;
(2) *Huawei International Co., Limited,* Hong Kong;
(3) *Huawei Tech. Investment Co., Limited,* Hong Kong;
(4) *Huawei Technologies Co. Ltd.,* Tsim Sha Tsui, Kowloon, Hong Kong;
(5) *Hua Ying Management Co. Limited,* Tsim Sha Tsui, Kowloon, Hong Kong; *and*
(6) *Smartcom (Hong Kong) Co., Limited,* Sheung Wan, Hong Kong;

**Jamaica**

(1) *Huawei Technologies Jamaica Company Limited,* Kingston, Jamaica.

**Japan**

(1) *Huawei Technologies Japan K.K.,* Japan.

**Jordan**

(1) *Huawei Technologies Investment Co. Ltd.,* Amman, Jordan.

**Lebanon**

(1) *Huawei Technologies Lebanon,* Beirut, Lebanon.

**Madagascar**

(1) *Huawei Technologies Madagascar Sarl,* Antananarivo, Madagascar.

**Netherlands**

(1) *Huawei Technologies Coöperatief U.A.,* Netherlands.

**Exhibit 1**
**Page 10**

## Oman

(1) *Huawei Tech Investment Oman LLC,* Muscat, Oman.

## Pakistan

(1) *Huawei Technologies Pakistan (Private) Limited,* Islamabad, Pakistan.

## Paraguay

(1) *Huawei Technologies Paraguay S.A.,* Asuncion, Paraguay.

## Qatar

(1) *Huawei Tech Investment Limited,* Doha, Qatar.

## Singapore

(1) *Huawei International Pte. Ltd.,* Singapore.

## Sri Lanka

(1) *Huawei Technologies Lanka Company (Private) Limited,* Colombo, Sri Lanka.

## Switzerland

(1) *Huawei Technologies Switzerland AG,* Liebefeld, Bern, Switzerland.

## Taiwan

(1) *Xunwei Technologies Co., Ltd.,* Taipei, Taiwan.

## United Kingdom

(1) *Huawei Global Finance (UK) Limited,* Great Britain;
(2) *Proven Glory,* British Virgin Islands; *and*
(3) *Proven Honour,* British Virgin Islands.

## Vietnam

(1) *Huawei Technologies (Vietnam) Company Limited,* Hanoi, Vietnam; *and*
(2) *Huawei Technology Co. Ltd.,* Hanoi, Vietnam.

*Savings Clause*

Shipments of items removed from eligibility for a License Exception or export or reexport without a license (NLR) as a result of this regulatory action that were en route aboard a carrier to a port of export or reexport, on May 16, 2019, pursuant to actual orders for export or reexport to a foreign destination, may proceed to that destination under the previous eligibility for a License Exception or export or reexport without a license (NLR).

## Export Control Reform Act of 2018

On August 13, 2018, the President signed into law the John S. McCain National Defense Authorization Act for Fiscal Year 2019, which included the Export Control Reform Act of 2018 (ECRA) (Title XVII, Subtitle B of Pub. L. 115–232 (132 Stat. 2210); 50 U.S.C. 4801 *et seq.*), which provides the legal basis for BIS's principal authorities and serves as the authority under which BIS issues this rule. As set forth in sec. 1768 of ECRA, all delegations, rules, regulations, orders, determinations, licenses, or other forms of administrative action that have been made, issued, conducted, or allowed to become effective under the Export Administration Act of 1979 (50 U.S.C. 4601 *et seq.*) (as in effect prior to August 13, 2018 and as continued in effect pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) and Executive Order 13222 of August 17, 2001, 3 CFR, 2001 Comp., p. 783 (2002), as amended by Executive Order 13637 of March 8, 2013, 78 FR 16129 (March 13, 2013), and as extended by the Notice of August 8, 2018, 83 FR 39871 (August 13, 2018)), or the Export Administration Regulations, and are in effect as of August 13, 2018, shall continue in effect according to their terms until modified, superseded, set aside, or revoked under the authority of ECRA.

## Rulemaking Requirements

1. Executive Orders 13563 and 12866 direct agencies to assess all costs and benefits of available regulatory alternatives and, if regulation is necessary, to select regulatory approaches that maximize net benefits (including potential economic, environmental, public health and safety effects, distributive impacts, and equity). Executive Order 13563 emphasizes the importance of quantifying both costs and benefits, of reducing costs, of harmonizing rules, and of promoting flexibility. This rule has been determined to be not significant for purposes of Executive Order 12866. This rule is not an Executive Order 13771 regulatory action because this rule is not significant under Executive Order 12866.

2. Notwithstanding any other provision of law, no person is required to respond to nor be subject to a penalty for failure to comply with a collection of information, subject to the requirements of the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*) (PRA), unless that collection of information displays a currently valid Office of Management and Budget (OMB) Control Number. This regulation involves collections previously approved by OMB under control number 0694–0088, Simplified Network Application Processing System, which includes, among other things, license applications and carries a burden estimate of 42.5 minutes for a manual or electronic submission. Total burden hours associated with the PRA and OMB control number 0694–0088 are not expected to increase as a result of this rule. You may send comments regarding the collection of information associated with this rule, including suggestions for reducing the burden, to Jasmeet K. Seehra, Office of Management and Budget (OMB), by email to *Jasmeet_K._Seehra@omb.eop.gov,* or by fax to (202) 395–7285.

3. This rule does not contain policies with Federalism implications as that term is defined in Executive Order 13132.

4. Pursuant to sec. 1762 of ECRA, this action is exempt from the Administrative Procedure Act (5 U.S.C. 553) requirements for notice of proposed rulemaking, opportunity for public participation, and delay in effective date.

5. Because a notice of proposed rulemaking and an opportunity for public comment are not required to be given for this rule by 5 U.S.C. 553, or by any other law, the analytical requirements of the Regulatory Flexibility Act, 5 U.S.C. 601, *et seq.,* are not applicable. Accordingly, no regulatory flexibility analysis is required and none has been prepared.

## List of Subjects in 15 CFR Part 744

Exports, Reporting and recordkeeping requirements, Terrorism.

Accordingly, part 744 of the Export Administration Regulations (15 CFR parts 730–774) is amended as follows:

## PART 744—[AMENDED]

■ 1. The authority citation for 15 CFR part 744 is revised to read as follows:

**Authority:** Pub. L. 115–232, Title XVII, Subtitle B (132 Stat. 2210); 50 U.S.C. 4801 *et seq.;* 50 U.S.C. 1701 *et seq.;* 22 U.S.C. 3201 *et seq.;* 42 U.S.C. 2139a; 22 U.S.C. 7201 *et seq.;* 22 U.S.C. 7210; E.O. 12058, 43 FR 20947, 3 CFR, 1978 Comp., p. 179; E.O. 12851, 58 FR 33181, 3 CFR, 1993 Comp., p. 608; E.O. 12938, 59 FR 59099, 3 CFR, 1994 Comp., p. 950; E.O. 12947, 60 FR 5079, 3 CFR, 1995 Comp., p. 356; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13099, 63 FR 45167, 3 CFR, 1998 Comp., p. 208; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13224, 66 FR 49079, 3 CFR, 2001 Comp., p. 786; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018); Notice of September 19, 2018, 83 FR 47799 (September 20, 2018). Notice of November 8, 2018, 83 FR 56253 (November 9, 2018); Notice of January 16, 2019, 84 FR 127 (January 18, 2019).

■ 2. Supplement No. 4 to part 744 is amended:
■ a. By adding in alphabetical order a heading for Belgium and one Belgian

**Exhibit 1**
**Page 11**

entity, ''Huawei Technologies Research & Development Belgium NV''.

■ b. By adding in alphabetical order a heading for Bolivia and one Bolivian entity, ''Huawei Technologies (Bolivia) S.R.L.''.

■ c. By adding in alphabetical order a heading for Brazil and one Brazilian entity, ''Huawei do Brasil Telecomunicacões Ltda''.

■ d. By adding in alphabetical order a heading for Burma and one Burmese entity, ''Huawei Technologies (Yangon) Co., Ltd.''.

■ e. Under Canada, by adding in alphabetical order, one Canadian entity, ''Huawei Technologies Canada Co., Ltd''.

■ f. By adding in alphabetical order a heading for Chile and one Chilean entity, ''Huawei Chile S.A.''.

■ g. Under China, People's Republic of, by adding in alphabetical order, thirty-six Chinese entities: ''Beijing Huawei Digital Technologies Co., Ltd.'', ''Chengdu Huawei High-Tech Investment Co., Ltd.'', ''Chengdu Huawei Technologies Co., Ltd.'', ''Dongguan Huawei Service Co., Ltd.'', ''Dongguan Lvyuan Industry Investment Co., Ltd.'', ''Gui'an New District Huawei Investment Co., Ltd.'', ''Hangzhou Huawei Digital Technology Co., Ltd.'', ''HiSilicon Optoelectronics Co., Ltd.'', ''HiSilicon Technologies Co., Ltd (HiSilicon)'', ''HiSilicon Tech (Suzhou) Co., Ltd.'', ''Huawei Device Co., Ltd.'', ''Huawei Device (Dongguan) Co., Ltd.'', ''Huawei Device (Shenzhen) Co., Ltd.'', ''Huawei Digital Technologies (Suzhou) Co., Ltd.'', ''Huawei Machine Co., Ltd.'', ''Huawei Software Technologies Co., Ltd.'', ''Huawei Technical Service Co., Ltd.'', ''Huawei Technologies Co., Ltd.'', ''Huawei Technologies Service Co., Ltd.'', ''Huawei Training (Dongguan) Co., Ltd.'', ''Huayi internet Information Service Co., Ltd.'', ''North Huawei Communication Technology Co., Ltd.'', ''Shanghai Haisi Technology Co., Ltd.'', ''Shanghai Huawei Technologies Co. Ltd.'', ''Shanghai Mossel Trade Co., Ltd.'', ''Shenzhen Huawei Technical Services Co., Ltd.'', ''Shenzhen Huawei Terminal Commercial Co., Ltd.'', ''Shenzhen Huawei Training School Co., Ltd.'', ''Shenzhen Huayi Loan Small Loan Co., Ltd.'', ''Shenzhen Legrit Technology Co., Ltd.'', ''Shenzhen Smartcom Business Co., Ltd.'', ''Suzhou Huawei Investment Co., Ltd.'', ''Wuhan Huawei Investment Co., Ltd.'', ''Xi'an Huawei Technologies Co., Ltd.'', ''Xi'an Ruixin Investment Co., Ltd.'', and ''Zhejiang Huawei Communications Technology Co., Ltd.''.

■ h. Under Egypt, by adding in alphabetical order, one Egyptian entity, ''Huawei Technology''.

■ i. Under Germany, by adding in alphabetical order, one German entity, ''Huawei Technologies Deutschland GmbH''.

■ j. Under Hong Kong, by adding in alphabetical order, six Hong Kong entities, ''Huawei Device (Hong Kong) Co., Limited'', ''Huawei International Co., Limited'', ''Huawei Tech. Investment Co., Limited'', ''Huawei Technologies Co. Ltd.'', ''Hua Ying Management Co. Limited'', and ''Smartcom (Hong Kong) Co., Limited''.

■ k. By adding in alphabetical order a heading for Jamaica and one Jamaican entity, ''Huawei Technologies Jamaica Company Limited''.

■ l. By adding in alphabetical order a heading for Japan and one Japanese entity, ''Huawei Technologies Japan K.K.''.

■ m. By adding in alphabetical order a heading for Jordan and one Jordanian entity, ''Huawei Technologies Investment Co. Ltd.''.

■ n. By adding in alphabetical order, under Lebanon, one Lebanese entity, ''Huawei Technologies Lebanon''.

■ o. By adding in alphabetical order a heading for Madagascar and one Malagasy entity, ''Huawei Technologies Madagascar Sarl''.

■ p. Under Netherlands, by adding in alphabetical order, one Dutch entity, ''Huawei Technologies Coöperatief U.A.''.

■ q. By adding in alphabetical order a heading for Oman and one Omani entity, ''Huawei Tech Investment Oman LLC''.

■ r. Under Pakistan, by adding in alphabetical order, one Pakistani entity, ''Huawei Technologies Pakistan (Private) Limited''.

■ s. By adding in alphabetical order a heading for Paraguay and one Paraguayan entity, ''Huawei Technologies Paraguay S.A.''.

■ t. By adding in alphabetical order a heading for Qatar and one Qatari entity, ''Huawei Tech Investment Limited''.

■ u. Under Singapore, by adding in alphabetical order, one Singaporean entity, ''Huawei International Pte. Ltd.''.

■ v. By adding in alphabetical order a heading for Sri Lanka and one Sinhalese entity, ''Huawei Technologies Lanka Company (Private) Limited''.

■ w. Under Switzerland, by adding in alphabetical order, one Swiss entity, ''Huawei Technologies Switzerland AG''.

■ x. Under Taiwan, by adding in alphabetical order, one Taiwanese entity, ''Xunwei Technologies Co., Ltd.''

■ y. Under United Kingdom, by adding in alphabetical order, three British entities, ''Huawei Global Finance (UK) Limited'', ''Proven Glory'', and ''Proven Honour''.

■ z. By adding in alphabetical order a heading for Vietnam and two Vietnamese entities, ''Huawei Technologies (Vietnam) Company Limited'' and ''Huawei Technology Co. Ltd.''.

The additions read as follows:

**Supplement No. 4 to Part 744—Entity List**

\*　　\*　　\*　　\*　　\*

| Country | Entity | License requirement | License review policy | **Federal Register** citation |
|---|---|---|---|---|
| \* | \* | \* | \* | \* |
| BELGIUM ............... | Huawei Technologies Research & Development Belgium NV, Belgium. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| \* | \* | \* | \* | \* |
| BOLIVIA ................ | Huawei Technologies (Bolivia) S.R.L., La Paz, Bolivia. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| BRAZIL ................... | Huawei do Brasil Telecomunicacões Ltda, Sao Paulo, Brazil. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| | * | * | * | * | * | * | * |
| BURMA ................. | Huawei Technologies (Yangon) Co., Ltd., Yangon, Burma. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| CANADA ............... | * | * | * | * | * | * |
| | Huawei Technologies Canada Co., Ltd., Markham, ON, Canada. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| CHILE .................... | Huawei Chile S.A., Santiago, Chile. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| CHINA, PEOPLE'S REPUBLIC OF. | * | * | * | * | * | * |
| | Beijing Huawei Digital Technologies Co., Ltd., Beijing, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| | Chengdu Huawei High-Tech Investment Co., Ltd., Chengdu, Sichuan, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Chengdu Huawei Technologies Co., Ltd., Chengdu, Sichuan, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| | Dongguan Huawei Service Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Dongguan Lvyuan Industry Investment Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| | Gui'an New District Huawei Investment Co., Ltd., Guiyang, Guizhou, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Hangzhou Huawei Digital Technology Co., Ltd., Hangzhou, Zhejiang, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| | HiSilicon Optoelectronics Co., Ltd., Wuhan, Hubei, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | HiSilicon Technologies Co., Ltd (HiSilicon), Bantian Longgang District, Shenzhen, 518129, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | HiSilicon Tech (Suzhou) Co., Ltd., Suzhou, Jiangsu, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Device Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Device (Dongguan) Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Device (Shenzhen) Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Digital Technologies (Suzhou) Co., Ltd., Suzhou, Jiangsu, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Machine Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Software Technologies Co., Ltd., Nanjing, Jiangsu, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technologies Co., Ltd., Bantian Huawei Base, Longgang District, Shenzhen, 518129, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technical Service Co., Ltd., China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technologies Service Co., Ltd., Langfang, Hebei, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Training (Dongguan) Co., Ltd., Dongguan, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huayi Internet Information Service Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

**22966** Federal Register / Vol. 84, No. 98 / Tuesday, May 21, 2019 / Rules and Regulations

| Country | Entity | License requirement | License review policy | **Federal Register** citation |
|---|---|---|---|---|
| | * * | * * | * | * |
| | North Huawei Communication Technology Co., Ltd., Beijing, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Shanghai Haisi Technology Co., Ltd., Shanghai, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shanghai Huawei Technologies Co. Ltd., Shanghai, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Shanghai Mossel Trade Co., Ltd., Shanghai, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Shenzhen Huawei Technical Services Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Huawei Terminal Commercial Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Huawei Training School Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Huayi Loan Small Loan Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Legrit Technology Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Shenzhen Smartcom Business Co., Ltd., Shenzhen, Guangdong, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Suzhou Huawei Investment Co., Ltd., Suzhou, Jiangsu, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Wuhan Huawei Investment Co., Ltd., Wuhan, Hubei, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Xi'an Huawei Technologies Co., Ltd., Xi'an, Shaanxi, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | Xi'an Ruixin Investment Co., Ltd., Xi'an, Shaanxi, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Zhejiang Huawei Communications Technology Co., Ltd., Hangzhou, Zhejiang, China. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | * * | * * | * | * |
| EGYPT ................... | * * | * * | * | * |
| | Huawei Technology, Cairo, Egypt. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| GERMANY ............. | * * | * * | * | * |
| | Huawei Technologies Deutschland GmbH, Germany. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * | * * | * | * |
| | * * | * * | * | * |
| HONG KONG ......... | * * | * * | * | * |
| | Huawei Device (Hong Kong) Co., Limited, Tsim Sha Tsui, Kowloon, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei International Co., Limited, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

**Exhibit A**
**Page 12**

**Exhibit 1**
**Page 14**

| Country | Entity | License requirement | License review policy | **Federal Register** citation |
|---|---|---|---|---|
| | Huawei Tech. Investment Co., Limited, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technologies Co. Ltd., Tsim Sha Tsui, Kowloon, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Hua Ying Management Co. Limited, Tsim Sha Tsui, Kowloon, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * |
| | Smartcom (Hong Kong) Co., Limited, Sheung Wan, Hong Kong. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * |
| * | * | * | * | * |
| JAMAICA ................ | Huawei Technologies Jamaica Company Limited, Kingston, Jamaica. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| JAPAN .................... | Huawei Technologies Japan K.K., Japan. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| JORDAN ................. | Huawei Technologies Investment Co. Ltd., Amman, Jordan. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * | * | * | * |
| LEBANON .............. | * | * | * | * |
| | Huawei Technologies Lebanon, Beirut, Lebanon. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * |
| MADAGASCAR ...... | Huawei Technologies Madagascar Sarl, Antananarivo, Madagascar. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * | * | * | * |
| NETHERLANDS ..... | * | * | * | * |
| | Huawei Technologies Coöperatief U.A., Netherlands. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * |
| * | * | * | * | * |
| OMAN .................... | Huawei Tech Investment Oman LLC, Muscat, Oman. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| PAKISTAN ............. | * | * | * | * |
| | Huawei Technologies Pakistan (Private) Limited, Islamabad, Pakistan. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * |
| * | * | * | * | * |
| PARAGUAY ........... | Huawei Technologies Paraguay S.A., Asuncion, Paraguay. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * | * | * | * |
| QATAR ................... | Huawei Tech Investment Limited, Doha, Qatar. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| * | * | * | * | * |
| SINGAPORE .......... | * | * | * | * |
| | Huawei International Pte. Ltd., Singapore. | For all items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * |

**Exhibit 1**
**Page 15**

| Country | Entity | License requirement | License review policy | **Federal Register** citation |
|---|---|---|---|---|
| | * | * | * | * | * | * |
| SRI LANKA ............ | Huawei Technologies Lanka Company (Private) Limited, Colombo, Sri Lanka. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| SWITZERLAND ...... | * * Huawei Technologies Switzerland AG, Liebefeld, Bern, Switzerland. | * * For all items subject to the EAR. (See §744.11 of the EAR). | * Presumption of denial ............ | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| | * | * | * | * | * | * |
| TAIWAN ................ | * * Xunwei Technologies Co., Ltd., Taipei, Taiwan. | * * For all items subject to the EAR. (See §744.11 of the EAR). | * Presumption of denial ............ | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| | * | * | * | * | * | * |
| UNITED KINGDOM | * * Huawei Global Finance (UK) Limited, Great Britain. | * * For all items subject to the EAR. (See §744.11 of the EAR). | * Presumption of denial ............ | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * * Proven Glory, British Virgin Islands | * * For all items subject to the EAR. (See §744.11 of the EAR). | * Presumption of denial | * 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Proven Honour, British Virgin Islands. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | * | * | * | * | * | * |
| VIETNAM ............... | Huawei Technologies (Vietnam) Company Limited, Hanoi, Vietnam. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |
| | Huawei Technology Co. Ltd., Hanoi, Vietnam. | For all items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ............ | 84 FR [INSERT FR PAGE NUMBER] May 21, 2019. |

Dated: May 16, 2019.

**Wilbur Ross,**

*Secretary of Commerce.*

[FR Doc. 2019–10616 Filed 5–16–19; 4:15 pm]

**BILLING CODE 3510–33–P**

---

# DEPARTMENT OF STATE

## 22 CFR Part 41

[Public Notice: 10726]

RIN 1400–AD93

**Visa Information Update Requirements Under the Electronic Visa Update System (EVUS)**

**AGENCY:** Department of State.

**ACTION:** Final rule; confirmation of effective date.

**SUMMARY:** The Department of State is confirming the effective date of November 29, 2016, for the final rule that published in the **Federal Register** of October 26, 2016, instituting a requirement for nonimmigrant aliens who hold a passport issued by an identified country containing a U.S. nonimmigrant visa of a designated category to provide required information to DHS after the receipt of his or her visa of a designated category.

**DATES:** The effective date of final rule published in the **Federal Register** of October 20, 2016 (81 FR 72522), is confirmed: November 29, 2016.

**FOR FURTHER INFORMATION CONTACT:** Taylor Beaumont, Acting Division Chief, U.S. Department of State, Office of Legislation and Regulations, CA/VO/L/R, 600 19th Street NW, Washington, DC 20522, (202) 485–8910, *VisaRegs@state.gov.*

**SUPPLEMENTARY INFORMATION:** The Department published a final rule, Public Notice 9530 at 81 FR 72522, October 20, 2016, with a request for comments, amending sections of part 41 of title 22 of the Code of Federal Regulations. The rule provided modifications to the visa revocation regulations, which, with the the DHS rule amending 8 CFR part 215, subpart B (RIN 1651–AB08), created the Electronic Visa Update System (EVUS). As provided in 8 CFR part 215, subpart B, EVUS is an online information update system that requires nonimmigrant aliens who hold a passport issued by an identified country containing a U.S. nonimmigrant visa of a designated category to enroll in EVUS by providing information to DHS after the receipt their visa. The final rule became effective on November 29, 2016, and remains unchanged.

*Analysis of Comments:* The final rule was published with request for comments on October 20, 2016, Vol. 81, No. 203, Page 72522. The comment period closed on December 19, 2016. The Department received one non-responsive comment to the final rule. As the comment was non-responsive, it does not provide a basis to reconsider the rule.

**Exhibit 1**
**Page 16**



TECH

# China's Huawei to sell undersea cable business, exchange filing shows

PUBLISHED MON, JUN 3 2019·12:09 AM EDT    UPDATED MON, JUN 3 2019·12:09 AM EDT

 REUTERS

WATCH LIVE

## KEY POINTS

China's Huawei Technologies plans to sell its 51% stake in undersea telecommunications cable business Huawei Marine Systems, according to an exchange filing from the Chinese buyer on Monday.

Hengtong Optic-Electric said in the filing to the Shanghai Stock Exchange that it signed a letter of intent with Huawei Technologies subsidiary Huawei Tech Investment on May 31 to buy the stake via cash and share issuance.

The potential sale comes as Huawei Technologies' main business of selling telecom network equipment and smartphones is under intense global scrutiny as the United States alleges its products pose a security risk.



MARKETS



CNBC TV



WATCHLIST

MENU

**Exhibit A**
**Page 15**

**Exhibit 2**
**Page 18**





**The Huawei Marine Networks Co. logo is displayed on an R1 repeater inside an exhibition hall at the Huawei Technologies Co. campus in the Longgang district of Shenzhen, China, on Wednesday, Aug. 6, 2014.**

*Brent Lewin | Bloomberg | Getty Images*

China's Huawei Technologies plans to sell its 51% stake in undersea telecommunications cable business Huawei Marine Systems, according to an exchange filing from the Chinese buyer on Monday.

Hengtong Optic-Electric, an optical communication network products company based in Jiangsu province, said in the filing to the Shanghai Stock Exchange that it signed a letter of intent with Huawei Technologies subsidiary Huawei Tech Investment on May 31 to buy the stake via cash and share issuance. It did not mention a price.

Huawei Technologies declined to provide immediate comment when contacted by Reuters. Trading of Hengtong Optic-Electric shares was suspended on Monday pending deal discussions.

The potential sale comes as Huawei Technologies' main business of selling telecom network equipment and smartphones is under intense global scrutiny as the United States alleges its products pose a security risk. Huawei has denied the allegations.

Last month, Huawei was slapped with a trade ban by the U.S. Commerce Department that




**Exhibit A
Page 16**

**Exhibit 2
Page 19**

                                                                 ○ WATCH **LIVE**

In March, The Wall Street Journal cited U.S. security officials as saying that undersea cables built by Huawei could be vulnerable to espionage by the Chinese state, which the company denied.

Huawei Marine, established in 2008 as a joint venture with Britain's Global Marine, is mainly engaged in the construction of global undersea communications cables.

According to Huawei Technology's annual report, the tech giant gained majority voting rights on the board of Huawei Marine in August 2018 with Global Marine retaining a 49% non-controlling interest.

Huawei Marine contributed revenue of 394 million yuan ($57.10 million) and logged a net profit of 115 million yuan in 2018, according to Huawei Technologies' annual report.

## TRENDING NOW

 **Citigroup employees, on edge over layoffs, told they can work remotely until the new year**

 **Costco sold more than $100 million in gold bars last quarter**

 **CLUB** **We're increasing our price targets on 6 stocks, while changing our rating on Broadcom**

 **41-year-old couldn't buy a house in Atlanta—so she bought in Italy for $62,000**

 **Here's what to expect in 2024 if you want to buy a home, according to experts**


**MARKETS**


**CNBC TV**


**WATCHLIST**

**MENU**

**Exhibit A**
**Page 17**

**Exhibit 2**
**Page 20**

## Notice to Recipient (Cont'd)



This Investor Presentation does not contain all material information concerning SC Health, Rockley Photonics or any parent company of either company, or any securities of any such entity, and the information set forth in this document is subject to change without notice. No Relevant Party is under an obligation to update or keep current the information contained herein. Certain data in this Investor Presentation was obtained from various external data sources, and no Relevant Party has verified such data with independent sources. This Investor Presentation may include trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Investor Presentation may be listed without the ™, ℠, ©, or ® symbols, but SC Health and Rockley Photonics will assert, to the fullest extent under applicable law, the right of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

The information contained herein and any further information (whether written, electronic or oral) relating to SC Health or Rockley Photonics supplied by any of the Relevant Parties is, and will be, supplied on the condition that none of the Relevant Parties or any other person whatsoever is liable for any error, omission, misstatement, or inaccuracy therein nor for any direct, indirect or inconsequential loss or damage sustained by any party placing reliance on such information, including any error or omission, misstatement or inaccuracy resulting from any negligent act or omission of any of the Relevant Parties or any other person. Except where otherwise indicated, information provided in this Investor Presentation is given as of the date hereof. The delivery of this Investor Presentation shall not under any circumstances create the implication that there has been no change in the affairs of SC Health or Rockley Photonics since the date hereof. No Relevant Party accepts any responsibility or gives any undertaking to provide further information, including any information required to update any information contained herein or correct any inaccuracy error in or omission from this Investor Presentation.

**Forward-Looking Statements**

This Investor Presentation may contain forward-looking statements that involve risks and uncertainties, which include all statements other than statements of historical facts, including, without limitation, any statements preceded by, followed by or that include the words "targets", "believes", "expects", "aims", "intends", "will", "may", "anticipates", "would", "could" or similar expressions or the negative thereof. Actual future performance, outcomes and results may differ materially from those expressed in forward-looking statements as a result of a number of risks, uncertainties and assumptions. Forward-looking statements in this Investor Presentation may include, for example, statements about: (i) SC Health's and Rockley Photonics' ability to complete the proposed Business Combination during anticipated timeframe or at all; (ii) the anticipated development and commercialization timelines for Rockley Photonics' products and technologies, including anticipated features, benefits and applications of its products and technologies; (iii) Rockley Photonics' customer relationships and ability to retain and expand customer relationships and to achieve design wins; (iv) Rockley Photonics' ability to address market and customer demands and to timely develop solutions to meet those demands; (v) the size and growth potential of the markets for Rockley Photonics' products and technologies, and its ability to serve those markets; (vi) Rockley Photonics' business strategies, business and financial outlook and financial projections; (vii) the ability to obtain, maintain, protect, and enforce intellectual property protection for Rockley Photonics' technology; (viii) the retention of key personnel; and (ix) the use of proceeds from the proposed Business Combination. The forward-looking statements contained herein are based on SC Health's and Rockley Photonics' current expectations and beliefs concerning future developments and their potential effects. Certain statements contained in this document may be statements of future expectations and other forward-looking statements and involve known and unknown risks, assumptions, uncertainties and other factors that may cause the actual results, performance and financial condition of Rockley Photonics, or industry results, to be materially different from any future results, performance or financial condition, expressed or implied by such forward-looking statements. Statements contained in this document regarding past trends or activities should not be taken as a representation that such trends or activities will continue in the future. No assurance can be given that future events will occur, that projections will be achieved, or that the assumptions contained herein are correct. Actual results may differ materially from those projected and you should not place undue reliance on forward-looking statements. SC Health, Rockley Photonics and each other Relevant Party disclaims any obligation to update or otherwise revise these forward-looking statements to reflect future events or developments.

**Use of Projections**

Any financial projections in this Investor Presentation have not been prepared in conformity with U.S. GAAP / International Financial Reporting Standards as adopted by the International Accounting Standards ("IFRS"). Neither SC Health's nor Rockley Photonics' independent auditors have studied, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this document, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this Investor Presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results. In this Investor Presentation, certain of the above-mentioned projected information has been provided for purposes of providing comparisons with historical data. Information that is based on estimates, forecasts, projections, market research, or similar methodologies is inherently subject to uncertainties and actual events or circumstances may differ materially from those contained in the prospective financial information. The assumptions and estimates underlying the prospective financial information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties. Accordingly, there can be no assurance that the prospective results are indicative of future performance of SC Health, Rockley Photonics or any parent company of either company after the proposed Business Combination or that actual results will not differ materially from those presented in the prospective financial information. Inclusion of the prospective financial information in this document should not be regarded as a representation by any person that the results contained in the prospective financial information will be achieved.

**Non-GAAP Financial Measures**

This Investor Presentation includes certain financial measures not presented in accordance with U.S. GAAP or the IFRS, including EBITDA and Free Cash Flow, which are different from financial measures calculated in accordance with IFRS or U.S. GAAP. Such non-U.S. GAAP / IFRS financial measures should be considered in addition to and not as a substitute for or superior to financial measures calculated in accordance with IFRS or U.S. GAAP.

The Company believes these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to the Company's financial condition and results of operations. The Company believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends in and in comparing the Company's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. These non-GAAP financial measures are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures.

**Additional Information**

In connection with the proposed Business Combination, SC Health and the Company intend to file with the Securities and Exchange Commission ("SEC") a proxy statement and registration statement on Form S-4 relating to the proposed business combination, which will be mailed to SC Health's shareholders once definitive. This Investor Presentation does not contain all the information that should be considered concerning the proposed business combination and is not intended to form the basis of any investment decision or any other decision in respect of the business combination. SC Health's shareholders and other interested persons are advised to read, when available, the preliminary proxy statement and the amendments thereto and the definitive proxy statement and other documents filed in connection with the proposed business combination as these materials will contain important information about SC Health and Rockley Photonics and the business combination. When available, the preliminary proxy statement and other relevant materials for the proposed business combination will be mailed to shareholders of SC Health as of a record date to be established for voting on the proposed business combination. Shareholders will also be able to obtain copies of the preliminary proxy statement, the definitive proxy statement and other documents filed with the SEC, without charge, once available at the SEC's website at www.sec.gov or by directing a request to: SC Health Corporation 108 Robinson Road #10-00, Singapore 068900.

SC Health and its directors and executive officers may be deemed participants in the solicitation of proxies from SC Health's shareholders with respect to the proposed business combination. A list of the names of those directors and executive officers and a description of their interests in SC Health is contained in SC Health's annual report on Form 10-K for the fiscal year ended December 31, 2019, which was filed with the SEC and is available free of charge at the SEC's website at www.sec.gov, or by directing a request to SC Health Corporation, 108 Robinson Road #10-00, Singapore 068900. Additional information regarding the interests of such participants will be contained in the proxy statement for the business combination when available.

Rockley Photonics and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the shareholders of SC Health in connection with the proposed business combination. A list of the names of such directors and executive officers and information regarding their interests in the proposed business combination will be contained in the proxy statement for the business combination when available.

By accepting or reading this Investor Presentation you acknowledge that you will be solely responsible for your own assessment of the market and the market position of SC Health, Rockley Photonics and any parent company of either company, and that you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of the business of either such company.

This Investor Presentation speaks as of the date of this document unless otherwise indicated. Neither the delivery of this document nor any further discussions of SC Health or Rockley Photonics with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of either company or any affiliate thereof since that date.

3

Exhibit A
Page 18

Exhibit 3
Page 32



# Investment Highlights

**1**  **Massive Consumer Health Market Opportunity:** Significantly increased consumer focus on health and wellness – smart wearable technology rapidly proliferating with emerging monitoring capabilities

**2**  **Industry-Revolutionizing Technology Platform:** Unique, differentiated and IP protected silicon photonics and optical measurement technology unlocking new use cases in healthcare monitoring, sensing, and datacoms

**3** **Validated by Leading Blue-Chip Customers:** Engaged or contracted with 4 customers collectively holding >55% of smartphone and >50% of wearables markets and 2 MedTech customers including one of the largest medical device players globally; $70M+ NRE committed by a leading developer of smartphones, smart watches, and consumer electronics

**4**  **Capex-light and Scalable Manufacturing Model:** Fabless model with a seeded global manufacturing ecosystem running proprietary processes wholly owned by Rockley and ready for rapid and efficient high-volume scaling

**5**  **Multiple Avenues for Consistent Growth with Compelling Financial Profile:** Short-term commercial focus on health and wellness is supplemented by platform capability that creates substantial mid- and longer-term revenue opportunities leveraging big data and predictive analytics

**6** **World Class Management Team with Extensive Track Record:** Leadership team with significant public company experience with highly disruptive technologies

15

Exhibit 3
Page 44




**SC Health Corporation – Business Combination Announcement**

March 19, 2021

**Call Participants:**

**AJ Coloma**

*SC Health Corp. ("SC Health"), CEO*

**Dr. Andrew Rickman, OBE1**

*Rockley Photonics, Ltd. ("Rockley"), Founder, Chairman & CEO*

**Mahesh Karanth**

*Rockley Photonics, CFO*

**Ciaran Rooney**

*Rockley Photonics, VP of Corporate Development*

**Presentation:**

**Mark Roberts, Blueshirt Group**

Welcome to the Rockley Photonics and SC Health or SCPE investor conference call and webcast. SCPE has filed an investor presentation with the SEC, which is also available on SC Health's website at www.schealthcorp.com and Rockley's website at www.rockleyphotonics.com. Please review the disclaimers included in the investor presentation and refer to that as a guide for today's call. The presentation will also be helpful to reference in conjunction with management's commentary. Management will not be fielding any questions on today's call.

Statements we make during this call that are not statements of historical facts constitute forward-looking statements that are subject to risks, uncertainties and other factors that could cause our actual results to differ from historical results and/or from our forecast, including those set forth in SCPE's Form 8-K filed today. For more information, please refer to the risks, uncertainties and other factors discussed in the SEC filings.

All cautionary statements that we make during this call are applicable to any forward-looking statements we make whenever they appear. You should carefully consider the risks, uncertainties, and other factors discussed in SCPE's SEC filings. Do not place undue reliance on forward-looking statements, which we assume no responsibility for updating.

With that, I'll turn the call over to AJ Coloma, CEO of SC Health.

1    Order of the British Empire



**SC Health**

clinical spectrometer into a wearable chip that could be carried on your wrist. This enables continuous monitoring of numerous biomarkers, some of which are life critical such as hydration, blood pressure, core body temperature, lactate, and glucose levels for the first time ever. Our technology is up to 1,000,000x more accurate than existing LEDs you see in high-end smartwatches today. There is no precedent for this type of exponential increase in accuracy in recent history, and we have patents and process technology that form a protective moat around our business.

It is the power of this technology that we believe has made us invaluable to one of the largest technology companies in the world. They believe in us and in our technology and have invested a significant amount of non-recurring revenue, or NRE, in us. You could see this revolutionary technology on your wrist as soon as next year, followed by a significant volume ramp in 2023. As AJ mentioned, this is not a future story – this is happening now, and we have strong visibility on our numbers in close partnership with our customers.

Before starting on slide 8, let me tell you about my background and the background to Rockley's sensing platform, which is based on silicon photonics. Silicon photonics is the optical analogy of microelectronics; we're creating complex systems on a chip which uses photons instead of electrons to process and sense information. The idea of silicon photonics was proposed in the mid-1980s, and some years later I founded the first silicon photonics company to commercialize the field. That company was called Bookham, it was backed by Intel and Cisco, and we took it public on the Nasdaq. The company went on to be known as Oclaro and now is part of Lumentum. I chaired a second company in the field called Kotura, which had a similar journey in fiber optic communications with a second-generation process, and we successfully sold it to Mellanox in 2013, which in turn was acquired by NVIDIA last year. That's when we started Rockley.

The aim of Rockley was to develop a third-generation silicon photonics process that overcame the remaining hyperscale manufacturing issues and provided a wider breadth of performance capabilities compared to current processes. We also saw that there were going to be new market applications that were bigger and more disruptive, the largest one being created by the advent of smartwatches. Smartwatches have LEDs that shine light into your skin, monitoring the scattered light that comes back to measure your pulse and, in the high-end versions, your blood oxygen. With this market taking off, it created a new opportunity for us to exploit an idea we had many years back to create a much more powerful optical sensing chip for non-invasive biomarker monitoring.

As of today, Rockley has developed a unique sensing platform targeting applications in consumer health and wellness, driving an exponential increase in application capabilities for non-invasive, multi-model biomarker monitoring. This is built on our highly disruptive silicon photonics technology platform, which delivers compelling sensor performance, power, resolution, and density. Our spectrometer chip provides up to 1,000,000x higher resolution, 1,000x higher accuracy and 100x broader bandwidth than LED technology on existing wearables today.

Another way of looking at our technology is that we've shrunk a laboratory spectrometer onto a chip, creating a "clinic on a wrist". Traditionally, when you shrink an optical instrument, the performance generally gets worse as you get less light into the device. But in this particular case, the innovative architecture we've designed allows our device to actually have two orders of magnitude improvement over the benchtop instrument. So this is not an average spectrometer, this is a highly advanced spectrometer.



We are currently engaged or contracted with six companies across consumer electronics and MedTech which form the basis of our financial projections through 2024. We also have a manufacturing ecosystem which has been seeded with our wholly owned proprietary manufacturing processes that we can rapidly scaled, so there's no other company in the world that has access to this unique process technology.

As you can see on slide 9, our technology solution is comprised of a unique spectroscopy chip made up of numerous infrared lasers and a second LED based element which is already being used today in wearables to detect pulse and blood oxygen. We're also designing the electronics and ASIC controller on the back of our module.

In terms of what it means to the end user on slide 10, our technology is designed to work anywhere on the body where there's reasonable blood perfusion. For example, it could be in a smartphone or smart speaker where you place your finger on it, or a smart patch that you place on your chest, as a smart earbud, and so on. Something like this creates a revolutionary range of actionable insights. With this sort of technology, we believe this will dramatically change the way that people think about their diet, nutrition, and monitoring their health and fitness. There's also the opportunity for this technology to provide early warning signs of the onset of diseases, so a more efficient treatment of those diseases can take place. Also, our technology could provide invaluable information for people suffering from chronic disorders, so they can manage their lives more effectively.

We offer a full stack of technology capabilities to our OEM customers, ranging from the silicon and III-V photonics and electronics design, the co-packaging technology to put electronics and photonics together, the firmware / software to run the chips, and importantly, the biosensing algorithms and cloud analytics to measure and read individual biomarkers. In particular, our algorithms represent an important component of our IP as these are developed through clinical trials over a representative human population and thus cannot be easily replicated by competitors. We've built in-house big data analytics to support our development efforts, creating the possibility of additional monetization with customers through a B2B cloud subscription model.

Moving to slide 12, Rockley's commercial roadmap has an immediate focus on health and wellness. We've built out a complete vertical capability for consumer devices by leveraging our research and development in other optical fields. There are further opportunities in MedTech, where we can upgrade our devices to clinical grade and offer AI and cloud analytics tools for disease detection and prevention. Some of the game-changing medical applications we see here include diabetes and other major diseases, and we've already started discussions with leading medical device OEMs. We don't have meaningful medtech revenues represented in our top line forecast presented, because it's going to take longer for us to get FDA approvals for those markets, but we expect this commercial opportunity will come in 2025 timeframe. Having said that, we are engaged with numerous MedTech companies and have significant traction with one of the largest MedTech players globally. Further to this are additional growth areas including using the technology in data center connectivity, for which we've formed a JV with a fiber optic cable producer, the Hengtong Group, to produce optical transceivers. There are also applications in machine visions for robotics, automotive FMCW Lidar, and advanced computer connectivity in the field of in-package optics, and we have had advanced discussions with partners in all of these areas.

Rockley's objective is to play a pivotal role in the next frontier of consumer devices and health and wellness and to be a key supplier to the world's biggest tech players that have publicly set out plans for tackling health and wellness.

**SC** Health



Moving on to our major investment highlights, we believe there is a massive opportunity in the consumer health market driven by a significant increase in consumer focus on health and wellness and rapid proliferation of smart wearable technology with emerging monitoring capabilities. We have revolutionary silicon photonics technology and unique optical measurement science that is differentiated and unlocking new use cases in healthcare monitoring, sensing, and datacoms. Our technology and business model are validated by leading blue-chip customers as we are currently engaged or contracted with six customers collectively holding over 50% of the smartphone and wearables markets. Notably, we've received US$70 million of NRE commitment to date by one of the largest technology companies in the world and we have significant traction with one of the largest medical device companies in the world.

We are fabless and capex-light and we've seeded a global manufacturing ecosystem running proprietary processes wholly-owned by Rockley and ready for rapid and efficient high-volume scaling. While our short-term commercial focus is on health and wellness, there are multiple avenues for consistent growth given our broad platform capability creates substantial mid- and longer-term revenue opportunities leveraging big data and predictive analytics. Our team is world class and has an extensive track record, particularly in public companies and managing highly disruptive technologies.

Moving to slide 16, this is a massive emerging market opportunity with compelling healthcare technology needs. Our overall market estimate for 2025 is US$48 billion, made up of wearable devices, such as smartwatches, fitness bands, and earbuds, and mobile devices, in particular smartphones. The initial focus is for our devices to go into these types of consumer products for health and wellness that comprise a US$30 billion market, but we believe there is a further US$18 billion market for medical devices that we intend to expand into in due course. There is then the opportunity to turn those medical grade capabilities back into the consumer device to drive further customer stickiness.

Some of the key trends driving this emerging healthcare need include greater consumer focus on preventative health, proliferation of wearable tech, and a COVID-driven rethinking of "at-home" monitoring solutions. Other healthcare challenges include a growing prevalence of costly chronic conditions, health systems that are strained by demand, and high-cost, non-invasive monitoring solutions that are only available in-clinic. All of these concerns are unmet by existing technology, as there is a lack of integration across wearable and medical devices, inability to miniaturize benchtop solutions, limited use cases, and non-scalability of existing technologies. In walks the Rockley solution, which is a multi-functional clinic-on-the-wrist capability. Our wearable spectrometer technology brings a single sensor for multi-modal biochemical / biophysical marker monitoring through the functionality of numerous lasers on a single chip that results in unparalleled spectral resolution and accuracy. Some of the new sensing functions unlocked include lactate, alcohol, glucose, carbon monoxide, blood pressure, and more.

This opportunity is validated by leading blue-chip customers, of which we currently have six that are engaged or contracted and make up a significant portion of the smartphone and wearables markets and are represented by some of the logos in the illustrative health and wellness pipeline in the middle of this page, as well as one of the world's largest medical device manufacturers. We are in some level of discussion with all the consumer device and MedTech companies shown on slide 19, with some already signed up for development stage partnerships.

Moving to our capex-light and scalable manufacturing model, our foundry partners, both in silicon and III-V semiconductor technology, are running our wholly-owned proprietary processes that are protected by our IP. We have 20 engineers embedded in our silicon photonics foundry based in Newport, Wales, that

# SC Health



**About SC Health**

SC Health is a special purpose acquisition company incorporated in the Cayman Islands. SC Health is currently listed on the New York Stock Exchange (NYSE). SC Health intends to acquire a target with operations or prospects in the healthcare sector in the Asia Pacific region, which may be a platform in the Asia Pacific region or a global platform with a meaningful Asia Pacific growth thesis. To learn more about SC Health, visit www.schealthcorp.com.

**About Rockley Photonics**

Rockley is a leading integrated photonics chipset developer and module supplier for high-volume sensor and communication products. Formed in 2013, Rockley is led by Dr. Andrew Rickman, the founder of the first commercial silicon photonics company, Bookham Technology.

Rockley has positioned itself for hyper scale manufacture with a uniquely capable platform that can address multiple huge and emerging markets, including health monitoring in consumer devices, data communications and machine vision.

Rockley has partnered with multiple Tier-1 customers across the markets it serves to deliver the complex optical systems required for transformational product realization. To learn more about Rockley, visit www.rockleyphotonics.com.

**Cautionary Statement Regarding Forward Looking Statements**

This press release contains "forward-looking statements" regarding SC Health, Rockley, and the combined company. Statements in this press release that are not historical in nature may constitute such forward-looking statements. In addition, any statements that refer to SC Health's, Rockley's, or the combined company's future expectations, beliefs, plans, objectives, financial conditions, assumptions, performance, projections, forecasts, or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "would," and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this press release include, but are not limited to, statements regarding the following: SC Health's or Rockley's management team's expectations, hopes, beliefs, intentions or strategies regarding the future; the potential impact of the transaction on Rockley and the combined company, including accelerating the commercial launch of Rockley's unique sensing platform; the anticipated or potential features, benefits, and applications for Rockley's products and technology and timing thereof; the market opportunity for Rockley's products and technology; the anticipated timing of the closing of the transaction; and the anticipated gross proceeds the transaction is expected to deliver to the combined company. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond SC Health's or Rockley's control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, the following: (i) SC Health's and Rockley's ability to complete the transaction, including the PIPE financing, during anticipated timeframe or at all; (ii) Rockley's success in retaining or recruiting, or changes required in, officers, key employees, or directors following the transaction; (iii) the funds in the trust account being available to SC Health or the combined company; (iv) SC Health's or the combined company's ability to obtain additional financing to complete the transaction; (v) SC Health's public securities' liquidity and trading; (vi) the lack of a market for SC Health's securities; (vii) the use of funds not held in the trust account or available to SC Health from interest income on the trust account balance; (viii) the trust account not being subject to claims of third parties; (ix) general economic conditions and Rockley's financial performance; (x) the impacts of COVID-19; (xi) the number of SC Health shareholders voting against the business combination proposal; (xii) the occurrence of any event, change or other circumstances that could give rise to the termination of the Business Combination

**Exhibit 3**

**Page 90**

**Risk Factor Considerations**

**Rockley's business and its ability to execute its strategy, the proposed business combination, and any investment in the securities of the combined company are subject to risks and uncertainties, many of which are beyond Rockley's control and will be beyond the control of the combined company. You should carefully consider and evaluate all of the risks and uncertainties with respect to any investment in the securities of the combined company, including, but not limited to, the following:**

**Risks Related to Rockley's Business and Industry**

- If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.

- If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

- If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases including, but not limited to, medical device, data center connectivity, machine vision, and computer connectivity, or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.

- Rockley's limited operating history makes it difficult to evaluate its future prospects and the risks and challenges which may impact its business.

- Rockley's forecasts and projections are based upon assumptions, analyses, and internal estimates developed by Rockley's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or projected.

- The strategic initiatives Rockley has undertaken or may undertake in the future may be more costly than currently anticipated and Rockley may not generate sufficient revenue to offset the costs of these initiatives, which in turn would negatively impact Rockley's ability to achieve and maintain profitability.

- Rockley expects its results of operations to fluctuate on a quarterly and annual basis, which could cause the stock price of the combined company to fluctuate or decline.

- Rockley expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability.

- If Rockley is unable to manage its growth or expansion of operations, including in a cost-efficient manner, its business, operations, and financial condition, as well as its ability to scale its operations, could be materially and adversely affected.

- Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate.

- If Rockley is unable to accurately forecast long-term end-customer adoption rates and demand for Rockley's products, it could materially and adversely affect its current and future financial results of operations.

**Exhibit 3**
**Page 94**

- Rockley's target customer and product markets may not grow or develop as Rockley currently expects, and if Rockley fails to penetrate new markets and scale successfully within those markets, Rockley's revenue and financial condition would be harmed.

- Rockley's target markets are characterized by rapid technological change, which requires Rockley to continue to develop new products and technology innovations and could adversely affect market adoption of its products.

- Rockley may be unable to make the substantial investments that are required to remain competitive.

- If Rockley fails to compete effectively, it may lose or fail to gain market share, which could negatively impact Rockley's operating results and Rockley's business.

- Rockley may pursue strategic investments or acquisitions in the future. If Rockley fails to successfully select, execute, or integrate its acquisitions, then its business, results of operations, and financial condition could be materially and adversely affected, and the stock price of the combined company could decline.

- Rockley's international operations expose it to operational, financial, and regulatory risks, including possible unfavorable regulatory, political, tax, and labor conditions, which could harm Rockley's business.

- The average selling prices of Rockley's products could decrease rapidly over the life of the product, which may negatively affect Rockley's revenue and margins. In addition, the selling prices Rockley is able to ultimately charge in the future for the products it is currently developing or commercializing may be less than what Rockley currently projects, which may cause Rockley's actual operating results to differ materially from its projections.

- Rockley's gross margins may fluctuate due to a variety of factors, which could negatively impact Rockley's results of operations and Rockley's financial condition.

- Because some of the raw materials and key components in its products come from limited or single source suppliers, Rockley is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which could adversely affect Rockley's business, results of operations, and financial condition.

- If the foundries with which Rockley contracts do not achieve satisfactory yields or quality, Rockley's reputation and customer relationships could be harmed.

- Raw material price fluctuations can increase the cost of Rockley's products, impact Rockley's ability to meet customer commitments, and may adversely affect its results of operations.

- Rockley is subject to the cyclical nature of the semiconductor industry.

- If Rockley or its suppliers do not maintain sufficient inventory or if they do not adequately manage their respective inventory, Rockley could lose sales or incur higher inventory-related expenses, which could negatively affect Rockley's operating results.

- If Rockley's products do not conform to, or are not compatible with, existing or emerging industry standards, demand for Rockley's products may decrease, which in turn would harm Rockley's business and operating results.

2

- Rockley may be subject to warranty or product liability claims, which could result in unexpected expenses and loss of market share.

- The complexity of Rockley's products and its anticipated future product and service offerings could result in unforeseen delays or expenses from undetected defects, errors, or reliability issues in hardware or software that could reduce the market adoption of its new products, damage its reputation with current or prospective customers, and adversely affect its operating costs.

- Rockley currently expects to recognize subscription revenue from its future cloud-based analytics subscription offering ratably over the term of these subscriptions and, to a lesser extent, perpetual licenses ratably over an expected period of benefit and, as a result, downturns in sales may not be immediately reflected in its operating results.

- Any decline in customer renewals, terminations, or failure to convince customers to use Rockley's cloud-based analytics subscription service would harm its business, results of operations, and financial condition.

- If Rockley's future platform offerings do not interoperate with its customers' network and security infrastructure or with third-party products, websites, or services, it would negatively impact its business and results of operations.

- Rockley licenses technology from third parties, and its inability to maintain those licenses could harm its business.

- Portions of Rockley's cloud-based analytics subscription offering utilize open source software, and any failure to comply with the terms of one or more of these open source licenses could negatively affect its business.

**Customer-Related Risks**

- Rockley currently has, and intends to target, customers and suppliers that are large corporations with substantial negotiating power, exacting product, quality, and warranty standards, and potentially competitive internal solutions. If Rockley is unable to sell its products to these customers or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.

- Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers could significantly reduce its revenue and adversely impact Rockley's operating results.

- Rockley is dependent in part upon its relationships and alliances with industry participants in order to generate revenue, which involves risks and uncertainties.

- If Rockley is unable to expand or further diversify its customer base, its business, financial condition, and results of operations could suffer.

- Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.

- If Rockley is unable to establish and maintain confidence in its long-term business prospects among customers and analysts and within its industry or is subject to negative publicity, then Rockley's financial condition, operating results, business prospects, and access to capital may suffer materially.

3

- Rockley's investments in educating its customers and potential customers about the advantages of Rockley's silicon photonics and sensing technology and its applications will require significant financial and personnel resources and may not result in sales of Rockley's products.

- Rockley's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman, and highly skilled personnel, and its operations may be severely disrupted if it lost their services.

**Legal and Regulatory Risks Related to Rockley's Business**

- Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.

- Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.

- Rockley may become involved in legal and regulatory proceedings and commercial or contractual disputes, which could have an adverse effect on its profitability and financial position.

- Rockley is subject to, and must remain in compliance with, numerous laws and governmental regulations across various jurisdictions concerning the use, distribution, and sale of its products. Some of Rockley's customers also require that it comply with their own unique requirements relating to these matters.

- Rockley may in the future become subject to additional regulations, including Food and Drug Administration, clearance or approval, for health monitoring products in which Rockley's products are incorporated. Achieving and maintaining compliance and approval under applicable regulations may be difficult to achieve.

- Rockley is subject to various environmental laws and regulations that could impose substantial costs upon Rockley.

- Rockley is subject to U.S. and foreign anti-corruption and anti-money laundering laws and regulations. Rockley can face criminal liability and other serious consequences for violations, which can harm its business.

- Failures, or perceived failures, to comply with privacy, data protection, and information security requirements in the variety of jurisdictions in which Rockley operates may adversely impact its business, and such legal requirements are evolving, uncertain, and may require improvements in, or changes to, Rockley's policies and operations.

- Regulations related to conflict minerals may cause Rockley to incur additional expenses and could limit the supply and increase the costs of certain metals used in the manufacturing of its products.

**Risks Related to Rockley's Intellectual Property**

- Despite the actions Rockley is taking to defend and protect its intellectual property, Rockley may not be able to adequately protect or enforce its intellectual property rights or prevent unauthorized parties from copying or reverse engineering its products or technology. Rockley's efforts to protect and enforce its intellectual property rights and prevent third parties from violating its rights may be costly.

- Third-party claims that Rockley is infringing intellectual property, whether successful or not, could subject Rockley to costly and time-consuming litigation or expensive licenses, and its business could be adversely affected.

4

- Rockley's intellectual property applications, including patent applications, may not be approved or granted or may take longer than expected to result in approval or grant, which may have a material adverse effect on Rockley's ability to prevent others from commercially exploiting products similar to Rockley's.

- In addition to patented technology, Rockley relies on its unpatented proprietary technology, trade secrets, designs, experiences, workflows, data, processes, software, and know-how.

- Rockley may be subject to damages resulting from claims that it or its current or former employees have wrongfully used or disclosed alleged trade secrets of its current or former employees' former employers. Rockley may be subject to damages if its current or former employees wrongfully use or disclose Rockley's trade secrets.

**Risks Related to Infrastructure, Cybersecurity and Privacy**

- A network or data security incident may allow unauthorized access to Rockley's network or data, harm its reputation, create additional liability, and adversely impact its financial results.

- Any disruption or performance issues with Rockley's network infrastructure could harm its brand, reputation, and business.

- Rockley relies on third parties to maintain and operate certain elements of its network infrastructure.

**Risks Related to Financial and Accounting Matters**

- Rockley's failure to raise additional capital or generate the significant capital necessary to expand its operations could reduce its ability to compete and could harm its business.

- The nature of Rockley's business requires the application of complex revenue recognition rules. Significant changes in current principles will affect its consolidated financial statements and changes in financial accounting standards or practices may cause adverse, unexpected financial reporting fluctuations and harm its results of operations.

- In preparing Rockley's consolidated financial statements, Rockley makes good faith estimates and judgments that may change or turn out to be erroneous, which could adversely affect Rockley's operating results.

- Rockley's ability to use its net operating loss carryforwards and certain other tax attributes may be limited.

- Projections provided to prospective investors have not been prepared with a view toward compliance with published guidelines of the American Institute of Certified Public Accountants, and have not been compiled or examined by any registered public accountants nor any other independent expert or outside party.

**Risks Related to Being a Public Company**

- Rockley's management team has varying degrees of experience managing and operating a public company.

- If Rockley fails to maintain an effective system of internal controls, its ability to produce timely and accurate financial statements or comply with applicable regulations could be adversely affected.

- The requirements of being a public company may strain Rockley's resources, divert management's attention, and affect its ability to attract and retain qualified board members.

- Rockley's directors and officers may have interests in the business combination different from the interests of Rockley's stockholders.

5

Exhibit 3
Page 98

**General Risks**

- The global COVID-19 pandemic could harm Rockley's business and results of operations.

- The recurrence or continued effects of a global economic downturn as a result of the COVID-19 pandemic could have an adverse effect on Rockley's business and operating results.

6

**Exhibit 3**
**Page 99**

Table of Contents

## CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS

All statements in this prospectus/proxy statement that are not historical in nature constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, without limitation, statements regarding the financial position, business strategy, and the plans and objectives of management, including as they relate to the potential Business Combination, Rockley, HoldCo, and SC Health, as well as projections, forecasts, and Rockley's product development plans and anticipated customer relationships, and are not guarantees of performance. When used in this registration statement/prospectus/proxy statement, words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would," and similar expressions or the negative of such expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. When Rockley, HoldCo, or SC Health discusses its strategies or plans, including as they relate to the potential Business Combination, it is making projections, forecasts or forward-looking statements. Such statements are based on the beliefs of, as well as assumptions made by and information currently available to, the management of Rockley, HoldCo, or SC Health, as the case may be. As used in this subsection, references to "the Company" and "Rockley" are intended to refer to the business and operations of Rockley prior to the Business Combination and the business and operations of HoldCo as directly or indirectly affected by Rockley by virtue of HoldCo's ownership of Rockley following the Business Combination, unless the context clearly indicates otherwise.

Forward-looking statements in this prospectus/proxy statement may include, without limitation, statements regarding:

- SC Health's, HoldCo's, or Rockley's ability to complete the Business Combination by the anticipated timeframe or at all or, if SC Health, HoldCo, or Rockley do not consummate the Business Combination, any other initial business combination;
- the satisfaction or waiver (if applicable) of the conditions to the Merger, including, among other things:
  - certain customary closing conditions, including, among others, (i) approval of the Business Combination and related agreements and transactions by the respective shareholders of SC Health and Rockley; (ii) effectiveness of the registration statement of which this prospectus/proxy statement forms a part of; (iii) expiration or termination of the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act; (iv) receipt of approval for listing on the NYSE of the HoldCo ordinary shares to be issued in connection with the Merger; (v) that SC Health have at least $5,000,001 of net tangible assets upon Closing; and (vi) the absence of any injunctions enjoining or prohibiting the closing of the Business Combination; and
- the occurrence of any other event, change, or other circumstances that could give rise to the termination of the Business Combination Agreement;
- SC Health's, HoldCo's, or Rockley's, as applicable, ability to obtain additional financing to complete the transaction and to execute on the Company's strategy and business plan after the Business Combination and ability to obtain or maintain the listing of HoldCo ordinary shares and HoldCo warrants on the NYSE following the Business Combination;
- the anticipated impact of the Business Combination on Rockley and HoldCo, including Rockley's ability to develop and commercially launch its products;
- SC Health's public securities' potential liquidity and trading;
- the lack of a market for SC Health's securities;
- SC Health officers and directors allocating their time to other businesses and potentially having conflicts of interest with SC Health's business or in approving the Business Combination;
- the funds in the trust account being available to SC Health or, following the Business Combination, HoldCo;

9

Exhibit 5
Page 219

Table of Contents

- the use of proceeds not held in the trust account or available to SC Health from interest income on the trust account balance;
- the number of SC Health shareholders voting for or against the BCA Proposal and the Merger Proposal;
- Rockley's projected financial information, anticipated growth rate, and market opportunity;
- Rockley's ability to develop or commercialize its products and services;
- Rockley's expectations as to when it may generate sufficient revenue from the sale of its products and services to cover expansion plans, operating expenses, working capital, and capital expenditures;
- the development status and anticipated timeline for commercial production of Rockley's products;
- Rockley's plans for products under development and future products and anticipated features and benefits thereof;
- the status and expectations regarding Rockley's customer and potential customer relationships;
- the success of Rockley's strategic relationships with third parties;
- the total addressable markets for Rockley's products and technology;
- the ability of Rockley to increase market share in its existing markets or any new markets it may enter;
- Rockley's ability to obtain any required regulatory approvals, including any required FDA approvals, in connection with the Company's anticipated products and technology;
- HoldCo's ability to maintain an effective system of internal control over financial reporting;
- Rockley's ability to maintain and protect its intellectual property;
- Rockley's success in retaining or recruiting, or changes required in, officers, key employees, or directors following the Business Combination;
- the ability of Rockley to manage its growth effectively;
- the ability of Rockley to achieve and maintain profitability in the future;
- the impact of the regulatory environment and complexities with compliance related to such environment; and
- the impact of the COVID-19 pandemic.

The forward-looking statements contained in this prospectus/proxy statement are based on current expectations and beliefs concerning future developments and their potential effects on Rockley, HoldCo, or SC Health. There can be no assurance that future developments affecting Rockley, HoldCo, or SC Health will be those that Rockley, HoldCo, or SC Health have anticipated. These forward-looking statements involve a number of risks, uncertainties (many of which are beyond Rockley's, HoldCo's or SC Health's control) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those factors described under the heading "*Risk Factors*" beginning on page 49 of this registration statement/prospectus/proxy statement. Should one or more of these risks or uncertainties materialize, or should any of our assumptions prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. Rockley, HoldCo and SC Health undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

Exhibit 5
Page 220

Table of Contents

**BEFORE ANY SC HEALTH SHAREHOLDER GRANTS ITS PROXY OR INSTRUCTS HOW ITS VOTE SHOULD BE CAST OR VOTES ON THE PROPOSALS TO BE PUT TO THE GENERAL MEETING, SUCH SHAREHOLDER SHOULD BE AWARE THAT THE OCCURRENCE OF THE EVENTS DESCRIBED IN THE "*RISK FACTORS*" SECTION AND ELSEWHERE IN THIS PROSPECTUS/PROXY STATEMENT MAY ADVERSELY AFFECT SC HEALTH, ROCKLEY OR HOLDCO.**

11

Table of Contents

**RISK FACTOR SUMMARY**

*Rockley's business and its ability to execute its strategy, the proposed Business Combination, and any investment in the securities of HoldCo after the Business Combination are subject to risks and uncertainties, many of which are beyond HoldCo's or Rockley's control and will be beyond the control of the combined company. You should carefully consider and evaluate all of the risks and uncertainties with respect to any investment in the securities of the combined company, including, but not limited to, the following and those discussed under "Risk Factors." References below to Rockley shall be deemed to also refer to HoldCo and the post-Business Combination company, as the context requires or as appropriate.*

**Risks Related to Rockley's Business and Industry; Customer-Related Risks**

- If Rockley does not fully develop or commercialize its products and services, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected.
- Rockley has a history of recurring losses and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern." Rockley expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability.
- If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, or if Rockley's products are not selected for inclusion in its customers' end products, are not adopted in other industry verticals or use cases, or are not adopted by leading consumer and medical device companies, Rockley's business will be materially and adversely affected.
- The forecasts and projections contained in this prospectus/proxy statement are based upon assumptions, analyses, and internal estimates developed by Rockley's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or projected.
- Rockley expects its results of operations to fluctuate on a quarterly and annual basis, which could cause the stock price of the combined company to fluctuate or decline.
- If Rockley is unable to manage its growth or scale its operations, its business and operating results could be materially and adversely affected.
- Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate.
- Rockley's international operations expose it to operational, financial, and regulatory risks, which could harm Rockley's business.
- Rockley is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which in turn could adversely affect Rockley's business, results of operations, and financial condition.
- If Rockley is unable to sell its products to its target customers, including large corporations with substantial negotiating power, or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.
- Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, or Rockley's failure to diversify its customer base, could significantly reduce its revenue and adversely impact Rockley's operating results.
- Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.

12

Table of Contents

- Rockley's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman.

**Regulatory, Intellectual Property, Infrastructure, Cybersecurity and Privacy Risks**

- Rockley's failure to comply with applicable governmental export and import control laws and regulations, including those related to the use, distribution, and sale of its products, U.S. Food and Drug Administration clearance or approval requirements, or privacy, data protection, and information security requirements in the jurisdictions in which Rockley operates could materially harm its business and operating results.
- Rockley may not be able to adequately protect or enforce its intellectual property rights or prevent unauthorized parties from copying or reverse engineering its products or technology. Further, Rockley's intellectual property applications, including patent applications, may not be approved or granted.
- A network or data security incident or disruption or performance issues with Rockley's network infrastructure could harm its brand, reputation, and business, as well as its operating results.

**Risks Related to Financial and Accounting Matters**

- Rockley's failure to raise additional capital or generate the significant capital necessary to expand its operations could reduce its ability to compete and could harm its business.
- In preparing Rockley's consolidated financial statements, Rockley makes good faith estimates and judgments that may change or turn out to be erroneous, which could adversely affect Rockley's operating results.
- Projections contained in this prospectus/proxy statement have not been prepared with a view toward compliance with published guidelines of the American Institute of Certified Public Accountants, and have not been compiled or examined by any registered public accountants nor any other independent expert or outside party.

**Risks Related to SC Health and the Business Combination**

- HoldCo's ordinary shares may not be approved, or may not remain eligible, for listing on the NYSE.
- If the Business Combination's benefits do not meet the expectations of investors or securities analysts, the market price of SC Health's securities or, following the closing of the Business Combination, HoldCo's securities, may decline.
- SC Health's founders, executive officers and directors have potential conflicts of interest in recommending that shareholders vote in favor of approval of the BCA Proposal and the transactions contemplated thereby.
- The post-Business Combination company may be required to take write downs or write offs, or may be subject to restructuring, impairment or other charges that could have a significant negative effect on the post-Business Combination company's financial condition, results of operations and the market price of HoldCo's ordinary shares.
- The unaudited pro forma financial information included herein may not be indicative of what the post-Business Combination company's actual financial position or results of operations would have been.
- If analysts do not publish or cease publishing research or reports about the post-Business Combination company or if they change their recommendations regarding HoldCo's securities, the price and trading volume of HoldCo's securities could decline.

13

**Exhibit 5**
**Page 223**

Table of Contents

- The requirements of being a public company may strain HoldCo's and Rockley's resources, divert management's attention, and affect its ability to attract and retain qualified board members.
- The global COVID-19 pandemic could harm Rockley's business and results of operations.

14

Exhibit 5
Page 224

**Table of Contents**

## RISK FACTORS

*Shareholders should carefully consider the following risk factors, together with all of the other information included in this prospectus/proxy statement, including the financial statements and notes to the financial statements included herein, before they decide whether to vote or instruct their vote to be cast to approve the proposals described in this prospectus/proxy statement. Certain of the following risk factors apply to the business of Rockley and may also apply to the business and operations of HoldCo or the post-Business Combination company following Closing of the Business Combination. If any of the following risks occurs, or if Rockley, HoldCo, or the post-Business Combination company fail to manage these risks and uncertainties successfully, it may have a material adverse effect on the business, results of operations, or financial condition of Rockley, HoldCo, or the post-Business Combination company after the Business Combination. Further, if any of the following risks or events occur, it could have a material adverse effect on the trading price of the ordinary shares of HoldCo and the post-Business Combination company following the Business Combination. Further, the value of an investment in SC Health following the closing of the Business Combination of the Business Combination will be subject to the significant risks affecting Rockley and inherent to the industry in which Rockley operates. If any of the risks or events described below occur, shareholders may lose all or part of their investment. The risks and uncertainties described in this "Risk Factors" section or elsewhere in this prospectus/proxy statement may also be incorrect or may change and should be read together with the financial statements and notes to the financial statements included herein. Additional risks and uncertainties presently unknown to Rockley, SC Health, and HoldCo may also have a material and adverse impact on the post-Business Combination company.*

*As used in the risks described in this subsection, references to "the company," "Rockley," "we," "us," and "our," are intended to refer to the business and operations of Rockley prior to the Business Combination and the business and operations of HoldCo as directly or indirectly affected by Rockley by virtue of HoldCo's ownership of Rockley following the Business Combination, unless the context clearly indicates otherwise.*

### Risks Related to Rockley's Business and Industry

***Rockley has incurred net losses since inception and expects to continue to incur losses for the foreseeable future. If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.***

Rockley has to date generated revenue primarily from non-recurring engineering ("NRE") and development services for customer-specific designs of silicon photonics chipsets for incorporation into its customers' end products. Rockley incurred a net loss of $80.3 million and $50.9 million for the years ended December 31, 2020 and 2019, respectively. As of December 31, 2020, Rockley had an accumulated deficit of $232.9 million. Rockley believes that it will continue to incur operating and net losses for the foreseeable future, including for a period of time after commercialization of its silicon photonics chipsets, which is not currently expected to begin until 2022; provided that any such commercialization may occur later than 2022 or not at all. Even if Rockley is able to successfully develop and sell its products, there can be no guarantee that it will do so within its anticipated timeframe or that its products will be commercially successful. Rockley's potential future profitability is dependent upon the successful development, commercial introduction, and acceptance of its products and services, including its silicon photonics chipsets for the consumer wearables market and its module applications with biomarker detection capabilities for advanced health metrics. Because Rockley will incur costs to develop and commercialize its products and services, including its chipsets and module applications, before it receives any significant revenue from any sales of such products or services, Rockley's losses in future periods may continue. Rockley may never achieve or sustain profitability.

Rockley expects to continue to incur operating losses for the foreseeable future as it:
- continues to invest in its technology and its silicon photonics chipsets and modules, as well as its cloud-based analytics subscription service;

48

**Exhibit 5**
**Page 258**

**Table of Contents**

- continues to develop innovative solutions and applications for its technology;
- commercializes its silicon photonics solutions;
- continues to invest in its sales and marketing activities and distribution channels;
- invests and improves its operational, financial, and management information systems;
- increases its headcount;
- expands its intellectual property portfolio; and
- enhances internal functions, systems, and infrastructure to support its anticipated transition to a public company.

***Rockley has a history of recurring losses and negative cash flows from operations, and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern."***

Since inception, Rockley has financed its operations primarily through the issuance and sale of convertible loan notes, ordinary shares and revenue received from agreed-upon projects. As of December 31, 2020, Rockley's cash and cash equivalents balance was $19.2 million and it had an accumulated deficit of $232.9 million. Due to Rockley's history of recurring losses from operations, negative cash flows from operations, and a significant accumulated deficit, its management concluded that there is substantial doubt about Rockley's ability to continue as a going concern. There have been no adjustments to the accompanying financial statements of Rockley to reflect this uncertainty. Rockley's ability to continue as a going concern is dependent upon it becoming profitable in the future or obtaining the necessary capital to meet its obligations. Rockley's determination of substantial doubt about its ability to continue as a going concern could materially limit its ability to raise additional funds through the issuance of equity securities, debt financing or otherwise. There can be no assurance that any such issuance of equity securities, debt financing or other means of financing will be available in the future, or the terms of any such financing will be acceptable to Rockley. Further, there can be no assurance that Rockley will ever become profitable or continue as a going concern.

***If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.***

Rockley's success in developing and commercializing its products depends in large part on its customers' success in developing, commercializing, and achieving widespread market acceptance of their end products that incorporate Rockley's products. Rockley's customers may be unable to fully develop and commercialize, or achieve widespread market acceptance of, their end products that incorporate Rockley's products. Further, these customers may not continue to incorporate Rockley's products into their end products either in the short or long term. If such customers' end products are not fully developed and commercialized, fail to achieve or maintain widespread market acceptance, experience delays, or if Rockley's customers otherwise choose not incorporate Rockley's products into their end products, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

***If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.***

Rockley is currently developing products for use in its customers' end products, which are in varying stages of development. Many of these products, including products for consumer device, medical device, and life sciences companies, require extensive testing or qualification processes, which involve testing of Rockley's

49

**Table of Contents**

products in the customers' end products and systems, as well as testing for reliability. These qualification processes may continue for several months or longer. However, qualification of any of Rockley's products by a customer does not assure any sales of such product by Rockley to that customer. Even after successful qualification and sales by Rockley of a product to a customer, a subsequent revision in Rockley's third-party contractors' manufacturing process or Rockley's selection of a new supplier may require a new qualification process with Rockley's customers, which may result in delays in the sale of such product and could also result in Rockley holding excess or obsolete inventory. After Rockley's products are qualified, it can take several months before the customer commences production of end products that incorporate Rockley's products. Rockley spends significant time and resources to have its products selected for incorporation into these end products, which is known as a "design win." If Rockley fails to win a significant number of design wins in its target markets, its business, results of operations, and financial condition will be materially and adversely affected.

Rockley is targeting the deployment of its products in the consumer health and wellness and medical device sectors and forecasts of Rockley's future results contained in this prospectus/proxy statement assume that Rockley will successfully commercialize its products and achieve significant market penetration in these sectors. As a result, if Rockley's products are not selected for inclusion by consumer device and medical device companies or life sciences companies, or their suppliers, Rockley's actual results may differ materially from the forecasts and projections included in this prospectus/proxy statement and Rockley's business would be materially and adversely affected.

***Rockley's limited operating history makes it difficult to evaluate its future prospects and the risks and challenges which may impact its business.***

Rockley was founded in 2013, completed development of its advanced sensing platform in 2019, launched its healthcare module offering in 2020, and has not yet fully developed and commercialized any of its products. This relatively limited operating history makes it difficult to evaluate Rockley's future prospects and the risks and challenges it may encounter. The risks and challenges which may impact Rockley's future prospects and business include, but are not limited to, its ability to:

- successfully commercialize its products and services, including its silicon photonics chipsets, module applications, and analytics subscription service;
- develop innovative applications for its silicon photonics and sensing technology;
- expand its sales and marketing activities and distribution channels;
- improve its operational, financial, and management information systems;
- attract, hire, integrate, and retain qualified talent to support the growth of its business. This includes increasing headcount to appropriately staff to projected growth;
- protect its intellectual property portfolio;
- enhance internal, systems, functions, and infrastructure to support its anticipated transition to a public company;
- comply with existing and new or modified laws and regulations applicable to its business;
- manage capital expenditures for its current and future products, as well as its supply chain and supplier relationships;
- anticipate and respond to macroeconomic changes and changes in the markets in which it operates;
- effectively manage its growth and business operations, including the impacts of the COVID-19 pandemic on its business; and
- hire, integrate, and retain qualified talent to support the growth of its business.

**Exhibit 5**
**Page 260**

Table of Contents

Rockley's products. Many of these large corporations that are customers or potential customers also have significant development resources, which may allow them to acquire or develop independently, or in partnership with others, competitive technologies. Meeting the technical requirements and securing design wins with any of these companies will require a substantial investment of Rockley's time and resources. Rockley cannot assure you that its products or technology will secure design wins from these or other companies or that it will generate meaningful revenue from the sales of its products to these key customers and potential customers. If Rockley's products are not selected by these large corporations or if these corporations develop or acquire competitive technology, it will have an adverse effect on Rockley's business.

***Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, including its largest customer, could significantly reduce its revenue and adversely impact Rockley's operating results.***

Rockley believes that its operating results for the foreseeable future will continue to depend to a significant extent on revenue attributable to a few large customers, including Apple Inc., Rockley's largest customer. Rockley's two largest customers collectively accounted for 100% and 99.6% of Rockley's revenue in 2020 and 2019, respectively. Revenue attributable to Rockley's largest customer accounted for the majority of its revenue in 2020 and 2019, respectively. Rockley anticipates revenue attributable to this customer will fluctuate from period to period, although it expects to remain dependent on this customer for a significant portion of its revenue for the foreseeable future. Rockley has a master supply and development agreement with this customer, which provides a general framework for Rockley's transactions with it. This agreement continues until either party terminates for material breach. Under this agreement, Rockley has agreed to develop and deliver new products to this customer at its request, provided it also meets Rockley's business purposes, and has agreed to indemnify it for intellectual property infringement or any injury or damages caused by Rockley's products. This customer does not have any minimum or binding purchase obligations to Rockley under this agreement and could elect to discontinue or reduce making purchases from Rockley with little or no notice.

In addition, customers may seek to enter into licensing arrangements in lieu of product purchases, which could negatively impact Rockley's revenue, and, to a lesser extent, Rockley's gross margins. If Rockley's customers were to choose to work with other manufacturers or its relationships with its customers is disrupted for any reason, it could have a significant negative impact on Rockley's business. Any reduction in sales attributable to Rockley's larger customers would have a significant and disproportionate impact on Rockley's business, financial condition, and results of operations.

Rockley's customers, or the distributors through which it sells to these customers, may choose to use products in addition to Rockley's, use a different product altogether, or develop an in-house solution. Any of these events could significantly harm its business, financial condition, and results of operations. In addition, if Rockley's distributors' relationships with Rockley's end customers, including its larger end customers, are disrupted for inability to deliver sufficient products or for any other reason, it could have a significant negative impact on Rockley's business, financial condition, and results of operations.

***Rockley is dependent in part upon its relationships and alliances with industry participants to generate revenue, which involves risks and uncertainties.***

Rockley has, and in the future may, acquire interests in joint ventures, which may subject Rockley to risk because, among other things, Rockley cannot exercise sole decision-making power and its partners may have different economic interests than Rockley has. For example, Rockley currently holds a 24.9% share in a strategic joint venture with another industry participant and is currently in discussions regarding potential licensing of technology to the joint venture in return for future payments. Rockley is therefore dependent on the successful execution of a licensing agreement with this joint venture partner to generate additional revenue. Rockley may also acquire interests in other joint ventures with third parties. There are additional risks involved in joint venture transactions. For example, as a co-investor in a joint venture, Rockley may not be in a position to exercise sole

66

Exhibit 5
Page 276

Table of Contents

committing to use Rockley's products in their own products. Customers may be less likely to purchase Rockley's products if they are not convinced that Rockley's business will succeed or that its service and support and other operations will continue in the long term. Similarly, suppliers and other third parties will be less likely to invest time and resources in developing business relationships with Rockley if they are not convinced that Rockley's business will succeed. If Rockley is unable to establish and maintain confidence in its long-term business prospects among customers, suppliers, analysts, ratings agencies, and within its industry or is subject to negative publicity, then Rockley's financial condition, operating results, business prospects, and access to capital may suffer materially.

***Rockley's investments in educating its customers and potential customers about the advantages of Rockley's silicon photonics and sensing technology and its applications will require significant financial and talent resources and may not result in sales of Rockley's products.***

Educating Rockley's prospective customers, and to a lesser extent, its existing customers, about Rockley's silicon photonics and sensing technology and its applications in health monitoring devices, its advantages over competitive technologies, and the potential application of Rockley's products in different industries and use cases is an integral part of Rockley's strategy to expand into additional markets. Rockley's efforts to educate potential customers and the market generally will require significant financial and talent resources. These educational efforts may not be successful and Rockley may not offset the costs of such efforts with revenue from the new customers. If Rockley is unable to acquire new customers to offset these expenses, its financial condition will be adversely affected.

***Rockley's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman, OBE, and highly skilled talent, and its operations may be severely disrupted if it lost their services.***

Rockley is highly dependent on its founder, Dr. Andrew Rickman, OBE as well its other executive officers, and the loss of his services would adversely affect Rockley's business because his loss could make it more difficult to, among other things, compete with other market participants, manage Rockley's research and development activities, and retain existing customers or cultivate new ones. Competition for highly-skilled talent is often intense and Rockley may incur significant costs to attract highly-skilled talent. Rockley may not be successful in attracting, integrating, or retaining qualified talent to fulfill its current or future needs. Rockley has, from time to time, experienced, and it expects to continue to experience, difficulty in hiring and retaining highly skilled employees with appropriate qualifications.

In addition, job candidates and existing employees often consider the value of the equity awards they receive in connection with their employment. If the perceived value of Rockley's equity or equity awards declines, including those of the post-Business Combination company after the closing of the Business Combination of the Business Combination, it may adversely affect Rockley's ability to retain highly skilled employees. If Rockley fails to attract new talent or fails to retain and motivate its current talent, its business and future growth prospects could be adversely affected.

**Legal and Regulatory Risks Related to Rockley's Business**

***Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.***

Certain of Rockley's products and services are subject to export control and import laws and regulations, including the U.S. Export Administration Regulations, U.S. Customs regulations, and various economic and trade sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Controls. U.S. export control laws and regulations and economic sanctions prohibit the shipment of certain products and

68

Table of Contents

services to U.S. embargoed or sanctioned countries, governments and persons. In addition, complying with export control and sanctions regulations for a particular sale may be time-consuming and result in the delay or loss of sales opportunities. Exports of Rockley's products and technology must be made in compliance with these laws and regulations. If Rockley fails to comply with these laws and regulations, Rockley and certain of its employees could be subject to substantial civil or criminal penalties, including the possible loss of export or import privileges, fines, which may be imposed on Rockley and responsible employees or managers, and, in extreme cases, the incarceration of responsible employees or managers.

***Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.***

Changes in global political, regulatory, and economic conditions, or in laws and policies governing foreign trade, manufacturing, development, and investment in the territories or countries where Rockley may purchase its components, sell its products, or conduct its business, could adversely affect Rockley's business. The United States has in the past instituted or proposed changes in trade policies that included the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the United States, economic sanctions on individuals, corporations, or countries, and other government regulations affecting trade between the United States and other countries where Rockley conducts its business. A number of other nations have proposed or instituted similar measures directed at trade with the United States in response. As a result of these developments or any future similar developments, there may be greater restrictions and economic disincentives on international trade that could adversely affect Rockley's business. It may be time-consuming and expensive for Rockley to alter its business operations to adapt to or comply with any such changes, and any failure to do so could have a material adverse effect on its business, financial condition, and results of operations.

***Rockley may become involved in legal and regulatory proceedings and commercial or contractual disputes, which could have an adverse effect on its profitability and financial position.***

Rockley may be, from time to time, involved in litigation, regulatory proceedings, and commercial or contractual disputes that may be significant. These matters may include, without limitation, disputes with Rockley's suppliers and customers, intellectual property claims, shareholder litigation, government investigations, class action lawsuits, personal injury claims, environmental issues, customs and value-added tax disputes, and employment and tax issues. In addition, Rockley could face in the future a variety of labor and employment claims against it, which could include but is not limited to general discrimination, wage and hour, privacy, ERISA, or disability claims. In such matters, government agencies or private parties may seek to recover from Rockley indeterminate amounts in penalties or monetary damages (including, in some cases, treble or punitive damages) or seek to limit Rockley's operations in some way. These types of lawsuits could require significant management time and attention or could involve substantial legal liability, adverse regulatory outcomes, and/or substantial expenses to defend. Often these cases raise complex factual and legal issues and create risks and uncertainties. No assurances can be given that any proceedings and claims will not have a material adverse impact on Rockley's operating results and financial position or that its established reserves or its available insurance will mitigate this impact.

***Rockley is subject to, and must remain in compliance with, numerous laws and governmental regulations across various jurisdictions concerning the use, distribution, and sale of its products. Some of Rockley's customers also require that it comply with their own unique requirements relating to these matters.***

Rockley sells products that contain electronic components, and such components may contain materials that are subject to government regulation in locations where Rockley sells its products. For example, certain regulations limit the use of lead in electronic components. Since Rockley operates on a global basis, compliance with regulations is a complex process which requires continual monitoring of regulations and an ongoing compliance process to ensure that Rockley and its suppliers are in compliance with existing regulations in each market where it operates. If there is an unanticipated new regulation that significantly impacts Rockley's use and

69

Exhibit 5
Page 279

Table of Contents

consumer devices, medical devices, and life sciences companies. We have a sales funnel of over 100 potential customer targets of which we started discussions with 45, entered into due diligence with 17 of the 45, proceeded to contract negotiations with eight, and engaged (through non-binding memorandums of understanding) or entered into contracts with five of the eight. The customers with whom we are engaged or contracted with represent more than 50% of wearable and more 55% of smartphone global volumes. Although our near-term focus through 2024 is on our consumer health and wellness strategy, we believe other markets also represent upside potential.

To date, we have generated revenue primarily from NRE and development services for customer-specific designs of silicon photonics chipsets for incorporation into their customers' end products. Our two largest customers collectively accounted for 100% and 99.6% of our revenue in 2020 and 2019, respectively. We anticipate revenue attributable to these customers will fluctuate from period to period, although we expect to remain dependent on these customers for a significant portion of our revenue for the foreseeable future. See "Risk Factors – Customer-Related Risks." Our current projections anticipate that we will achieve increased revenue beginning in 2023, assuming commercial adoption of our products by consumer device manufacturers in the wearable space, with revenue projected to exceed over $1.1 billion in 2024, assuming sensor volume ramp with the contracted customers. Our 2024 unit-volume forecast represents less than 5% penetration in the wearables and mobile phone space. See "Risk Factors – Risks Related to Rockley's Business and Industry – Rockley's forecasts and projections are based upon assumptions, analyses and internal estimates developed by Rockley's management. If these assumptions, analyses or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or projected" and other risk factors discussed in "Risk Factors" relating to the forecasts, projections, and estimates included in this prospectus/proxy statement.

We work closely with our end customers throughout their design cycles and will develop long-term relationships as our differentiated technology becomes embedded into their products. For example, we currently hold a development and supply agreement with one customer since 2017 and have successfully designed and delivered critical sample chips to them. As a result, we believe we are well-positioned to be designed into their current product roadmaps and develop their next generation solutions for their future products. Because many of our target customers or their OEMs are located in North America and Asia Pacific, we anticipate that a majority of our future revenue will come from sales in these regions. Although a large percentage of our sales are made to customers in North America, we believe that a significant number of the systems and devices designed by these customers will incorporate our semiconductor products which are then sold to end-users globally. In addition to our current customers, we have entered into non-binding memorandums of understanding with Zepp Health Corp., LifeSignals Group, Inc., and Withings France SA with respect to the future supply of our Rockley basic and advanced modules, if and when such products become commercially available. The terms of these agreements are non-binding in nature and non-committal as to volumes and price. However, we believe these memorandums of understandings indicate a significant interest in Rockley's products and the potential for the future supply our products to significant product manufacturers. We expect that once the Rockley modules are commercially available, Rockley will enter into standard supply agreements with each of these parties.

**Sales and Marketing**

Our customers' design cycle from initial engagement to volume shipment typically ranges from three to five years, with product life cycles of two years or more. For many of our products, which are technically complex, we must engage early with our customers' technical staff. To ensure an adequate level of early engagement, our sales, marketing, and development engineers must work closely with our customers and channel partners to understand, identify, and propose solutions to meet their systems' challenges. We work closely with our customers to anticipate end customer market needs. In some cases, we work with ecosystem partners to better understand market trends and new requirements that are being placed on our end customers.

Exhibit 5
Page 408

**Table of Contents**

are incorporated may be subject to FDA and similar or related regulations, and demand for these end products or future regulated products could be adversely affected if such end products do not comply with applicable requirements. Although our target market is consumer wellness rather than medical, we intend to monitor and comply with regulations to the extent they become applicable to us, including any requirements for FDA clearance. Certain healthcare-related products may be regulated by the FDA and corresponding state regulatory agencies in the United States and separate governmental authorities outside of the United States. In the United States, the medical device industry is regulated by governmental authorities, principally the FDA and corresponding state regulatory agencies. Before a new regulated product or a significant modification to an existing medical device may be marketed or sold in the United States, it must comply with FDA Quality Management System regulations, and must obtain regulatory clearance or approval from the FDA, unless an exemption from pre-market review applies. In addition, certain future software functionality, whether standalone or embedded in existing or future devices, may be regulated as a medical device and require pre-market review and clearance or approval by the FDA. The process of obtaining regulatory clearances or approvals to market a medical device can be costly and time consuming, and our end customers may not be able to obtain these clearances or approvals on a timely basis, or at all, for future products. Any delay in, or failure to receive or maintain, clearance or approval for any medical device products under development could prevent us from generating revenue from our solutions incorporated into these products.

Medical devices are also subject to numerous ongoing compliance requirements under the regulations of the FDA and corresponding state regulatory agencies, which can be costly and time consuming. For example, under FDA regulations medical device manufacturers are required to, among other things: (i) establish a quality management system to help ensure that their products consistently meet applicable requirements and specifications; (ii) establish and maintain procedures for receiving, reviewing, and evaluating complaints; (iii) establish and maintain a corrective and preventive action procedure; (iv) report certain device-related adverse events and product problems to the FDA; and (v) report to the FDA the removal or correction of a distributed product. If our solutions are incorporated into any medical device products of our end customers and these customers experience any product problems requiring reporting to the FDA or otherwise fail to comply with applicable FDA regulations or the regulations of corresponding state regulatory agencies, it could harm our ability to sell our solutions. In addition, if our end customers in the healthcare market are subject to enforcement actions such as fines, civil penalties, injunctions, recalls of products, delays in the introduction of products into the market, and refusal of the FDA or other regulators to grant future clearances or approvals, it could harm our reputation, business, operating results, and financial condition. In addition, in the United States, the FDA has taken the position that device manufacturers are prohibited from promoting their products other than for the uses and indications set forth in the approved product labeling, and any failure to comply could subject our end customers to significant civil or criminal exposure, administrative obligations and costs, and/or other potential penalties from, and/or agreements with, the federal government.

Government regulations outside the United States have, and may continue to, become increasingly stringent and common. In the European Union, for example, the European Union Medical Device Regulation was published in 2017 and, when it entered into full force in 2020, included significant additional pre-market and post-market requirements. Penalties for regulatory non-compliance could be severe, including fines and revocation or suspension of a company's business license, mandatory price reductions, and criminal sanctions. Future laws and regulations may have a material adverse effect on our end customers in the healthcare market, which in turn may negatively impact our ability to sell our solutions and otherwise harm our business and financial results.

### Export Regulation

Our business activities are also subject to various restrictions under U.S. export and similar laws and regulations, as well as various economic and trade sanctions administered by the U.S. Treasury Department's Office of Foreign Assets Control. Further, various countries regulate the import of certain technology and have enacted or could enact laws that could limit our ability to provide customers with our products in those countries.

**Exhibit 5**
**Page 413**

Table of Contents

Additionally, the Registration Rights and Lock-Up Agreement, generally provides for a 180-day Lock-Up Period for the Sponsor and other equity investors and their Permitted Transferees, subject to certain other terms and conditions depending on the price of the HoldCo ordinary shares.

For additional information, see "*Proposal No. 1—BCA Proposal—Related Agreements—Registration Rights and Lock-Up Agreement.*"

### Company Holders Support Agreement

Concurrently with the execution of the Business Combination Agreement, SC Health, Rockley, HoldCo, Merger Sub and certain of the shareholders of Rockley entered into the Company Holders Support Agreement, pursuant to which certain shareholders who hold a material number of shares in Rockley have agreed to, among other things and subject to certain tax conditions being met: (i) vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at the court meeting and general meeting of Rockley shareholders contemplated in the Business Combination Agreement, and take all other necessary and desirable actions reasonably requested by Rockley in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement; (ii) vote against certain transactions involving Rockley that would reasonably be expected to, among other things, impede or nullify the transactions contemplated by the Business Combination Agreement, any ancillary agreements or Company Holders Support Agreement, result in a breach of any obligation or agreement of Rockley under the Business Combination Agreement or other related agreement, or result in any of the conditions to obligations of the Business Combination Agreement not being fulfilled; (iii) be bound by certain transfer restrictions with respect to the ordinary shares of Rockley held by the shareholder; and (iv) do all things reasonably necessary, proper or advisable to consummate the transactions contemplated by the Business Combination Agreement and not take any action that would reasonably be expected to prevent or delay the satisfaction of any of the conditions to those transactions.

Dr. Andrew Rickman, OBE (chairman and chief executive officer of Rockley and currently the sole shareholder of HoldCo), entered into the AR Support Agreement which is on the same terms as the Company Holders Support Agreement except that it also includes Dr. Rickman agreeing to vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at a general meeting (or by written consent) of the shareholders of HoldCo, and take all other necessary and desirable actions reasonably requested by HoldCo in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement.

For additional information, see "*Proposal No. 1—BCA Proposal—Related Agreements—Company Holders Support Agreement.*"

### Rockley

#### Hengtong JV

In 2017, Rockley formed HRT, a joint venture with Hengtong Optic-Electric Co., Ltd. ("Hengtong") pursuant to the Sino-Foreign Equity Joint Venture Contract (the "JV Agreement"). Under the JV Agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs, including a license to modify and improve. Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. As of December 31, 2020 and 2019, the balance owed by the joint venture amounted to $3.3 million and $2.9 million, respectively, and is included in accounts receivable in the accompanying balance sheets.

On March 15, 2019, Hengtong participated in Rockley's Round E financing, and entered into a further Subscription Agreement whereby Hengtong agreed to purchase, and Rockley agreed to sell, 2,098,195 ordinary shares at a purchase price of $14.298, for an aggregate of $30,000,000.

257

Exhibit 5
Page 467

Learn more about   LSEG

Asia Pacific

## EXCLUSIVE Pacific undersea cable project sinks after U.S. warns against Chinese bid

By **Jonathan Barrett** and **Yew Lun Tian**

June 17, 2021 10:43 PM EDT · Updated 2 years ago

  



[1/2] Plane carrying then U.S. Secretary of State Mike Pompeo makes its landing approach on Pohnpei International Airport in Kolonia, Federated States of Micronesia August 5, 2019. REUTERS/Jonathan Ernst *Acquire Licensing Rights* [⤴]

**Summary**    **Companies**

HMN Tech's bid priced at more than 20% below rivals - sources

World Bank said all bids deemed non-compliant

U.S. warned Chinese firms posed a security threat

Undersea cables emerged as sensitive area of Pacific diplomacy

SYDNEY/BEIJING, June 18 (Reuters) - A World Bank-led project declined to award a contract to lay sensitive undersea communications cables after Pacific island governments heeded U.S. warnings that participation of a Chinese company posed a security threat, two sources told Reuters.

**Exhibit A**
**Page 46**

**Exhibit 6**
**Page 959**

The former Huawei Marine Networks, now called HMN Technologies and majority owned by Shanghai-listed Hengtong Optic-Electric Co Ltd, submitted a bid for the $72.6 million project priced at more than 20% below rivals Alcatel Submarine Networks (ASN), part of Finland's Nokia, and Japan's NEC, the sources said.

The East Micronesia Cable system was designed to improve communications in the island nations of Nauru, Kiribati and Federated States of Micronesia (FSM), by providing underwater infrastructure with a far greater data capacity than satellites.

Two sources with direct knowledge of the tender told Reuters that the project reached a stalemate due to security concerns raised within the island nations over HMN Tech's bid. The project's planned connection to a sensitive cable leading to Guam, a U.S. territory with substantial military assets, heightened those security concerns.

Advertisement · Scroll to continue

"Given there was no tangible way to remove Huawei as one of the bidders, all three bids were deemed non-compliant," one of those sources said.

The source said that HMN Tech was in a strong position to win the bid due to the terms overseen by the development agencies, prompting those wary of Chinese involvement to find an expedient solution to end the tender.

The World Bank said in a statement to Reuters that it was working with the respective governments to map out the next steps.

Advertisement · Scroll to continue

"The process has concluded without an award due to non-responsiveness to the requirements of the bidding documents," the Washington-based multilateral lender said.

A Chinese foreign ministry spokesperson said in a statement to Reuters that all parties should provide a non-discriminatory business environment that companies from all countries, including China, can participate in.

"As a matter of principle, I want to emphasise that Chinese companies have always maintained an excellent record in cyber security," the spokesperson said.

Advertisement · Scroll to continue

**Exhibit A**
**Page 47**

**Exhibit 6**
**Page 960**

"The Chinese government has always encouraged Chinese companies to engage in foreign investment and cooperation according to market principles, international regulations and local laws."

The three island nations involved in the project were represented on the bid assessment committee. Development agencies typically review the committee's recommendations to ensure the selected bidder complies with the agencies' policies and procedures.

Advertisement · Scroll to continue

A second development bank involved in the project, the Asian Development Bank, referred questions from Reuters to the World Bank as the lead agency.

HMN Tech and Hengtong Group, the parent company, did not respond to emailed questions. A representative who answered the phone at HMN Tech declined to comment.

A spokesman for Nokia-owned ASN told Reuters the company was not authorised to comment on confidential information. NEC did not respond to questions.



U.S. CONCERNS

During the bidding process last year, Washington detailed its concerns in a diplomatic note sent to FSM, which has military defence arrangements with the United States under a decades-old agreement.



The U.S. State Department did not immediately respond to questions on Thursday.

While the warnings were issued during the Trump administration, there's been no apparent change to the U.S. position on the issue under the new government.

The project was designed to connect to the HANTRU-1 undersea cable, a line primarily used by the U.S. government that connects to Guam.

Washington has pressed governments around the world to squeeze Chinese telecoms equipment maker Huawei Technologies out of supplying critical infrastructure, alleging the company would hand over data to the Chinese government for spying, a charge consistently denied by the company.

The U.S. Commerce Department publicly lists Huawei Marine on its so-called "Entity List" - known as a blacklist - which restricts the sale of U.S. goods and technology to the company. The Department did not immediately respond to questions on whether the change in Huawei Marine's ownership changed this status.

Nauru, which has strong ties to Australia and is a Pacific ally to Taiwan, initially raised concerns over the bid lodged by the Chinese company.

The third island nation involved in the project, Kiribati, has forged strong bilateral ties with Beijing in recent years, which includes drawing up plans to upgrade a remote airstrip. read more

A spokesman for FSM said the government was unable to comment on the project. Representatives of Nauru and Kiribati did not respond to questions.

Reporting by Jonathan Barrett and Yew Lun Tian; Editing by Simon Cameron-Moore

Our Standards: **The Thomson Reuters Trust Principles.**

**Acquire Licensing Rights** ⬈

## Read Next

Asia Pacific

**Rebel fire and China's ire: Inside Myanmar's anti-junta offensive**

8:51 PM UTC

Asia Pacific

**Pacts signed by Vietnam, China during Xi's Hanoi trip**

12:01 PM UTC

Markets

**IMF denies it plans to ask Pakistan to raise taxes on salaries - representative**

10:24 PM UTC

Asia Pacific

**China pressures Taiwan with trade accusations and warplanes a month before election**

10:08 AM UTC



Feedback

**Exhibit A**
**Page 49**

**Exhibit 6**
**Page 962**

**Table of Contents**

**RISK FACTOR SUMMARY**

*Rockley's business and its ability to execute its strategy, the proposed Business Combination, and any investment in the securities of HoldCo after the Business Combination are subject to risks and uncertainties, many of which are beyond HoldCo's or Rockley's control and will be beyond the control of the combined company. You should carefully consider and evaluate all of the risks and uncertainties with respect to any investment in the securities of the combined company, including, but not limited to, the following and those discussed under "Risk Factors." References below to Rockley shall be deemed to also refer to HoldCo and the post-Business Combination company, as the context requires or as appropriate.*

**Risks Related to Rockley's Business and Industry; Customer-Related Risks**

- If Rockley does not fully develop or commercialize its products and services, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected.
- Rockley has a history of recurring losses and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern." Rockley expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability.
- If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, or if Rockley's products are not selected for inclusion in its customers' end products, are not adopted in other industry verticals or use cases, or are not adopted by leading consumer and medical device companies, Rockley's business will be materially and adversely affected.
- The forecasts and projections contained in this prospectus/proxy statement are based upon assumptions, analyses, and internal estimates developed by Rockley's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or projected.
- Rockley expects its results of operations to fluctuate on a quarterly and annual basis, which could cause the stock price of the combined company to fluctuate or decline.
- If Rockley is unable to manage its growth or scale its operations, its business and operating results could be materially and adversely affected.
- Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate.
- Rockley's international operations expose it to operational, financial, and regulatory risks, which could harm Rockley's business.
- Rockley is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which in turn could adversely affect Rockley's business, results of operations, and financial condition.
- If Rockley is unable to sell its products to its target customers, including large corporations with substantial negotiating power, or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.
- Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, or Rockley's failure to diversify its customer base, could significantly reduce its revenue and adversely impact Rockley's operating results.
- Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.

12

**Exhibit 7**
**Page 995**

Table of Contents

## RISK FACTORS

*Shareholders should carefully consider the following risk factors, together with all of the other information included in this prospectus/proxy statement, including the financial statements and notes to the financial statements included herein, before they decide whether to vote or instruct their vote to be cast to approve the proposals described in this prospectus/proxy statement. Certain of the following risk factors apply to the business of Rockley and may also apply to the business and operations of HoldCo or the post-Business Combination company following Closing of the Business Combination. If any of the following risks occurs, or if Rockley, HoldCo, or the post-Business Combination company fail to manage these risks and uncertainties successfully, it may have a material adverse effect on the business, results of operations, or financial condition of Rockley, HoldCo, or the post-Business Combination company after the Business Combination. Further, if any of the following risks or events occur, it could have a material adverse effect on the trading price of the ordinary shares of HoldCo and the post-Business Combination company following the Business Combination. Further, the value of an investment in SC Health following the closing of the Business Combination of the Business Combination will be subject to the significant risks affecting Rockley and inherent to the industry in which Rockley operates. If any of the risks or events described below occur, shareholders may lose all or part of their investment. The risks and uncertainties described in this "Risk Factors" section or elsewhere in this prospectus/proxy statement may also be incorrect or may change and should be read together with the financial statements and notes to the financial statements included herein. Additional risks and uncertainties presently unknown to Rockley, SC Health, and HoldCo may also have a material and adverse impact on the post-Business Combination company.*

*As used in the risks described in this subsection, references to "the company," "Rockley," "we," "us," and "our," are intended to refer to the business and operations of Rockley prior to the Business Combination and the business and operations of HoldCo as directly or indirectly affected by Rockley by virtue of HoldCo's ownership of Rockley following the Business Combination, unless the context clearly indicates otherwise.*

### Risks Related to Rockley's Business and Industry

***Rockley has incurred net losses since inception and expects to continue to incur losses for the foreseeable future. If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.***

Rockley has to date generated revenue primarily from non-recurring engineering ("NRE") and development services for customer-specific designs of silicon photonics chipsets for incorporation into its customers' end products. Rockley incurred a net loss of $64.8 million, $80.3 million and $50.9 million for the three months ended March 31, 2021 and for the years ended December 31, 2020 and 2019, respectively. As of March 31, 2021, Rockley had an accumulated deficit of $297.7 million. Rockley believes that it will continue to incur operating and net losses for the foreseeable future, including for a period of time after commercialization of its silicon photonics chipsets, which is not currently expected to begin until 2022; provided that any such commercialization may occur later than 2022 or not at all. Even if Rockley is able to successfully develop and sell its products, there can be no guarantee that it will do so within its anticipated timeframe or that its products will be commercially successful. Rockley's potential future profitability is dependent upon the successful development, commercial introduction, and acceptance of its products and services, including its silicon photonics chipsets for the consumer wearables market and its module applications with biomarker detection capabilities for advanced health metrics. Because Rockley will incur costs to develop and commercialize its products and services, including its chipsets and module applications, before it receives any significant revenue from any sales of such products or services, Rockley's losses in future periods may continue. Rockley may never achieve or sustain profitability.

Rockley expects to continue to incur operating losses for the foreseeable future as it:
- continues to invest in its technology and its silicon photonics chipsets and modules, as well as its cloud-based analytics subscription service;

48

**Exhibit 7**
**Page 1031**

Table of Contents

- continues to develop innovative solutions and applications for its technology;
- commercializes its silicon photonics solutions;
- continues to invest in its sales and marketing activities and distribution channels;
- invests and improves its operational, financial, and management information systems;
- increases its headcount;
- expands its intellectual property portfolio; and
- enhances internal functions, systems, and infrastructure to support its anticipated transition to a public company.

***Rockley has a history of recurring losses and negative cash flows from operations, and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern."***

Since inception, Rockley has financed its operations primarily through the issuance and sale of convertible loan notes, ordinary shares and revenue received from agreed-upon projects. As of March 31, 2021, Rockley's cash and cash equivalents balance was $69.6 million and it had an accumulated deficit of $297.7 million. Due to Rockley's history of recurring losses from operations, negative cash flows from operations, and a significant accumulated deficit, its management concluded that there is substantial doubt about Rockley's ability to continue as a going concern. There have been no adjustments to the accompanying financial statements of Rockley to reflect this uncertainty. Rockley's ability to continue as a going concern is dependent upon it becoming profitable in the future or obtaining the necessary capital to meet its obligations. Rockley's determination of substantial doubt about its ability to continue as a going concern could materially limit its ability to raise additional funds through the issuance of equity securities, debt financing or otherwise. There can be no assurance that any such issuance of equity securities, debt financing or other means of financing will be available in the future, or the terms of any such financing will be acceptable to Rockley. Further, there can be no assurance that Rockley will ever become profitable or continue as a going concern.

***If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.***

Rockley's success in developing and commercializing its products depends in large part on its customers' success in developing, commercializing, and achieving widespread market acceptance of their end products that incorporate Rockley's products. Rockley's customers may be unable to fully develop and commercialize, or achieve widespread market acceptance of, their end products that incorporate Rockley's products. Further, these customers may not continue to incorporate Rockley's products into their end products either in the short or long term. If such customers' end products are not fully developed and commercialized, fail to achieve or maintain widespread market acceptance, experience delays, or if Rockley's customers otherwise choose not incorporate Rockley's products into their end products, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

***If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.***

Rockley is currently developing products for use in its customers' end products, which are in varying stages of development. Many of these products, including products for consumer device, medical device, and life sciences companies, require extensive testing or qualification processes, which involve testing of Rockley's

49

**Table of Contents**

products in the customers' end products and systems, as well as testing for reliability. These qualification processes may continue for several months or longer. However, qualification of any of Rockley's products by a customer does not assure any sales of such product by Rockley to that customer. Even after successful qualification and sales by Rockley of a product to a customer, a subsequent revision in Rockley's third-party contractors' manufacturing process or Rockley's selection of a new supplier may require a new qualification process with Rockley's customers, which may result in delays in the sale of such product and could also result in Rockley holding excess or obsolete inventory. After Rockley's products are qualified, it can take several months before the customer commences production of end products that incorporate Rockley's products. Rockley spends significant time and resources to have its products selected for incorporation into these end products, which is known as a "design win." If Rockley fails to win a significant number of design wins in its target markets, its business, results of operations, and financial condition will be materially and adversely affected.

Rockley is targeting the deployment of its products in the consumer health and wellness and medical device sectors and forecasts of Rockley's future results contained in this prospectus/proxy statement assume that Rockley will successfully commercialize its products and achieve significant market penetration in these sectors. As a result, if Rockley's products are not selected for inclusion by consumer device and medical device companies or life sciences companies, or their suppliers, Rockley's actual results may differ materially from the forecasts and projections included in this prospectus/proxy statement and Rockley's business would be materially and adversely affected.

***Rockley's limited operating history makes it difficult to evaluate its future prospects and the risks and challenges which may impact its business.***

Rockley was founded in 2013, completed development of its advanced sensing platform in 2019, launched its healthcare module offering in 2020, and has not yet fully developed and commercialized any of its products. This relatively limited operating history makes it difficult to evaluate Rockley's future prospects and the risks and challenges it may encounter. The risks and challenges which may impact Rockley's future prospects and business include, but are not limited to, its ability to:

- successfully commercialize its products and services, including its silicon photonics chipsets, module applications, and analytics subscription service;
- develop innovative applications for its silicon photonics and sensing technology;
- expand its sales and marketing activities and distribution channels;
- improve its operational, financial, and management information systems;
- attract, hire, integrate, and retain qualified talent to support the growth of its business. This includes increasing headcount to appropriately staff to projected growth;
- protect its intellectual property portfolio;
- enhance internal, systems, functions, and infrastructure to support its anticipated transition to a public company;
- comply with existing and new or modified laws and regulations applicable to its business;
- manage capital expenditures for its current and future products, as well as its supply chain and supplier relationships;
- anticipate and respond to macroeconomic changes and changes in the markets in which it operates;
- effectively manage its growth and business operations, including the impacts of the COVID-19 pandemic on its business; and
- hire, integrate, and retain qualified talent to support the growth of its business.

**Exhibit 7**
**Page 1033**

**Table of Contents**

**Customer-Related Risks**

*Rockley currently has, and intends to target, customers and suppliers that are large corporations with substantial negotiating power, exacting product, quality, and warranty standards, and potentially competitive internal solutions. If Rockley is unable to sell its products to these customers or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.*

Many of Rockley's customers and suppliers, and potential customers, are large corporations with substantial negotiating power relative to it and, in some instances, may have internal solutions that are competitive to Rockley's products. Many of these large corporations that are customers or potential customers also have significant development resources, which may allow them to acquire or develop independently, or in partnership with others, competitive technologies. Meeting the technical requirements and securing design wins with any of these companies will require a substantial investment of Rockley's time and resources. Rockley cannot assure you that its products or technology will secure design wins from these or other companies or that it will generate meaningful revenue from the sales of its products to these key customers and potential customers. If Rockley's products are not selected by these large corporations or if these corporations develop or acquire competitive technology, it will have an adverse effect on Rockley's business.

*Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, including its largest customer, could significantly reduce its revenue and adversely impact Rockley's operating results.*

Rockley believes that its operating results for the foreseeable future will continue to depend to a significant extent on revenue attributable to a few large customers, including Apple Inc., Rockley's largest customer, and Hengtong Rockley Technology Co., Ltd. ("HRT"), its second largest customer. Rockley's two largest customers collectively accounted for 100% and 99.6% of Rockley's revenue in 2020 and 2019, respectively. Revenue attributable to Rockley's largest customer accounted for the majority of its revenue in 2020 and 2019, respectively. Rockley anticipates revenue attributable to this customer will fluctuate from period to period, although it expects to remain dependent on this customer for a significant portion of its revenue for the foreseeable future. Rockley has a master supply and development agreement with this customer, which provides a general framework for Rockley's transactions with it. This agreement continues until either party terminates for material breach. Under this agreement, Rockley has agreed to develop and deliver new products to this customer at its request, provided it also meets Rockley's business purposes, and has agreed to indemnify it for intellectual property infringement or any injury or damages caused by Rockley's products. This customer does not have any minimum or binding purchase obligations to Rockley under this agreement and could elect to discontinue or reduce making purchases from Rockley with little or no notice.

HRT is a joint venture formed by Rockley with Hengtong Optic-Electric Co., Ltd. ("Hengtong"), a subsidiary of Hengtong Group, Co., Ltd., in 2017. Under the Sino-Foreign Equity Joint Venture Contract (the "JV Agreement") and the related technology development agreement and license agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs and Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. See "*Certain Relationships and Related Party Transactions – Rockley – Hengtong JV*" and notes 4 and 12 to the notes to Rockley's consolidated financial statements included elsewhere in this prospectus/proxy statement.

In addition, customers may seek to enter into licensing arrangements in lieu of product purchases, which could negatively impact Rockley's revenue, and, to a lesser extent, Rockley's gross margins. If Rockley's customers were to choose to work with other manufacturers or its relationships with its customers is disrupted for any reason, it could have a significant negative impact on Rockley's business. Any reduction in sales attributable to Rockley's larger customers would have a significant and disproportionate impact on Rockley's business, financial condition, and results of operations.

Table of Contents

Rockley's customers, or the distributors through which it sells to these customers, may choose to use products in addition to Rockley's, use a different product altogether, or develop an in-house solution. Any of these events could significantly harm its business, financial condition, and results of operations. In addition, if Rockley's distributors' relationships with Rockley's end customers, including its larger end customers, are disrupted for inability to deliver sufficient products or for any other reason, it could have a significant negative impact on Rockley's business, financial condition, and results of operations.

***Rockley is dependent in part upon its relationships and alliances with industry participants to generate revenue, which involves risks and uncertainties.***

Rockley has, and in the future may, acquire interests in joint ventures, which may subject Rockley to risk because, among other things, Rockley cannot exercise sole decision-making power and its partners may have different economic interests than Rockley has. For example, Rockley currently holds a 24.9% share in a strategic joint venture with another industry participant and is currently in discussions regarding potential licensing of technology to the joint venture in return for future payments. Rockley is therefore dependent on the successful execution of a licensing agreement with this joint venture partner to generate additional revenue. Rockley may also acquire interests in other joint ventures with third parties. There are additional risks involved in joint venture transactions. For example, as a co-investor in a joint venture, Rockley may not be in a position to exercise sole decision-making authority relating to the joint venture or other entity. As a result, the operations of any joint venture are subject to the risk that third parties may make business, financial, or management decisions with which Rockley does not agree, or the management of the joint venture may take risks or otherwise act in a manner that does not serve Rockley's interests. Further, there may be a potential risk of impasse in some business decisions because Rockley may not be in a position to exercise sole decision-making authority. In such situations, it is possible that Rockley may not be able to exit the relationship because it may not have the funds necessary to complete a buy-out of the other partner or it may be difficult to locate a third-party purchaser for its interest. Because Rockley may not have the ability to exercise control over such operations, it may not be able to realize some or all of the benefits that it believes will be created from its involvement. In addition, there is the potential that a joint venture partner may become bankrupt or have divergent, conflicting, or inconsistent economic or business interests from Rockley. This could result in, among other things, exposing Rockley to liabilities of the joint venture in excess of its proportionate share of these liabilities. If any of the foregoing were to occur, Rockley's business, financial condition, and results of operations could suffer.

***If Rockley is unable to expand or further diversify its customer base, its business, financial condition, and results of operations could suffer.***

Rockley currently expects the composition of its largest customers to vary over time, and that revenue attributable to its largest customers in any given period may decline over time. Rockley's relationships with existing customers may deter potential customers who compete with these customers from buying Rockley's products. If Rockley is unable to expand or further diversify its customer base, it could harm its business, financial condition, and results of operations.

Rockley does not currently have any products in commercial production. Accordingly, Rockley views its current customer relationships in the following stages: (a) customers with whom it is "engaged", or in discussions with, regarding potential product features for incorporation into such customer's end products or (b) customers with whom it is "contracted" where Rockley has non-binding MOUs or development and supply agreements. These non-binding MOUs and development and supply agreements provide a general framework for Rockley's transactions with the customer and typically provide that Rockley will develop and deliver new products meeting the customer's specifications. These agreements do not contain any minimum or binding purchase obligations. If Rockley is unable to transition customers with whom it is engaged in discussions to contracted customers or if Rockley fails to otherwise attract new customers, it would negatively impact Rockley's ability to grow its business and gain market share, which in turn would harm Rockley's financial condition and results of operations.

67

Table of Contents

***Rockley's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman, OBE, and highly skilled talent, and its operations may be severely disrupted if it lost their services.***

Rockley is highly dependent on its founder, Dr. Andrew Rickman, OBE as well its other executive officers, and the loss of his services would adversely affect Rockley's business because his loss could make it more difficult to, among other things, compete with other market participants, manage Rockley's research and development activities, and retain existing customers or cultivate new ones. Competition for highly-skilled talent is often intense and Rockley may incur significant costs to attract highly-skilled talent. Rockley may not be successful in attracting, integrating, or retaining qualified talent to fulfill its current or future needs. Rockley has, from time to time, experienced, and it expects to continue to experience, difficulty in hiring and retaining highly skilled employees with appropriate qualifications.

In addition, job candidates and existing employees often consider the value of the equity awards they receive in connection with their employment. If the perceived value of Rockley's equity or equity awards declines, including those of the post-Business Combination company after the closing of the Business Combination of the Business Combination, it may adversely affect Rockley's ability to retain highly skilled employees. If Rockley fails to attract new talent or fails to retain and motivate its current talent, its business and future growth prospects could be adversely affected.

## Legal and Regulatory Risks Related to Rockley's Business

***Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.***

Certain of Rockley's products and services are subject to export control and import laws and regulations, including the U.S. Export Administration Regulations, U.S. Customs regulations, and various economic and trade sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Controls. U.S. export control laws and regulations and economic sanctions prohibit the shipment of certain products and services to U.S. embargoed or sanctioned countries, governments and persons. In addition, complying with export control and sanctions regulations for a particular sale may be time-consuming and result in the delay or loss of sales opportunities. Exports of Rockley's products and technology must be made in compliance with these laws and regulations. If Rockley fails to comply with these laws and regulations, Rockley and certain of its employees could be subject to substantial civil or criminal penalties, including the possible loss of export or import privileges, fines, which may be imposed on Rockley and responsible employees or managers, and, in extreme cases, the incarceration of responsible employees or managers.

***Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.***

Changes in global political, regulatory, and economic conditions, or in laws and policies governing foreign trade, manufacturing, development, and investment in the territories or countries where Rockley may purchase its components, sell its products, or conduct its business, could adversely affect Rockley's business. The United States has in the past instituted or proposed changes in trade policies that included the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the United States, economic sanctions on individuals, corporations, or countries, and other government regulations affecting trade between the United States and other countries where Rockley conducts its business. A number of other nations have proposed or instituted similar measures directed at trade with the United States in response. As a result of these developments or any future similar developments, there may be greater restrictions and economic disincentives on international trade that could adversely affect Rockley's business. It may be time-consuming and expensive for Rockley to alter its business operations to adapt to or comply with any such changes, and any failure to do so could have a material adverse effect on its business, financial condition, and results of operations.

Exhibit 7
Page 1052

**Table of Contents**

**Customers**

We believe existing commercial relationships with leading consumer device customers validates our unique technology and the business opportunity at hand. Our near-term commercial focus is on a robust pipeline in consumer devices, medical devices, and life sciences companies. We have a sales funnel of over 100 potential customer targets of which we started discussions with 47, entered into due diligence with 21 of the 47, proceeded to contract negotiations with twelve, and engaged (through non-binding memorandums of understanding) or entered into contracts with six of the twelve. The customers with whom we are engaged or contracted with represent more than 55% of wearable global volumes (of the 55%, we have an agreement with an entity that represents 42%, an MOU with an entity that represents 5% and we are in discussions with entities which represent at least 8%) and more than 50% of smartphone global volumes. Although our near-term focus through 2024 is on our consumer health and wellness strategy, we believe other markets also represent upside potential.

To date, we have generated revenue primarily from NRE and development services for customer-specific designs of silicon photonics chipsets for incorporation into their customers' end products. Our two largest customers collectively accounted for 100% and 99.6% of our revenue in 2020 and 2019, respectively. We anticipate revenue attributable to these customers will fluctuate from period to period, although we expect to remain dependent on these customers for a significant portion of our revenue for the foreseeable future. See "Risk Factors – Customer-Related Risks." Our current projections anticipate that we will achieve increased revenue beginning in 2023, assuming commercial adoption of our products by consumer device manufacturers in the wearable space, with revenue projected to exceed over $1.1 billion in 2024, assuming sensor volume ramp with the contracted customers. Our 2024 unit-volume forecast represents less than 5% penetration in the wearables and mobile phone space. See "Risk Factors – Risks Related to Rockley's Business and Industry – Rockley's forecasts and projections are based upon assumptions, analyses and internal estimates developed by Rockley's management. If these assumptions, analyses or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or projected" and other risk factors discussed in "Risk Factors" relating to the forecasts, projections, and estimates included in this prospectus/proxy statement.

We work closely with our end customers throughout their design cycles and will develop long-term relationships as our differentiated technology becomes embedded into their products. For example, we currently hold a development and supply agreement with one customer since 2017 and have successfully designed and delivered critical sample chips to them. As a result, we believe we are well-positioned to be designed into their current product roadmaps and develop their next generation solutions for their future products. Because many of our target customers or their OEMs are located in North America and Asia Pacific, we anticipate that a majority of our future revenue will come from sales in these regions. Although a large percentage of our sales are made to customers in North America, we believe that a significant number of the systems and devices designed by these customers will incorporate our semiconductor products which are then sold to end-users globally. In addition to our current customers, we have entered into non-binding memorandums of understanding with Zepp Health Corp., LifeSignals Group, Inc., and Withings France SA with respect to the future supply of our Rockley basic and advanced modules, if and when such products become commercially available. The terms of these agreements are non-binding in nature and non-committal as to volumes and price. However, we believe these memorandums of understandings indicate a significant interest in Rockley's products and the potential for the future supply our products to significant product manufacturers. We expect that once the Rockley modules are commercially available, Rockley will enter into standard supply agreements with each of these parties.

**Sales and Marketing**

Our customers' design cycle from initial engagement to volume shipment typically ranges from three to five years, with product life cycles of two years or more. For many of our products, which are technically complex, we must engage early with our customers' technical staff. To ensure an adequate level of early engagement, our sales, marketing, and development engineers must work closely with our customers and channel partners to

**Exhibit 7**
**Page 1196**

Table of Contents

registration statement will not be "reviewed" or will not be subject to further review. However, HoldCo may delay such filing or effectiveness of such registration statement under certain circumstances, including if the Company were required to update the financial statements included in such registration statement in order to comply with Regulation S-X age of financial statement requirements.

Additionally, the Registration Rights and Lock-Up Agreement, generally provides for a 180-day Lock-Up Period for the Sponsor and other equity investors and their Permitted Transferees, subject to certain other terms and conditions depending on the price of the HoldCo ordinary shares.

For additional information, see "*Proposal No. 1—BCA Proposal—Related Agreements—Registration Rights and Lock-Up Agreement.*"

### Company Holders Support Agreement

Concurrently with the execution of the Business Combination Agreement, SC Health, Rockley, HoldCo, Merger Sub and certain of the shareholders of Rockley entered into the Company Holders Support Agreement, pursuant to which certain shareholders who hold a material number of shares in Rockley have agreed to, among other things and subject to certain tax conditions being met: (i) vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at the court meeting and general meeting of Rockley shareholders contemplated in the Business Combination Agreement, and take all other necessary and desirable actions reasonably requested by Rockley in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement; (ii) vote against certain transactions involving Rockley that would reasonably be expected to, among other things, impede or nullify the transactions contemplated by the Business Combination Agreement, any ancillary agreements or Company Holders Support Agreement, result in a breach of any obligation or agreement of Rockley under the Business Combination Agreement or other related agreement, or result in any of the conditions to obligations of the Business Combination Agreement not being fulfilled; (iii) be bound by certain transfer restrictions with respect to the ordinary shares of Rockley held by the shareholder; and (iv) do all things reasonably necessary, proper or advisable to consummate the transactions contemplated by the Business Combination Agreement and not take any action that would reasonably be expected to prevent or delay the satisfaction of any of the conditions to those transactions.

Dr. Andrew Rickman, OBE (chairman and chief executive officer of Rockley and currently the sole shareholder of HoldCo), entered into the AR Support Agreement which is on the same terms as the Company Holders Support Agreement except that it also includes Dr. Rickman agreeing to vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at a general meeting (or by written consent) of the shareholders of HoldCo, and take all other necessary and desirable actions reasonably requested by HoldCo in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement.

For additional information, see "*Proposal No. 1—BCA Proposal—Related Agreements—Company Holders Support Agreement.*"

### Rockley

### Hengtong JV

In 2017, Rockley formed HRT, a joint venture with Hengtong pursuant to the JV Agreement. Under the JV Agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs, including a license to modify and improve. Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. As of December 31, 2020 and 2019, the balance owed by the joint venture amounted to $3.3 million and $2.9 million, respectively, and is included in accounts receivable in the accompanying balance sheets.

Exhibit 7
Page 1260

**Table of Contents**

**RISK FACTOR SUMMARY**

**Risks Related to the Company's Business and Industry; Customer-Related Risks**

- If the Company does not fully develop or commercialize its products and services, or if such products and services experience significant delays, the Company's business, financial condition, and results of operation will be materially and adversely affected;

- The Company has a history of recurring losses and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern." The Company expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability;

- If the end products into which the Company's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, or if the Company's products are not selected for inclusion in its customers' end products, are not adopted in other industry verticals or use cases, or are not adopted by leading consumer and medical device companies, the Company's business will be materially and adversely affected;

- The Company's forecasts and projections are based upon assumptions, analyses, and internal estimates developed by the Company's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, the Company's actual operating results may differ materially from those forecasted or projected;

- The Company expects its results of operations to fluctuate on a quarterly and annual basis, which could cause its share price to fluctuate or decline;

- If the Company is unable to manage its growth or scale its operations, its business and operating results could be materially and adversely affected;

- Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate;

- The Company's international operations expose it to operational, financial, and regulatory risks, which could harm the Company's business;

- The Company is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which in turn could adversely affect the Company's business, results of operations, and financial condition;

- If the Company is unable to sell its products to its target customers, including large corporations with substantial negotiating power, or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected;

- The Company currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from the Company's customers, or the Company's failure to diversify its customer base, could significantly reduce its revenue and adversely impact the Company's operating results;

- Because the Company does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes the Company to inventory risk, and may cause its business and results of operations to suffer; and

- The Company's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman.

**Regulatory, Intellectual Property, Infrastructure, Cybersecurity and Privacy Risks**

- The Company's failure to comply with applicable governmental export and import control laws and regulations, including those related to the use, distribution, and sale of its products, U.S. Food and Drug Administration clearance or approval requirements, or privacy, data protection, and information security requirements in the jurisdictions in which the Company operates could materially harm its business and operating results;

4

**Exhibit 8**
**Page 1810**

Table of Contents

**PART II**

Item 1.      Legal Proceedings

We are not currently subject to any material legal proceedings, nor, to our knowledge, any material legal proceeding threatened against us or any of our officers or directors in their capacity as such.

Item 1A.     Risk Factors

*Our operations and financial results are subject to various risks and uncertainties including those described below. You should carefully consider the risks and uncertainties described below, in addition to the other information contained in this Quarterly Report on Form 10-Q, including our condensed consolidated financial statements and related notes. The risks and uncertainties described below are not the only ones we faced. Additional risks and uncertainties that we are unaware of, or that we currently believed are not material, may also become important factors that adversely affect our business. If any of the following risks or other not specified below materialize, our business financial condition and results of operations could be materially and adversely affected. In that case, the trading price of our ordinary shares could decline.*

*As used in the risks described in this subsection, references to "the company," "Rockley," "we," "us," and "our," are intended to refer to the business and operations of Rockley prior to the Business Combination and the business and operations of HoldCo as directly or indirectly affected by Rockley by virtue of HoldCo's ownership of Rockley following the Business Combination, unless the context clearly indicates otherwise.*

**Risks Related to Rockley's Business and Industry**

***Rockley has incurred net losses since inception and expects to continue to incur losses for the foreseeable future. If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.***

Rockley has to date generated revenue primarily from non-recurring engineering ("NRE") and development services for customer-specific designs of silicon photonics chipsets for incorporation into its customers' end products. Rockley incurred a net loss of $30.6 million and $95.3 million for the three and six months ended June 30, 2021, respectively. As of June 30, 2021, Rockley had an accumulated deficit of $328.2 million. Rockley believes that it will continue to incur operating and net losses for the foreseeable future, including for a period of time after commercialization of its silicon photonics chipsets, which is not currently expected to begin until 2022; provided that any such commercialization may occur later than 2022 or not at all. Even if Rockley is able to successfully develop and sell its products, there can be no guarantee that it will do so within its anticipated timeframe or that its products will be commercially successful. Rockley's potential future profitability is dependent upon the successful development, commercial introduction, and acceptance of its products and services, including its silicon photonics chipsets for the consumer wearables market and its module applications with biomarker detection capabilities for advanced health metrics. Because Rockley will incur costs to develop and commercialize its products and services, including its chipsets and module applications, before it receives any significant revenue from any sales of such products or services, Rockley's losses in future periods may continue. Rockley may never achieve or sustain profitability.

Rockley expects to continue to incur operating losses for the foreseeable future as it:
- continues to invest in its technology and its silicon photonics chipsets and modules, as well as its cloud-based analytics subscription service;
- continues to develop innovative solutions and applications for its technology;
- commercializes its silicon photonics solutions;
- continues to invest in its sales and marketing activities and distribution channels;
- invests and improves its operational, financial, and management information systems;
- increases its headcount;
- expands its intellectual property portfolio; and
- enhances internal functions, systems, and infrastructure to support its anticipated transition to a public company.

50

Exhibit 8
Page 1856

Table of Contents

***Rockley has a history of recurring losses and negative cash flows from operations, and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern."***

Since inception, Rockley has financed its operations primarily through the issuance and sale of convertible loan notes, ordinary shares and revenue received from agreed-upon projects. As of June 30, 2021, Rockley's cash and cash equivalents balance was $35.4 million and it had an accumulated deficit of $328.2 million. Due to Rockley's history of recurring losses from operations, negative cash flows from operations, and a significant accumulated deficit, its management concluded that there is substantial doubt about Rockley's ability to continue as a going concern. There have been no adjustments to the accompanying financial statements of Rockley to reflect this uncertainty. Rockley's ability to continue as a going concern is dependent upon it becoming profitable in the future or obtaining the necessary capital to meet its obligations. Rockley's determination of substantial doubt about its ability to continue as a going concern could materially limit its ability to raise additional funds through the issuance of equity securities, debt financing or otherwise. There can be no assurance that any such issuance of equity securities, debt financing or other means of financing will be available in the future, or the terms of any such financing will be acceptable to Rockley. Further, there can be no assurance that Rockley will ever become profitable or continue as a going concern.

***If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.***

Rockley's success in developing and commercializing its products depends in large part on its customers' success in developing, commercializing, and achieving widespread market acceptance of their end products that incorporate Rockley's products. Rockley's customers may be unable to fully develop and commercialize, or achieve widespread market acceptance of, their end products that incorporate Rockley's products. Further, these customers may not continue to incorporate Rockley's products into their end products either in the short or long term. If such customers' end products are not fully developed and commercialized, fail to achieve or maintain widespread market acceptance, experience delays, or if Rockley's customers otherwise choose not incorporate Rockley's products into their end products, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

***If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.***

Rockley is currently developing products for use in its customers' end products, which are in varying stages of development. Many of these products, including products for consumer device, medical device, and life sciences companies, require extensive testing or qualification processes, which involve testing of Rockley's products in the customers' end products and systems, as well as testing for reliability. These qualification processes may continue for several months or longer. However, qualification of any of Rockley's products by a customer does not assure any sales of such product by Rockley to that customer. Even after successful qualification and sales by Rockley of a product to a customer, a subsequent revision in Rockley's third-party contractors' manufacturing process or Rockley's selection of a new supplier may require a new qualification process with Rockley's customers, which may result in delays in the sale of such product and could also result in Rockley holding excess or obsolete inventory. After Rockley's products are qualified, it can take several months before the customer commences production of end products that incorporate Rockley's products. Rockley spends significant time and resources to have its products selected for incorporation into these end products, which is known as a "design win." If Rockley fails to win a significant number of design wins in its target markets, its business, results of operations, and financial condition will be materially and adversely affected.

Rockley is targeting the deployment of its products in the consumer health and wellness and medical device sectors and forecasts of Rockley's future results contained in this quarterly report on Form 10-Q assume that Rockley will successfully commercialize its products and achieve significant market penetration in these sectors. As a result, if Rockley's products are not selected for inclusion by consumer device and medical device companies or life sciences companies, or their suppliers, Rockley's actual results may differ materially from the Company's forecasts and projections and Rockley's business would be materially and adversely affected.

51

Exhibit 8
Page 1857

Table of Contents

**Customer-Related Risks**

*Rockley currently has, and intends to target, customers and suppliers that are large corporations with substantial negotiating power, exacting product, quality, and warranty standards, and potentially competitive internal solutions. If Rockley is unable to sell its products to these customers or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.*

Many of Rockley's customers and suppliers, and potential customers, are large corporations with substantial negotiating power relative to it and, in some instances, may have internal solutions that are competitive to Rockley's products. Many of these large corporations that are customers or potential customers also have significant development resources, which may allow them to acquire or develop independently, or in partnership with others, competitive technologies. Meeting the technical requirements and securing design wins with any of these companies will require a substantial investment of Rockley's time and resources. Rockley cannot assure you that its products or technology will secure design wins from these or other companies or that it will generate meaningful revenue from the sales of its products to these key customers and potential customers. If Rockley's products are not selected by these large corporations or if these corporations develop or acquire competitive technology, it will have an adverse effect on Rockley's business.

*Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, including its largest customer, could significantly reduce its revenue and adversely impact Rockley's operating results.*

Rockley believes that its operating results for the foreseeable future will continue to depend to a significant extent on revenue attributable to a few large customers, including Apple Inc., Rockley's largest customer, and Hengtong Rockley Technology Co., Ltd. ("HRT"), its second largest customer. Rockley's two largest customers collectively accounted for 100% and 99.6% of Rockley's revenue in 2020 and 2019, respectively. Revenue attributable to Rockley's largest customer accounted for the majority of its revenue in 2020 and 2019, respectively. Rockley anticipates revenue attributable to this customer will fluctuate from period to period, although it expects to remain dependent on this customer for a significant portion of its revenue for the foreseeable future. Rockley has a master supply and development agreement with this customer, which provides a general framework for Rockley's transactions with it. This agreement continues until either party terminates for material breach. Under this agreement, Rockley has agreed to develop and deliver new products to this customer at its request, provided it also meets Rockley's business purposes, and has agreed to indemnify it for intellectual property infringement or any injury or damages caused by Rockley's products. This customer does not have any minimum or binding purchase obligations to Rockley under this agreement and could elect to discontinue or reduce making purchases from Rockley with little or no notice.

HRT is a joint venture formed by Rockley with Hengtong Optic-Electric Co., Ltd. ("Hengtong"), a subsidiary of Hengtong Group, Co., Ltd., in 2017. Under the Sino-Foreign Equity Joint Venture Contract (the "JV Agreement") and the related technology development agreement and license agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs and Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. See notes 3 and 11 to the notes to Rockley's consolidated financial statements included elsewhere in this quarterly report on Form 10-Q.

In addition, customers may seek to enter into licensing arrangements in lieu of product purchases, which could negatively impact Rockley's revenue, and, to a lesser extent, Rockley's gross margins. If Rockley's customers were to choose to work with other manufacturers or its relationships with its customers is disrupted for any reason, it could have a significant negative impact on Rockley's business. Any reduction in sales attributable to Rockley's larger customers would have a significant and disproportionate impact on Rockley's business, financial condition, and results of operations.

Rockley's customers, or the distributors through which it sells to these customers, may choose to use products in addition to Rockley's, use a different product altogether, or develop an in-house solution. Any of these events could significantly harm its business, financial condition, and results of operations. In addition, if Rockley's distributors' relationships with Rockley's end customers, including its larger end customers, are disrupted for inability to deliver sufficient products or for any other reason, it could have a significant negative impact on Rockley's business, financial condition, and results of operations.

*Rockley is dependent in part upon its relationships and alliances with industry participants to generate revenue, which involves risks and uncertainties.*

Rockley has, and in the future may, acquire interests in joint ventures, which may subject Rockley to risk because, among other things, Rockley cannot exercise sole decision-making power and its partners may have different economic interests than Rockley has. For example, Rockley currently holds a 24.9% share in a strategic joint venture with another industry participant

65

Exhibit 8
Page 1871

Table of Contents

and is currently in discussions regarding potential licensing of technology to the joint venture in return for future payments. Rockley is therefore dependent on the successful execution of a licensing agreement with this joint venture partner to generate additional revenue. Rockley may also acquire interests in other joint ventures with third parties. There are additional risks involved in joint venture transactions. For example, as a co-investor in a joint venture, Rockley may not be in a position to exercise sole decision-making authority relating to the joint venture or other entity. As a result, the operations of any joint venture are subject to the risk that third parties may make business, financial, or management decisions with which Rockley does not agree, or the management of the joint venture may take risks or otherwise act in a manner that does not serve Rockley's interests. Further, there may be a potential risk of impasse in some business decisions because Rockley may not be in a position to exercise sole decision-making authority. In such situations, it is possible that Rockley may not be able to exit the relationship because it may not have the funds necessary to complete a buy-out of the other partner or it may be difficult to locate a third-party purchaser for its interest. Because Rockley may not have the ability to exercise control over such operations, it may not be able to realize some or all of the benefits that it believes will be created from its involvement. In addition, there is the potential that a joint venture partner may become bankrupt or have divergent, conflicting, or inconsistent economic or business interests from Rockley. This could result in, among other things, exposing Rockley to liabilities of the joint venture in excess of its proportionate share of these liabilities. If any of the foregoing were to occur, Rockley's business, financial condition, and results of operations could suffer.

***If Rockley is unable to expand or further diversify its customer base, its business, financial condition, and results of operations could suffer.***

Rockley currently expects the composition of its largest customers to vary over time, and that revenue attributable to its largest customers in any given period may decline over time. Rockley's relationships with existing customers may deter potential customers who compete with these customers from buying Rockley's products. If Rockley is unable to expand or further diversify its customer base, it could harm its business, financial condition, and results of operations.

Rockley does not currently have any products in commercial production. Accordingly, Rockley views its current customer relationships in the following stages: (a) customers with whom it is "engaged", or in discussions with, regarding potential product features for incorporation into such customer's end products or (b) customers with whom it is "contracted" where Rockley has non-binding MOUs or development and supply agreements. These non-binding MOUs and development and supply agreements provide a general framework for Rockley's transactions with the customer and typically provide that Rockley will develop and deliver new products meeting the customer's specifications. These agreements do not contain any minimum or binding purchase obligations. If Rockley is unable to transition customers with whom it is engaged in discussions to contracted customers or if Rockley fails to otherwise attract new customers, it would negatively impact Rockley's ability to grow its business and gain market share, which in turn would harm Rockley's financial condition and results of operations.

***Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.***

Rockley anticipates that its products will be sold directly to customers as well as through distributors and resellers, with, in certain cases, no long-term or minimum purchase commitments from them or their end customers. Rockley expects that sales of its products will be primarily made pursuant to standard purchase orders, which orders may be cancelled, reduced, changed, or rescheduled with little or no notice or penalty. Cancellations of orders could result in the loss of anticipated sales without allowing Rockley sufficient time to reduce its inventory and operating expenses. In addition, changes in forecasts or the timing of orders from its customers expose Rockley to the risks of inventory shortages or excess inventory. As a result, Rockley's revenue and operating results could fluctuate materially and could be materially and disproportionately impacted by purchasing decisions of Rockley's customers, including Rockley's larger customers. In the future, Rockley's customers or its distributors or their end customers may decide to purchase fewer units than expected, may alter their purchasing patterns at any time with limited or no notice, or may decide not to continue to purchase Rockley's products at all, any of which could cause Rockley's revenue to decline materially and materially harm Rockley's business, financial condition, and results of operations.

Cancellations of, reductions in, or rescheduling of customer orders could also result in the loss of anticipated sales without allowing Rockley sufficient time to reduce its inventory and operating expenses, as a substantial portion of Rockley's expenses are fixed at least in the short term. In addition, changes in forecasts or the timing of orders expose Rockley to the risks of inventory shortages or excess inventory. Any of the foregoing events could materially and adversely affect Rockley's business, financial condition, and results of operations.

66

Exhibit 8
Page 1872

Table of Contents

***If Rockley is unable to establish and maintain confidence in its long-term business prospects among customers and analysts and within its industry or is subject to negative publicity, then Rockley's financial condition, operating results, business prospects, and access to capital may suffer materially.***

Rockley has not yet fully developed or commercialized its products or services and the successful commercialization of Rockley's products depends in part on Rockley's customers and potential customers committing to use Rockley's products in their own products. Customers may be less likely to purchase Rockley's products if they are not convinced that Rockley's business will succeed or that its service and support and other operations will continue in the long term. Similarly, suppliers and other third parties will be less likely to invest time and resources in developing business relationships with Rockley if they are not convinced that Rockley's business will succeed. If Rockley is unable to establish and maintain confidence in its long-term business prospects among customers, suppliers, analysts, ratings agencies, and within its industry or is subject to negative publicity, then Rockley's financial condition, operating results, business prospects, and access to capital may suffer materially.

***Rockley's investments in educating its customers and potential customers about the advantages of Rockley's silicon photonics and sensing technology and its applications will require significant financial and talent resources and may not result in sales of Rockley's products.***

Educating Rockley's prospective customers, and to a lesser extent, its existing customers, about Rockley's silicon photonics and sensing technology and its applications in health monitoring devices, its advantages over competitive technologies, and the potential application of Rockley's products in different industries and use cases is an integral part of Rockley's strategy to expand into additional markets. Rockley's efforts to educate potential customers and the market generally will require significant financial and talent resources. These educational efforts may not be successful and Rockley may not offset the costs of such efforts with revenue from the new customers. If Rockley is unable to acquire new customers to offset these expenses, its financial condition will be adversely affected.

***Rockley's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman, OBE, and highly skilled talent, and its operations may be severely disrupted if it lost their services.***

Rockley is highly dependent on its founder, Dr. Andrew Rickman, OBE as well its other executive officers, and the loss of his services would adversely affect Rockley's business because his loss could make it more difficult to, among other things, compete with other market participants, manage Rockley's research and development activities, and retain existing customers or cultivate new ones. Competition for highly-skilled talent is often intense and Rockley may incur significant costs to attract highly-skilled talent. Rockley may not be successful in attracting, integrating, or retaining qualified talent to fulfill its current or future needs. Rockley has, from time to time, experienced, and it expects to continue to experience, difficulty in hiring and retaining highly skilled employees with appropriate qualifications.

In addition, job candidates and existing employees often consider the value of the equity awards they receive in connection with their employment. If the perceived value of Rockley's equity or equity awards declines it may adversely affect Rockley's ability to retain highly skilled employees. If Rockley fails to attract new talent or fails to retain and motivate its current talent, its business and future growth prospects could be adversely affected.

### Legal and Regulatory Risks Related to Rockley's Business

***Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.***

Certain of Rockley's products and services are subject to export control and import laws and regulations, including the U.S. Export Administration Regulations, U.S. Customs regulations, and various economic and trade sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Controls. U.S. export control laws and regulations and economic sanctions prohibit the shipment of certain products and services to U.S. embargoed or sanctioned countries, governments and persons. In addition, complying with export control and sanctions regulations for a particular sale may be time-consuming and result in the delay or loss of sales opportunities. Exports of Rockley's products and technology must be made in compliance with these laws and regulations. If Rockley fails to comply with these laws and regulations, Rockley and certain of its employees could be subject to substantial civil or criminal penalties, including the possible loss of export or import privileges, fines, which may be imposed on Rockley and responsible employees or managers, and, in extreme cases, the incarceration of responsible employees or managers.

67

Table of Contents

***Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.***

Changes in global political, regulatory, and economic conditions, or in laws and policies governing foreign trade, manufacturing, development, and investment in the territories or countries where Rockley may purchase its components, sell its products, or conduct its business, could adversely affect Rockley's business. The United States has in the past instituted or proposed changes in trade policies that included the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the United States, economic sanctions on individuals, corporations, or countries, and other government regulations affecting trade between the United States and other countries where Rockley conducts its business. A number of other nations have proposed or instituted similar measures directed at trade with the United States in response. As a result of these developments or any future similar developments, there may be greater restrictions and economic disincentives on international trade that could adversely affect Rockley's business. It may be time-consuming and expensive for Rockley to alter its business operations to adapt to or comply with any such changes, and any failure to do so could have a material adverse effect on its business, financial condition, and results of operations.

***Rockley may become involved in legal and regulatory proceedings and commercial or contractual disputes, which could have an adverse effect on its profitability and financial position.***

Rockley may be, from time to time, involved in litigation, regulatory proceedings, and commercial or contractual disputes that may be significant. These matters may include, without limitation, disputes with Rockley's suppliers and customers, intellectual property claims, shareholder litigation, government investigations, class action lawsuits, personal injury claims, environmental issues, customs and value-added tax disputes, and employment and tax issues. In addition, Rockley could face in the future a variety of labor and employment claims against it, which could include but is not limited to general discrimination, wage and hour, privacy, ERISA, or disability claims. In such matters, government agencies or private parties may seek to recover from Rockley indeterminate amounts in penalties or monetary damages (including, in some cases, treble or punitive damages) or seek to limit Rockley's operations in some way. These types of lawsuits could require significant management time and attention or could involve substantial legal liability, adverse regulatory outcomes, and/or substantial expenses to defend. Often these cases raise complex factual and legal issues and create risks and uncertainties. No assurances can be given that any proceedings and claims will not have a material adverse impact on Rockley's operating results and financial position or that its established reserves or its available insurance will mitigate this impact.

***Rockley is subject to, and must remain in compliance with, numerous laws and governmental regulations across various jurisdictions concerning the use, distribution, and sale of its products. Some of Rockley's customers also require that it comply with their own unique requirements relating to these matters.***

Rockley sells products that contain electronic components, and such components may contain materials that are subject to government regulation in locations where Rockley sells its products. For example, certain regulations limit the use of lead in electronic components. Since Rockley operates on a global basis, compliance with regulations is a complex process which requires continual monitoring of regulations and an ongoing compliance process to ensure that Rockley and its suppliers are in compliance with existing regulations in each market where it operates. If there is an unanticipated new regulation that significantly impacts Rockley's use and sourcing of various components or requires more expensive components, that regulation could materially and adversely affect its business, results of operations, and financial condition. Rockley's products may also be used in healthcare monitoring and other medical devices, which are subject to additional regulation. If Rockley fails to adhere to these new regulations or fails to continually monitor the updates, it may be subject to litigation, loss of customers, or negative publicity and its business, results of operations, and financial condition will be adversely affected.

***Rockley may in the future become subject to additional regulations, including Food and Drug Administration (the "FDA") clearance or approval, for health monitoring products in which Rockley's products are incorporated. Achieving and maintaining compliance and approval under applicable regulations may be difficult to achieve.***

Rockley's products may be incorporated into end products in the health monitoring sector, including products which collect clinical data. Accordingly, it is possible that certain of Rockley's products, or the end products which incorporate Rockley's products will be subject to current and future regulation by the FDA, as well as by other federal, state, and local agencies. As Rockley's target market is consumer wellness rather than medical, Rockley currently anticipates that FDA clearance will be unnecessary for its products targeting the consumer wearables market; however, Rockley intends to monitor and comply with regulations to the extent they become applicable to Rockley.

68

Exhibit 8
Page 1874

I will now hand over to your host Gwyn Lauber, Vice President of Investor Relations to begin. Gwyn, please go ahead when you're ready.

**Gwyn Lauber**

Thank you, operator and welcome everyone. This is Gwyn Lauber, Vice President of Investor Relations, Rockley Photonics. Today after the U.S. market closed, we released our results for the second quarter ended June 30, 2021. If you did not receive a copy of our earnings press release, you may obtain it from Investor Relations section of our website at investors.rockleyphotonics.com.

With me on today's call are Dr. Andrew Rickman OBE, Founder and Chief Executive Officer; and Mahesh Karanth, Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website.

Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements, including but not limited to the anticipated features and benefits of our technology and products, ability and timing with respect to bringing our products to market and our product development schedules, our strategies, our customers, our commercial and market opportunities and trends, and our cash resources and financial outlook. These forward-looking statements are subject to risks and uncertainties, which may cause actual results to vary materially from those expressed or implied by these forward-looking statements.

These risks and uncertainties include, but are not limited to those discussed in our earnings press release, and in our filings with the SEC. Any forward-looking statements that are made on this call are based on assumptions as of today. We undertake no obligation to update these statements as a result of new information or future events. In addition to U.S. GAAP reporting, Rockley reports certain financial measures that do not conform to generally accepted accounting principles. We believe these non-GAAP measures enhance the understanding of our performance. Reconciliation of these GAAP and non-GAAP measures are included in the tables found in the press release.

Now I'll turn the call over to Andrew.

**Andrew Rickman OBE**

Exhibit 9
Page 1890

Table of Contents

**RISK FACTOR SUMMARY**

Rockley's business and its ability to execute its strategy or realize the anticipated benefits of the Business Combination, and any investment in its securities are subject to risks and uncertainties, many of which are beyond Rockley's control. You should carefully consider and evaluate all of the risks and uncertainties with respect to any investment in the securities of Rockley, including, but not limited to, the following and those discussed under "Risk Factors." References below to Rockley shall be deemed to also refer to Rockley and its subsidiaries, as the context requires or as appropriate.

**Risks Related to Rockley's Business and Industry; Customer-Related Risks**

- If Rockley does not fully develop or commercialize its products and services, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected.
- Rockley has a history of recurring losses and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern." Rockley expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability.
- If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, or if Rockley's products are not selected for inclusion in its customers' end products, are not adopted in other industry verticals or use cases, or are not adopted by leading consumer and medical device companies, Rockley's business will be materially and adversely affected.
- The forecasts and anticipated financial outlook or related information contained in this prospectus are based upon assumptions, analyses, and internal estimates developed by Rockley's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or anticipated.
- Rockley expects its results of operations to fluctuate on a quarterly and annual basis, which could cause Rockley's stock price to fluctuate or decline.
- If Rockley is unable to manage its growth or scale its operations, its business and operating results could be materially and adversely affected.
- Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate.
- Rockley's international operations expose it to operational, financial, and regulatory risks, which could harm Rockley's business.
- Rockley is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which in turn could adversely affect Rockley's business, results of operations, and financial condition.
- If Rockley is unable to sell its products to its target customers, including large corporations with substantial negotiating power, or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.
- Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, or Rockley's failure to diversify its customer base, could significantly reduce its revenue and adversely impact Rockley's operating results.
- Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.

v

**Table of Contents**

## RISK FACTORS

*Investing in our securities involves risks. Before you make a decision to buy our securities, in addition to the risks and uncertainties discussed above under "Forward-Looking Statements," you should carefully consider the specific risks set forth herein. If any of these risks actually occur, it may materially harm our business, financial condition, liquidity, results of operations, and prospects. As a result, the market price of our securities could decline, and you could lose all or part of your investment. Additionally, the risks and uncertainties described in this prospectus or any prospectus supplement are not the only risks and uncertainties that we face. Additional risks and uncertainties not presently known to us or that we currently believe to be immaterial may become material and adversely affect our business. If any of the following risks or other not specified below materialize, our business financial condition and results of operations could be materially and adversely affected. In that case, the trading price of our Ordinary Shares could decline.*

### Risks Related to Rockley's Business and Industry

**Rockley has incurred net losses since inception and expects to continue to incur losses for the foreseeable future. If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.**

Rockley has to date generated revenue primarily from non-recurring engineering ("NRE") and development services for customer-specific designs of silicon photonics chipsets for incorporation into its customers' end products. Rockley incurred a net loss of $30.6 million and $95.3 million for the three and six months ended June 30, 2021, respectively. As of June 30, 2021, Rockley had an accumulated deficit of $328.2 million. Rockley believes that it will continue to incur operating and net losses for the foreseeable future, including for a period of time after commercialization of its silicon photonics chipsets, which is not currently expected to begin until 2022; provided that any such commercialization may occur later than 2022 or not at all. Even if Rockley is able to successfully develop and sell its products, there can be no guarantee that it will do so within its anticipated timeframe or that its products will be commercially successful. Rockley's potential future profitability is dependent upon the successful development, commercial introduction, and acceptance of its products and services, including its silicon photonics chipsets for the consumer wearables market and its module applications with biomarker detection capabilities for advanced health metrics. Because Rockley will incur costs to develop and commercialize its products and services, including its chipsets and module applications, before it receives any significant revenue from any sales of such products or services, Rockley's losses in future periods may continue. Rockley may never achieve or sustain profitability.

Rockley expects to continue to incur operating losses for the foreseeable future as it:
- continues to invest in its technology and its silicon photonics chipsets and modules, as well as its cloud-based analytics subscription service;
- continues to develop innovative solutions and applications for its technology;
- commercializes its silicon photonics solutions;
- continues to invest in its sales and marketing activities and distribution channels;
- invests and improves its operational, financial, and management information systems;
- increases its headcount;
- expands its intellectual property portfolio; and
- enhances internal functions, systems, and infrastructure to support its anticipated transition to a public company.

5

**Exhibit 10**
**Page 1921**

Table of Contents

***Rockley has a history of recurring losses and negative cash flows from operations, and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern."***

Since inception, Rockley has financed its operations primarily through the issuance and sale of convertible loan notes, Ordinary Shares and revenue received from agreed-upon projects. As of June 30, 2021, Rockley's cash and cash equivalents balance was $35.4 million and it had an accumulated deficit of $328.2 million. Due to Rockley's history of recurring losses from operations, negative cash flows from operations, and a significant accumulated deficit, its management concluded that there is substantial doubt about Rockley's ability to continue as a going concern. There have been no adjustments to the accompanying financial statements of Rockley to reflect this uncertainty. Rockley's ability to continue as a going concern is dependent upon it becoming profitable in the future or obtaining the necessary capital to meet its obligations. Rockley's determination of substantial doubt about its ability to continue as a going concern could materially limit its ability to raise additional funds through the issuance of equity securities, debt financing or otherwise. There can be no assurance that any such issuance of equity securities, debt financing or other means of financing will be available in the future, or the terms of any such financing will be acceptable to Rockley. Further, there can be no assurance that Rockley will ever become profitable or continue as a going concern.

***If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.***

Rockley's success in developing and commercializing its products depends in large part on its customers' success in developing, commercializing, and achieving widespread market acceptance of their end products that incorporate Rockley's products. Rockley's customers may be unable to fully develop and commercialize, or achieve widespread market acceptance of, their end products that incorporate Rockley's products. Further, these customers may not continue to incorporate Rockley's products into their end products either in the short or long term. If such customers' end products are not fully developed and commercialized, fail to achieve or maintain widespread market acceptance, experience delays, or if Rockley's customers otherwise choose not incorporate Rockley's products into their end products, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

***If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.***

Rockley is currently developing products for use in its customers' end products, which are in varying stages of development. Many of these products, including products for consumer device, medical device, and life sciences companies, require extensive testing or qualification processes, which involve testing of Rockley's products in the customers' end products and systems, as well as testing for reliability. These qualification processes may continue for several months or longer. However, qualification of any of Rockley's products by a customer does not assure any sales of such product by Rockley to that customer. Even after successful qualification and sales by Rockley of a product to a customer, a subsequent revision in Rockley's third-party contractors' manufacturing process or Rockley's selection of a new supplier may require a new qualification process with Rockley's customers, which may result in delays in the sale of such product and could also result in Rockley holding excess or obsolete inventory. After Rockley's products are qualified, it can take several months before the customer commences production of end products that incorporate Rockley's products. Rockley spends significant time and resources to have its products selected for incorporation into these end products, which is known as a "design win." If Rockley fails to win a significant number of design wins in its target markets, its business, results of operations, and financial condition will be materially and adversely affected.

6

Exhibit 10
Page 1922

Table of Contents

Rockley is targeting the deployment of its products in the consumer health and wellness and medical device sectors and forecasts of Rockley's future results contained in this prospectus assume that Rockley will successfully commercialize its products and achieve significant market penetration in these sectors. As a result, if Rockley's products are not selected for inclusion by consumer device and medical device companies or life sciences companies, or their suppliers, Rockley's actual results may differ materially from its forecasts and Rockley's business would be materially and adversely affected.

***Rockley's limited operating history makes it difficult to evaluate its future prospects and the risks and challenges which may impact its business.***

Rockley was founded in 2013, completed development of its advanced sensing platform in 2019, launched its healthcare module offering in 2020, and has not yet fully developed and commercialized any of its products. This relatively limited operating history makes it difficult to evaluate Rockley's future prospects and the risks and challenges it may encounter. The risks and challenges which may impact Rockley's future prospects and business include, but are not limited to, its ability to:

- successfully commercialize its products and services, including its silicon photonics chipsets, module applications, and analytics subscription service;
- develop innovative applications for its silicon photonics and sensing technology;
- expand its sales and marketing activities and distribution channels;
- improve its operational, financial, and management information systems;
- attract, hire, integrate, and retain qualified talent to support the growth of its business. This includes increasing headcount to appropriately staff to projected growth;
- protect its intellectual property portfolio;
- enhance internal systems, functions, and infrastructure to support its anticipated transition to a public company;
- comply with existing and new or modified laws and regulations applicable to its business;
- manage capital expenditures for its current and future products, as well as its supply chain and supplier relationships;
- anticipate and respond to macroeconomic changes and changes in the markets in which it operates;
- effectively manage its growth and business operations, including the impacts of the COVID-19 pandemic on its business; and
- hire, integrate, and retain qualified talent to support the growth of its business.

If Rockley fails to successfully manage the risks and difficulties that it faces, including those associated with the challenges listed above and those described elsewhere in this "Risk Factors Related to Rockley's Business and Industry" section, its business, financial condition, and results of operations could be materially and adversely affected. Further, because Rockley has a limited operating history and has not yet commercialized its products, it is difficult to accurately assess its future prospects or financial performance. Rockley has encountered in the past, and will encounter in the future, risks and uncertainties frequently experienced by growing companies with limited operating histories in rapidly changing industries. If Rockley's assumptions regarding these risks and uncertainties, which it uses to plan and operate its business, are incorrect or change, or if it does not address these risks successfully, its results of operations could differ materially from its expectations and its business, financial condition, and results of operations could be materially and adversely affected.

7

Table of Contents

Rockley's products. Many of these large corporations that are customers or potential customers also have significant development resources, which may allow them to acquire or develop independently, or in partnership with others, competitive technologies. Meeting the technical requirements and securing design wins with any of these companies will require a substantial investment of Rockley's time and resources. Rockley cannot assure you that its products or technology will secure design wins from these or other companies or that it will generate meaningful revenue from the sales of its products to these key customers and potential customers. If Rockley's products are not selected by these large corporations or if these corporations develop or acquire competitive technology, it will have an adverse effect on Rockley's business.

***Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, including its largest customer, could significantly reduce its revenue and adversely impact Rockley's operating results.***

Rockley believes that its operating results for the foreseeable future will continue to depend to a significant extent on revenue attributable to a few large customers, including Apple Inc., Rockley's largest customer, and Hengtong Rockley Technology Co., Ltd. ("HRT"), its second largest customer. Rockley's two largest customers collectively accounted for 100% and 99.6% of Rockley's revenue in 2020 and 2019, respectively. Revenue attributable to Rockley's largest customer accounted for the majority of its revenue in 2020 and 2019, respectively. Rockley anticipates revenue attributable to this customer will fluctuate from period to period, although it expects to remain dependent on this customer for a significant portion of its revenue for the foreseeable future. Rockley has a master supply and development agreement with this customer, which provides a general framework for Rockley's transactions with it. This agreement continues until either party terminates for material breach. Under this agreement, Rockley has agreed to develop and deliver new products to this customer at its request, provided it also meets Rockley's business purposes, and has agreed to indemnify it for intellectual property infringement or any injury or damages caused by Rockley's products. This customer does not have any minimum or binding purchase obligations to Rockley under this agreement and could elect to discontinue or reduce making purchases from Rockley with little or no notice.

HRT is a joint venture formed by Rockley with Hengtong Optic-Electric Co., Ltd. ("Hengtong"), a subsidiary of Hengtong Group, Co., Ltd., in 2017. Under the Sino-Foreign Equity Joint Venture Contract (the "JV Agreement") and the related technology development agreement and license agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs and Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. See notes 3 and 11 to the notes to Rockley's consolidated financial statements included elsewhere in this prospectus.

In addition, customers may seek to enter into licensing arrangements in lieu of product purchases, which could negatively impact Rockley's revenue, and, to a lesser extent, Rockley's gross margins. If Rockley's customers were to choose to work with other manufacturers or its relationships with its customers is disrupted for any reason, it could have a significant negative impact on Rockley's business. Any reduction in sales attributable to Rockley's larger customers would have a significant and disproportionate impact on Rockley's business, financial condition, and results of operations.

Rockley's customers, or the distributors through which it sells to these customers, may choose to use products in addition to Rockley's, use a different product altogether, or develop an in-house solution. Any of these events could significantly harm its business, financial condition, and results of operations. In addition, if Rockley's distributors' relationships with Rockley's end customers, including its larger end customers, are disrupted for inability to deliver sufficient products or for any other reason, it could have a significant negative impact on Rockley's business, financial condition, and results of operations.

23

**Exhibit 10**
**Page 1939**

Table of Contents

***Rockley is dependent in part upon its relationships and alliances with industry participants to generate revenue, which involves risks and uncertainties.***

Rockley has, and in the future may, acquire interests in joint ventures, which may subject Rockley to risk because, among other things, Rockley cannot exercise sole decision-making power and its partners may have different economic interests than Rockley has. For example, Rockley currently holds a 24.9% share in a strategic joint venture with another industry participant and is currently in discussions regarding potential licensing of technology to the joint venture in return for future payments. Rockley is therefore dependent on the successful execution of a licensing agreement with this joint venture partner to generate additional revenue. Rockley may also acquire interests in other joint ventures with third parties. There are additional risks involved in joint venture transactions. For example, as a co-investor in a joint venture, Rockley may not be in a position to exercise sole decision-making authority relating to the joint venture or other entity. As a result, the operations of any joint venture are subject to the risk that third parties may make business, financial, or management decisions with which Rockley does not agree, or the management of the joint venture may take risks or otherwise act in a manner that does not serve Rockley's interests. Further, there may be a potential risk of impasse in some business decisions because Rockley may not be in a position to exercise sole decision-making authority. In such situations, it is possible that Rockley may not be able to exit the relationship because it may not have the funds necessary to complete a buy-out of the other partner or it may be difficult to locate a third-party purchaser for its interest. Because Rockley may not have the ability to exercise control over such operations, it may not be able to realize some or all of the benefits that it believes will be created from its involvement. In addition, there is the potential that a joint venture partner may become bankrupt or have divergent, conflicting, or inconsistent economic or business interests from Rockley. This could result in, among other things, exposing Rockley to liabilities of the joint venture in excess of its proportionate share of these liabilities. If any of the foregoing were to occur, Rockley's business, financial condition, and results of operations could suffer.

***If Rockley is unable to expand or further diversify its customer base, its business, financial condition, and results of operations could suffer.***

Rockley currently expects the composition of its largest customers to vary over time, and that revenue attributable to its largest customers in any given period may decline over time. Rockley's relationships with existing customers may deter potential customers who compete with these customers from buying Rockley's products. If Rockley is unable to expand or further diversify its customer base, it could harm its business, financial condition, and results of operations.

Rockley does not currently have any products in commercial production. Accordingly, Rockley views its current customer relationships in the following stages: (a) customers with whom it is "engaged," or in discussions with, regarding potential product features for incorporation into such customer's end products or (b) customers with whom it is "contracted" where Rockley has non-binding MOUs or development and supply agreements. These non-binding MOUs and development and supply agreements provide a general framework for Rockley's transactions with the customer and typically provide that Rockley will develop and deliver new products meeting the customer's specifications. These agreements do not contain any minimum or binding purchase obligations. If Rockley is unable to transition customers with whom it is engaged in discussions to contracted customers or if Rockley fails to otherwise attract new customers, it would negatively impact Rockley's ability to grow its business and gain market share, which in turn would harm Rockley's financial condition and results of operations.

***Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.***

Rockley anticipates that its products will be sold directly to customers as well as through distributors and resellers, with, in certain cases, no long-term or minimum purchase commitments from them or their end

24

Exhibit 10
Page 1940

Table of Contents

difficult to, among other things, compete with other market participants, manage Rockley's research and development activities, and retain existing customers or cultivate new ones. Competition for highly skilled talent is often intense and Rockley may incur significant costs to attract highly-skilled talent. Rockley may not be successful in attracting, integrating, or retaining qualified talent to fulfill its current or future needs. Rockley has, from time to time, experienced, and it expects to continue to experience, difficulty in hiring and retaining highly skilled employees with appropriate qualifications.

In addition, job candidates and existing employees often consider the value of the equity awards they receive in connection with their employment. If the perceived value of Rockley's equity or equity awards declines it may adversely affect Rockley's ability to retain highly skilled employees. If Rockley fails to attract new talent or fails to retain and motivate its current talent, its business and future growth prospects could be adversely affected.

## Legal and Regulatory Risks Related to Rockley's Business

### Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.

Certain of Rockley's products and services are subject to export control and import laws and regulations, including the U.S. Export Administration Regulations, U.S. Customs regulations, and various economic and trade sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Controls. U.S. export control laws and regulations and economic sanctions prohibit the shipment of certain products and services to U.S. embargoed or sanctioned countries, governments and persons. In addition, complying with export control and sanctions regulations for a particular sale may be time-consuming and result in the delay or loss of sales opportunities. Exports of Rockley's products and technology must be made in compliance with these laws and regulations. If Rockley fails to comply with these laws and regulations, Rockley and certain of its employees could be subject to substantial civil or criminal penalties, including the possible loss of export or import privileges, fines, which may be imposed on Rockley and responsible employees or managers, and, in extreme cases, the incarceration of responsible employees or managers.

### Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.

Changes in global political, regulatory, and economic conditions, or in laws and policies governing foreign trade, manufacturing, development, and investment in the territories or countries where Rockley may purchase its components, sell its products, or conduct its business, could adversely affect Rockley's business. The United States has in the past instituted or proposed changes in trade policies that included the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the United States, economic sanctions on individuals, corporations, or countries, and other government regulations affecting trade between the United States and other countries where Rockley conducts its business. A number of other nations have proposed or instituted similar measures directed at trade with the United States in response. As a result of these developments or any future similar developments, there may be greater restrictions and economic disincentives on international trade that could adversely affect Rockley's business. It may be time-consuming and expensive for Rockley to alter its business operations to adapt to or comply with any such changes, and any failure to do so could have a material adverse effect on its business, financial condition, and results of operations.

### Rockley may become involved in legal and regulatory proceedings and commercial or contractual disputes, which could have an adverse effect on its profitability and financial position.

Rockley may be, from time to time, involved in litigation, regulatory proceedings, and commercial or contractual disputes that may be significant. These matters may include, without limitation, disputes with

26

Exhibit 10
Page 1942

**Table of Contents**

products based on our technology platform could have the potential to unlock and accelerate advancements in areas such as early disease detection, nutrition management, and preventative healthcare delivery through continuous health and wellness monitoring.

To date, we have been engaged in developing customer-specific designs of our silicon photonics chipsets for incorporation into our customers' end products. Accordingly, all of our products are presently in the development stage and we do not currently have any of our own end products in commercial production and have not yet shipped any products commercially. Our unique sensing platform has been built upon our silicon photonics technology, which enables compelling sensor performance, power, resolution, and density. This technology has the potential to allow monitoring devices, currently the size of clinical machines, to be condensed to the size of a wearable device. We believe this in turn has the potential to unlock additional uses in consumer electronics and medical devices. The resulting combination of technologies and manufacturing know-how is the "full-stack Rockley Platform" which is made up of PICs in silicon with integrated III-V devices (devices incorporating certain conductor elements that offer superior electronic properties, such as lasers), ASICs, photonic and electronic co-packaging, together with biosensing algorithms and AI cloud analytics, firmware/software, system architecture, and hardware design.

As testament to the relevance of our product development, we have captured the attention of several consumer electronics companies and, as of the date of this prospectus, we are engaged or in contract with entities which collectively account for over 55% market share of wearable devices (of the 55%, we have an agreement with an entity that represents 42%, an MOU with an entity that represents 5% and we are in discussions with entities which represent at least 8%) and over 50% market share of smartphone devices, based on a combination of data sourced from the Yole Report, the IDtechEx Report and the TrendForce Report, as well as our internal volume forecasts for smartphone, smart watch, and smart earbuds through 2025 (based on customer data). We plan to leverage this attention to develop new capabilities in consumer wearables in the near term, and to expand over time into medical devices and other industry applications.

Our vision is to address many pressing healthcare concerns using our technology and we believe that there exists a large market opportunity for our platform. We estimate that the TAM for the consumer wearables, mobile device, and medical device markets is projected to be over $48 billion by 2025, based on data sourced from the Yole Report, the IDtexEx Report, the TrendForce Report, and our internal volume forecasts for smartphone, smart watch, and smart earbuds through 2025 (based on customer data), as the universe of healthcare and consumer wearable devices incorporating additional sensing capabilities emerges. Our target biomarkers for consumer healthcare include lactate, alcohol, glucose (indicator), carbon monoxide, blood pressure, blood oxygen, and core body temperature, among others. Our high-performance lasers have up to 1,000,000 times higher resolution, 1,000 times higher accuracy and 100 times broader range in wavelengths compared with existing LED offerings in wearable solutions (based on product analysis undertaken by Rockley comparing the Rockley silicon photonics-based spectrometer chip to existing solutions). We believe our platform will also be able to address existing applications in consumer wearable devices with significantly higher resolution, accuracy, and range. Further, we believe there are multiple additional markets and concrete opportunities for our technology platform in areas such as data center connectivity (optical transceivers), machine vision (robotic and automotive LiDAR), and compute connectivity (co-packaged optics, or CPO).

To date, we have generated revenue primarily from NRE and development services for customer-specific designs of silicon photonics chipsets for incorporation into their customers' end products and we have financed our operations primarily through the issuance of convertible loan notes, as well as private placements of Ordinary Shares. From the date of our formation through June 30, 2021, we have raised aggregate gross proceeds of approximately $290.0 million from the issuance of convertible loan notes and Ordinary Shares. For the six months ended June 30, 2021, we incurred a net loss of $95.3 million and utilized $54.5 million in cash to fund our operations.

**Exhibit A**
**Page 74**

**Exhibit 10**
**Page 1971**

**Table of Contents**

- Our waveguides exhibit low dispersion (low signal distortion) and low polarization dependent loss (simplifying receiver architectures in particular).
- The platform incorporates features that enable low-loss, passively aligned fiber coupling (integrated mode size converters and v-grooves).
- The platform is well suited to power-efficient integration of III-V waveguide devices such as lasers and modulators that also have a multi-micron mode size. Processed, known good, III-V devices can be flip-chip bonded into recesses etched in the silicon waveguide layer to achieve edge coupling. This has the advantages of compact coupling without tapers or spot-size converters, active device processing in existing III-V foundries, back-end integration of known good and reliable III-V devices, and more favorable thermals.
- The large waveguides also offer a much higher optical power handling capability than small waveguides.
- Broadband optical performance enables sensing a large optical spectrum to cover a wide range of measurands.
- Accurate wavelength targeting enables using many finely spaced wavelengths for accurate detection.
- Low optical loss enables a high signal-to-noise ratio ("SNR") and hence high-fidelity signal detection and helps reduce overall power consumption.
- Low-loss coupling from III-V to Si waveguide drives down power consumption for long battery life.
- Compact PIC layouts result in small chip sizes to fit within consumer device form factors and reduce product cost.
- Known-good-die integration of active elements improved yields, which leads to cost-effective solutions.

The figure below illustrates our full stack platform model.



- *Photonic integrated circuits in silicon with integrated III-V:* The design and large-scale manufacturing of silicon photonic PICs and integration of active "III-V" elements onto these PICs are the foundational competencies of Rockley. These PICs are manufactured using our proprietary and highly differentiated process flow deployed at our foundry partners.
- *Application-specific integrated circuits ("ASICs"):* The design of electronic ICs to complement our PICs and facilitate their integration into a specific end product is the second key component of our platform offering. The ICs are designed in volume CMOS or BiCMOS technology nodes using standard design flows and are manufactured at volume-scale foundries.

85

Table of Contents

### Export Regulation

Our business activities are also subject to various restrictions under U.S. export and similar laws and regulations, as well as various economic and trade sanctions administered by the U.S. Treasury Department's Office of Foreign Assets Control. Further, various countries regulate the import of certain technology and have enacted or could enact laws that could limit our ability to provide customers with our products in those countries.

We are also subject to various domestic and international anti-competition laws, such as the U.S. Foreign Corrupt Practices Act and the U.K. Bribery Act, as well as other similar anti-bribery and anti-kickback laws and regulations, These laws and regulations generally prohibit companies, their employees, and their intermediaries from authorizing, offering, providing, and/or accepting improper payments or other benefits for improper purposes. Although we take precautions to prevent violations of these laws, our exposure for violating these laws increases as our international presence expands and as we increase sales and operations in foreign jurisdictions.

New legislation or regulation, the application of laws from jurisdictions whose laws do not currently apply to our business, or the application of existing laws and regulations to technology in the wearables industry generally could result in significant additional compliance costs and responsibilities for our business.

### Privacy

We are or may become subject to a variety of laws and regulations in the United States and abroad regarding privacy, data protection, and data security. These laws and regulations are continuously evolving and developing. The scope and interpretation of the laws that are or may be applicable to us are often uncertain and may be conflicting, particularly with respect to foreign laws.

In particular, there are numerous U.S. federal, state, and local laws and regulations and foreign laws and regulations regarding privacy and the collection, sharing, use, processing, disclosure, and protection of personal data. Such laws and regulations often have changes in scope, may be subject to differing interpretations, and may be inconsistent among different jurisdictions. For example, the General Data Protection Regulation (the "GDPR"), which became effective in May 2018, includes operational requirements for companies that receive or process personal data of residents of the European Union that are broader and more stringent than those previously in place in the European Union. The GDPR includes significant penalties for non-compliance, including fines of up to €20 million or 4% of total worldwide revenue, Additionally, in June 2018, California enacted the California Consumer Privacy Act (the "CCPA"), which became effective in January 2020. The CCPA requires covered companies to provide California consumers with new disclosures and expands the rights afforded consumers regarding their data, Fines for noncompliance may be up to $7,500 per violation. We cannot currently estimate the potential impact of the CCPA on our business or operations.

Additionally, we rely on various legal mechanisms for transferring certain personal data outside of the European Economic Area, or EEA, including the EU-U.S. Privacy Shield Framework, or Privacy Shield, and EU Standard Contractual Clauses, or SCCs. If we fail or are perceived to fail to meet the Privacy Shield principles or our obligations under the SCCs, or if any of these legal mechanisms for transferring data from the EEA are invalidated by European courts or otherwise become defunct, European Union data protection authorities or the U.S. Federal Trade Commission, or FTC, could bring enforcement actions seeking to prohibit or suspend our data transfers or alleging unfair or deceptive practices, In such cases, we could be required to make potentially expensive changes to our information technology infrastructure and business operations, and we could face legal liability, fines, negative publicity, and resulting loss of business.

Certain health-related laws and regulations such as the Health Insurance Portability and Accountability Act of 1996, or HIPAA, and the Health Information Technology for Economic and Clinical Health Act, or HITECH, may also have an impact on our business. If we are unable to comply with the applicable privacy and

95

Table of Contents

Additionally, the Registration Rights and Lock-Up Agreement between HoldCo, the Sponsor-Related Holders, and the Rockley UK-Related Holders generally provides for the Sponsor and other equity investors and their Permitted Transferees (as defined in the Registration Rights and Lock-Up Agreement), to be subject to transfer restrictions, subject to certain other terms and conditions depending on the price of the HoldCo Ordinary Shares.

**Company Holders Support Agreement**

Concurrently with the execution of the Business Combination Agreement, SC Health, Rockley, HoldCo, Merger Sub and certain of the shareholders of Rockley entered into the Company Holders Support Agreement, pursuant to which certain shareholders who held a material number of shares in Rockley have agreed to, among other things and subject to certain tax conditions being met: (i) vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at the court meeting and general meeting of Rockley shareholders contemplated in the Business Combination Agreement, and take all other necessary and desirable actions reasonably requested by Rockley in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement; (ii) vote against certain transactions involving Rockley that would reasonably be expected to, among other things, impede or nullify the transactions contemplated by the Business Combination Agreement, any ancillary agreements or Company Holders Support Agreement, result in a breach of any obligation or agreement of Rockley under the Business Combination Agreement or other related agreement, or result in any of the conditions to obligations of the Business Combination Agreement not being fulfilled; (iii) be bound by certain transfer restrictions with respect to the Ordinary Shares of Rockley held by the shareholder; and (iv) do all things reasonably necessary, proper or advisable to consummate the transactions contemplated by the Business Combination Agreement and not take any action that would reasonably be expected to prevent or delay the satisfaction of any of the conditions to those transactions.

Dr. Andrew Rickman, OBE (chairman and chief executive officer of Rockley), entered into the AR Support Agreement which is on the same terms as the Company Holders Support Agreement except that it also includes Dr. Rickman agreeing to vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at a general meeting (or by written consent) of the shareholders of HoldCo, and take all other necessary and desirable actions reasonably requested by HoldCo in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement.

**Rockley**

*Hengtong JV*

In 2017, Rockley formed HRT, a joint venture with Hengtong pursuant to the JV Agreement. Under the JV Agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs, including a license to modify and improve. Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. As of December 31, 2020 and 2019, the balance owed by the joint venture amounted to $3.3 million and $2.9 million, respectively, and is included in accounts receivable in the accompanying balance sheets.

On December 19, 2017, Hengtong participated in Rockley's Round D financing and entered into a Subscription Agreement whereby Hengtong agreed to purchase, and Rockley agreed to sell, 70,000 Ordinary Shares for an aggregate purchase price of $6,650,000. On March 22, 2018 Rockley conducted a 10/1 share split resulting in Hengtong owning 700,000 Ordinary Shares. On March 15, 2019, Hengtong participated in Rockley's Round E financing, and entered into a further Subscription Agreement whereby Hengtong agreed to purchase, and Rockley agreed to sell, 2,098,195 Ordinary Shares at a purchase price of $14.298, for an aggregate of $30,000,000.

119

**Table of Contents**

**RISK FACTOR SUMMARY**

       Rockley's business and its ability to execute its strategy or realize the anticipated benefits of the Business Combination, and any investment in its securities are subject to risks and uncertainties, many of which are beyond Rockley's control. You should carefully consider and evaluate all of the risks and uncertainties with respect to any investment in the securities of Rockley, including, but not limited to, the following and those discussed under "Risk Factors." References below to Rockley shall be deemed to also refer to Rockley and its subsidiaries, as the context requires or as appropriate.

**Risks Related to Rockley's Business and Industry; Customer-Related Risks**

- If Rockley does not fully develop or commercialize its products and services, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected.
- Rockley has a history of recurring losses and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern." Rockley expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability.
- If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, or if Rockley's products are not selected for inclusion in its customers' end products, are not adopted in other industry verticals or use cases, or are not adopted by leading consumer and medical device companies, Rockley's business will be materially and adversely affected.
- The forecasts and anticipated financial outlook or related information contained in this prospectus are based upon assumptions, analyses, and internal estimates developed by Rockley's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, Rockley's actual operating results may differ materially from those forecasted or anticipated.
- Rockley expects its results of operations to fluctuate on a quarterly and annual basis, which could cause Rockley's stock price to fluctuate or decline.
- If Rockley is unable to manage its growth or scale its operations, its business and operating results could be materially and adversely affected.
- Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate.
- Rockley's international operations expose it to operational, financial, and regulatory risks, which could harm Rockley's business.
- Rockley is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which in turn could adversely affect Rockley's business, results of operations, and financial condition.
- If Rockley is unable to sell its products to its target customers, including large corporations with substantial negotiating power, or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.
- Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, or Rockley's failure to diversify its customer base, could significantly reduce its revenue and adversely impact Rockley's operating results.
- Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.

v

Table of Contents

## RISK FACTORS

*Investing in our securities involves risks. Before you make a decision to buy our securities, in addition to the risks and uncertainties discussed above under "Forward-Looking Statements," you should carefully consider the specific risks set forth herein. If any of these risks actually occur, it may materially harm our business, financial condition, liquidity, results of operations, and prospects. As a result, the market price of our securities could decline, and you could lose all or part of your investment. Additionally, the risks and uncertainties described in this prospectus or any prospectus supplement are not the only risks and uncertainties that we face. Additional risks and uncertainties not presently known to us or that we currently believe to be immaterial may become material and adversely affect our business. If any of the following risks or other not specified below materialize, our business financial condition and results of operations could be materially and adversely affected. In that case, the trading price of our Ordinary Shares could decline.*

### Risks Related to Rockley's Business and Industry

***Rockley has incurred net losses since inception and expects to continue to incur losses for the foreseeable future. If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.***

Rockley has to date generated revenue primarily from non-recurring engineering ("NRE") and development services for customer-specific designs of silicon photonics chipsets for incorporation into its customers' end products. Rockley incurred a net loss of $30.6 million and $95.3 million for the three and six months ended June 30, 2021, respectively. As of June 30, 2021, Rockley had an accumulated deficit of $328.2 million. Rockley believes that it will continue to incur operating and net losses for the foreseeable future, including for a period of time after commercialization of its silicon photonics chipsets, which is not currently expected to begin until 2022; provided that any such commercialization may occur later than 2022 or not at all. Even if Rockley is able to successfully develop and sell its products, there can be no guarantee that it will do so within its anticipated timeframe or that its products will be commercially successful. Rockley's potential future profitability is dependent upon the successful development, commercial introduction, and acceptance of its products and services, including its silicon photonics chipsets for the consumer wearables market and its module applications with biomarker detection capabilities for advanced health metrics. Because Rockley will incur costs to develop and commercialize its products and services, including its chipsets and module applications, before it receives any significant revenue from any sales of such products or services, Rockley's losses in future periods may continue. Rockley may never achieve or sustain profitability.

Rockley expects to continue to incur operating losses for the foreseeable future as it:
- continues to invest in its technology and its silicon photonics chipsets and modules, as well as its cloud-based analytics subscription service;
- continues to develop innovative solutions and applications for its technology;
- commercializes its silicon photonics solutions;
- continues to invest in its sales and marketing activities and distribution channels;
- invests and improves its operational, financial, and management information systems;
- increases its headcount;
- expands its intellectual property portfolio; and
- enhances internal functions, systems, and infrastructure to support its anticipated transition to a public company.

Exhibit 11
Page 2200

Table of Contents

***Rockley has a history of recurring losses and negative cash flows from operations, and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern."***

Since inception, Rockley has financed its operations primarily through the issuance and sale of convertible loan notes, Ordinary Shares and revenue received from agreed-upon projects. As of June 30, 2021, Rockley's cash and cash equivalents balance was $35.4 million and it had an accumulated deficit of $328.2 million. Due to Rockley's history of recurring losses from operations, negative cash flows from operations, and a significant accumulated deficit, its management concluded that there is substantial doubt about Rockley's ability to continue as a going concern. There have been no adjustments to the accompanying financial statements of Rockley to reflect this uncertainty. Rockley's ability to continue as a going concern is dependent upon it becoming profitable in the future or obtaining the necessary capital to meet its obligations. Rockley's determination of substantial doubt about its ability to continue as a going concern could materially limit its ability to raise additional funds through the issuance of equity securities, debt financing or otherwise. There can be no assurance that any such issuance of equity securities, debt financing or other means of financing will be available in the future, or the terms of any such financing will be acceptable to Rockley. Further, there can be no assurance that Rockley will ever become profitable or continue as a going concern.

***If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.***

Rockley's success in developing and commercializing its products depends in large part on its customers' success in developing, commercializing, and achieving widespread market acceptance of their end products that incorporate Rockley's products. Rockley's customers may be unable to fully develop and commercialize, or achieve widespread market acceptance of, their end products that incorporate Rockley's products. Further, these customers may not continue to incorporate Rockley's products into their end products either in the short or long term. If such customers' end products are not fully developed and commercialized, fail to achieve or maintain widespread market acceptance, experience delays, or if Rockley's customers otherwise choose not incorporate Rockley's products into their end products, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

***If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.***

Rockley is currently developing products for use in its customers' end products, which are in varying stages of development. Many of these products, including products for consumer device, medical device, and life sciences companies, require extensive testing or qualification processes, which involve testing of Rockley's products in the customers' end products and systems, as well as testing for reliability. These qualification processes may continue for several months or longer. However, qualification of any of Rockley's products by a customer does not assure any sales of such product by Rockley to that customer. Even after successful qualification and sales by Rockley of a product to a customer, a subsequent revision in Rockley's third-party contractors' manufacturing process or Rockley's selection of a new supplier may require a new qualification process with Rockley's customers, which may result in delays in the sale of such product and could also result in Rockley holding excess or obsolete inventory. After Rockley's products are qualified, it can take several months before the customer commences production of end products that incorporate Rockley's products. Rockley spends significant time and resources to have its products selected for incorporation into these end products, which is known as a "design win." If Rockley fails to win a significant number of design wins in its target markets, its business, results of operations, and financial condition will be materially and adversely affected.

8

Exhibit 11
Page 2201

Table of Contents

Rockley is targeting the deployment of its products in the consumer health and wellness and medical device sectors and forecasts of Rockley's future results contained in this prospectus assume that Rockley will successfully commercialize its products and achieve significant market penetration in these sectors. As a result, if Rockley's products are not selected for inclusion by consumer device and medical device companies or life sciences companies, or their suppliers, Rockley's actual results may differ materially from its forecasts and Rockley's business would be materially and adversely affected.

***Rockley's limited operating history makes it difficult to evaluate its future prospects and the risks and challenges which may impact its business.***

Rockley was founded in 2013, completed development of its advanced sensing platform in 2019, launched its healthcare module offering in 2020, and has not yet fully developed and commercialized any of its products. This relatively limited operating history makes it difficult to evaluate Rockley's future prospects and the risks and challenges it may encounter. The risks and challenges which may impact Rockley's future prospects and business include, but are not limited to, its ability to:

- successfully commercialize its products and services, including its silicon photonics chipsets, module applications, and analytics subscription service;
- develop innovative applications for its silicon photonics and sensing technology;
- expand its sales and marketing activities and distribution channels;
- improve its operational, financial, and management information systems;
- attract, hire, integrate, and retain qualified talent to support the growth of its business. This includes increasing headcount to appropriately staff to projected growth;
- protect its intellectual property portfolio;
- enhance internal systems, functions, and infrastructure to support its anticipated transition to a public company;
- comply with existing and new or modified laws and regulations applicable to its business;
- manage capital expenditures for its current and future products, as well as its supply chain and supplier relationships;
- anticipate and respond to macroeconomic changes and changes in the markets in which it operates;
- effectively manage its growth and business operations, including the impacts of the COVID-19 pandemic on its business; and
- hire, integrate, and retain qualified talent to support the growth of its business.

If Rockley fails to successfully manage the risks and difficulties that it faces, including those associated with the challenges listed above and those described elsewhere in this "Risk Factors Related to Rockley's Business and Industry" section, its business, financial condition, and results of operations could be materially and adversely affected. Further, because Rockley has a limited operating history and has not yet commercialized its products, it is difficult to accurately assess its future prospects or financial performance. Rockley has encountered in the past, and will encounter in the future, risks and uncertainties frequently experienced by growing companies with limited operating histories in rapidly changing industries. If Rockley's assumptions regarding these risks and uncertainties, which it uses to plan and operate its business, are incorrect or change, or if it does not address these risks successfully, its results of operations could differ materially from its expectations and its business, financial condition, and results of operations could be materially and adversely affected.

9

Table of Contents

Rockley's products. Many of these large corporations that are customers or potential customers also have significant development resources, which may allow them to acquire or develop independently, or in partnership with others, competitive technologies. Meeting the technical requirements and securing design wins with any of these companies will require a substantial investment of Rockley's time and resources. Rockley cannot assure you that its products or technology will secure design wins from these or other companies or that it will generate meaningful revenue from the sales of its products to these key customers and potential customers. If Rockley's products are not selected by these large corporations or if these corporations develop or acquire competitive technology, it will have an adverse effect on Rockley's business.

***Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, including its largest customer, could significantly reduce its revenue and adversely impact Rockley's operating results.***

Rockley believes that its operating results for the foreseeable future will continue to depend to a significant extent on revenue attributable to a few large customers, including Apple Inc., Rockley's largest customer, and Hengtong Rockley Technology Co., Ltd. ("HRT"), its second largest customer. Rockley's two largest customers collectively accounted for 100% and 99.6% of Rockley's revenue in 2020 and 2019, respectively. Revenue attributable to Rockley's largest customer accounted for the majority of its revenue in 2020 and 2019, respectively. Rockley anticipates revenue attributable to this customer will fluctuate from period to period, although it expects to remain dependent on this customer for a significant portion of its revenue for the foreseeable future. Rockley has a master supply and development agreement with this customer, which provides a general framework for Rockley's transactions with it. This agreement continues until either party terminates for material breach. Under this agreement, Rockley has agreed to develop and deliver new products to this customer at its request, provided it also meets Rockley's business purposes, and has agreed to indemnify it for intellectual property infringement or any injury or damages caused by Rockley's products. This customer does not have any minimum or binding purchase obligations to Rockley under this agreement and could elect to discontinue or reduce making purchases from Rockley with little or no notice.

HRT is a joint venture formed by Rockley with Hengtong Optic-Electric Co., Ltd. ("Hengtong"), a subsidiary of Hengtong Group, Co., Ltd., in 2017. Under the Sino-Foreign Equity Joint Venture Contract (the "JV Agreement") and the related technology development agreement and license agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs and Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. See notes 3 and 11 to the notes to Rockley's consolidated financial statements included elsewhere in this prospectus.

In addition, customers may seek to enter into licensing arrangements in lieu of product purchases, which could negatively impact Rockley's revenue, and, to a lesser extent, Rockley's gross margins. If Rockley's customers were to choose to work with other manufacturers or its relationships with its customers is disrupted for any reason, it could have a significant negative impact on Rockley's business. Any reduction in sales attributable to Rockley's larger customers would have a significant and disproportionate impact on Rockley's business, financial condition, and results of operations.

Rockley's customers, or the distributors through which it sells to these customers, may choose to use products in addition to Rockley's, use a different product altogether, or develop an in-house solution. Any of these events could significantly harm its business, financial condition, and results of operations. In addition, if Rockley's distributors' relationships with Rockley's end customers, including its larger end customers, are disrupted for inability to deliver sufficient products or for any other reason, it could have a significant negative impact on Rockley's business, financial condition, and results of operations.

25

Exhibit 11
Page 2218

Table of Contents

***Rockley is dependent in part upon its relationships and alliances with industry participants to generate revenue, which involves risks and uncertainties.***

Rockley has, and in the future may, acquire interests in joint ventures, which may subject Rockley to risk because, among other things, Rockley cannot exercise sole decision-making power and its partners may have different economic interests than Rockley has. For example, Rockley currently holds a 24.9% share in a strategic joint venture with another industry participant and is currently in discussions regarding potential licensing of technology to the joint venture in return for future payments. Rockley is therefore dependent on the successful execution of a licensing agreement with this joint venture partner to generate additional revenue. Rockley may also acquire interests in other joint ventures with third parties. There are additional risks involved in joint venture transactions. For example, as a co-investor in a joint venture, Rockley may not be in a position to exercise sole decision-making authority relating to the joint venture or other entity. As a result, the operations of any joint venture are subject to the risk that third parties may make business, financial, or management decisions with which Rockley does not agree, or the management of the joint venture may take risks or otherwise act in a manner that does not serve Rockley's interests. Further, there may be a potential risk of impasse in some business decisions because Rockley may not be in a position to exercise sole decision-making authority. In such situations, it is possible that Rockley may not be able to exit the relationship because it may not have the funds necessary to complete a buy-out of the other partner or it may be difficult to locate a third-party purchaser for its interest. Because Rockley may not have the ability to exercise control over such operations, it may not be able to realize some or all of the benefits that it believes will be created from its involvement. In addition, there is the potential that a joint venture partner may become bankrupt or have divergent, conflicting, or inconsistent economic or business interests from Rockley. This could result in, among other things, exposing Rockley to liabilities of the joint venture in excess of its proportionate share of these liabilities. If any of the foregoing were to occur, Rockley's business, financial condition, and results of operations could suffer.

***If Rockley is unable to expand or further diversify its customer base, its business, financial condition, and results of operations could suffer.***

Rockley currently expects the composition of its largest customers to vary over time, and that revenue attributable to its largest customers in any given period may decline over time. Rockley's relationships with existing customers may deter potential customers who compete with these customers from buying Rockley's products. If Rockley is unable to expand or further diversify its customer base, it could harm its business, financial condition, and results of operations.

Rockley does not currently have any products in commercial production. Accordingly, Rockley views its current customer relationships in the following stages: (a) customers with whom it is "engaged," or in discussions with, regarding potential product features for incorporation into such customer's end products or (b) customers with whom it is "contracted" where Rockley has non-binding MOUs or development and supply agreements. These non-binding MOUs and development and supply agreements provide a general framework for Rockley's transactions with the customer and typically provide that Rockley will develop and deliver new products meeting the customer's specifications. These agreements do not contain any minimum or binding purchase obligations. If Rockley is unable to transition customers with whom it is engaged in discussions to contracted customers or if Rockley fails to otherwise attract new customers, it would negatively impact Rockley's ability to grow its business and gain market share, which in turn would harm Rockley's financial condition and results of operations.

***Because Rockley does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes Rockley to inventory risk, and may cause its business and results of operations to suffer.***

Rockley anticipates that its products will be sold directly to customers as well as through distributors and resellers, with, in certain cases, no long-term or minimum purchase commitments from them or their end

26

Exhibit 11
Page 2219

Table of Contents

difficult to, among other things, compete with other market participants, manage Rockley's research and development activities, and retain existing customers or cultivate new ones. Competition for highly skilled talent is often intense and Rockley may incur significant costs to attract highly-skilled talent. Rockley may not be successful in attracting, integrating, or retaining qualified talent to fulfill its current or future needs. Rockley has, from time to time, experienced, and it expects to continue to experience, difficulty in hiring and retaining highly skilled employees with appropriate qualifications.

In addition, job candidates and existing employees often consider the value of the equity awards they receive in connection with their employment. If the perceived value of Rockley's equity or equity awards declines it may adversely affect Rockley's ability to retain highly skilled employees. If Rockley fails to attract new talent or fails to retain and motivate its current talent, its business and future growth prospects could be adversely affected.

**Legal and Regulatory Risks Related to Rockley's Business**

*Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.*

Certain of Rockley's products and services are subject to export control and import laws and regulations, including the U.S. Export Administration Regulations, U.S. Customs regulations, and various economic and trade sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Controls. U.S. export control laws and regulations and economic sanctions prohibit the shipment of certain products and services to U.S. embargoed or sanctioned countries, governments and persons. In addition, complying with export control and sanctions regulations for a particular sale may be time-consuming and result in the delay or loss of sales opportunities. Exports of Rockley's products and technology must be made in compliance with these laws and regulations. If Rockley fails to comply with these laws and regulations, Rockley and certain of its employees could be subject to substantial civil or criminal penalties, including the possible loss of export or import privileges, fines, which may be imposed on Rockley and responsible employees or managers, and, in extreme cases, the incarceration of responsible employees or managers.

*Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.*

Changes in global political, regulatory, and economic conditions, or in laws and policies governing foreign trade, manufacturing, development, and investment in the territories or countries where Rockley may purchase its components, sell its products, or conduct its business, could adversely affect Rockley's business. The United States has in the past instituted or proposed changes in trade policies that included the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the United States, economic sanctions on individuals, corporations, or countries, and other government regulations affecting trade between the United States and other countries where Rockley conducts its business. A number of other nations have proposed or instituted similar measures directed at trade with the United States in response. As a result of these developments or any future similar developments, there may be greater restrictions and economic disincentives on international trade that could adversely affect Rockley's business. It may be time-consuming and expensive for Rockley to alter its business operations to adapt to or comply with any such changes, and any failure to do so could have a material adverse effect on its business, financial condition, and results of operations.

*Rockley may become involved in legal and regulatory proceedings and commercial or contractual disputes, which could have an adverse effect on its profitability and financial position.*

Rockley may be, from time to time, involved in litigation, regulatory proceedings, and commercial or contractual disputes that may be significant. These matters may include, without limitation, disputes with

28

Exhibit 11
Page 2221

Table of Contents

Medical devices are also subject to numerous ongoing compliance requirements under the regulations of the FDA and corresponding state regulatory agencies, which can be costly and time consuming. For example, under FDA regulations medical device manufacturers are required to, among other things: (i) establish a quality management system to help ensure that their products consistently meet applicable requirements and specifications; (ii) establish and maintain procedures for receiving, reviewing, and evaluating complaints; (iii) establish and maintain a corrective and preventive action procedure; (iv) report certain device-related adverse events and product problems to the FDA; and (v) report to the FDA the removal or correction of a distributed product. If our solutions are incorporated into any medical device products of our end customers and these customers experience any product problems requiring reporting to the FDA or otherwise fail to comply with applicable FDA regulations or the regulations of corresponding state regulatory agencies, it could harm our ability to sell our solutions. In addition, if our end customers in the healthcare market are subject to enforcement actions such as fines, civil penalties, injunctions, recalls of products, delays in the introduction of products into the market, and refusal of the FDA or other regulators to grant future clearances or approvals, it could harm our reputation, business, operating results, and financial condition. In addition, in the United States, the FDA has taken the position that device manufacturers are prohibited from promoting their products other than for the uses and indications set forth in the approved product labeling, and any failure to comply could subject our end customers to significant civil or criminal exposure, administrative obligations and costs, and/or other potential penalties from, and/or agreements with, the federal government.

Government regulations outside the United States have, and may continue to, become increasingly stringent and common. In the European Union, for example, the European Union Medical Device Regulation was published in 2017 and, when it entered into full force in 2020, included significant additional pre-market and post-market requirements. Penalties for regulatory non-compliance could be severe, including fines and revocation or suspension of a company's business license, mandatory price reductions, and criminal sanctions. Future laws and regulations may have a material adverse effect on our end customers in the healthcare market, which in turn may negatively impact our ability to sell our solutions and otherwise harm our business and financial results.

### Export Regulation

Our business activities are also subject to various restrictions under U.S. export and similar laws and regulations, as well as various economic and trade sanctions administered by the U.S. Treasury Department's Office of Foreign Assets Control. Further, various countries regulate the import of certain technology and have enacted or could enact laws that could limit our ability to provide customers with our products in those countries.

We are also subject to various domestic and international anti-competition laws, such as the U.S. Foreign Corrupt Practices Act and the U.K. Bribery Act, as well as other similar anti-bribery and anti-kickback laws and regulations, These laws and regulations generally prohibit companies, their employees, and their intermediaries from authorizing, offering, providing, and/or accepting improper payments or other benefits for improper purposes. Although we take precautions to prevent violations of these laws, our exposure for violating these laws increases as our international presence expands and as we increase sales and operations in foreign jurisdictions.

New legislation or regulation, the application of laws from jurisdictions whose laws do not currently apply to our business, or the application of existing laws and regulations to technology in the wearables industry generally could result in significant additional compliance costs and responsibilities for our business.

### Privacy

We are or may become subject to a variety of laws and regulations in the United States and abroad regarding privacy, data protection, and data security. These laws and regulations are continuously evolving and developing. The scope and interpretation of the laws that are or may be applicable to us are often uncertain and may be conflicting, particularly with respect to foreign laws.

Table of Contents

their Permitted Transferees (as defined in the Registration Rights and Lock-Up Agreement), to be subject to transfer restrictions, subject to certain other terms and conditions depending on the price of the HoldCo Ordinary Shares.

**Company Holders Support Agreement**

Concurrently with the execution of the Business Combination Agreement, SC Health, Rockley, HoldCo, Merger Sub and certain of the shareholders of Rockley entered into the Company Holders Support Agreement, pursuant to which certain shareholders who held a material number of shares in Rockley have agreed to, among other things and subject to certain tax conditions being met: (i) vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at the court meeting and general meeting of Rockley shareholders contemplated in the Business Combination Agreement, and take all other necessary and desirable actions reasonably requested by Rockley in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement; (ii) vote against certain transactions involving Rockley that would reasonably be expected to, among other things, impede or nullify the transactions contemplated by the Business Combination Agreement, any ancillary agreements or Company Holders Support Agreement, result in a breach of any obligation or agreement of Rockley under the Business Combination Agreement or other related agreement, or result in any of the conditions to obligations of the Business Combination Agreement not being fulfilled; (iii) be bound by certain transfer restrictions with respect to the Ordinary Shares of Rockley held by the shareholder; and (iv) do all things reasonably necessary, proper or advisable to consummate the transactions contemplated by the Business Combination Agreement and not take any action that would reasonably be expected to prevent or delay the satisfaction of any of the conditions to those transactions.

Dr. Andrew Rickman, OBE (chairman and chief executive officer of Rockley), entered into the AR Support Agreement which is on the same terms as the Company Holders Support Agreement except that it also includes Dr. Rickman agreeing to vote in favor of the transactions contemplated by the Business Combination Agreement, any resolutions proposed at a general meeting (or by written consent) of the shareholders of HoldCo, and take all other necessary and desirable actions reasonably requested by HoldCo in connection with the transactions contemplated by the Business Combination Agreement or any ancillary agreement.

**Rockley**

*HengtongJV*

In 2017, Rockley formed HRT, a joint venture with Hengtong pursuant to the JV Agreement. Under the JV Agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs, including a license to modify and improve. Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. As of December 31, 2020 and 2019, the balance owed by the joint venture amounted to $3.3 million and $2.9 million, respectively, and is included in accounts receivable in the accompanying balance sheets.

On December 19, 2017, Hengtong participated in Rockley's Round D financing and entered into a Subscription Agreement whereby Hengtong agreed to purchase, and Rockley agreed to sell, 70,000 Ordinary Shares for an aggregate purchase price of $6,650,000. On March 22, 2018 Rockley conducted a 10/1 share split resulting in Hengtong owning 700,000 Ordinary Shares. On March 15, 2019, Hengtong participated in Rockley's Round E financing, and entered into a further Subscription Agreement whereby Hengtong agreed to purchase, and Rockley agreed to sell, 2,098,195 Ordinary Shares at a purchase price of $14.298, for an aggregate of $30,000,000.

*Consultancy Agreements*

Rockley engages two affiliate entities of certain of Rockley's directors for consulting and administrative services, Rockley Ventures Limited and Rockley Management (HK) Limited. For the six months ended June 30,

124

Table of Contents

**RISK FACTOR SUMMARY**

**Risks Related to the Company's Business and Industry; Customer-Related Risks**

•If the Company does not fully develop or commercialize its products and services, or if such products and services experience significant delays, the Company's business, financial condition, and results of operation will be materially and adversely affected;

•The Company has a history of recurring losses and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern." The Company expects to incur significant research and development expenses and devote substantial resources to commercializing new products, which could increase its losses and negatively impact its ability to achieve or maintain profitability;

•If the end products into which the Company's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, or if the Company's products are not selected for inclusion in its customers' end products, are not adopted in other industry verticals or use cases, or are not adopted by leading consumer and medical device companies, the Company's business will be materially and adversely affected;

•The Company's forecasts and projections are based upon assumptions, analyses, and internal estimates developed by the Company's management. If these assumptions, analyses, or estimates prove to be incorrect or inaccurate, the Company's actual operating results may differ materially from those forecasted or projected;

•The Company expects its results of operations to fluctuate on a quarterly and annual basis, which could cause its share price to fluctuate or decline;

•If the Company is unable to manage its growth or scale its operations, its business and operating results could be materially and adversely affected;

•Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate;

•The Company's international operations expose it to operational, financial, and regulatory risks, which could harm the Company's business;

•The Company is susceptible to supply shortages, long lead times for components, and supply changes, any of which could disrupt its supply chain and could delay deliveries of its products to customers, which in turn could adversely affect the Company's business, results of operations, and financial condition;

•If the Company is unable to sell its products to its target customers, including large corporations with substantial negotiating power, or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected;

•The Company currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from the Company's customers, or the Company's failure to diversify its customer base, could significantly reduce its revenue and adversely impact the Company's operating results;

•Because the Company does not anticipate long-term purchase commitments with its customers, orders may be cancelled, reduced, or rescheduled with little or no notice, which in turn exposes the Company to inventory risk, and may cause its business and results of operations to suffer; and

•The Company's business depends substantially on the efforts of its executive officers, including its Chief Executive Officer and founder, Dr. Andrew Rickman.

**Regulatory, Intellectual Property, Infrastructure, Cybersecurity and Privacy Risks**

•The Company's failure to comply with applicable governmental export and import control laws and regulations, including those related to the use, distribution, and sale of its products, U.S. Food and Drug Administration clearance

Exhibit 12
Page 2462

Table of Contents

**PART II**

**Item 1.  Legal Proceedings**

We are not currently subject to any material legal proceedings, nor, to our knowledge, any material legal proceeding threatened against us or any of our officers or directors in their capacity as such.

**Item 1A.  Risk Factors**

*Our operations and financial results are subject to various risks and uncertainties including those described below. You should carefully consider the risks and uncertainties described below, in addition to the other information contained in this Quarterly Report on Form 10-Q, including our condensed consolidated financial statements and related notes. The risks and uncertainties described below are not the only ones we faced. Additional risks and uncertainties that we are unaware of, or that we currently believed are not material, may also become important factors that adversely affect our business. If any of the following risks or other not specified below materialize, our business financial condition and results of operations could be materially and adversely affected. In that case, the trading price of our ordinary shares could decline.*

*As used in the risks described in this subsection, references to "the company," "Rockley," "we," "us," and "our," are intended to refer to the business and operations of Rockley prior to the Business Combination and the business and operations of HoldCo as directly or indirectly affected by Rockley by virtue of HoldCo's ownership of Rockley following the Business Combination, unless the context clearly indicates otherwise.*

**Risks Related to Rockley's Business and Industry**

***Rockley has incurred net losses since inception and expects to continue to incur losses for the foreseeable future. If Rockley does not fully develop or commercialize its products and services, including its silicon photonics chipsets, or if such products and services experience significant delays, Rockley's business, financial condition, and results of operation will be materially and adversely affected and Rockley may never achieve or sustain profitability.***

Rockley has to date generated revenue primarily from NRE and development services for customer-specific designs of silicon photonics chipsets for incorporation into its customers' end products. Rockley incurred a net loss of $58.0 million and $153.3 million for the three and nine months ended September 30, 2021, respectively. As of September 30, 2021, Rockley had an accumulated deficit of $386.2 million. Rockley believes that it will continue to incur operating and net losses for the foreseeable future, including for a period of time after commercialization of its silicon photonics chipsets, which is not currently expected to begin until 2022; provided that any such commercialization may occur later than 2022 or not at all. Even if Rockley is able to successfully develop and sell its products, there can be no guarantee that it will do so within its anticipated timeframe or that its products will be commercially successful. Rockley's potential future profitability is dependent upon the successful development, commercial introduction, and acceptance of its products and services, including its silicon photonics chipsets for the consumer wearables market and its module applications with biomarker detection capabilities for advanced health metrics. Because Rockley will incur costs to develop and commercialize its products and services, including its chipsets and module applications, before it receives any significant revenue from any sales of such products or services, Rockley's losses in future periods may continue. Rockley may never achieve or sustain profitability.

Rockley expects to continue to incur operating losses for the foreseeable future as it:

•Continues to invest in its technology and its silicon photonics chipsets and modules, as well as its cloud-based analytics subscription service;

•continues to develop innovative solutions and applications for its technology;

•commercializes its silicon photonics solutions;

•continues to invest in its sales and marketing activities and distribution channels;

•invests and improves its operational, financial, and management information systems;

•increases its headcount;

•expands its intellectual property portfolio; and

•enhances internal functions, systems, and infrastructure to support its anticipated transition to a public company.

49

**Exhibit 12**
**Page 2506**

Table of Contents

***Rockley has a history of recurring losses and negative cash flows from operations, and a significant accumulated deficit, which raises substantial doubt about its ability to continue as a "going concern."***

Since inception, Rockley has financed its operations primarily through the issuance and sale of convertible loan notes, ordinary shares and revenue received from agreed-upon projects. As of September 30, 2021, Rockley's cash and cash equivalents balance was $75.2 million and it had an accumulated deficit of $386.2 million. Due to Rockley's history of recurring losses from operations, negative cash flows from operations, and a significant accumulated deficit, its management concluded that there is substantial doubt about Rockley's ability to continue as a going concern. There have been no adjustments to the accompanying financial statements of Rockley to reflect this uncertainty. Rockley's ability to continue as a going concern is dependent upon it becoming profitable in the future or obtaining the necessary capital to meet its obligations. Rockley's determination of substantial doubt about its ability to continue as a going concern could materially limit its ability to raise additional funds through the issuance of equity securities, debt financing or otherwise. There can be no assurance that any such issuance of equity securities, debt financing or other means of financing will be available in the future, or the terms of any such financing will be acceptable to Rockley. Further, there can be no assurance that Rockley will ever become profitable or continue as a going concern.

***If the end products into which Rockley's products are incorporated are not fully developed and commercialized or do not achieve widespread market acceptance, or if such products experience delays, cancellations, or reductions, Rockley's business, financial condition, and results of operations will be materially and adversely affected.***

Rockley's success in developing and commercializing its products depends in large part on its customers' success in developing, commercializing, and achieving widespread market acceptance of their end products that incorporate Rockley's products. Rockley's customers may be unable to fully develop and commercialize, or achieve widespread market acceptance of, their end products that incorporate Rockley's products. Further, these customers may not continue to incorporate Rockley's products into their end products either in the short or long term. If such customers' end products are not fully developed and commercialized, fail to achieve or maintain widespread market acceptance, experience delays, or if Rockley's customers otherwise choose not incorporate Rockley's products into their end products, Rockley's business, financial condition, and results of operations will be materially and adversely affected.

***If Rockley's products are not selected for inclusion in its customers' end products, including products for the consumer health and wellness market, or adopted in other industry verticals or use cases or are not adopted by leading consumer and medical device companies, life sciences companies, or their respective suppliers, Rockley's business will be materially and adversely affected.***

Rockley is currently developing products for use in its customers' end products, which are in varying stages of development. Many of these products, including products for consumer device, medical device, and life sciences companies, require extensive testing or qualification processes, which involve testing of Rockley's products in the customers' end products and systems, as well as testing for reliability. These qualification processes may continue for several months or longer. However, qualification of any of Rockley's products by a customer does not assure any sales of such product by Rockley to that customer. Even after successful qualification and sales by Rockley of a product to a customer, a subsequent revision in Rockley's third-party contractors' manufacturing process or Rockley's selection of a new supplier may require a new qualification process with Rockley's customers, which may result in delays in the sale of such product and could also result in Rockley holding excess or obsolete inventory. After Rockley's products are qualified, it can take several months before the customer commences production of end products that incorporate Rockley's products. Rockley spends significant time and resources to have its products selected for incorporation into these end products, which is known as a "design win." If Rockley fails to win a significant number of design wins in its target markets, its business, results of operations, and financial condition will be materially and adversely affected.

Rockley is targeting the deployment of its products in the consumer health and wellness and medical device sectors and forecasts of Rockley's future results contained in this quarterly report on Form 10-Q assume that Rockley will successfully commercialize its products and achieve significant market penetration in these sectors. As a result, if Rockley's products are not selected for inclusion by consumer device and medical device companies or life sciences companies, or their suppliers, Rockley's actual results may differ materially from the Company's forecasts and projections and Rockley's business would be materially and adversely affected.

Exhibit 12
Page 2507

Table of Contents

way that could impose unanticipated conditions or restrictions on its ability to commercialize its product or operate its business. By the terms of certain open source licenses, Rockley could be required to release the source code of its software and to make its proprietary software available under open source licenses, if Rockley combines or distributes its software with open source software in a certain manner. In the event that portions of its software are determined to be subject to an open source license, Rockley could be required to publicly release the affected portions of its source code, re-engineer all, or a portion of, that software or otherwise be limited in the licensing of its software, each of which could reduce or eliminate the value of its product. Many of the risks associated with usage of open source software cannot be eliminated, and could negatively affect its business, results of operations, and financial condition.

### Customer-Related Risks

***Rockley currently has, and intends to target, customers and suppliers that are large corporations with substantial negotiating power, exacting product, quality, and warranty standards, and potentially competitive internal solutions. If Rockley is unable to sell its products to these customers or is unable to enter into agreements with customers and suppliers on satisfactory terms, its prospects and results of operations will be adversely affected.***

Many of Rockley's customers and suppliers, and potential customers, are large corporations with substantial negotiating power relative to it and, in some instances, may have internal solutions that are competitive to Rockley's products. Many of these large corporations that are customers or potential customers also have significant development resources, which may allow them to acquire or develop independently, or in partnership with others, competitive technologies. Meeting the technical requirements and securing design wins with any of these companies will require a substantial investment of Rockley's time and resources. Rockley cannot assure you that its products or technology will secure design wins from these or other companies or that it will generate meaningful revenue from the sales of its products to these key customers and potential customers. If Rockley's products are not selected by these large corporations or if these corporations develop or acquire competitive technology, it will have an adverse effect on Rockley's business.

***Rockley currently depends on a few large customers for a substantial portion of its revenue. The loss of, or a significant reduction in, orders from Rockley's customers, including its largest customer, could significantly reduce its revenue and adversely impact Rockley's operating results.***

Rockley believes that its operating results for the foreseeable future will continue to depend to a significant extent on revenue attributable to a few large customers, including Apple Inc., Rockley's largest customer, and HRT, its second largest customer. Rockley's two largest customers collectively accounted for 100% and 99.6% of Rockley's revenue in 2020 and 2019, respectively. Revenue attributable to Rockley's largest customer accounted for the majority of its revenue in 2020 and 2019, respectively. Rockley anticipates revenue attributable to this customer will fluctuate from period to period, although it expects to remain dependent on this customer for a significant portion of its revenue for the foreseeable future. Rockley has a master supply and development agreement with this customer, which provides a general framework for Rockley's transactions with it. This agreement continues until either party terminates for material breach. Under this agreement, Rockley has agreed to develop and deliver new products to this customer at its request, provided it also meets Rockley's business purposes, and has agreed to indemnify it for intellectual property infringement or any injury or damages caused by Rockley's products. This customer does not have any minimum or binding purchase obligations to Rockley under this agreement and could elect to discontinue or reduce making purchases from Rockley with little or no notice.

HRT is a joint venture formed by Rockley with Hengtong Optic-Electric Co., Ltd., a subsidiary of Hengtong Group, Co., Ltd., in 2017. Under the Sino-Foreign Equity Joint Venture Contract (the "JV Agreement") and the related technology development agreement and license agreement, HRT must procure chipsets from Rockley for use in finished products and HRT owns the copyright in the final designs. HRT has a license to the underlying intellectual property in the reference designs and Rockley has certain non-compete obligations under the JV Agreement. During the years ended December 31, 2020 and 2019, Rockley made sales to HRT of $5.3 million and $6.7 million, respectively. See notes 4 and 13 to the notes to Rockley's consolidated financial statements included elsewhere in this quarterly report on Form 10-Q.

In addition, customers may seek to enter into licensing arrangements in lieu of product purchases, which could negatively impact Rockley's revenue, and, to a lesser extent, Rockley's gross margins. If Rockley's customers were to choose to work with other manufacturers or its relationships with its customers is disrupted for any reason, it could have a significant negative impact on Rockley's business. Any reduction in sales attributable to Rockley's larger customers would have a significant and disproportionate impact on Rockley's business, financial condition, and results of operations.

Exhibit 12
Page 2521

Table of Contents

Rockley's customers, or the distributors through which it sells to these customers, may choose to use products in addition to Rockley's, use a different product altogether, or develop an in-house solution. Any of these events could significantly harm its business, financial condition, and results of operations. In addition, if Rockley's distributors' relationships with Rockley's end customers, including its larger end customers, are disrupted for inability to deliver sufficient products or for any other reason, it could have a significant negative impact on Rockley's business, financial condition, and results of operations.

***Rockley is dependent in part upon its relationships and alliances with industry participants to generate revenue, which involves risks and uncertainties.***

Rockley has, and in the future may, acquire interests in joint ventures, which may subject Rockley to risk because, among other things, Rockley cannot exercise sole decision-making power and its partners may have different economic interests than Rockley has. For example, Rockley currently holds a 24.9% share in a strategic joint venture with another industry participant and is currently in discussions regarding potential licensing of technology to the joint venture in return for future payments. Rockley is therefore dependent on the successful execution of a licensing agreement with this joint venture partner to generate additional revenue. Rockley may also acquire interests in other joint ventures with third parties. There are additional risks involved in joint venture transactions. For example, as a co-investor in a joint venture, Rockley may not be in a position to exercise sole decision-making authority relating to the joint venture or other entity. As a result, the operations of any joint venture are subject to the risk that third parties may make business, financial, or management decisions with which Rockley does not agree, or the management of the joint venture may take risks or otherwise act in a manner that does not serve Rockley's interests. Further, there may be a potential risk of impasse in some business decisions because Rockley may not be in a position to exercise sole decision-making authority. In such situations, it is possible that Rockley may not be able to exit the relationship because it may not have the funds necessary to complete a buy-out of the other partner or it may be difficult to locate a third-party purchaser for its interest. Because Rockley may not have the ability to exercise control over such operations, it may not be able to realize some or all of the benefits that it believes will be created from its involvement. In addition, there is the potential that a joint venture partner may become bankrupt or have divergent, conflicting, or inconsistent economic or business interests from Rockley. This could result in, among other things, exposing Rockley to liabilities of the joint venture in excess of its proportionate share of these liabilities. If any of the foregoing were to occur, Rockley's business, financial condition, and results of operations could suffer.

***If Rockley is unable to expand or further diversify its customer base, its business, financial condition, and results of operations could suffer.***

Rockley currently expects the composition of its largest customers to vary over time, and that revenue attributable to its largest customers in any given period may decline over time. Rockley's relationships with existing customers may deter potential customers who compete with these customers from buying Rockley's products. If Rockley is unable to expand or further diversify its customer base, it could harm its business, financial condition, and results of operations.

Rockley does not currently have any products in commercial production. Accordingly, Rockley views its current customer relationships in the following stages: (a) customers with whom it is "engaged", or in discussions with, regarding potential product features for incorporation into such customer's end products or (b) customers with whom it is "contracted" where Rockley has non-binding MOUs or development and supply agreements. These non-binding MOUs and development and supply agreements provide a general framework for Rockley's transactions with the customer and typically provide that Rockley will develop and deliver new products meeting the customer's specifications. These agreements do not contain any minimum or binding purchase obligations. If Rockley is unable to transition customers with whom it is engaged in discussions to contracted customers or if Rockley fails to otherwise attract new customers, it would negatively impact Rockley's ability to grow its business and gain market share, which in turn would harm Rockley's financial condition and results of operations.

65

Table of Contents

Rockley's ability to retain highly skilled employees. If Rockley fails to attract new talent or fails to retain and motivate its current talent, its business and future growth prospects could be adversely affected.

**Legal and Regulatory Risks Related to Rockley's Business**

***Rockley is subject to governmental export and import control laws and regulations. Rockley's failure to comply with these laws and regulations could have an adverse effect on its business, prospects, financial condition, and results of operations.***

Certain of Rockley's products and services are subject to export control and import laws and regulations, including the U.S. Export Administration Regulations, U.S. Customs regulations, and various economic and trade sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Controls. U.S. export control laws and regulations and economic sanctions prohibit the shipment of certain products and services to U.S. embargoed or sanctioned countries, governments and persons. In addition, complying with export control and sanctions regulations for a particular sale may be time-consuming and result in the delay or loss of sales opportunities. Exports of Rockley's products and technology must be made in compliance with these laws and regulations. If Rockley fails to comply with these laws and regulations, Rockley and certain of its employees could be subject to substantial civil or criminal penalties, including the possible loss of export or import privileges, fines, which may be imposed on Rockley and responsible employees or managers, and, in extreme cases, the incarceration of responsible employees or managers.

***Changes to trade policy, tariffs, and import/export regulations may have a material adverse effect on Rockley's business, financial condition, and results of operations.***

Changes in global political, regulatory, and economic conditions, or in laws and policies governing foreign trade, manufacturing, development, and investment in the territories or countries where Rockley may purchase its components, sell its products, or conduct its business, could adversely affect Rockley's business. The United States has in the past instituted or proposed changes in trade policies that included the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the United States, economic sanctions on individuals, corporations, or countries, and other government regulations affecting trade between the United States and other countries where Rockley conducts its business. A number of other nations have proposed or instituted similar measures directed at trade with the United States in response. As a result of these developments or any future similar developments, there may be greater restrictions and economic disincentives on international trade that could adversely affect Rockley's business. It may be time-consuming and expensive for Rockley to alter its business operations to adapt to or comply with any such changes, and any failure to do so could have a material adverse effect on its business, financial condition, and results of operations.

***Rockley may become involved in legal and regulatory proceedings and commercial or contractual disputes, which could have an adverse effect on its profitability and financial position.***

Rockley may be, from time to time, involved in litigation, regulatory proceedings, and commercial or contractual disputes that may be significant. These matters may include, without limitation, disputes with Rockley's suppliers and customers, intellectual property claims, shareholder litigation, government investigations, class action lawsuits, personal injury claims, environmental issues, customs and value-added tax disputes, and employment and tax issues. In addition, Rockley could face in the future a variety of labor and employment claims against it, which could include but is not limited to general discrimination, wage and hour, privacy, ERISA, or disability claims. In such matters, government agencies or private parties may seek to recover from Rockley indeterminate amounts in penalties or monetary damages (including, in some cases, treble or punitive damages) or seek to limit Rockley's operations in some way. These types of lawsuits could require significant management time and attention or could involve substantial legal liability, adverse regulatory outcomes, and/or substantial expenses to defend. Often these cases raise complex factual and legal issues and create risks and uncertainties. No assurances can be given that any proceedings and claims will not have a material adverse impact on Rockley's operating results and financial position or that its established reserves or its available insurance will mitigate this impact.

Exhibit 12
Page 2524

3/19/24, 1:02 PM Rockley Photonics Holdings Ltd (RKLY) CEO Andrew Rickman on Q3 2021 Results - Earnings Call Transcript | Seeking Alpha

I will now turn the conference over to Gwyn Lauber, Vice President of Investor Relations. Thank you. You may begin.

**Gwyn Lauber**

Thank you, operator, and welcome, everyone. This is Gwyn Lauber, Vice President, Investor Relations of Rockley Photonics. Today, after the U.S. market closed, we released our results for the third quarter ended September 30, 2021.

If you did not receive a copy of the earnings press release, you may obtain it from the Investor Relations section of our website at investors rockleyphotonics.com.

With me on today's call are Dr. Andrew Rickman, OBE's Founder and Chief Executive Officer; and Mahesh Karanth, Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website.

Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements. These forward-looking statements include, but are not limited to, the anticipated features, benefits, scope, focus, status and goals of our platform, technology, products, studies, and partnerships with third parties, our ability to and the timing of bringing our products to market and our development schedules, our strategies, our research and development plans, our customers, our commercial and market opportunities and trends, our debt obligations, our financing agreement with Lincoln Park and our costs and expenses, our cash reserves and financial performance and outlook and factors affecting the foregoing. These forward-looking statements are subject to risks and uncertainties, which may cause actual results to vary materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those discussed in our earnings press release and in our filings with the SEC.

Any forward-looking statements that are made on this call are based on assumptions as of today, and we undertake no obligation to update these statements as a result of new information or future events.

**Exhibit A**
**Page 93**

https://seekingalpha.com/article/4469804-rockley-photonics-holdings-ltd-rkly-ceo-andrew-rickman-on-q3-2021-results-earnings-call

**Exhibit 14**
**Page 2562**
2/25

**(h) Exceptions to TCCA AD CF–2020–41**

(1) Where TCCA AD CF–2020–41 refers to its effective date, this AD requires using the effective date of this AD.

(2) Where paragraph A. of TCCA AD CF–2020–41 requires amending the existing airplane flight manual (AFM) by "incorporating the SUPPLEMENT 21 Operation above 29000 feet from AFM Revision 15–A dated 10 September 2020," this AD requires amending the existing AFM by incorporating Supplement 21—Operation Above 29000 Feet, of Airbus A220–100 Airplane Flight Manual, Publication BD500–3AB48–22200–00, and Airbus A220–300 Airplane Flight Manual Publication BD500–3AB48–32200–00, both Issue 016, dated October 16, 2020.

(3) Where paragraph A. of TCCA AD CF–2020–41 specifies to "[i]nform all flight crews of the new supplement and thereafter operate the aeroplane accordingly," this AD does not require those actions as those actions are already required by existing FAA operating regulations.

(4) Where paragraphs B. and C. of TCCA AD CF–2020–41 specify procedures for a borescope inspection for signs of damage of the 1st stage axial low-pressure compressor (LPC) rotor of each engine, to be performed after the AFM N1 limitation has been exceeded, this AD does not require that action.

(5) Where paragraph C. of TCCA AD CF–2020–41 describes an optional installation of health management unit reports to monitor N1 exceedances, this AD does not include that option.

**(i) Other FAA AD Provisions**

The following provisions also apply to this AD:

(1) *Alternative Methods of Compliance (AMOCs):* The Manager, New York ACO Branch, FAA, has the authority to approve AMOCs for this AD, if requested using the procedures found in 14 CFR 39.19. In accordance with 14 CFR 39.19, send your request to your principal inspector or local Flight Standards District Office, as appropriate. If sending information directly to the manager of the certification office, send it to ATTN: Program Manager, Continuing Operational Safety, FAA, New York ACO Branch, 1600 Stewart Avenue, Suite 410, Westbury, NY 11590; telephone 516–228–7300; fax 516–794–5531. Before using any approved AMOC, notify your appropriate principal inspector, or lacking a principal inspector, the manager of the local flight standards district office/certificate holding district office.

(2) *Contacting the Manufacturer:* For any requirement in this AD to obtain instructions from a manufacturer, the instructions must be accomplished using a method approved by the Manager, New York ACO Branch, FAA; or TCCA; or Airbus Canada Limited Partnership's TCCA Design Approval Organization (DAO). If approved by the DAO, the approval must include the DAO-authorized signature.

**(j) Related Information**

For more information about this AD, contact Thomas Niczky, Aerospace Engineer,

Avionics and Electrical Systems Section, FAA, New York ACO Branch, 1600 Stewart Avenue, Suite 410, Westbury, NY 11590; telephone 516–228–7347; fax 516–794–5531; email *9-avs-nyaco-cos@faa.gov.*

**(k) Material Incorporated by Reference**

(1) The Director of the Federal Register approved the incorporation by reference (IBR) of the service information listed in this paragraph under 5 U.S.C. 552(a) and 1 CFR part 51.

(2) You must use this service information as applicable to do the actions required by this AD, unless this AD specifies otherwise.

(i) Supplement 21—Operation Above 29000 Feet, of Airbus A220–100 Airplane Flight Manual, Publication BD500–3AB48–22200–00, Issue 016, dated October 16, 2020.

(ii) Supplement 21—Operation Above 29000 Feet, of Airbus A220–300 Airplane Flight Manual Publication BD500–3AB48–32200–00, Issue 016, dated October 16, 2020.

(iii) Transport Canada Civil Aviation (TCCA) AD CF–2020–41, issued October 15, 2020.

(3) For TCCA AD CF–2020–41, contact TCCA, Transport Canada National Aircraft Certification, 159 Cleopatra Drive, Nepean, Ontario, K1A 0N5, CANADA; telephone 888–663–3639; email *AD-CN@tc.gc.ca;* internet *https://tc.canada.ca/en/aviation.*

(4) For Airbus service information identified in this AD, contact Airbus Canada Limited Partnership, 13100 Henri-Fabre Boulevard, Mirabel, Québec J7N 3C6, Canada; telephone 450–476–7676; email *a220_crc@abc.airbus;* internet *https:// a220world.airbus.com.*

(5) You may view this material at the FAA, Airworthiness Products Section, Operational Safety Branch, 2200 South 216th St., Des Moines, WA. For information on the availability of this material at the FAA, call 206–231–3195. This material may be found in the AD docket on the internet at *https:// www.regulations.gov* by searching for and locating Docket No. FAA–2021–0269.

(6) You may view this material that is incorporated by reference at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, email *fedreg.legal@ nara.gov,* or go to: *https://www.archives.gov/ federal-register/cfr/ibr-locations.html.*

Issued on July 30, 2021.

**Lance T. Gant,**

*Director, Compliance & Airworthiness Division, Aircraft Certification Service.*

**Note:** This document was received for publication by the Office of the Federal Register on December 14, 2021.

[FR Doc. 2021–27319 Filed 12–16–21; 8:45 am]

**BILLING CODE 4910–13–P**

**DEPARTMENT OF COMMERCE**

**Bureau of Industry and Security**

**15 CFR Part 744**

[Docket No. 211213–0259]

**RIN 0694–AI68**

**Addition of Certain Entities to the Entity List and Revision of an Entry on the Entity List**

**AGENCY:** Bureau of Industry and Security, Commerce

**ACTION:** Final rule.

**SUMMARY:** This final rule amends the Export Administration Regulations (EAR) by adding thirty-seven entities under forty entries to the Entity List. These thirty-seven entities have been determined by the U.S. Government to be acting contrary to the foreign policy or national security interests of the United States and will be listed on the Entity List under the destinations of the People's Republic of China (China), Georgia, Malaysia, and Turkey. This final rule also modifies one existing entry on the Entity List under the destination of China.

**DATES:** This rule is effective December 17, 2021.

**FOR FURTHER INFORMATION CONTACT:** Chair, End-User Review Committee, Office of the Assistant Secretary for Export Administration, Bureau of Industry and Security, Department of Commerce, Phone: (202) 482–5991, Email: *ERC@bis.doc.gov.*

**SUPPLEMENTARY INFORMATION:**

**Background**

*Entity List*

The Entity List (supplement no. 4 to part 744 of the EAR) identifies entities for which there is reasonable cause to believe, based on specific and articulable facts, that the entities have been involved, are involved, or pose a significant risk of being or becoming involved in activities contrary to the national security or foreign policy interests of the United States. The EAR (15 CFR parts 730–774) impose additional license requirements on, and limit the availability of most license exceptions for, exports, reexports, and transfers (in-country) to listed entities. The license review policy for each listed entity is identified in the "License Review Policy" column on the Entity List, and the impact on the availability of license exceptions is described in the relevant **Federal Register** document adding entities to the Entity List. BIS places entities on the Entity List

**Exhibit 15**
**Page 2587**

pursuant to part 744 (Control Policy: End-User and End-Use Based) and part 746 (Embargoes and Other Special Controls) of the EAR.

The End-User Review Committee (ERC), composed of representatives of the Departments of Commerce (Chair), State, Defense, Energy and, where appropriate, the Treasury, makes all decisions regarding additions to, removals from, or other modifications to the Entity List. The ERC makes all decisions to add an entry to the Entity List by majority vote and makes all decisions to remove or modify an entry by unanimous vote.

**ERC Entity List Decisions**

*Additions to the Entity List*

This rule implements the decision of the ERC to add thirty-seven entities under forty entries to the Entity List. The thirty-seven entities are added based on § 744.11 (License requirements that apply to entities acting contrary to the national security or foreign policy interests of the United States) of the EAR. The entities are located in the People's Republic of China (China), Georgia, Malaysia, and Turkey. Of the forty entries, thirty-four are located in China, three are located in Georgia, one is located in Malaysia, and two are located in Turkey. Three entities are listed under multiple destinations, accounting for the difference between the number of entities and number of entries in this final rule.

The ERC determined to add the Academy of Military Medical Sciences (AMMS) in China and eleven of its research institutes (the Institute of Health Service and Medical Information; the Institute of Radiation and Radiation Medicine; the Institute of Basic Medicine; the Institute of Hygiene and Environmental Medicine; the Institute of Microbiology and Epidemiology; the Institute of Toxicology and Pharmacology; the Institute of Medical Equipment; the Institute of Bioengineering; the Field Blood Transfusion Institute; the Institute of Disease Control and Prevention; and the Military Veterinary Research Institute) to the Entity List under the destination of China based on the body of information that AMMS and its eleven research institutes use biotechnology processes to support Chinese military end uses and end users, to include purported brain-control weaponry. This activity is contrary to U.S. national security and foreign policy interests under § 744.11(b) of the EAR.

The ERC determined to add China Electronics Technology Group

Corporation 52nd Research Institute, Shaanxi Reactor Microelectronics Co. Ltd., Shanghai AisinoChip Electronics Co., Ltd., and Hangzhou Hikmicro Sensing Technology Co., Ltd. to the Entity List for their support of China's military modernization. This activity is contrary to national security and foreign policy interests under Section 744.11(b) of the EAR. In addition, the ERC determined to add HMN International, Jiangsu Hengtong Marine Cable Systems, Jiangsu Hengtong Optic-Electric, Shanghai Aoshi Control Technology Co., Ltd., and Zhongtian Technology Submarine Cable to the Entity List for acquiring and attempting to acquire U.S.-origin items in support of military modernization for the People's Liberation Army. This activity is contrary to national security and foreign policy interests under Section 744.11(b) of the EAR.

As determined by the ERC, Wavelet Electronics, Comtel Technology Limited, and HSJ Electronics are being added to the Entity List under the destination of China for actions contrary to the national security or foreign policy interests of the United States. Specifically, these companies have supplied or attempted to supply U.S.-origin items that could provide material support to Iran's advanced conventional weapons and missile programs to entities designated by the U.S. Department of the Treasury's Office of Foreign Assets Control as Specially Designated Nationals (SDN).

The ERC determined to add Aerosun Corporation, Changsha Jingjia Microelectronics Co., Ltd., Fujian Torch Electron Technology Co., Ltd., and Inner Mongolia First Machinery Group Co., Ltd. to the Entity List for their support of China's military modernization. This activity is contrary to national security and foreign policy interests under Section 744.11(b) of the EAR.

The ERC determined to add the following entities to the Entity List for their involvement in activities that are contrary to the national security and/or foreign policy interests of the United States: Hong Kong Cheung Wah Electronics Technology Company Limited, Hyper Systems Union Limited, Shenzhen Rion Technology, and Thundsea Electric Limited, under the destination of China; Gensis Engineering under the destinations of Georgia and Turkey; Integrated Scientific Microwave Technology under the destinations of China and Malaysia; ROV Solutions under the destinations of China and Georgia; SAEROS Safety ERO Company under the destination of Georgia; and Vangurd Tec Makina Sanyi Ithalat under the destination of Turkey.

Specifically, these entities are a part of a network used to supply or attempt to supply Iran with U.S-origin items that would ultimately provide material support to Iran's defense industries, in violation of U.S. export controls.

Pursuant to § 744.11(b) of the EAR, the ERC determined that the conduct of the above-described entities raises sufficient concerns that prior review, via the imposition of a license requirement for exports, reexports, or transfers (in-country) of all items subject to the EAR involving these thirty-seven entities and the possible issuance of license denials or the possible imposition of license conditions on shipments to these entities, will enhance BIS's ability to prevent violations of the EAR or otherwise protect U.S. national security or foreign policy interests.

For the entities added to the Entity List in this final rule, BIS imposes a license requirement that applies to all items subject to the EAR. In addition, no license exceptions are available for exports, reexports, or transfers (in-country) to the persons being added to the Entity List in this rule. For all entities being added to the Entity List, BIS imposes a license review policy of a presumption of denial. The acronym ''a.k.a.,'' which is an abbreviation of 'also known as,' is used in entries on the Entity List to identify aliases, thereby assisting exporters, reexporters and transferors in identifying entities on the Entity List.

For the reasons described above, this final rule adds the following thirty-seven entities under forty entries to the Entity List and includes, where appropriate, aliases:

**China**

• Academy of Military Medical Sciences;
• Academy of Military Medical Sciences, Field Blood Transfusion Institution;
• Academy of Military Medical Sciences, Institute of Basic Medicine;
• Academy of Military Medical Sciences, Institute of Bioengineering;
• Academy of Military Medical Sciences, Institute of Disease Control and Prevention;
• Academy of Military Medical Sciences, Institute of Health Service and Medical Information;
• Academy of Military Medical Sciences, Institute of Hygiene and Environmental Medicine;
• Academy of Military Medical Sciences, Institute of Medical Equipment;
• Academy of Military Medical Sciences, Institute of Microbiology and Epidemiology;

**Exhibit 15**
**Page 2588**

- Academy of Military Medical Sciences, Institute of Radiation and Radiation Medicine;
- Academy of Military Medical Sciences, Institute of Toxicology and Pharmacology;
- Academy of Military Medical Sciences, Military Veterinary Research Institute;
- Aerosun Corporation;
- Changsha Jingjia Microelectronics Co., Ltd.;
- China Electronics Technology Group Corporation 52nd Research Institute;
- Comtel Technology Limited;
- Fujian Torch Electron Technology Co., Ltd.;
- Hangzhou Hikmicro Sensing Technology Co., Ltd.;
- HMN International Co., Ltd.;
- Hong Kong Cheung Wah Electronics Technology Company Limited;
- HSJ Electronics;
- Hyper Systems Union Limited;
- Inner Mongolia First Machinery Group Co., Ltd.;
- Integrated Scientific Microwave Technology;
- Jiangsu Hengtong Marine Cable Systems Co., Ltd.;
- Jiangsu Hengtong Optic-Electric Co., Ltd.;
- ROV Solutions;
- Shaanxi Reactor Microelectronics Co., Ltd.;
- Shanghai Aisinochip Electronics Technology Co., Ltd.;
- Shanghai Aoshi Control Technology Co., Ltd.;
- Shenzhen Rion Technology;
- Thundsea Electric Limited;
- Wavelet Electronics; *and*
- Zhongtian Technology Submarine Cable Co.

### Georgia

- Gensis Engineering;
- ROV Solutions, *and*
- SAEROS Safety ERO Company.

### Malaysia

- Integrated Scientific Microwave Technology.

### Turkey

- Gensis Engineering; *and*
- Vangurd Tec Makina Sanyi Ithalat.

*Revisions of Entity on the Entity List*

The ERC determined to modify one existing entry on the Entity List, Huawei Technologies Co., Ltd. (Huawei), first added to the Entity list under the destination of China on May 2019 (84 FR 22963). Specifically, this rule adds three additional aliases (HMN Technologies, Huahai Zhihui Technology Co., Ltd., and HMN Tech)

under one of its affiliated entities: Huawei Marine Networks.

*Savings Clause*

Shipments of items removed from eligibility for a License Exception or export, reexport, or transfer (in-country) without a license (NLR) as a result of this regulatory action that were en route aboard a carrier to a port of export, reexport, or transfer (in-country), on December 17, 2021, pursuant to actual orders for export, reexport, or transfer (in-country) to or within a foreign destination, may proceed to that destination under the previous eligibility for a License Exception or export, reexport, or transfer (in-country) without a license (NLR).

### Export Control Reform Act of 2018

On August 13, 2018, the President signed into law the John S. McCain National Defense Authorization Act for Fiscal Year 2019, which included the Export Control Reform Act of 2018 (ECRA) (50 U.S.C. 4801–4852). ECRA provides the legal basis for BIS's principal authorities and serves as the authority under which BIS issues this rule.

### Rulemaking Requirements

1. Executive Orders 13563 and 12866 direct agencies to assess all costs and benefits of available regulatory alternatives and, if regulation is necessary, to select regulatory approaches that maximize net benefits (including potential economic, environmental, public health and safety effects, distributive impacts, and equity). Executive Order 13563 emphasizes the importance of quantifying both costs and benefits, of reducing costs, of harmonizing rules, and of promoting flexibility. This rule has been determined to be not significant for purposes of Executive Order 12866.

2. Notwithstanding any other provision of law, no person is required to respond to or be subject to a penalty for failure to comply with a collection of information, subject to the requirements of the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*) (PRA), unless that collection of information displays a currently valid Office of Management and Budget (OMB) Control Number. This regulation involves collections previously approved by OMB under control number 0694–0088, Simplified Network Application Processing System, which includes, among other things, license applications and commodity classification, and carries a burden estimate of 29.6 minutes for a manual or

electronic submission for a total burden estimate of 31,835 hours. Total burden hours associated with the PRA and OMB control number 0694–0088 are not expected to increase as a result of this rule.

3. This rule does not contain policies with Federalism implications as that term is defined in Executive Order 13132.

4. Pursuant to § 1762 of the Export Control Reform Act of 2018, this action is exempt from the Administrative Procedure Act (5 U.S.C. 553) requirements for notice of proposed rulemaking, opportunity for public participation, and delay in effective date.

5. Because a notice of proposed rulemaking and an opportunity for public comment are not required to be given for this rule by 5 U.S.C. 553, or by any other law, the analytical requirements of the Regulatory Flexibility Act, 5 U.S.C. 601, *et seq.,* are not applicable. Accordingly, no regulatory flexibility analysis is required and none has been prepared.

### List of Subjects in 15 CFR Part 744

Exports, Reporting and recordkeeping requirements, Terrorism.

Accordingly, part 744 of the Export Administration Regulations (15 CFR parts 730–774) is amended as follows:

### PART 744—[AMENDED]

■ 1. The authority citation for 15 CFR part 744 continues to read as follows:

**Authority:** 50 U.S.C. 4801–4852; 50 U.S.C. 4601 *et seq.;* 50 U.S.C. 1701 *et seq.;* 22 U.S.C. 3201 *et seq.;* 42 U.S.C. 2139a; 22 U.S.C. 7201 *et seq.;* 22 U.S.C. 7210; E.O. 12058, 43 FR 20947, 3 CFR, 1978 Comp., p. 179; E.O. 12851, 58 FR 33181, 3 CFR, 1993 Comp., p. 608; E.O. 12938, 59 FR 59099, 3 CFR, 1994 Comp., p. 950; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13099, 63 FR 45167, 3 CFR, 1998 Comp., p. 208; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13224, 66 FR 49079, 3 CFR, 2001 Comp., p. 786; Notice of September 15, 2021, 86 FR 52069 (September 17, 2021); Notice of November 10, 2021, 86 FR 62891 (November 12, 2021).2.

■ 2. Supplement No. 4 to part 744 is amended:
■ a. Under CHINA, PEOPLE'S REPUBLIC OF:
■ i. By adding in alphabetical order entries for ''Academy of Military Medical Sciences,'' ''Academy of Military Medical Sciences, Field Blood Transfusion Institution,'' ''Academy of Military Medical Sciences, Institute of Basic Medicine,'' ''Academy of Military Medical Sciences, Institute of Bioengineering,'' ''Academy of Military Medical Sciences, Institute of Disease

**Exhibit 15**
**Page 2589**

Control and Prevention,'' ''Academy of Military Medical Sciences, Institute of Health Service and Medical Information,'' ''Academy of Military Medical Sciences, Institute of Hygiene and Environmental Medicine,'' ''Academy of Military Medical Sciences, Institute of Medical Equipment,'' ''Academy of Military Medical Sciences, Institute of Microbiology and Epidemiology,'' ''Academy of Military Medical Sciences, Institute of Radiation and Radiation Medicine,'' ''Academy of Military Medical Sciences, Institute of Toxicology and Pharmacology,'' ''Academy of Military Medical Sciences, Military Veterinary Research Institute,'' ''Aerosun Corporation,'' ''Changsha Jingjia Microelectronics Co., Ltd.,'' ''China Electronics Technology Group Corporation 52nd Research Institute,'' ''Comtel Technology Limited,'' ''Fujian

Torch Electron Technology Co., Ltd.,'' ''Hangzhou Hikmicro Sensing Technology Co., Ltd.,'' ''HMN International Co., Ltd.''; ''Hong Kong Cheung Wah Electronics Technology Company Limited,'' and ''HSJ Electronics'';

■ ii. By revising the entry for ''Huawei Technologies''; and

■ iii. By adding in alphabetical order entries for ''Hyper Systems Union Limited,'' ''Inner Mongolia First Machinery Group Co., Ltd.,'' ''Integrated Scientific Microwave Technology,'' ''Jiangsu Hengtong Marine Cable Systems Co., Ltd.,'' ''Jiangsu Hengtong Optic-Electric Co., Ltd.,'' ''ROV Solutions,'' ''Shaanxi Reactor Microelectronics Co., Ltd.,'' ''Shanghai Aisinochip Electronics Technology Co., Ltd.,'' ''Shanghai Aoshi Control Technology Co., Ltd.,'' ''Shenzhen Rion

Technology,'' ''Thundsea Electric Limited,'' ''Wavelet Electronics,'' and ''Zhongtian Technology Submarine Cable Co.'';

■ b. Under GEORGIA, by adding in alphabetical order, entries for ''Gensis Engineering,'' ''ROV Solutions,'' and ''SAEROS Safety ERO Company'';

■ c. Under MALAYSIA, by adding in alphabetical order, an entry for ''Integrated Scientific Microwave Technology''; and

■ d. Under TURKEY, by adding in alphabetical order, entries for ''Gensis Engineering'' and ''Vangurd Tec Makina Sanyi Ithalat''.

The additions and revision read as follows:

**Supplement No. 4 to Part 744—Entity List**

\*    \*    \*    \*    \*

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---------|--------|---------------------|----------------------|---------------------------|
| * | * | * | * | * |
| CHINA, PEOPLE'S REPUBLIC OF. | * | * | * | * |
| | Academy of Military Medical Sciences, a.k.a., the following one alias:<br>—AMMS.<br>27 Taiping Road, Haidian District, Beijing, 100850, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Field Blood Transfusion Institution, 27 Taiping Road, Haidian District, Beijing, 100850, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Basic Medicine, 27 Taiping Road, Haidian District, Beijing, 100850, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Bioengineering, 20 East Street, Fengtai District, Beijing, China 100071. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Disease Control and Prevention, a.k.a., the following one alias:<br>—Disease Control and Prevention Institute.<br>20 East Street, Fengtai District, Beijing, China 100071. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Health Service and Medical Information, 27 Taiping Road, Haidian District, Beijing, 100850, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Hygiene and Environmental Medicine, No. 1 Dali Road, Heping District, Tianjin, 300050, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Medical Equipment, 106 Wandong Road, Hedong District, Tianjin, 300162, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |

**Exhibit 15**
**Page 2590**

| Country | Entity | License requirement | License review policy | | Federal Register citation |
|---|---|---|---|---|---|
| | Academy of Military Medical Sciences, Institute of Microbiology and Epidemiology, a.k.a., the following one alias:<br>—Institute of Microbial Epidemiology.<br>20 East Street, Fengtai District, Beijing, 100071, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Radiation and Radiation Medicine, a.k.a., the following two aliases:<br>—Institute of Radiation Medicine; *and*<br>—Institute of Electromagnetic and Particle Radiation Medicine.<br>27 Taiping Road, Haidian District, Beijing, 100850, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Institute of Toxicology and Pharmacology, a.k.a., the following one alias:<br>—Institute of Toxicology and Drugs.<br>27 Taiping Road, Haidian District, Beijing, 100850, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Academy of Military Medical Sciences, Military Veterinary Research Institute, 666 Liuying West Road, Changchun City, 130122, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * | * |
| | Aerosun Corporation, No. 188, Tianyuan Middle Road, Jiangning Economic and Technological Development Zone, Nanjing City, Jiangsu Province 211100; *and* 188 Tianyuan Zhong Road, Jiangning Economic & Technical Area Nanjing, Jiangsu 211100; *and* No. 3931, Chuansha Road, Wanggang Town, Pudong New Area, Chuansha County, Shanghai 201201; *and* Building 1, No. 199 Jiangjun Avenue, Jiangning Economic and Technological Development Zone, Nanjing; *and* No. 9399 Shangchuan Road, South District, Jinqiao Processing Zone, Pudong New District, Shanghai, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * | * |
| | Changsha Jingjia Microelectronics Co., Ltd., 902, Building B1, Lugu Science and Technology Innovation Pioneer Park, 1698 Yuelu West Ave., Changsha High-tech Development Zone; *and* Building 3, Changsha Productivity Promotion Center, No. 2, Lujing Rd., Yuelu District, Changsha City, Hunan Province; *and* No. 1, Meixihu Road, Yuelu District, Changsha City, Hunan Province, 410221; *and* Room 1501, Aipu Building, 395 Xinshi North Road, Shijiazhuang City, Hebei Province, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * | * |
| | China Electronics Technology Group Corporation 52nd Research Institute, a.k.a., the following three aliases:<br>—CETC 52;<br>—CETHIK Group; *and*<br>—China Electronics Technology HIK Group Co., Ltd. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |

**Exhibit 15**<br>**Page 2591**

**71562**  Federal Register / Vol. 86, No. 240 / Friday, December 17, 2021 / Rules and Regulations

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| | 198 Aicheng Street, Wuchang Avenue, Yuhang District, Hangzhou; *and* No. 36, Macheng Road, Xihu District, Hangzhou; *and* No. 1500, Wenyi West Road, Yuhang District; *and* No. 9 Lixin Road Qingha Lake, Hangzhou; *and* No. 9 Wenfu Road, Hangzhou, China. | | | |
| | * * * | * | * * | * |
| | Comtel Technology Limited, Building A2–3, Haufeng Industrial Park, Shiyan, Baoan District, Shenzhen, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * * * | * | * * | * |
| | Fujian Torch Electron Technology Co., Ltd., No.4 Zihua Rd., Quanzhou Hi-Tech Industries Park (Jiang Nan Park) Licheng District, Quanzhou, Fujian; *and* Building 23, District 7, No. 188 South 4th Ring Rd W, Fengtai District, Beijing; *and* Suites 705–708, 7th floor, Ping'An Wealth Management Center, Building 1, 1588 Shenchang Road, Minhang District, Shanghai; *and* Suites 2904–2905, Yongwei Times Center, Jinye 1st Rd, Yanta District, Xi'an; *and* Suites 402–1, Building 1, Xicun Com-pound, No 1. Beisen N Rd, Qingyang District, Chengdu; *and* Suite 1507, Tower A, Wuhan Guanggu Times Square, No. 111 Guanshan Avenue Hongshan District, Wuhan; *and* Suite 905, Kairu Junlin Business Building, Intersection of Kaixuan W Rd and Shachang S Rd, Xigong District, Luoyang; *and* Suite 2306, Tower A, Yinuo Business Center, Intersection of West 2nd Ring Rd and Hehuan Road, Shushan District, Hefei; *and* Suite 404, Building W2, West District, Airport Business Park, Tianjin Airport Economic Zone; *and* Suites 1102–1103, Tower B2, No. 13 Ludu Ave-nue, Greenland Window Business Plaza, Yuhuatai District, Nanjing; *and* Suite 10009, Times Building, No. 55 Qingjiang Rd, Weibin District, Baoji, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * * * | * | * * | * |
| | Hangzhou Hikmicro Sensing Tech-nology Co., Ltd., a.k.a., the following one alias:<br>—Hikmicro.<br>Building A1, No. 299, Qiushi Road, Tonglu Economic Development Zone, Tonglu County, Hangzhou City, Zhejiang Province; *and* No. 209 Gold Road, Fuyang District Hangzhou, Zhejiang; *and* Fuyang Branch—1st Floor, Building 4, No. 209, Golf Road, Dongzhou St., Fuyang District, Hangzhou City, Zhejiang province, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * * * | * | * * | * |
| | HMN International Co., Ltd., a.k.a. the following one alias:<br>—Huahai Communication International Co., Ltd.<br>Room 08, 43/F., Far East Finance Cen-tre, No. 16 Harcourt Road, Admiralty, Hong Kong. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |

| Country | Entity | License requirement | License review policy | **Federal Register** citation |
|---|---|---|---|---|
| | * * | * | * * | * |
| | Hong Kong Cheung Wah Electronics Technology Company Limited, Flat D, 14/F., On Fook Ind. Bldg. 41–45 Kwai Fung Crescent, Kwai Chung, N.T., Hong Kong; *and* Room 2307, Dynamic World Bldg., Zhenzhong Road, Futian District, Shenzhen, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * * | * | * * | * |
| | HSJ Electronics, a.k.a., the following one alias: <br>—HSJ Electronic Hong Kong Limited. <br>Room 803, Chevalier House 45–51, Chatham Road South, Tsim Sha Tsui, Hong Kong; *and* 10/F Kras Asia Industrial Building 79 Hung to Road, Kowloon, Hong Kong. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * * | * | * * | * |
| | Huawei Technologies Co., Ltd., a.k.a., the following two aliases: <br>—Shenzhen Huawei Technologies; *and* <br>—Huawei Technology, and to include the following addresses and the following 22 affiliated entities: Addresses for Huawei Technologies Co., Ltd.: Bantian Huawei Base, Longgang District, Shenzhen, 518129, China; *and* No. 1899 Xi Yuan Road, High-Tech West District, Chengdu, 611731; *and* C1, Wuhan Future City, No. 999 Gaoxin Ave., Wuhan, Hebei Province; *and* Banxuegang Industrial Park, Buji Longgang, Shenzhen, Guangdong, 518129, China; *and* R&D Center, No. 2222, Golden Bridge Road, Pu Dong District, Shanghai, China; *and* Zone G, Huawei Base, Bantian, Longgang District, Shenzhen, China. <br>Affiliated entities: <br>*Beijing Huawei Longshine Information Technology Co., Ltd.,* a.k.a., the following one alias: <br>—Beijing Huawei Longshine, to include the following subordinate. <br>Q80–3–25R, 3rd Floor, No. 3, Shangdi Information Road, Haidian District, Beijing, China. <br>*Hangzhou New Longshine Information Technology Co., Ltd.,* Room 605, No. 21, Xinba, Xiachang District, Hangzhou, China. <br>*Hangzhou Huawei Communication Technology Co., Ltd.,* Building 1, No. 410, Jianghong Road, Changhe Street, Binjiang District, Hangzhou, Zhejiang, China. <br>*Hangzhou Huawei Enterprises,* No. 410 Jianghong Road, Building 1, Hangzhou, China. <br>*Huawei Digital Technologies (Suzhou) Co., Ltd.,* No. 328 XINHU STREET, Building A3, Suzhou (Huawei R&D Center, Building A3, Creative Industrial Park, No. 328, Xinghu Street, Suzhou), Suzhou, Jiangsu, China. | For all items subject to the EAR, see §§ 736.2(b)(3)(vi)1, and 744.11 of the EAR, except for technology subject to the EAR that is designated as EAR99, or controlled on the Commerce Control List for anti-terrorism reasons only, when released to members of a "standards organization" (see § 772.1) for the purpose of contributing to the revision or development of a "standard" (see § 772.1). | Presumption of denial ...... | 84 FR 22963, 5/21/19. 84 FR 43495, 8/21/19. 85 FR 29853, 5/19/20. 85 FR 36720, 6/18/20. 85 FR 51603, 8/20/20. 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |

**71564**   Federal Register / Vol. 86, No. 240 / Friday, December 17, 2021 / Rules and Regulations

| Country | Entity | License requirement | License review policy | **Federal Register** citation |
|---|---|---|---|---|
| | *Huawei Marine Networks Co., Ltd.,* a.k.a., the following four aliases:<br>—Huawei Marine;<br>—HMN Technologies;<br>—Huahai Zhihui Technology Co., Ltd.,; *and*<br>—HMN Tech.<br>Building R4, No. 2 City Avenue, Songshan Lake Science & Tech Industry Park, Dongguan, 523808, *and* No. 62, Second Ave., 5/F–6/F, TEDA, MSD–B2 Area, Tianjin Economic and Technological Development Zone, Tianjin, 300457, China. | | | |
| | *Huawei Mobile Technology Ltd.,* Huawei Base, Building 2, District B, Shenzhen, China. | | | |
| | *Huawei Tech. Investment Co.,* U1 Building, No. 1899 Xiyuan Avenue, West Gaoxin District, Chengdu City, 611731, China. | | | |
| | *Huawei Technology Co., Ltd. Chengdu Research Institute,* No. 1899, Xiyuan Ave., Hi-Tech Western District, Chengdu, Sichuan Province, 610041, China. | | | |
| | *Huawei Technology Co., Ltd. Hangzhou Research Institute,* No. 410, Jianghong Rd., Building 4, Changhe St., Binjiang District, Hangzhou, Zhejiang Province, 310007, China. | | | |
| | *Huawei Technologies Co., Ltd. Beijing Research Institute,* No. 3, Xinxi Rd., Huawei Building, ShangDi Information Industrial Base, Haidian District, Beijing, 100095, China; *and* No. 18, Muhe Rd., Building 1–4, Haidian District, Beijing, China. | | | |
| | *Huawei Technologies Co., Ltd. Material Characterization Lab,* Huawei Base, Bantian, Shenzhen 518129, China. | | | |
| | *Huawei Technologies Co., Ltd. Xi'an Research Institute,* National Development Bank Building (Zhicheng Building), No. 2, Gaoxin 1st Road, Xi'an High-tech Zone, Xi'an, China. | | | |
| | *Huawei Terminal (Shenzhen) Co., Ltd.,* Huawei Base, B1, Shenzhen, China. | | | |
| | *Nanchang Huawei Communication Technology,* No. 188 Huoju Street, F10–11, Nanchang, China. | | | |
| | *Ningbo Huawei Computer & Net Co., Ltd.,* No. 48 Daliang Street, Ningbo, China. | | | |
| | *Shanghai Huawei Technologies Co., Ltd.,* R&D center, No. 2222, Golden Bridge Road, Pu Dong District, Shanghai, 286305 Shanghai, China, China. | | | |
| | *Shenzhen Huawei Anjiexin Electricity Co., Ltd.,* a.k.a., the following one alias:<br>—Shenzhen Huawei Agisson Electric Co., Ltd.,<br>Building 2, Area B, Putian Huawei Base, Longgang District, Shenzhen, China; *and* Huawei Base, Building 2, District B, Shenzhen, China. | | | |

**Exhibit 15**
**Page 2594**

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| | *Shenzhen Huawei New Technology Co., Ltd.,* Huawei Production Center, Gangtou Village, Buji Town, Longgang District, Shenzhen, China.<br>*Shenzhen Huawei Technology Service,* Huawei Base, Building 2, District B, Shenzhen, China.<br>*Shenzhen Huawei Technologies Software,* Huawei Base, Building 2, District B, Shenzhen, China.<br>*Zhejiang Huawei Communications Technology Co., Ltd.,* No. 360 Jiangshu Road, Building 5, Hangzhou, Zhejiang, China. | | | |
| * | * | * | * | * |
| | Hyper Systems Union Limited, Unit A1 7/F Cheuk Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; *and* Rm. 905 Workingberg Commercial Bldg. 41–47 Marble Road Wan Chai, Hong Kong; *and* Flat D, 14/F., On Fook Ind. Bldg. 41–45 Kwai Fung Crescent, Kwai Chung, N.T., Hong Kong. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Inner Mongolia First Machinery Group Co., Ltd. a.k.a. the following three aliases:<br>—China North Industries Group Corporation Limited (NORINCO) 617 Factory;<br>—FIRMACO; *and*<br>—Inner Mongolia One Machine.<br>North Minzhu Road, Qingshan District, Baotou City, Inner Mongolia Autonomous Region, 014032 China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Integrated Scientific Microwave Technology, a.k.a., the following one alias:<br>—ISM Tech.<br>Rm. 1014 Favor Industrial Centre, 2–6 Kin Hong Street Kwai Chung Hong Kong (see alternate address under Malaysia). | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Jiangsu Hengtong Marine Cable Systems Co., Ltd., a.k.a., the following two aliases:<br>—Jiangsu Hengtong Ocean Optical Network System Co., Ltd.; *and*<br>—Smart Ocean System.<br>No. 8, Tonga Road, Changshu Economic and Technological Development Zone, Suzhou City, Jiangsu Province. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | Jiangsu Hengtong Optic-Electric Co., Ltd., a.k.a., the following three aliases:<br>—Jiangsu Hengtong Photoelectric Co., Ltd.;<br>—Hengtong Optoelectronics Co., Ltd.; *and*<br>—HTGD.<br>88 Hengtong Avenue, Qidu Town, Wujiang District, Suzhou City, Jiangsu Province; *and* No. 2288, Zhongshan North Road, Wujiang District, Suzhou City, Jiangsu Province, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |

Exhibit 15
Page 2595

**71566**    Federal Register / Vol. 86, No. 240 / Friday, December 17, 2021 / Rules and Regulations

| Country | Entity | License requirement | License review policy | Federal Register citation |
|---|---|---|---|---|
| | ROV Solutions, Rm. 1014 Favour Industrial Centre, 2–6 Kin Hong Street Kwai Chung Hong Kong. (see alternate address under Georgia). | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Shaanxi Reactor Microelectronics Co., Ltd., Room 301, Block A, Hanyun Tower, Xi'an Software Park, No. 68, Keji 2nd Rd., High-Tech Zone, Xi'an, Shaanxi; *and* Room 103, Building 3, Zhongfu Commercial Advertising Park, Liuxian 2nd Road, Shenzhen City; *and* C37, Block C, Langda Plaza, Guzhen Town, Zhongshan City; *and* Room 604, Building 10, Baofen Yuanyuan No. 165, Baoqing Rd., Zhuangqiao St., Jiangbei District, Ningbo City, Zhejiang Province; *and* Room 105, Information Building, Three High Tech Road, Shaanxi, Xian, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Shanghai Aisinochip Electronics Technology Co., Ltd., a.k.a., the following two aliases:<br>—Shanghai Aixinnuohangxin Electronic Technology Co., Ltd.; *and*<br>—Aisino Chip.<br>Building 702, Building 102, Phase 3, Science and Technology Oasis, No. 2570, Hechuan Rd., Minhang District, Shanghai. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Shanghai Aoshi Control Technology Co., Ltd., a.k.a. the following two aliases:<br>—Shanghai Hengtong Optic-Electric Technology Co., Ltd.; *and*<br>—Shanghai Hengtong Photoelectric Technology Co. Ltd.<br>Building 1, No. 618 Chengliu Middle Road, Jiading District, Shanghai; *and* 1st Floor, Building 2, No. 555 Jiangchang West Road, Jing'an District, Shanghai, China. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Shenzhen Rion Technology, 4/F Block 1. Fuan Second Industrial Park, D Yang Tian, Da Yang Road, Ruyo, Shenzhen, China | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Thundsea Electric Limited, Rm. 1014 Favour Industrial Centre, 2–6 Kin Hong Street Kwai Chung Hong Kong; *and* Unit 1405B 14/F, The Belgian Bank Building, NOS. 721–725 Nathan Road Mongkok, Kowloon, Hong Kong | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |
| | Wavelet Electronics, Room 605, 6/F, Corporation Park, No. 11 on Lai Street, Shatin, New Territories, Hong Kong; *and* Building A2–3, Haufeng Industrial Park, Shiyan, Baoan District, Shenzhen, China RM 511, 5/F, Corporation Park, 11 ON LAI Street, Siu Lek Yuen, Shatin, N.T. Hong Kong. | All items subject to the EAR. (See § 744.11 of the EAR). | Presumption of denial ...... | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| * | * | * | * | * |

| Country | Entity | License requirement | License review policy | | | **Federal Register** citation |
|---|---|---|---|---|---|---|
| | Zhongtian Technology Submarine Cable Co., Ltd., a.k.a., the following one alias:<br>—ZTT Cable.<br>No. 1, Xinkai South Road, Nantong Economic and Technological Development Zone, China. | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | | | | | | |
| * | * | * | * | * | * | * |
| GEORGIA ......... | Gensis Engineering, a.k.a., the following one alias:<br>—Gensis Muhendislik Danismanlik.<br>No. 2 Flat Loselianis Ave. Tbilisi, Georgia. (see alternate address under Turkey). | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | ROV Solutions, 12A Tahkenti Street, Tbilisi, Georgia. (see alternate address under China). | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | SAEROS Safety ERO Company,<br>—No. 2 Flat Loselianis Ave. Tbilisi, Georgia. | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | | | | | | |
| * | * | * | * | * | * | * |
| MALAYSIA ....... | * | * | * | * | * | * |
| | Integrated Scientific Microwave Technology, a.k.a., the following one alias:<br>—ISM Tech.<br>1–11 1st floor, Jalan Padan Perdana 2, Dataran Pandan Prima, 55100, Kuala Lumpur, Malaysia. (see alternate address under China). | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | | | | | | |
| * | * | * | * | * | * | * |
| TURKEY ........... | * | * | * | * | * | * |
| | Gensis Engineering, a.k.a., the following one alias:<br>—Gensis Muhendislik Danismanlik.<br>Fevzi Cakmak Mah., Malazgirt Cad 58/5, Pendik, Istanbul, Turkey. (see alternate address under Georgia). | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial. ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | Vangurd Tec Makina Sanyi Ithalat, Yesilkent MH. 2011 SK. Innovia 3 Etap 18/15 Esenyurt, Istanbul, Turkey. | All items subject to the EAR. (See §744.11 of the EAR). | Presumption of denial ...... | | | 86 FR [INSERT FR PAGE NUMBER 12/17/2021]. |
| | * | * | * | * | * | * |
| | | | | | | |
| * | * | * | * | * | * | * |

Exhibit 15
Page 2597

\* \* \* \* \*

**Matthew S. Borman,**

*Deputy Assistant Secretary for Export Administration.*

[FR Doc. 2021–27406 Filed 12–16–21; 8:45 am]

**BILLING CODE 3510–33–P**

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Food and Drug Administration

### 21 CFR Part 878

[Docket No. FDA–2021–N–0857]

### Medical Devices; General and Plastic Surgery Devices; Classification of the Manual Percutaneous Surgical Set Assembled in the Abdomen

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Final amendment; final order.

**SUMMARY:** The Food and Drug Administration (FDA or we) is classifying the manual percutaneous surgical set assembled in the abdomen into class II (special controls). The special controls that apply to the device type are identified in this order and will be part of the codified language for the manual percutaneous surgical set assembled in the abdomen's classification. We are taking this action because we have determined that classifying the device into class II (special controls) will provide a reasonable assurance of safety and effectiveness of the device. We believe this action will also enhance patients' access to beneficial innovative devices.

**DATES:** This order is effective December 17, 2021. The classification was applicable on April 30, 2012.

**FOR FURTHER INFORMATION CONTACT:** Cal Rabang, Center for Devices and Radiological Health, Food and Drug Administration, 10903 New Hampshire Ave., Bldg. 66, Rm. 4633, Silver Spring, MD 20993–0002, 301–796–6412, *Cal.Rabang@fda.hhs.gov.*

**SUPPLEMENTARY INFORMATION:**

### I. Background

Upon request, FDA has classified the manual percutaneous surgical set assembled in the abdomen as class II (special controls), which we have determined will provide a reasonable assurance of safety and effectiveness. In addition, we believe this action will enhance patients' access to beneficial innovation.

The automatic assignment of class III occurs by operation of law and without any action by FDA, regardless of the level of risk posed by the new device. Any device that was not in commercial distribution before May 28, 1976, is automatically classified as, and remains within, class III and requires premarket approval unless and until FDA takes an action to classify or reclassify the device (see 21 U.S.C. 360c(f)(1)). We refer to these devices as ''postamendments devices'' because they were not in commercial distribution prior to the date of enactment of the Medical Device Amendments of 1976, which amended the Federal Food, Drug, and Cosmetic Act (FD&C Act).

FDA may take a variety of actions in appropriate circumstances to classify or reclassify a device into class I or II. We may issue an order finding a new device to be substantially equivalent under section 513(i) of the FD&C Act (see 21 U.S.C. 360c(i)) to a predicate device that does not require premarket approval. We determine whether a new device is substantially equivalent to a predicate device by means of the procedures for premarket notification under section 510(k) of the FD&C Act (21 U.S.C. 360(k)) and part 807 (21 CFR part 807).

FDA may also classify a device through ''De Novo'' classification, a common name for the process authorized under section 513(f)(2) of the FD&C Act. Section 207 of the Food and Drug Administration Modernization Act of 1997 established the first procedure for De Novo classification (Pub. L. 105–115). Section 607 of the Food and Drug Administration Safety and Innovation Act modified the De Novo application process by adding a second procedure (Pub. L. 112–144). A device sponsor may utilize either procedure for De Novo classification.

Under the first procedure, the person submits a 510(k) for a device that has not previously been classified. After receiving an order from FDA classifying the device into class III under section 513(f)(1) of the FD&C Act, the person then requests a classification under section 513(f)(2).

Under the second procedure, rather than first submitting a 510(k) and then a request for classification, if the person determines that there is no legally marketed device upon which to base a determination of substantial equivalence, that person requests a classification under section 513(f)(2) of the FD&C Act.

Under either procedure for De Novo classification, FDA is required to classify the device by written order within 120 days. The classification will be according to the criteria under section 513(a)(1) of the FD&C Act. Although the device was automatically placed within class III, the De Novo classification is considered to be the initial classification of the device.

We believe this De Novo classification will enhance patients' access to beneficial innovation. When FDA classifies a device into class I or II via the De Novo process, the device can serve as a predicate for future devices of that type, including for 510(k)s (see 21 U.S.C. 360c(f)(2)(B)(i)). As a result, other device sponsors do not have to submit a De Novo request or premarket approval application (PMA) to market a substantially equivalent device (see 21 U.S.C. 360c(i), defining ''substantial equivalence''). Instead, sponsors can use the less-burdensome 510(k) process, when necessary, to market their device.

### II. De Novo Classification

For this device, FDA issued an order on August 26, 2011, finding the Percutaneous Surgical Set with 5mm or 10mm Attachments not substantially equivalent to a predicate not subject to PMA. Thus, the device remained in class III in accordance with section 513(f)(1) of the FD&C Act when we issued the order.

On September 21, 2011, FDA received Ethicon Endo-Surgery, Inc.'s request for De Novo classification of the Percutaneous Surgical Set with 5mm or 10mm Attachments. FDA reviewed the request in order to classify the device under the criteria for classification set forth in section 513(a)(1) of the FD&C Act.

We classify devices into class II if general controls by themselves are insufficient to provide reasonable assurance of safety and effectiveness, but there is sufficient information to establish special controls that, in combination with the general controls, provide reasonable assurance of the safety and effectiveness of the device for its intended use (see 21 U.S.C. 360c(a)(1)(B)). After review of the information submitted in the request, we determined that the device can be classified into class II with the establishment of special controls. FDA has determined that these special controls, in addition to the general controls, will provide reasonable assurance of the safety and effectiveness of the device.

Therefore, on April 30, 2012, FDA issued an order to the requester classifying the device into class II. In this final order, FDA is codifying the classification of the device by adding 21 CFR 878.4805.[1] We have named the

---

[1] FDA notes that the ''ACTION'' caption for this final order is styled as ''Final amendment; final order,'' rather than ''Final order.'' Beginning in December 2019, this editorial change was made to

**Exhibit 15**
**Page 2598**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**Date of Report (Date of earliest event reported): December 21, 2021**

# Rockley Photonics Holdings Limited
**(Exact name of registrant as specified in its charter)**

| Cayman Islands | 001-40735 | Not Applicable |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |
| **3rd Floor 1 Ashley Road** | | **WA14 2DT** |
| **Altrincham, Cheshire** | | **(Zip Code)** |
| **United Kingdom** | | |
| **(Address of principal executive offices)** | | |

**+44 (0) 1865 292017**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐      Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐      Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐      Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐      Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares, $0.000004026575398 par value per share | RKLY | The New York Stock Exchange |
| Warrants, each whole warrant exercisable for one ordinary share at an exercise price of $11.50 per share | RKLY.WS | The New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company      ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01. Regulation FD Disclosure.**

On December 21, 2021, Rockley Photonics Holdings Limited (the "Company") issued a press release attached hereto as Exhibit 99.1. The full text of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K (this "Current Report") and is incorporated herein by reference.

The information furnished in this Current Report (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be deemed to be incorporated by reference into any filing of the Company under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| <u>Exhibit No.</u> | <u>Description</u> |
| --- | --- |
| 99.1 | Press release, dated December 21, 2021 |
| 104 | Cover Page Interactive Date File (embedded within the Inline XBRL document). |

**Exhibit 16**
**Page 2601**

FOR IMMEDIATE RELEASE



## Rockley Photonics Provides Business Update Following the U.S. Bureau of Industry and Security Action Relating to Its Joint Venture Partner

*Adjusts Outlook for Full Year 2021 and 2022*

*Momentum in Core Business, Health and Wellness Sensing Platform Continues, Outlook Unchanged*

OXFORD, England, and PASADENA, Calif., December 15, 2021 - Rockley Photonics (NYSE: RKLY) ("the Company" or "Rockley"), a global leader in photonics-based health monitoring and communications solutions, today announced its intention not to proceed, under current circumstances, with its data-communications-related technical sale to Hengtong Rockley Technology Co. Ltd., its joint venture ("the JV") with Jiangsu Hengtong Optic-Electric Co., Ltd. ("Hengtong"). As a result, Rockley issued an updated business outlook for full year 2021 and 2022. The decision not to proceed with the sale is due to the U.S. Bureau of Industry and Security (BIS) of the U.S. Department of Commerce placing Hengtong and certain of its affiliates on the BIS "Entity List" with an effective date of December 17, 2021, which means the U.S. Export Administration Regulations (EAR) prohibits companies from providing products and technologies to organizations on the "Entity List" without prior authorization. The Company is currently reviewing its relationship with the JV and will make appropriate decisions based on its findings.

"Rockley's primary focus has been and continues to be on the development and commercialization of our sensing platform in the health monitoring space. We continue to make outstanding progress in this arena, as outlined in our recent customer and technology announcements, and our outlook for this business continues to show momentum," said Andrew Rickman, founder and chief executive officer of Rockley. "The technical sale to the JV was intended as an efficient way to monetize Rockley's innovative data communications technology without distracting from our primary focus on our health and wellness solutions."

Dr. Rickman went on to say, "We continue to fully comply with the regulations and have decided not to proceed with our technical sale to the JV under the current circumstances. The BIS action will require us to adjust our strategy for monetizing our communications technology. While we are disappointed in the near-term impact on our company, we believe that this decision will be a net positive for Rockley and will not affect the long-term outlook for our business because these solutions were not core to our future growth prospects. We will continue to focus our resources on bringing solutions to the health and wellness market to satisfy the significant consumer and medtech demand we have reported. We are evaluating options to monetize our ultra-high-speed fiber optic communication solutions, which we believe could have a net positive impact on our cash."

Accordingly, the Company is updating its outlook for full year 2021 and full year 2022 to reflect its current expectations.

**Revised Outlook for Full Year**

|  | *2021* | *2022* |
|---|---|---|
| Revenue | $7 - $8 million | $25 - $30 million |

As of September 30, 2021, the Company had cash, cash equivalents and investments of $125 million.

**About Rockley Photonics**

A global leader in photonics-based health monitoring and communications solutions, Rockley Photonics is developing a comprehensive range of photonic integrated circuits and associated modules, sensors, and full-stack solutions. From next-generation sensing platforms specifically designed for mobile health monitoring and machine vision to high-speed, high-volume solutions for data communications, Rockley is laying the foundation for a new generation of applications across multiple industries. Rockley believes that photonics will eventually become as pervasive as micro-electronics, and it has developed a platform with the power and flexibility needed to address both mass markets and a wide variety of vertical applications.

Formed in 2013, Rockley is uniquely positioned to support hyper-scale manufacturing and address a multitude of high-volume markets. Rockley has partnered with numerous Tier-1 customers across a diverse range of industries to deliver the complex optical systems required to bring transformational products to market.

To learn more about Rockley, visit rockleyphotonics.com.

**Cautionary Note Regarding Forward-Looking Statements**

Statements in this press release that are not historical facts constitute "forward-looking statements" for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding Rockley's future expectations, beliefs, plans, objectives, and assumptions regarding future events or performance. The words "accelerate," "advance," "allow," "anticipate," "believe," "can," "continue," "could," "develop," "enable," "estimate," "eventual," "expand," "expect," "focus," "forecast," "future," "goal," "intend," "may," "might," "opportunity," "outlook," "plan," "possible," "position," "potential," "predict," "project," "revolutionize," "seem," "should," "trend," "vision," "will," "would" or other terms that predict or indicate future events, trends, or expectations, and similar expressions or the negative of such expressions may identify forward-looking statements, but the absence of these words or terms does not mean that a statement is not forward-looking. Forward-looking statements in this press release include, but are not limited to, statements regarding the following: (a) Rockley's continued focus on the commercialization of its platform in the health monitoring space and progress thereof; (b) the potential impact on Rockley's business (including the JV, the Company's review of its relationship with the JV, and the data communications business), focus, resource allocation, revenue, outlook, and prospects, as well as its business plan and goals in relation to the health and wellness market, as a result of its intention

not to proceed with its data-communications-related technical sale to the JV and the placing of Hengtong and certain of its affiliates by the U.S. Bureau of Industry and Security (BIS) of the U.S. Department of Commerce on the Bureau's Entity List; (c) Rockley's strategy for monetizing its communications technology (d) Rockley's outlook for 2021 and 2022; (e) the Company's focus on efficiently deploying capital in the near-term and evaluation of options for its ultra-high-speed data communications solutions; (f) the anticipated aspects, focus, goals, opportunities, and benefits of Rockley's silicon photonics solutions, including the potential to create an opportunity to revolutionize the data communications industry and accelerate the development and production of ultra-high-speed solutions for such market; (g) the anticipated and potential features and benefits of Rockley's platform, products, and technology; (h) its development of a range of photonic integrated circuits and associated modules, sensors, and full-stack solutions; (i) Rockley's belief that photonics will eventually become as pervasive as micro-electronics; and (j) Rockley's potential to support hyper-scale manufacturing, address a multitude of high-volume markets, and deliver the complex optical systems required to bring transformational products to market.

Forward-looking statements are subject to several risks and uncertainties (many of which are beyond Rockley's control) or other assumptions that may cause actual results or performance to differ materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, the following: (i) Rockley's ability to achieve customer acceptance and commercial production of its products and technology, including in a timely and cost-effective manner; (ii) Rockley's ability to achieve customer design wins and convert memoranda of understanding and development contracts into production contracts; (iii) risks related to purchase orders, including the lack of long-term purchase commitments, the cancellation, reduction, delay, or other changes in customer purchase orders, and if and to the extent customers seek to enter into licensing arrangements in lieu of purchases; (iv) Rockley's history of losses and need for additional capital and its ability to access additional financing to support its operations and execute on its business plan, as well as the risks associated therewith; (v) legal and regulatory risks; (vi) risks associated with its fabless manufacturing model and dependency on third-party suppliers; (vii) Rockley's reliance on a few significant customers for a majority of its revenue and its ability to expand and diversify its customer base; (viii) Rockley's financial performance; (ix) the impacts of COVID-19 on Rockley, its customers and suppliers, its target markets, and the global economy; (x) Rockley's ability to successfully manage growth and its operations as a public company; (xi) fluctuations in Rockley's stock price and Rockley's ability to maintain the listing of its ordinary shares on the NYSE; (xii) Rockley's ability to anticipate and respond to industry trends and customer requirements; (xiii) changes in the current and future markets in which Rockley is or may be engaged; (xiv) risks related to competition and intellectual property; (xv) market opportunity and demand for Rockley's products and technology, as well as the customer products into which Rockley's products and technology are incorporated; (xvi) risks related to international operations; (xvii) risks related to cybersecurity, privacy, and infrastructure; (xviii) risks related to financial and accounting matters; (xix) general economic, financial, political, and business conditions, both domestic and foreign; (xx) Rockley's ability to realize the anticipated benefits of its business combination with SC Health Corporation; and (xxi) Rockley's ability to utilize its equity line of credit, as well as other factors described under the heading "Risk Factors" in Rockley's quarterly report on Form 10-Q for the quarter ended September 30, 2021, and in other documents Rockley files with the Securities and Exchange Commission in the future.

The forward-looking statements contained in this press release are based on various assumptions, whether or not identified in this press release, and on Rockley's current expectations, beliefs, and assumptions and are not predictions of actual performance. If any of these risks or uncertainties

materialize, or should any of these assumptions prove incorrect, actual results may differ materially from those discussed in or implied by these forward-looking statements. There can be no assurance that future developments affecting Rockley will be those that have been anticipated. These forward-looking statements speak only as of the date hereof and Rockley does not intend to any obligation to update or revise any forward-looking statements, whether because of new information, future events, or otherwise, except as required by law.

###

**Contact Information**

*Media*
Justin Heath
**Resonates**
Telephone: +44 1635 898 698
Email: rockley@resonates.com


*Investors*
Gwyn Lauber
**Rockley Photonics**
Telephone: +1 626-995-0001
Email: investors@rockleyphotonics.com

I will now turn the conference over to your host, Gwyn Lauber. You may begin.

**Gwyn Lauber**

Thank you, operator, and welcome, everyone. This is Gwyn Lauber, Vice President, Investor Relations of Rockley Photonics. Today, after the U.S. market closed, we released our results for the fourth quarter and full year ended December 31, 2021. A copy of our earnings press release, along with supplemental financial tables are available on the Investor Relations section of our website at investors.rockleyphotonics.com.

With me on today's call are Dr. Andrew Rickman, OBE's Chairman and Chief Executive Officer; and Mahesh Karanth, Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website.

Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements. These forward-looking statements include, but are not limited to, the anticipated benefits, features, scope, focus, status and goals of our platform, technology, products, studies, and partnerships with third parties, our ability to and the timing of bringing our products to market and our product development schedules, our strategies, our research and development plans, our customers, our commercial and market opportunities and trends, our debt obligations, and our costs and expenses, our cash resources and financial performance and outlook and factors affecting the foregoing.

These forward-looking statements are subject to risks and uncertainties, which may cause actual results to vary materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those discussed in our earnings press release and in our filings with the SEC. Any forward-looking statements that are made on this call are based on assumptions as of today. We undertake no obligation to update these statements as a result of new information or future events.

In addition to U.S. GAAP reporting, Rockley reports certain non-GAAP financial measures that do not conform to generally accepted accounting principles. We believe these non-GAAP measures enhance the understanding of our performance. Reconciliation of these GAAP and non-GAAP financial measures are included in the tables found in the press release.

Exhibit A
Page 112

Exhibit 17
Page 2609

At this time, it is my pleasure to turn the floor over to your host, Ms. Gwyn Lauber. Please go ahead, ma'am.

**Gwyn Lauber**

Thank you, operator, and welcome, everyone. This is Gwyn Lauber, Vice President, Investor Relations at Rockley Photonics. Today, we released the results of our first quarter ended March 31, 2022. A copy of the earnings press release, along with supplemental financial tables are available on the Investor Relations section of our website at investors.rockleyphotonics.com.

With me on today's call are Dr. Andrew Rickman, OBE's Chairman and Chief Executive Officer; and Mahesh Karanth, Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website. Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements.

These forward-looking statements include, but are not limited to, the anticipated, features, benefits, scope, focus, status and goals of our platform, technology, products, studies, and partnerships with third parties, our ability to bring and the timing of bringing our products to market, our product development schedules, our strategies, our research and development plans, our customers, our commercial and market opportunities and trends, our debt obligations, our costs and expenses, our cash resources, cash burns, revenue guidance, financial projections and financial performance and our outlook and factors affecting the foregoing.

These forward-looking statements are subject to risks and uncertainties, which may cause actual results to vary materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those discussed in our earnings press release and in the Risk Factors section of our Annual Report on Form 10-K as well as our other filings with the SEC. Any forward-looking statements that are made on this call are based as of assumptions as of today. We undertake no obligation to update these statements as a result of new information or future events.

**Item 5.02. Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangement of Certain Officers.**

On June 15, 2022, Rockley Photonics Holdings Limited (the "Company") announced the appointment of Chad Becker as interim Chief Financial Officer to succeed Mahesh Karanth, who resigned from his position as Chief Financial Officer effective June 13, 2022. Mr. Karanth's final day of employment with the Company will be June 17, 2022.

Mr. Becker, age 47, has 20 years of corporate finance experience and has served as the Company's Vice President, Financial Planning and Analysis since March 2022. Prior to joining the Company, Mr. Becker served as Vice President, Finance at Tuft & Needle from February 2021 to August 2021. Prior to that position, Mr. Becker served as Director, Treasury at NetApp, Inc. (NASDAQ: NTAP) from August 2017 to January 2021, and from July 2006 to August 2017, Mr. Becker served as Manager, Treasury at Microsoft Corporation (NASDAQ: MSFT). Mr. Becker holds a Chartered Financial Analyst designation and received his bachelor's degree in finance and economics from the University of Arizona and Master of Business Administration degree from the University of Nevada at Las Vegas. Mr. Becker serves on the board of trustees for the University of Arizona Foundation.

While serving as interim Chief Financial Officer, Mr. Becker's annual base salary will be $370,000 with a target bonus opportunity equal to 60% of his annual base salary on a pro rata basis during his time as interim Chief Financial Officer. Mr. Becker is not a party to any transaction required to be disclosed pursuant to Item 404(a) of Regulation S-K.

In connection with Mr. Karanth's departure, it is anticipated that the Company and Mr. Karanth will enter into a separation agreement and release pursuant to which Mr. Karanth will receive severance in accordance with the terms of his employment agreement, as well as an extension of the post-termination exercise period of Mr. Karanth's outstanding stock options originally granted under the Rockley Photonics Limited 2013 Stock Incentive Plan through June 13, 2024.

**Item 7.01. Regulation FD Disclosure.**

The Company has issued a press release entitled "Rockley Photonics Announces Senior Leadership Changes" which is attached as Exhibit 99.1 and incorporated herein.

The information in this Item 7.01 and the document attached as Exhibit 99.1 are being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities and Exchange Act of 1934 (the "Exchange Act"), as amended, nor otherwise subject to the liabilities of that section, nor incorporated by reference in any filings under the Securities Act of 1933 or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release of Rockley Photonics Holdings Limited dated June 15, 2022 entitled "Rockley Photonics Announces Senior Leadership Changes" |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Rockley Photonics Holdings Limited

Date:    June 15, 2022

By:    /s/ Tom Adams

Name:    Tom Adams

Title:    General Counsel

EX-99.1 2 rklyannouncesseniorleaders.htm EX-99.1

FOR IMMEDIATE RELEASE



## Rockley Photonics Announces Senior Leadership Changes

Reaffirms Fiscal Year 2022 Revenue Guidance

**OXFORD, England, and PASADENA, Calif., June 15, 2022** – Rockley Photonics Holdings Limited (NYSE: RKLY), a global leader in photonics-based health monitoring and communications solutions, today announced changes to its senior management team. These changes are intended to align with the Company's next phase of growth as it prepares to begin production of its biosensing solution following completion of its recent $81.5 million private placement.

As part of these changes, the Company announced that Mahesh Karanth will resign from his role as chief financial officer to pursue other interests. Chad Becker, vice president of financial planning and analysis, will be promoted to the role of interim chief financial officer effective immediately. Mr. Becker brings 20 years of finance and leadership experience at companies, including Microsoft and NetApp.

The Company also announced that Ciaran Rooney, vice president of strategic relationships, was promoted to senior vice president of corporate development. During his tenure, Mr. Rooney played a key role in the financing of the business through multiple financing rounds including the recent private placement and its IPO last August, and has led Rockley's strategic initiatives, including corporate development, strategic partnerships, and key commercial and corporate relationships.

"I want to thank Mahesh for his contribution to Rockley over the past four and a half years," said Dr. Andrew Rickman, chairman and chief executive officer of Rockley. "During his tenure, he built a very strong finance team, guided the company through its business combination last year and successfully completed a convertible debt financing in an incredibly difficult market. Mahesh leaves Rockley well-positioned to move to the production phase of our growth."

Dr. Rickman continued, "I also want to thank Chad and Ciaran for their support during this period and am excited about the contributions they will make in their expanded roles. They are both talented professionals, and I believe they will be key to Rockley's next chapter."

Exhibit 20
Page 2660

Rockley will retain an executive search firm and commence a formal search for a permanent chief financial officer. Mr. Karanth's departure is not related to any financial performance, policy, control issues or any disagreements on accounting or financial reporting matters.

Rockley reaffirmed its fiscal year 2022 revenue guidance that was provided on May 12, 2022.

**About Rockley Photonics**
A global leader in photonics-based health monitoring and communications solutions, Rockley Photonics is developing a comprehensive range of photonic integrated circuits and associated modules, sensors, and full-stack solutions. From next-generation sensing platforms specifically designed for mobile health monitoring and machine vision to high-speed, high-volume solutions for data communications, Rockley is laying the foundation for a new generation of applications across multiple industries. Rockley believes that photonics will eventually become as pervasive as micro-electronics, and it has developed a platform with the power and flexibility needed to address both mass markets and a wide variety of vertical applications.

Formed in 2013, Rockley is uniquely positioned to support hyper-scale manufacturing and address a multitude of high-volume markets. Rockley has partnered with numerous Tier-1 customers across a diverse range of industries to deliver the complex optical systems required to bring transformational products to market.

To learn more about Rockley, visit rockleyphotonics.com.

**Cautionary Statement Regarding Forward-Looking Statements**
Certain statements in this press release that are not historical facts constitute "forward-looking statements" for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding Rockley's future expectations, beliefs, plans, objectives, and assumptions regarding future events or performance. The words "anticipate," "believe," "continue," "could," "develop," "enable," "estimate," "eventual," "expect," "future," "intend," "may," "might," "opportunity," "outlook," "plan," "possible," "position," "potential," "predict," "project," "revolutionize," "seem," "should," "trend," "will," "would" and other terms that predict or indicate future events, trends, or expectations, and similar expressions or the negative of such expressions may identify forward-looking statements, but the absence of these words or terms does not mean that a statement is not forward-looking. Forward-looking statements in this press release include, but are not limited to, statements regarding the following: (a) the Company's plan to begin production of its biosensing solution; (b) the Company's belief that the announced changes to its senior management team will align with the Company's next phase of growth; (c) Rockley's belief that photonics will

eventually become as pervasive as micro-electronics; and (d) Rockley's potential to support hyper-scale manufacturing, address a multitude of high-volume markets, and deliver the complex optical systems required to bring transformational products to market.

Forward-looking statements are subject to several risks and uncertainties (many of which are beyond the Company's control) or other assumptions that may cause actual results or performance to differ materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, the following: (i) the Company's ability to achieve commercial production of its products and technology, including in a timely and cost-effective manner; (ii) the Company's ability to achieve customer design wins, convert memoranda of understanding and development contracts into production contracts, and achieve customer acceptance of its products and technology; (iii) risks related to purchase orders, including the lack of long-term purchase commitments, the cancellation, reduction, delay, or other changes in customer purchase orders, and if and to the extent customers seek to enter into licensing arrangements in lieu of purchases; (iv) the Company's history of losses and need for additional capital and its ability to access additional financing to support its operations and execute on its business plan, as well as the risks associated with any future financings; (v) legal and regulatory risks, including those related to its products and technology and any threatened or actual litigation; (vi) risks associated with its fabless manufacturing model and dependency on third-party suppliers; (vii) the Company's reliance on a few significant customers for a majority of its revenue and its ability to expand and diversify its customer base; (viii) the Company's financial performance; (ix) the impacts of COVID-19 on the Company, its customers and suppliers, its target markets, and the economy; (x) the Company's ability to successfully manage growth and its operations as a public company; (xi) fluctuations in the Company's stock price and the Company's ability to maintain the listing of its ordinary shares on the NYSE; (xii) the Company's ability to anticipate and respond to industry trends and customer requirements; (xiii) changes in the Company's current and future target markets; (xiv) intellectual property risks; (xv) the Company's ability to compete successfully; (xvi) market opportunity and market demand for, and acceptance of, the Company's products and technology, as well as the customer products into which the Company's products and technology are incorporated; (xvii) risks related to international operations; (xviii) risks related to cybersecurity, privacy, and infrastructure; (xix) risks related to financial and accounting matters; (xx) general economic, financial, legal, political, and business conditions and changes in domestic and foreign markets; (xxi) the Company's ability to realize the anticipated benefits of the business combination; (xxii) changes adversely affecting the businesses or markets in which the Company is engaged; and (xxiii) risks related to the Company's backlog, including the risk that backlog may not translate into future revenue, as well as other factors described under the heading "Risk Factors" in the Company's Annual Report on Form 10-K, and in other documents the Company files with the Securities and Exchange Commission in the future. The forward-looking statements contained in this press

**Exhibit 20**
**Page 2662**

FOR IMMEDIATE RELEASE

release are based on various assumptions, whether or not identified in this press release, and on the Company's current expectations, beliefs, and assumptions and are not predictions of actual performance. If any of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, actual results may differ materially from those discussed in or implied by these forward-looking statements. There can be no assurance that future developments affecting the Company will be those that have been anticipated. These forward-looking statements speak only as of the date hereof and the Company does not intend to update or revise any forward-looking statements, whether because of new information, future events, or otherwise, except as required by law.

For Rockley Photonics
*Media*
Debra Raine
Rainemakers
**Telephone**: +1 415-349-7432
**Email**: rockley-pr@rainemakers.com

*Investors*
Gwyn Lauber
Rockley Photonics
**Telephone**: +1 626-995-0001
**Email**: investors@rockleyphotonics.com

**News**Room

8/11/22 FD (Fair Disclosure) Wire 20:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2022 Thomson Financial and VIQ Media Transcription, Inc.

August 11, 2022

Q2 2022 Rockley Photonics Holdings Ltd Earnings Call - Final

Presentation

OPERATOR: Welcome, and thank you for joining us today for this Rockley Photonics Second Quarter 2022 Conference Call. As a reminder, all phone participants are in a listen-only mode and later you will have the opportunity to ask questions. Please remember, today's conference is being recorded. And now to get us started with opening remarks and introduction time, I'm pleased to turn the floor over to your host, Gwyn Lauber. Please go ahead.

GWYN LAUBER, VP OF IR, ROCKLEY PHOTONICS HOLDINGS LIMITED: Thank you, operator, and welcome, everyone. This is Gwyn Lauber, Vice President of Investor Relations at Rockley Photonics. Today, we released the results for the second quarter ended June 30, 2022. A copy of our earnings press release, along with supplemental financial tables are available on the Investor Relations section of our website at investor.rockleyphotonics.com.

With me on today's call are Dr. Andrew Rickman, OBE, Chairman and Chief Executive Officer; and Chad Becker, Interim Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website.

Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements. These forward-looking statements include, but are not limited to, the anticipated features, benefits, scope, focus, status and goals of our platform, technology, products, studies and partnerships with third parties, our ability to bring and the timing of bringing our products to market, our product development schedules, our strategies, our research and development plans, our customers, our commercial and market opportunities and trends, our debt obligations, our cost and expenses, our cash resources, cash burn, revenue guidance, financial projections and financial performance, and outlook and factors affecting the foregoing.

These forward-looking statements are subject to risks and uncertainties that may cause actual results to vary materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those discussed in our earnings press release and the Risk Factors section of our annual report on Form 10-K, as well as our other filings with the SEC. Any forward-looking statements that are made on this call are based on assumptions as of today. We undertake no obligation to update these statements as a result of new information or future events.

In addition to U.S. GAAP reporting, Rockley reports certain non-GAAP financial measures that do not conform to generally accepted accounting principles. We believe that these non-GAAP measures enhance the understanding of our performance. Reconciliations of these GAAP and non-GAAP measures are included in the tables found in our earnings press release.

Now I'll turn the call over to Andrew.

WESTLAW © 2023 Thomson Reuters. No claim to original U.S. Government Works.

Case 2:23-cv-09550-MRA-MAA Document 65-20-1 Filed 06/00/24/24 Page Page 115 Page ID Page #:6264:6523

Looking ahead to 2022, our core product revenue guidance is $5 million to $10 million. While we believe that there may be future opportunities to monetize our datacom assets, we have not included any revenue from it in our guidance. For 2023, we plan to issue revenue guidance on our third quarter earnings call.

In wrapping up my prepared remarks, I'll just add that we believe the opportunity in front of us is large and that with discipline, we will execute on our road map ahead. I will now turn the call back to the operator to open up the call for questions.

Questions and Answers

OPERATOR: (Operator Instructions) We'll hear first from Quinn Bolton at Needham.

NATHANIEL QUINN BOLTON, SENIOR ANALYST, NEEDHAM & COMPANY, LLC, RESEARCH DIVISION: Congratulations on the first volume purchase order for the Bioptx platform. I guess I was hoping you might be able to provide a little bit more detail on that initial contract, and Andrew, you mentioned the possibility or a forecast for a pretty significant ramp in 2023. Can you just quantify how much this initial purchase order might generate in revenue and then give us a sense as you look into 2023, could this customer generate tens of millions of dollars, single-digit millions of dollars, just any kind of ballpark we could think about as we're trying to model 2023?

ANDREW G. RICKMAN: Yes. This is a very, very, very big opportunity. This alone could make the company extremely substantial. So this customer has provided us with initial purchase order, but has given us also the forecast for the year ahead, and we have a good grasp of the overall market opportunity associated with this particular channel over the next couple of years. And so it's a very, very large opportunity.

NATHANIEL QUINN BOLTON: Just maybe -- would that be hundreds of thousands potentially of wristbands? Or I mean, is it substantial? And it sounds like it's pretty large order or potential.

ANDREW G. RICKMAN: Yes. The addressable market through this channel is in the millions of units in due course.

NATHANIEL QUINN BOLTON: Second question for me, just I was wondering if you might be able to update us on your efforts in the consumer electronics segment. I believe you were going to be providing samples to a Tier 1 customer in the fourth quarter with a potential launch of a customer device sometime in 2023. Is that still the right time frame to be thinking about for the consumer electronics opportunity?

ANDREW G. RICKMAN: We are working very closely with all of the consumer customers that we've got on their design and processes. At this point in time, we can't say anything about the specific launch plans. But those design-in activities are going very, very well. It is worth noting that since we took the company public a year ago, there really has been a shift around in terms of the timing that our own respond and the Bioptx respond that you now see has really accelerated ahead of everything else and is our focus in terms of revenue for next year.

The design-in activities associated with the consumer device companies are very exciting. They represent tens of thousands of units just in their own sort of qualification and ramp-up phase and then building inventory. But what we can see at this time is with great firmness is around our own wristband, which gives us a lot of confidence as we look forward for the business in 2023.

NATHANIEL QUINN BOLTON: And then just maybe one for Chad. How should we think about OpEx? I know you've said that on the one hand you've taken actions to reduce OpEx in the second half, but it sounds like much of the staff that was deployed on datacom has been redeployed to focus on the health care and the medical device opportunity. And so I'm just trying to sort of think about those 2 comments and what it implies for OpEx on a quarterly basis into the second half of this year?

WESTLAW

Case 2:23-cv-09950-MRA-MAA Document 65-20-1 Filed 06/00/24/24 Page Page 7 of 116 PageID Page #:62655524

CHAD BECKER: Yes. I would just like to say that the entire company is committed to the efficiency of cash and I'm just pleased how the entire organization is committed to that cause. So whether it's hiring employees or investing in the CapEx, we just continue to be very diligent with the cash usage. And as we've mentioned in the past, our target for the cash burn, we are focusing on doing our best to be on the lower range of that band.

OPERATOR: Next, we'll move to Paul Silverstein at Cowen.

PAUL JONAS SILVERSTEIN, MD & SENIOR RESEARCH ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: Andrew, before I ask my real question, I want to make sure I understood you correctly on this call and from your press release. I think what you're telling us is that the consumer wearable opportunity, which, correct me if I'm wrong, you previously projected $300 million to $320 million of revenue for '23, you've now removed that guidance. So I heard you just say the initial opportunities tens of thousands of units, but I think you're telling us that you no longer expect any of the consumer wearable companies to go forward in a meaningful way in '23. I just want to make sure that I understand that correctly before I ask you some other questions.

ANDREW G. RICKMAN: No, it's not quite what we've said, but we said that the -- our own respond going into the medical applications and it's designed specifically for that area is dominating us for 2023 in terms of our expectations for the year. From the consumer device customer point of view, there's still a huge amount of activity and design-in activity going on in that area. But it is predicated on those customers launching their products for us to be able to forecast those customers beyond the tens of thousands of units that are relevant to the buildup, if you like, of their own qualification of their own devices. So as we look forward, we're seeing a greater level of certainty in terms of our revenues for 2023, driven by our own device, which is exceeding our previous expectations in terms of its potential.

PAUL JONAS SILVERSTEIN: But Andrew, I'm not trying to be argumentative, but I'm confused. You had a $300 million to $320 million guidance out there based on consumer wearables. You now have your med tech that stepped up. The way you're presenting it, it sounds like it's a choice, which it shouldn't be. I would think that the med tech opportunity, which has manifested itself faster than you all had previously conveyed that, that should increase your confidence as to $300 million to $320 million and frankly, even more than increase the confidence, should augment, it should be something north of that.

But by virtue of taking away that guidance, again, I'm not trying to be argumentative here. I'm just trying to understand, by taking away, it sounds like you don't have the confidence on the wearable side anymore. Otherwise, you want to remove the guidance you've been telling us, now with the strength of med tech having materialized, you're looking at something even greater than $300 million to $320 million. What am I not understanding?

ANDREW G. RICKMAN: I think it's a good point, Paul. There's definitely -- as we look at our projections going out into future years and when you think about it earlier in this year, then the certainty associated with any of the revenues had a particular risk associated with it. Now we find ourselves in a situation where we are much, much more certain about the prospects of our own wristband and where that is much more in our control. So there's always going to be risks associated with our customers in terms of -- particularly in the consumer device area in terms of their launch and their particular ramp. So our confidence in the mix has definitely moved towards the med tech area.

And you are right to point out that in the consumer device area, there is an element of less certainty in terms of the ramp-up. But the fundamental point is that our overall business prospects in our view are actually stronger than they have been before because when you look at the wearable device ourselves, you look at the average selling price, you look at the margin associated with it, you look at the diversity of customers that we've got in that particular area, this is a very exciting prospect for the business. And it leads the way now in a way where initially we thought the consumer device customers were going to lead the way. Now we're in a position where that order book, if you like, and visibility is firming up earlier on the med tech side, which is a more profitable and in the sense exciting business.

WESTLAW © 2023 Thomson Reuters. No claim to original U.S. Government Works.

Case 2:23-cv-09950-MRA-MAA Document 65-20-1 Filed 06/00/24/24 Page Page 1 117 of 130 Page ID Page #:62566525

And then when you look at the overall size of the individual markets, if you look at those 2 markets in terms of their dollar representation for us, they're about equal in terms of size. They're both still strongly there, but the med tech, you're right to observe, the med tech has definitely accelerated ahead.

PAUL JONAS SILVERSTEIN: But Andrew, if they're equal in size, why are you all backing away from the original guidance? And the real question is on the consumer wearables side, given that time has marched on and one would think objectively that at this point in time you would have greater visibility, and I'm trying to understand what's happened. It's not just one customer, it's not just Apple. It sounds like as a general proposition, the consumer wearable companies are taking more time. Not that it won't materialize.

The real question is, what -- if we dialed back the clock in time, you all had stated that there were no meaningful hurdles from a technology standpoint that remaining to be overcome for adoption and deployment. And I'm trying to understand what's changed. It sounds like something has changed with consumer wearable companies where they're not moving forward consistent with what your original expectations were. And again, the question is, what's changed? Is it a technology hurdle issue? Is it a commercial issue? What's changed?

ANDREW G. RICKMAN: I don't think anything has changed. But from our point of view, in terms of our emphasis and our effort in terms of getting product out there, clearly, we're seeing a stronger pull with more profitability from the med tech area. So if you look at the utilization of our own cash and capital in terms of our own efforts to meet the numbers for 2023, it's just so much clearer for us in the med tech area than it is in the consumer device area.

And in the consumer device area, we continue the design-in processes, but our hands are in a sense in -- our position is in the hands of those consumer device companies in terms of their launch program. So I think we're making the message pretty clear that the emphasis has moved towards the medical device companies. The opportunity, as you rightly point out in the consumer device area, is still there, but we are in the hands of those companies in terms of their own launch programs.

PAUL JONAS SILVERSTEIN: My last question, again, I just want to make sure I understand this. If Xiaomi or another consumer wearable technology company placed a significant order with you for inclusion in their devices shipping in '23, you're not telling us that you don't have the production capability to satisfy both your med tech customers and your consumer wearable customers, and this is all about a choice you're making to focus on med tech as opposed to consumer wearables. That -- I would think that would be crazy, but I'll let you respond.

ANDREW G. RICKMAN: Yes. I'm not sure I fully understood the question. But the -- in terms of the production capacity, obviously, the utilization of production capacity to sell products that sell for -- how will I put it, 10 times as much as the components that go in a consumer wearable is within -- very much within the interest of the company to be able to do that. So there is a clear prioritization that we're communicating here that we have a much, much higher selling price for our own medical-orientated wearable and we have a much higher margin potential in that area.

OPERATOR: And our next question is going to come from the line of Tim Savageaux with Northland Capital Markets.

TIMOTHY PAUL SAVAGEAUX, MD & SENIOR RESEARCH ANALYST, NORTHLAND CAPITAL MARKETS, RESEARCH DIVISION: I just want to follow up on the size of the potential volume opportunities. I think last call, and I don't know whether this is in reference to a combination of consumer and med tech or what have you. But I think you thought you could ship something under 1 million units in calendar '22, in the hundreds of thousands and multimillion in '23. And again, that could be a range of ASPs there. But even then I think we were talking more about the wristband than anything else. I mean, can you provide some sort of update on those expectations? It sounds like maybe '22 might be a little lighter, but '23 might be pretty similar in terms of those metrics that you set out last quarter? And I'll follow up from there.

WESTLAW © 2023 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit A
Page 122

Exhibit 22
Page 2686

**Item 5.02. Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangement of Certain Officers.**

On October 20, 2022, Rockley Photonics Holdings Limited (the "Company") announced that Richard A. Meier was appointed the Company's President and Chief Financial Officer effective immediately. In connection with his appointment, Mr. Meier was also designated the Company's principal financial officer and principal accounting officer.

Mr. Meier, 63, will join the Company from Intersect ENT, Inc., a medical technology company, where he served as Executive Vice President and Chief Financial Officer from November 2019 until its recent acquisition by Medtronic plc. Previously, from 2013 to 2018, Mr. Meier served as President - International & Executive Vice President & Chief Financial Officer at Owens & Minor, Inc., a global healthcare services company. Prior to joining Owens & Minor, Mr., Meier served as Executive Vice President and Chief Financial Officer at Teleflex, Inc., a global medical device company, from 2010 to 2012. From 2007 to 2009, Mr. Meier served as President and Chief Operating Officer of Advanced Medical Optics, Inc., a global ophthalmic medical device company acquired by Abbott Laboratories, and from 2002 to 2007, Mr. Meier served as Vice President and Chief Financial Officer at Advanced Medical Optics, Inc. Mr. Meier also worked for ICN Pharmaceuticals Inc., now Bausch Health, a global pharmaceutical company, from 1998 to 2002, where he served as Executive Vice President and Chief Financial Officer, and as Treasurer. Mr. Meier has also served on the Board of Directors at BioMarin Pharmaceutical Inc. since 2006 and as the Lead Independent Director since 2015. Mr. Meier is also a member of the Supervisory Board of Syntellix AG, a private medical technology company, and he was a Director of Staar Surgical Inc., an ophthalmic medical device company, from 2009 through June 2016, where he also served on the Governance, Compensation and Audit Committees. Mr. Meier holds a B.A. in economics from Princeton University.

There are no family relationships between Mr. Meier and any director or executive officer of the Company nor are there any transactions between Mr. Meier or any member of his family and the Company or any of its subsidiaries that would be reportable as a related party transaction under the rules of the Securities and Exchange Commission.

Mr. Meier has entered into a contract of employment with the Company, pursuant to which he will receive a base salary of $500,000 with a target bonus opportunity equal to 80% of his annual base salary, including a $400,000 bonus opportunity for 2022. Mr. Meier will also receive an initial equity grant of restricted stock units with respect to 1,891,521 ordinary shares and stock options to purchase 1,891,521 ordinary shares at a price equal to the fair market value of such shares on the grant date, with both initial equity grants vesting over four years, with 25% of each award vesting on the first anniversary of that award's date of grant and the remaining portion vesting in quarterly installments over the remaining three years, subject to Mr. Meier's continued service. In addition, in the event Mr. Meier's employment is terminated by the Company without cause or by Mr. Meier for good reason, subject to his execution of a release, Mr. Meier will be eligible to receive (i) a lump sum equal to his annual salary and target bonus, plus any earned but unpaid annual bonus for the prior completed calendar year, and (ii) 12 months of Company paid COBRA premiums. If such a termination occurs on or within 12 months following a change in control of the Company, subject to Mr. Meier's executing a release, Mr. Meier's initial equity grants will vest in full. In connection with his appointment as President and Chief Financial Officer, the Company expects to enter into its form of indemnification agreement with Mr. Meier.

In connection with the appointment of Mr. Meier as President and Chief Financial Officer, Chad Becker will step down from his role as Interim Chief Financial Officer and will return to his role as Vice President of Financial Planning and Analysis.

**Item 7.01. Regulation FD Disclosure.**

On October 20, 2022, the Company issued a press release entitled "Rockley Photonics Appoints Healthcare Industry Veteran Richard "Randy" A. Meier Chief Financial Officer" a copy of which is furnished as Exhibit 99.1 hereto.

The information in Item 7.01 of this Current Report on Form 8-K, including Exhibit 99.1, shall not be deemed to be filed for purposes of Section 18 of the Securities Exchange Act of 1934 (the "Exchange Act"), or otherwise subject to the liability of that section, and shall not be incorporated by reference into any registration statement or other document filed under the Securities Act of 1933 or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Exhibit A**
**Page 123**

**Exhibit 23**
**Page 2692**

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 10.1 | Employment Agreement between Rockley Photonics and Richard A. Meier dated October 20, 2022 |
| 99.1 | Press release dated October 20, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Rockley Photonics Holdings Limited

Date: October 20, 2022

By: /s/ Tom Adams

Name: Tom Adams

Title: General Counsel

# Rockley Photonics Appoints Healthcare Industry Veteran Richard A. "Randy" Meier President and Chief Financial Officer

10/20/2022

*Meier to focus on driving cash-efficient performance and enabling commercial production ramp*

OXFORD, England & PASADENA, Calif.--(BUSINESS WIRE)-- Rockley Photonics Holdings Limited (NYSE: RKLY) ("Rockley"), a global leader in photonics-based health monitoring and communications solutions, today announced the appointment of Richard A. "Randy" Meier as president and chief financial officer (CFO), effective immediately. Meier will shape Rockley's financial and commercialization strategies, and lead its finance, supply chain, quality, regulatory and compliance functions.

An accomplished finance and operations leader with a rich background in healthcare therapeutics and medical devices, Meier joins Rockley from Intersect ENT, a leading global ear, nose, and throat (ENT) medical technology company, where he served as EVP and CFO. Meier was instrumental in the 2022 sale of the company to Medtronic. Meier previously served as president-international, EVP and CFO of Owens & Minor, Inc., a global healthcare solutions company, EVP and CFO of Teleflex, Inc., a provider of specialty medical devices, and as president and chief operating officer of Advanced Medical Optics, Inc., which was acquired by Abbott Laboratories. He is currently lead independent director at BioMarin Pharmaceuticals, Inc., and a supervisory board member at Syntellix AG.

Dr. Andrew Rickman, chairman and chief executive officer of Rockley, said, "Randy is highly regarded within the US medical technology industry, and I am pleased that he has decided to join our team. He is a proven executive with an exemplary track record of financial and commercial performance. Randy's leadership will be important in

advancing our financial and commercial strategies, helping us drive a successful production ramp up and the commercialization of our biosensing solution."

Randy Meier, president and chief financial officer of Rockley, commented, "I am excited to join Rockley and work closely with Andrew and the executive team in securing the company's leadership in biosensing for the medtech and consumer wearables markets. I believe the Company has significant potential and I'm looking forward to contributing to its success. I am confident that my financial and healthcare market experience and expertise can bring immediate and long-term value to the company's mission."

**About Rockley Photonics**

A global leader in photonics-based health monitoring and communications solutions, Rockley Photonics is developing a comprehensive range of photonic integrated circuits and associated modules, sensors, and full-stack solutions. From next generation sensing platforms specifically designed for mobile health monitoring and machine vision to high-speed, high-volume solutions for data communications, Rockley is laying the foundation for a new generation of applications across multiple industries. Rockley believes that photonics will eventually become as pervasive as micro-electronics, and it has developed a platform with the power and flexibility needed to address both mass markets and a wide variety of vertical applications.

Formed in 2013, Rockley is uniquely positioned to support hyper-scale manufacturing and address a multitude of high-volume markets. Rockley has partnered with numerous tier-1 customers across a diverse range of industries to deliver the complex optical systems required to bring transformational products to market.

To learn more about Rockley, visit rockleyphotonics.com.

**Cautionary Note Regarding Forward-Looking Statements**

Statements in this press release that are not historical facts constitute "forward-looking statements" for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding Rockley's future expectations, beliefs, plans, objectives, and assumptions regarding future events or performance. The words "accelerate," "advance," "anticipate," "believe," "can," "capability," "continue," "could," "develop," "enable," "enhance", "estimate," "eventual," "expand, "expect," "focus," "forward," "future," "goal," "ground-breaking" "intend," "may," "might," "opportunity," "outlook," "plan," "possible," "position," "potential," "predict," "project," "revolutionize," "seem," "should," "trend," "vision," "will," "would" or other terms that predict or indicate future events, trends, or expectations, and similar expressions or the negative of such expressions may identify forward-looking statements, but the absence of these words or terms does not mean that a statement is not forward-looking. Forward-looking statements in this press release include, but are not limited to, statements regarding the following: (a) the anticipated benefits of the appointment of Mr. Meier to serve as our president and chief financial officer, including his importance to driving our financial and commercial strategies, helping us drive a successful production ramp up and the commercialization of our biosensing solution; and (b) our ability to secure leadership in biosensing for the medtech and consumer wearables markets.

Forward-looking statements are subject to several risks, assumptions, and uncertainties (many of which are beyond Rockley's control) that may cause actual results or performance to differ materially from those expressed or implied by these forward-looking statements. These risks, assumptions, and uncertainties include, but are not limited to, the factors described under the heading "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2021, and in other documents we file with the Securities and Exchange Commission. If any of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, actual results may differ materially from those discussed in or implied by these forward-looking statements. There can be no assurance that future developments affecting Rockley will be those

Exhibit 23
Page 2696

Exhibit A
Page 127

that have been anticipated. Given these risks and uncertainties, you should not place undue reliance on these forward-looking statements. These forward-looking statements speak only as of the date hereof and Rockley does not intend to update or revise any forward-looking statements, whether because of new information, future events, or otherwise, except as required by law.

*Media*

Debra Raine

Rainemakers

Telephone: +1 415-349-7432

Email: rockleyphotonics@rainemakers.com

*Investors*

Gwyn Lauber

Rockley Photonics

Telephone: +1 626-995-0001

Email: investors@rockleyphotonics.com

**Exhibit 23**

**Page 2697**

**Exhibit A**

**Page 128**

**Gwyn Lauber**

Thank you, operator, and welcome, everyone. This is Gwyn Lauber, Vice President of Investor Relations at Rockley Photonics. Today, we released the results for the third quarter ended September 30, 2022. A copy of the earnings press release is available on the Investor Relations section of our website at investors.rockleyphotonics.com. With me on today's call are Dr. Andrew Rickman, OBE, Chairman and Chief Executive Officer; and Randy Meier, President and Chief Financial Officer. This call is being webcast and will be archived on the Investor Relations section of Rockley's website. Before I turn the call over to Andrew, I'd like to note that today's discussion will contain forward-looking statements. These forward-looking statements include, but are not limited to, the anticipated features, benefits, scope, focus, status and goals of our platform, technology, products, studies and partnerships with third parties, our ability to bring and the timing of bringing our products to market, our product development schedules, our strategies, our research and development plans, our customers, our commercial and market opportunities and trends, our debt obligations, our cost and expenses, our cash resources, cash burn, revenue guidance, financial projections and financial performance and outlook and factors affecting the foregoing.

These forward-looking statements are subject to risks and uncertainties, which may cause actual results to vary materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those discussed in our earnings press release and in the Risk Factors section of our annual report on Form 10-K as well as our other filings with the SEC. Any forward-looking statements that are made on this call are based on assumptions as of today. We undertake no obligation to update these statements as a result of new information or future events. In addition to U.S. GAAP reporting, Rockley report certain non-GAAP financial measures that do not conform to generally accepted accounting principles. We believe these non-GAAP measures enhance the understanding of our performance. Reconciliations of these GAAP and non-GAAP measures are included in the tables found in our earnings press release. Now I'll turn the call over to Andrew.

**Andrew Rickman**

**Item 5.02. Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangement of Certain Officers.**

On December 12, 2022, the Board of Directors (the "Board") of Rockley Photonics Holdings Limited (the "Company") appointed Richard A. Meier as the Company's President and Chief Executive Officer and as a member of the Board, effective immediately. Mr. Meier will serve as a Class III director, with his initial term expiring at the 2024 annual meeting of shareholders. Mr. Meier will succeed Dr. Andrew Rickman, who resigned from his position as Chief Executive Officer on December 12, 2022 and was appointed Executive Chair of the Company. Chad Becker has been appointed as interim Chief Financial Officer to succeed Mr. Meier, effective immediately. In connection with his appointment, Mr. Becker was also designated the Company's principal financial officer and principal accounting officer.

Also on December 12, 2022, Dr. Caroline Brown resigned from the Board to pursue other business interests. Dr. Brown served as chair of the Audit Committee of the Board and a member of the Nominating and Corporate Governance Committee of the Board. Dr. Brown's resignation was not the result of any dispute or disagreement with the Company or the Board. The Board has appointed Nicolaus Henke to join the Audit Committee to fill the vacancy resulting from Dr. Brown's departure and Brian Blaser to serve as the new chair of the Audit Committee.

Mr. Meier, 63, joined the Company as its President and Chief Financial Officer in October 2022. He previously served as Executive Vice President and Chief Financial Officer of Intersect ENT, Inc., a medical technology company, from November 2019 until its recent acquisition by Medtronic plc. Previously, from 2013 to 2018, Mr. Meier served as President - International & Executive Vice President & Chief Financial Officer at Owens & Minor, Inc., a global healthcare services company. Prior to joining Owens & Minor, Mr., Meier served as Executive Vice President and Chief Financial Officer at Teleflex, Inc., a global medical device company, from 2010 to 2012. From 2007 to 2009, Mr. Meier served as President and Chief Operating Officer of Advanced Medical Optics, Inc., a global ophthalmic medical device company acquired by Abbott Laboratories, and from 2002 to 2007, Mr. Meier served as Vice President and Chief Financial Officer at Advanced Medical Optics, Inc. Mr. Meier also worked for ICN Pharmaceuticals Inc., now Bausch Health, a global pharmaceutical company, from 1998 to 2002, where he served as Executive Vice President and Chief Financial Officer, and as Treasurer. Mr. Meier has also served on the Board of Directors at BioMarin Pharmaceutical Inc. since 2006 and as the Lead Independent Director since 2015. Mr. Meier is also a member of the Supervisory Board of Syntellix AG, a private medical technology company, and he was a Director of Staar Surgical Inc., an ophthalmic medical device company, from 2009 through June 2016, where he also served on the Governance, Compensation and Audit Committees. Mr. Meier holds a B.A. in economics from Princeton University.

Mr. Becker, age 47, has 20 years of corporate finance experience and has served as the Company's Vice President, Financial Planning and Analysis since October 2022. He previously served as the Company's interim Chief Financial Officer from June 2022 to October 2022. Prior to joining the Company, Mr. Becker served as Vice President, Finance at Tuft & Needle from February 2021 to August 2021. Prior to that position, Mr. Becker served as Director, Treasury at NetApp, Inc. (NASDAQ: NTAP) from August 2017 to January 2021, and from July 2006 to August 2017, Mr. Becker served as Manager, Treasury at Microsoft Corporation (NASDAQ: MSFT). Mr. Becker holds a Chartered Financial Analyst designation and received his bachelor's degree in finance and economics from the University of Arizona and Master of Business Administration degree from the University of Nevada at Las Vegas. Mr. Becker serves on the board of trustees for the University of Arizona Foundation.

There are no family relationships between Mr. Meier or Mr. Becker and any director or executive officer of the Company nor are there any transactions between Mr. Meier or Mr. Becker or any member of their respective families and the Company or any of its subsidiaries that would be reportable as a related party transaction under the rules of the Securities and Exchange Commission.

There were no changes made at this time to Mr. Meier's previously disclosed compensation and contract of employment with the Company in connection with his new role.

---

**Exhibit 26**

As interim Chief Financial Officer, Mr. Becker's annual base salary is $370,000 with a target bonus opportunity equal to 60% of his annual base salary on a pro rata basis during his time as interim Chief Financial Officer.

**Item 7.01. Regulation FD Disclosure.**

On December 12, 2022, the Company issued a press release entitled "Rockley Photonics Announces Promotion of Richard A. (Randy) Meier to Chief Executive Officer" a copy of which is furnished as Exhibit 99.1 hereto.

The information in Item 7.01 of this Current Report on Form 8-K, including Exhibit 99.1, shall not be deemed to be filed for purposes of Section 18 of the Securities Exchange Act of 1934 (the "Exchange Act"), or otherwise subject to the liability of that section, and shall not be incorporated by reference into any registration statement or other document filed under the Securities Act of 1933 or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Exhibit 26**

**Page 2736**

**Exhibit A**
**Page 131**

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release dated December 12, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Rockley Photonics Holdings Limited

| Date: | December 12, 2022 | | By: | /s/ Richard A. Meier |
|---|---|---|---|---|
| | | | Name: | Richard A. Meier |
| | | | Title: | President and Chief Executive Officer |

**Exhibit 26**
**Page 2737**

FOR IMMEDIATE RELEASE



## Rockley Photonics Announces Promotion of Richard A. (Randy) Meier to Chief Executive Officer

Rickman to serve as executive chair; Becker promoted to interim chief financial officer

OXFORD, England, and PASADENA, Calif., December 12, 2022 – Rockley Photonics Holdings Limited (NYSE: RKLY), a global medical technology company focused on delivering leading edge silicon photonics-based biosensing solutions by targeting a portfolio of biomarkers, today announced changes to its senior management team. These changes are intended to position the Company for its next phase of growth.

Effective immediately, Richard A. Meier has been appointed president and chief executive officer, and will join the board of directors. Dr. Andrew Rickman has resigned as chief executive officer and will take on the role of executive chairman of Rockley. Chad Becker will assume the role of interim chief financial officer.

The Company also announced that Dr. Caroline Brown is stepping down from the board to pursue other business interests. Dr. Brown served as chair of the audit committee of the board and a member of the nominating and corporate governance committee. The board has appointed Dr. Nicolaus Henke to the audit committee to fill the vacancy resulting from Dr. Brown's departure. Brian Blaser will serve as the chair of the audit committee.

"I want to thank Andrew for the commitment and leadership he demonstrated during his nine years as CEO of Rockley. His insight and support will continue to be important to the success of the Company. I also want to thank Caroline for her contribution to the board," said Richard A. Meier, president and chief executive officer. "I look forward to advancing our strategic vision, focusing on our three key priorities and positioning the company to capitalize on the opportunities that are ahead of us."

Rockley will retain an executive search firm and commence a formal search for a permanent chief financial officer.

Exhibit 26
Page 2738

Exhibit A
Page 133

FOR IMMEDIATE RELEASE

About Rockley Photonics
Formed in 2013, Rockley is a global medical technology company focused on delivering leading edge silicon photonics-based biosensing solutions that target a portfolio of biomarkers. Rockley's ground-breaking end-to-end biosensing platform unlocks unique spectra-based biomarkers enabling insights into personal health and well-being. With next-generation biosensing platforms specifically designed for mobile health monitoring, Rockley is laying the foundation for a new generation of biomedical applications across multiple industries.

To learn more about Rockley, visit rockleyphotonics.com.
.

###

Cautionary Statement Regarding Forward-Looking Statements
Certain statements in this press release that are not historical facts constitute "forward-looking statements" for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding Rockley's future expectations, beliefs, plans, objectives, and assumptions regarding future events or performance. The words "anticipate," "believe," "continue," "could," "develop," "enable," "estimate," "eventual," "expect," "future," "intend," "may," "might," "opportunity," "outlook," "plan," "possible," "position," "potential," "predict," "project," "revolutionize," "seem," "should," "trend," "will," "would" and other terms that predict or indicate future events, trends, or expectations, and similar expressions or the negative of such expressions may identify forward-looking statements, but the absence of these words or terms does not mean that a statement is not forward-looking. Forward-looking statements in this press release include, but are not limited to, statements regarding the Company's belief that the announced changes to its senior management team will align with the Company's next phase of growth.

Forward-looking statements are subject to several risks and uncertainties (many of which are beyond the Company's control) or other assumptions that may cause actual results or performance to differ materially from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, the following: (i) the Company's ability to achieve commercial production of its products and technology, including in a timely and cost-effective manner; (ii) the Company's ability to achieve customer design wins, convert memoranda of understanding and development contracts into production contracts, and achieve customer acceptance of its products and technology; (iii) risks related to purchase orders, including the lack of long-term purchase commitments, the cancellation, reduction, delay, or other changes in customer purchase orders, and if and to the extent customers seek to enter into licensing arrangements in lieu of purchases; (iv) the Company's history of losses and need for additional capital and its ability to access additional financing to support its operations and

FOR IMMEDIATE RELEASE

execute on its business plan, as well as the risks associated with any future financings; (v) legal and regulatory risks, including those related to its products and technology and any threatened or actual litigation; (vi) risks associated with its fabless manufacturing model and dependency on third-party suppliers; (vii) the Company's reliance on a few significant customers for a majority of its revenue and its ability to expand and diversify its customer base; (viii) the Company's financial performance; (ix) the impacts of COVID-19 on the Company, its customers and suppliers, its target markets, and the economy; (x) the Company's ability to successfully manage growth and its operations as a public company; (xi) fluctuations in the Company's stock price and the Company's ability to maintain the listing of its ordinary shares on the NYSE; (xii) the Company's ability to anticipate and respond to industry trends and customer requirements; (xiii) changes in the Company's current and future target markets; (xiv) intellectual property risks; (xv) the Company's ability to compete successfully; (xvi) market opportunity and market demand for, and acceptance of, the Company's products and technology, as well as the customer products into which the Company's products and technology are incorporated; (xvii) risks related to international operations; (xviii) risks related to cybersecurity, privacy, and infrastructure; (xix) risks related to financial and accounting matters; (xx) general economic, financial, legal, political, and business conditions and changes in domestic and foreign markets; (xxi) the Company's ability to realize the anticipated benefits of the business combination; (xxii) changes adversely affecting the businesses or markets in which the Company is engaged; and (xxiii) risks related to the Company's backlog, including the risk that backlog may not translate into future revenue, as well as other factors described under the heading "Risk Factors" in the Company's Annual Report on Form 10-K, and in other documents the Company files with the Securities and Exchange Commission in the future. The forward-looking statements contained in this press release are based on various assumptions, whether or not identified in this press release, and on the Company's current expectations, beliefs, and assumptions and are not predictions of actual performance. If any of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, actual results may differ materially from those discussed in or implied by these forward-looking statements. There can be no assurance that future developments affecting the Company will be those that have been anticipated. These forward-looking statements speak only as of the date hereof and the Company does not intend to update or revise any forward-looking statements, whether because of new information, future events, or otherwise, except as required by law.

For Rockley Photonics
Gwyn Lauber
Rockley Photonics
Telephone: +1 626-995-0001
Email: investors@rockleyphotonics.com