**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**
Mark Mermelstein (SBN: 208055)
    mmermelstein@holmesathey.com
Joel Athey (SBN: 214399)
    joel.athey@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel:  (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendant*

ANGELO COLOMA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated<br><br>            Plaintiff,<br><br>    vs.<br><br>DAVID SIN; ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD.<br><br>            Defendants. | Case No. 2:23-cv-09501-MRA (MAAx)<br><br>CLASS ACTION<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ANGELO COLOMA'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>[Notice of Motion and Motion; Memorandum of Points & Authorities; and [Proposed] Order filed concurrently herewith] |

1

Defendant Angelo Coloma hereby requests this Court to take judicial notice of the following documents attached hereto and referenced as Exhibits 1 through 7. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.  This request is made in connection with Coloma's motion (filed herewith) to dismiss Plaintiffs' Class Action Amended Complaint filed February 28, 2024 (ECF No. 56) (the "Amended Complaint" or "AC").

## BASIS FOR REQUESTING JUDICIAL NOTICE

**A.    Exhibits 1, 2, 4 & 6 -- Documents Identified in the Amended Complaint**

On a motion to dismiss, a court may "consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).  The incorporation by reference doctrine allows the Court to consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (internal quotation marks and citations omitted) (alteration in original); *see also In re Stac Elecs. Sec. Litig.,* 89 F.3d 1399, 1405 n.4 (9th Cir. 1996).

Here, the Amended Complaint specifically refers to or quotes portions of: Exhibit 1 (AC ¶¶ 5, 122); Exhibit 2 (AC ¶¶ 123-125; 127, 131(b), 133); Exhibit 4 (AC ¶ 132); and Exhibit 6 (AC ¶¶ 45, 55, 132).  Accordingly, the Court may take judicial notice of Exhibits 1, 2, 4 & 6 under the precedent cited.

**B.    Exhibits 1-7 -- SEC Filings**

Coloma also seeks judicial notice of SEC filings pertaining to the securities at issue in this case.  In securities actions, courts commonly take judicial notice of a party's SEC filings.  "Public records, such as SEC filings, are properly the subject of judicial notice, and routinely considered in deciding a motion to dismiss in a

2

securities case." *In re Extreme Networks, Inc. S'holder Derivative Litig.,* 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (collecting cases); *see also Metzler Inv. GMBH v. Corinthian Colls., Inc.,* 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (approving court's review of SEC filings on motion to dismiss); *Dreiling v. Am. Exp. Co.,* 458 F.3d 942, 946 n.2 (9th Cir. 2006) (holding that district courts may consider "any matter subject to judicial notice, such as SEC filings"); *In re New Century,* 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) ("It is well-established that courts may take judicial notice of SEC filings"); *Perretta v. Prometheus Dev. Co., Inc.*, No. C 05-02987 WHA, 2005 WL 3445627, at *2 (N.D. Cal. Dec. 15, 2005) (taking judicial notice of documents filed with the SEC).  Accordingly, the Court may take judicial notice of Exhibits 1-7 under the precedent cited.

Thus, all of the documents identified below are properly before this Court.

| Ex. | Date Filed | Description | Pagination |
|-----|-----------|-------------|------------|
| 1 | March 19, 2021 | Form 8-K, Exhibit 99.1 (Press Release) filed by SC Health Corporation https://www.sec.gov/Archives/edgar/data/1764301/000119312521086719/d156616dex991.htm | 5-10 |
| 2 | March 19, 2021 | Form 8-K, Exhibit 99.3 (Investor Presentation) filed by SC Health Corporation https://www.sec.gov/Archives/edgar/data/1764301/000119312521086719/d156616dex993.htm | 11-57 |
| 3 | March 19, 2021 | Form 8-K, Exhibit 99.4 (Summary Risk Factors) filed by SC Health Corporation https://www.sec.gov/Archives/edgar/data/1764301/000119312521086719/d156616dex994.htm | 58-64 |
| 4 | April 2, 2021 | Form S-4 (Registration Statement) filed by Rockley Photonics Holdings Limited https://www.sec.gov/Archives/edgar/data/1852117/000119312521105235/d144950ds4.htm | 65-830 |

3

| 5 | July 12, 2021 | Form S-4/A (Registration Statement) Amendment 4 filed by Rockley Photonics Holdings Limited https://www.sec.gov/Archives/edgar/data/1852117/000119312521213132/d144950ds4a.htm | 831-1672 |
| 6 | July 22, 2021 | Form 424B3 (Prospectus/Proxy Statement) filed by Rockley Photonics Holdings Limited https://www.sec.gov/Archives/edgar/data/1852117/000119312521221928/d144950d424b3.htm | 1673-2505 |
| 7 | August 17, 2021 | Form 8-K filed by Rockley Photonics Holdings Limited https://www.sec.gov/Archives/edgar/data/1852117/000119312521248159/d392659d8k.htm | 2506-2533 |

Dated:  August 26, 2024

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP

By: /s/ Joel M. Athey
        Joel M. Athey

*Attorneys for Defendant*
Angelo Coloma

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ANGELO COLOMA'S MOTION TO DISMISS AMENDED COMPLAINT