# EXHIBIT 2

Exhibit 2
Page 11

EX-99.3 11 d156616dex993.htm EX-99.3



Exhibit 2
Page 12

# Notice to Recipient



This investor presentation ("Investor Presentation") is strictly private and confidential and is intended solely for the information of the Recipients. It is not an invitation for public subscription and should not be reproduced or circulated or used for any purpose other than assisting with the assessment of the SC Health Corporation ("SC Health") and Rockley Photonics, Ltd. ("Rockley Photonics" or the "Company") by the persons to whom this Investor Presentation is delivered. Each Recipient agrees that neither it nor its agents, representatives, directors or employees will copy, reproduce or distribute to others this Investor Presentation , in whole or in part, at any time without the prior written consent of each of SC Health and Rockley Photonics, and that it will keep permanently confidential all information contained herein not already in the public domain and will use this Investor Presentation only for the purpose of evaluating the proposed business combination (the "Business Combination"). This Investor Presentation shall remain the property of SC Health and Rockley Photonics, and each company reserves the right to require the return of this Investor Presentation (together with any copies or extracts thereof) at any time.

In no circumstances will SC Health, Rockley Photonics or any of either company's subsidiaries, affiliates, representatives, partners, directors, officers, employees, advisers or agents (each a "Relevant Party" and collectively "the Relevant Parties") be responsible for any of the information in this Investor Presentation, including the forecasts and details on the market described herein. These are supplied as a guide only and do not purport to contain all the information that an interested party may require. By accepting this Investor Presentation each Recipient acknowledges that it will be solely responsible for making its own investigations, including all costs and expenses incurred with such investigations or its investment in SC Health, Rockley Photonics or any parent company of either company, and forming its own view as to the condition and prospects of such investment, and the accuracy and completeness of the statements contained herein.

The information contained herein does not, and will not, form any part of a contract or offer for sale. Furthermore it does not constitute an offer to sell or invitation to purchase shares SC Health, Rockley Photonics or any parent company of either company that is capable of acceptance and no binding commitment may be entered into on the basis of the information contained herein. Any offers and sales of securities will be made only by means of a definitive investment agreement with SC Health, Rockley Photonics or any parent company of either company.

Neither the receipt of this Investor Presentation nor any information (whether written, electronic or oral) made available in connection with the proposed issue of securities constitutes, or is to be taken as constituting, the giving of investment advice by any of the Relevant Parties. This Investor Presentation should not be considered as a recommendation by any of the Relevant Parties to invest in SC Health, Rockley Photonics or any parent company of either company, and Recipients interested in investing are recommended to seek their own independent financial, legal and other advice from persons authorized and specializing, as necessary, in investments of the kind in question and should rely solely on their own judgment, review and analysis in evaluating the investment. Recipients should be aware that any investment activity may expose them to a risk of losing the property invested.

### Recipients in the United Kingdom

In the United Kingdom, members of the public have not been invited to, and are not eligible to invest in SC Health, Rockley Photonics or any parent company of either company.  The distribution of this Investor Presentation is exempt from the general restriction contained in section 21 of the Financial Services and Markets Act 2000 ("FSMA") in relation to the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed to and is directed only at persons who (i) are persons having professional experience in matters relating to investments within the meaning of Article 19 of the Financial Services and Markets Act 2000 (Financial Promotions) Order 2005 ("Order") or are (ii) persons falling within Article 49(2)(a)to(d) ("high net worth companies, unincorporated associations, etc.") of the Order (all such persons together being referred to as "relevant persons"). This communication must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this communication relates is available only to relevant persons and will be engaged in only with relevant persons. Each Recipient represents and warrants that he or it is a relevant person and agrees to inform himself or itself about and observe all applicable legal requirements in the UK and/or in the jurisdiction(s) in which he or it is situated. Any Recipient who is not a relevant person should return this document to SC Health or Rockley Photonics and should not act or rely upon this Investor Presentation or any of its contents.

### Recipients in the European Economic Area

In relation to each member state of the European Economic Area which has implemented Directive 2003/71/EC (as amended, and including any relevant implementing measure in each relevant member state ("Prospectus Directive"), this Investor Presentation is being distributed to and is directed only at "qualified investors as defined in the Prospectus Directive.

### Recipients in the United States

This Investor Presentation has been provided to each Recipient on the basis that the Recipient is a "qualified institutional buyer" (as defined in Rule 144A under the U.S. Securities Act of 1933, as amended (the "Act")) or an "accredited investor" (within the meaning of Rule 501(a) (1), (2), (3), (7) or (8) under the Act), and that each such Recipient has confirmed its status as an "accredited investor". If any Recipient is not, or are no longer able to confirm that it is an "accredited investor" it must immediately return the Investor Presentation to SC Health or Rockley Photonics.

Neither the U.S. Securities and Exchange Commission nor any state securities commission or other regulatory authority in the U.S. has approved or disapproved of the investment opportunity described herein or determined if this Investor Presentation is truthful or complete. Any representation to the contrary is a U.S. criminal offense.

### Recipients outside of the United Kingdom, European Economic Area or United States

Recipients in jurisdictions outside the UK, European Economic Area or United States should inform themselves about and observe all applicable legal requirements in their jurisdictions. In particular, the distribution of this Investor Presentation in certain jurisdictions may be restricted by law and, accordingly, Recipients represent that they are able to receive this Investor Presentation without contravention of any unfulfilled registration requirements or other legal restrictions in the jurisdiction in which they reside or conduct business.

The information contained in this Investor Presentation is strictly confidential and has been prepared by SC Health and Rockley Photonics with respect to certain financial metrics of Rockley Photonics for informational purposes only to assist interested parties in making their own evaluation with respect to the proposed Business Combination between SC Health and Rockley Photonics, and for no other purpose. The information contained herein does not purport to be all-inclusive and none of the Relevant Parties makes any representation or warranty, express or implied, as to the accuracy, completeness or reliability of the information contained in this Investor Presentation or any other written or oral communication communicated to the recipient in the course of the recipient's evaluation of the Company or SC Health. Only those particular warranties which are made in a definitive written investment agreement, when and if one is executed, and subject to such exclusions and limitations as may be specified in such agreement, shall have any legal effect. Such final agreement will not contain any representations, warranties or undertakings as to this Investor Presentation.

This Investor Presentation does not constitute (i) a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed Business Combination or (ii) an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any security of SC Health, the Company, or any of their respective affiliates. You should not construe the contents of this Investor Presentation as legal, tax, accounting or investment advice or a recommendation. You should consult your own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this Investor Presentation, you confirm that you are not relying upon the information contained herein to make any decision. The distribution of this Investor Presentation may also be restricted by law and persons into whose possession this Investor Presentation comes should inform themselves about and observe any such restrictions. The recipient acknowledges that it is (a) aware that the United States securities laws prohibit any person who has material, non-public information concerning a company from purchasing or selling securities of such company or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities, and (b) familiar with the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder (collectively, the "Exchange Act"), and that the recipient will neither use, nor cause any third party to use, this Investor Presentation or any information contained herein in contravention of the Exchange Act, including, without limitation, Rule 10b-5 thereunder. This Investor Presentation may not be taken away or reproduced or redistributed or disclosed, in whole or in part, to any other person, by any medium or in any form for any purpose. You agree to keep the contents of this Investor Presentation confidential and such document and contents form a part of confidential information. No securities commission or securities regulatory authority in the United States or any other jurisdiction has in any way passed upon them merits of the Business Combination or the accuracy or adequacy of the information contained in this Investor Presentation. By attending the meeting in relation to this document, or by reading this document, you agree to be bound by the limitations set out herein. None of the Relevant Parties shall have any responsibility or liability whatsoever (for negligence or otherwise) for any loss howsoever arising from any use of this document or its contents or otherwise arising in connection with this document.

**Exhibit 2**
**Page 13**

# Notice to Recipient (Cont'd)



This Investor Presentation does not contain all material information concerning SC Health, Rockley Photonics or any parent company of either company, or any securities of any such entity, and the information set forth in this document is subject to change without notice. No Relevant Party is under an obligation to update or keep current the information contained herein. Certain data in this Investor Presentation was obtained from various external data sources, and no Relevant Party has verified such data with independent sources. This Investor Presentation may include trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Investor Presentation may be listed without the ™, ℠, ©, or ® symbols, but SC Health and Rockley Photonics will assert, to the fullest extent under applicable law, the right of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

The information contained herein and any further information (whether written, electronic or oral) relating to SC Health or Rockley Photonics supplied by any of the Relevant Parties is, and will be, supplied on the condition that none of the Relevant Parties or any other person whatsoever is liable for any error, omission, misstatement, or inaccuracy therein nor for any direct, indirect or inconsequential loss or damage sustained by any party placing reliance on such information, including any error or omission, misstatement or inaccuracy resulting from any negligent act or omission of any of the Relevant Parties or any other person. Except where otherwise indicated, information provided in this Investor Presentation is given as of the date hereof. The delivery of this Investor Presentation shall not under any circumstances create the implication that there has been no change in the affairs of SC Health or Rockley Photonics since the date hereof. No Relevant Party accepts any responsibility or gives any undertaking to provide further information, including any information required to update any information contained herein or correct any inaccuracy error in or omission from this Investor Presentation.

**Forward-Looking Statements**

This Investor Presentation may contain forward-looking statements that involve risks and uncertainties, which include all statements other than statements of historical facts, including, without limitation, any statements preceded by, followed by or that include the words "targets", "believes", "expects", "aims", "intends", "will", "may", "anticipates", "would", "could" or similar expressions or the negative thereof. Actual future performance, outcomes and results may differ materially from those expressed in forward-looking statements as a result of a number of risks, uncertainties and assumptions. Forward-looking statements in this Investor Presentation may include, for example, statements about: (i) SC Health's and Rockley Photonics' ability to complete the proposed Business Combination during anticipated timeframe or at all; (ii) the anticipated development and commercialization timelines for Rockley Photonics' products and technologies, including anticipated features, benefits and applications of its products and technologies; (iii) Rockley Photonics' customer relationships and ability to retain and expand customer relationships and to achieve design wins; (iv) Rockley Photonics' ability to address market and customer demands and to timely develop solutions to meet those demands; (v) the size and growth potential of the markets for Rockley Photonics' products and technologies, and its ability to serve those markets; (vi) Rockley Photonics' business strategies, business and financial outlook and financial projections; (vii) the ability to obtain, maintain, protect, and enforce intellectual property protection for Rockley Photonics' technology; (viii) the retention of key personnel; and (ix) the use of proceeds from the proposed Business Combination. The forward-looking statements contained herein are based on SC Health's and Rockley Photonics' current expectations and beliefs concerning future developments and their potential effects. Certain statements contained in this document may be statements of future expectations and other forward-looking statements and involve known and unknown risks, assumptions, uncertainties and other factors that may cause the actual results, performance and financial condition of Rockley Photonics, or industry results, to be materially different from any future results, performance or financial condition, expressed or implied by such forward-looking statements. Statements contained in this document regarding past trends or activities should not be taken as a representation that such trends or activities will continue in the future. No assurance can be given that future events will occur, that projections will be achieved, or that the assumptions contained herein are correct. Actual results may differ materially from those projected and you should not place undue reliance on forward-looking statements. SC Health, Rockley Photonics and each other Relevant Party disclaims any obligation to update or otherwise revise these forward-looking statements to reflect future events or developments.

**Use of Projections**

Any financial projections in this Investor Presentation have not been prepared in conformity with U.S. GAAP / International Financial Reporting Standards as adopted by the International Accounting Standards ("IFRS"). Neither SC Health's nor Rockley Photonics' independent auditors have studied, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this document, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this Investor Presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results. In this Investor Presentation, certain of the above-mentioned projected information has been provided for purposes or providing comparisons with historical data. Information that is based on estimates, forecasts, projections, market research, or similar methodologies is inherently subject to uncertainties and actual events or circumstances may differ materially from those contained in the prospective financial information. The assumptions and estimates underlying the prospective financial information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties. Accordingly, there can be no assurance that the prospective results are indicative of future performance of SC Health, Rockley Photonics or any parent company of either company after the proposed Business Combination or that actual results will not differ materially from those presented in the prospective financial information. Inclusion of the prospective financial information in this document should not be regarded as a representation by any person that the results contained in the prospective financial information will be achieved.

**Non-GAAP Financial Measures**

This Investor Presentation includes certain financial measures not presented in accordance with U.S. GAAP or the IFRS, including EBITDA and Free Cash Flow, which are different from financial measures calculated in accordance with IFRS or U.S. GAAP. Such non-U.S. GAAP / IFRS financial measures should be considered in addition to and not as a substitute for or superior to financial measures calculated in accordance with IFRS or U.S. GAAP.

The Company believes these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to the Company's financial condition and results of operations. The Company believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends in and in comparing the Company's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. These non-GAAP financial measures are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures.

**Additional Information**

In connection with the proposed Business Combination, SC Health and the Company intend to file with the Securities and Exchange Commission ("SEC") a proxy statement and registration statement on Form S-4 relating to the proposed business combination, which will be mailed to SC Health's shareholders once definitive. This Investor Presentation does not contain all the information that should be considered concerning the proposed business combination and is not intended to form the basis of any investment decision or any other decision in respect of the business combination. SC Health's shareholders and other interested persons are advised to read, when available, the preliminary proxy statement and the amendments thereto and the definitive proxy statement and other documents filed in connection with the proposed business combination as these materials will contain important information about SC Health and Rockley Photonics and the business combination. When available, the definitive proxy statement and other relevant materials for the proposed business combination will be mailed to shareholders of SC Health as of a record date to be established for voting on the proposed business combination. Shareholders will also be able to obtain copies of the preliminary proxy statement, the definitive proxy statement and other documents filed with the SEC, without charge, once available at the SEC's website at www.sec.gov or by directing a request to: SC Health Corporation 108 Robinson Road #10-00, Singapore 068900.

SC Health and its directors and executive officers may be deemed participants in the solicitation of proxies from SC Health's shareholders with respect to the proposed business combination. A list of the names of those directors and executive officers and a description of their interests in SC Health is contained in SC Health's annual report on Form 10-K for the fiscal year ended December 31, 2019, which was filed with the SEC and is available free of charge at the SEC's website at www.sec.gov, or by directing a request to SC Health Corporation, 108 Robinson Road #10-00, Singapore 068900. Additional information regarding the interests of such participants will be contained in the proxy statement for the proposed business combination when available.

Rockley Photonics and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the shareholders of SC Health in connection with the proposed business combination. A list of the names of such directors and executive officers and information regarding their interests in the proposed business combination will be included in the proxy statement for the business combination when available.

By accepting or reading this Investor Presentation you acknowledge that you will be solely responsible for your own assessment of the market and the market position of SC Health, Rockley Photonics and any parent company of either company, and that you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of the business of either such company.

This Investor Presentation speaks as of the date of this document unless otherwise indicated. Neither the delivery of this document nor any further discussions of SC Health or Rockley Photonics with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of either company or any affiliate thereof since that date.

3

**Exhibit 2**
**Page 14**

# Presenters







## SC Health









| Dr. Andrew Rickman, OBE[1] | Mahesh Karanth | Ciaran Rooney | AJ Coloma |
|---|---|---|---|
| **Founder, CEO and Chairman, Rockley Photonics** | **CFO, Rockley Photonics** | **VP, Corporate Development** | **Chief Executive Officer, SC Health** |

- Founder & CEO of Bookham, the first silicon photonics company
- Chairman of Kotura (acquired by Mellanox)
- Awarded OBE[1] in the Queen's Millennium Honors

- CFO, Enlighted
- CFO, Invensense (acquired by TDK)
- Partner at Ernst & Young
- Various senior roles at CPQ and HP

- Senior Associate, Cooley
- Associate, WilmerHale

- Managing Director, SINCap
- Head of M&A, Fullerton Health
- Director, Credit Suisse's investment banking division









(1)   Order of the British Empire.

4

**Exhibit 2
Page 15**



## SIN Capital is a Premier Multi-Asset Investment Firm with an Extensive Track Record of Value Creation



### Pan-Asia Multi-asset Investment Firm with a Differentiated Investment Approach

**Private Investments**

- Partner with and invest in family or entrepreneur owned / controlled businesses across Asia

  - Healthcare
  - Education
  - Agri-business
  - Advanced Manufacturing

**Real Estate**

- Portfolio of prime mixed-use or specialty commercial properties in Singapore and other Asian gateway cities
- Exclusive focus on prime city centre locations and high-quality assets

**Differentiated Investment Approach**

- Long-term investment horizon, partnering closely with management
- Build platforms in under-invested but high growth industries
- "Investor Operator" model focused on operational value-add

### Proven Investor, Business Builder, Owner and Operator Across the Healthcare Value Chain

- **SC Health Corp. (NYSE:SCPE)** – Sponsored the $172.5M IPO in July 2019
- **Fullerton Health Corp.** – Backed the management buyout in 2012
- "Win-win" partnership between SIN Capital, management and investors



**Building Fullerton Health into a scaled, leading platform**

- ✓ Nearly *50 control investments* across *ten markets*
- ✓ Renowned for investing in business benefiting from strong secular trends *delivering substantial value creation*

**Hand-in-hand partners with Fullerton Health management**

- ✓ Driving *strategic partnerships*
- ✓ Leading Fullerton Health's innovative approach to *funding and capital structuring*
- ✓ Driving *key areas of operations*

5

**Exhibit 2
Page 16**

# Transaction Overview



## Pro Forma Valuation ($M)

| Pro Forma Equity Value | $1,526 |
| --- | --- |
| Expected Net Cash at Closing | (29) |
| Transaction Proceeds | (283) |
| Pro Forma Firm Value | $1,215 |

## Pro Forma Ownership[1]



PIPE Investors [5]
6.6%

SC Health IPO Investors[4]
11.3%

Sponsor[3]
6.9%

Existing Shareholders of the Company [2]
75.2%

## Sources & Uses ($M)

| Sources of Funds | |
| --- | --- |
| IPO Proceeds Held in Trust[4] | $173 |
| PIPE Equity Placement Proceeds[6] | 150 |
| Rockley Photonics Shareholders Rollover Equity[2] | 1,148 |
| Total Sources of Funds | $1,471 |

| Uses of Funds[4] | |
| --- | --- |
| Cash to Balance Sheet | $283 |
| Transaction Fees | 40 |
| Rollover Equity[2] | 1,148 |
| Total Uses of Funds | $1,471 |

**SC Health and Rockley Photonics are partnering to accelerate Rockley's product development and commercialization outlook**

(1)   Adjusted for the conversion of Class B ordinary shares of SC Health held by SC Health Holdings Limited ("Sponsor") into Class A ordinary shares in the post Transaction Company. Excludes the impact of warrants and a management incentive plan.
(2)   Assumes that the Company Shareholders roll over 100.0% of existing stake into the post-Transaction Company.
(3)   Consists of: a) the conversion of Class B ordinary shares of SC Health held by Sponsor into Class A ordinary shares in the post-Transaction Company and b) US$50 million participation in the PIPE by Sponsor Holdco.
(4)   Assumes no redemptions on cash proceeds from the IPO of SC Health currently held in trust.

(5)   Includes participation from Medtronic; excludes US$50 million participation by Sponsor Holdco.
(6)   Includes participation from Medtronic and US$50 million participation by Sponsor Holdco.

**Exhibit 2
Page 17**

## Agenda



**Rockley Photonics Overview**

**Investment Highlights**

**Business Details**

**Financial Overview**

7

**Exhibit 2
Page 18**

# Rockley Photonics at a Glance



- Rockley has developed a unique sensing platform targeting applications in consumer health and wellness → driving an exponential increase in application capabilities for non-invasive, multi-modal biomarker monitoring

- Built on its highly disruptive silicon photonics technology, Rockley's platform delivers compelling and peerless sensor performance, power, resolution and density

- Engaged or contracted with 4 consumer electronics customers holding >55% of smartphone and >50% of wearables markets and 2 medical device companies including one of the largest players in the MedTech space

- Rockley has seeded a manufacturing ecosystem with its wholly-owned, proprietary processes for rapid scalability

**$48B+** Healthcare TAM    **55%+ / 50%+** Engaged or contracted customers' market share in smartphone / wearables markets[1]

**123** Patents, with another 269 pending applications and trade secrets    **$390M+** Total funding    **7+** Years of product development

### Unique Spectrometer Chip

| Improved Performance | **Up to 1,000,000x** Higher resolution than LED |
| High Accuracy | **1,000x** Higher accuracy than LED |
| Best-in-Class Spectral Range | **100x** Broader range than LED |
| World-leading Integration | **Numerous** Lasers on a single chip |

**"Clinic-on-the-Wrist"**
Condensing technology the size of clinical machines onto a wearable chip



**Target Consumer Healthcare Applications**

 Lactate     Alcohol    CGM (Glucose)    Hydration

 Core Body Temperature     Blood Pressure     Blood Oxygen     Heart Rate

(1)  Wearable and smartphone markets in term of units.

8

**Exhibit 2**
**Page 19**

# Rockley's Unique Technology Solution









**Rockley Spectra-Sense Module**

**Optical Sensing Frontside**

Photonic Integrated Circuits

1. Infrared
2. Visible Spectrum



**Electrical Interface Backside**

3. Electronic Pin Contacts

4. ASIC Controller, MUX, AFE, Drivers

**Rockley's proprietary clinic-on-the-wrist module condenses traditional tabletop technology onto a wearable chip**

9

**Exhibit 2**
**Page 20**

# Actionable Insights from Nutrition to Health





**Rockley enables continuous health and wellness monitoring of multiple biomarkers, paving the way for nextgen consumer electronics**

10

**Exhibit 2
Page 21**

# The Full-Stack Rockley Platform





**Photonic Integrated Circuits in Silicon with Integrated III-V**



**Electronic Integrated Circuits (ASICs)**



**Biosensing Algorithms and AI Cloud Analytics**

***The Full Stack Rockley Platform***



**Photonic + Electronic Co-Packaging**



**Firmware / Software**



**System Architecture & Hardware Design**

**Rockley's technology platform offers a full suite of capabilities across hardware and software**

11

**Exhibit 2
Page 22**

# Rockley's Commercialization Roadmap



| Immediate Focus | Near-Term Commercial Opportunity | Additional Avenues for Growth |
|---|---|---|

### Health and Wellness



- Current commercial focus of the company and have built out complete vertical capability
- Underlying technology platform leverages development in other optical fields
- Engaged or contracted customers hold >55% of smartphone and >50% of wearables markets

### MedTech



- Offers AI / cloud analytics tools to impact disease detection and prevention
- Potential application include diabetes and other major diseases
- Started discussion with MedTech companies




**Data Center Connectivity**
*Optical transceivers*



**Machine Vision**
*Robotic and automotive Lidar*



**Computer Connectivity**
*In-Package Optics*

**While Rockley's immediate focus is health and wellness, its technology can be applied to other industry verticals and use cases**

12

**Exhibit 2**
**Page 23**







Exhibit 2
Page 24

# Agenda



**Rockley Photonics Overview**

**Investment Highlights**

**Business Details**

**Financial Overview**

14

**Exhibit 2**
**Page 25**

# Investment Highlights



**1** Massive Consumer Health Market Opportunity: Significantly increased consumer focus on health and wellness – smart wearable technology rapidly proliferating with emerging monitoring capabilities

**2** Industry-Revolutionizing Technology Platform: Unique, differentiated and IP protected silicon photonics and optical measurement technology unlocking new use cases in healthcare monitoring, sensing, and datacoms

**3** Validated by Leading Blue-Chip Customers: Engaged or contracted with 4 customers collectively holding >55% of smartphone and >50% of wearables markets and 2 MedTech customers including one of the largest medical device players globally; $70M+ NRE committed by a leading developer of smartphones, smart watches, and consumer electronics

**4** Capex-light and Scalable Manufacturing Model: Fabless model with a seeded global manufacturing ecosystem running proprietary processes wholly owned by Rockley and ready for rapid and efficient high-volume scaling

**5** Multiple Avenues for Consistent Growth with Compelling Financial Profile: Short-term commercial focus on health and wellness is supplemented by platform capability that creates substantial mid- and longer-term revenue opportunities leveraging big data and predictive analytics

**6** World Class Management Team with Extensive Track Record: Leadership team with significant public company experience with highly disruptive technologies

15

**Exhibit 2
Page 26**







Exhibit 2
Page 27

# ① The Emerging Healthcare Need Is Driving a Massive Opportunity



## Strong market demand and societal growth trends…          …are unmet by existing technology



### Health & Wellbeing Awareness

- ✓ Increasing consumer focus on preventative health
- ✓ Wearable tech rapidly proliferating with emerging monitoring capabilities
- ✓ Covid-driven rethinking of "at-home" monitoring solutions



### Chronic Conditions & Diseases

- ✓ Growing need for costly chronic care
- ✓ Health systems strained by demand
- ✓ High-cost, non-invasive monitoring solutions are only available in-clinic



### Current Technology Solutions[1]

- ✗ Lack integration across devices and technologies
- ✗ Inability to miniaturize
- ✗ Limited use cases
- ✗ Not scalable

**There is growing demand for miniaturized, non-invasive sensing technology with real-time diagnostics and analytics that is affordable and accessible outside of a clinical setting → existing technology cannot meet these consumer healthcare needs**

(1) *Existing Technology Solutions: 1. PPG – simple technique from which vitals are extracted 2. IR spectroscopy – Ability to interrogate many complex bio-markers of chronic conditions and other diseases.*

17

**Exhibit 2**
**Page 28**



## ② The Rockley Solution: Multi-Function Clinic-on-the-Wrist Capability

**Current Smartwatch Technology**

- ✗ Limited sensor capabilities
- ✗ Legacy LED technology
- ✗ Low resolution & accuracy



**Current Medical Technology**

- ✗ In-clinic / in-hospital monitoring only
- ✗ Bulky, high-cost medical lab equipment not available to average consumer
- ✗ Different equipment for different tests



**Rockley's Multi-Function Clinic-on-the-Wrist Capability**



- ✓ Single sensor for multi-modal biochemical / biophysical marker monitoring
- ✓ Functionality of numerous lasers on a single chip
- ✓ Unparalleled spectral resolution & accuracy

New sensing functions unlocked...

Lactate · Alcohol · CGM (Glucose) · Carbon Monoxide · Blood Pressure · And more...

**Rockley's optical technology enables the miniaturization of sensing devices necessary for the evolution of a wearable spectrometer**

18

**Exhibit 2
Page 29**









Sources: IDC, Counterpoint Research, Strategy Analytics, TrendForce Research, Consumer Electronics Manufacturer.
(1)   By unit volume.

19

**Exhibit 2**
**Page 30**

## ④ Capex-light and Scalable Manufacturing Model



**Running proprietary process wholly-owned by Rockley and protected by IP**

### High-Volume IC / Wafer Foundry



Silicon Photonic Integrated Circuits and Wafer Scale Integration

✓ Auto, Consumer & Health qualified

✓ 400K+ wafers per year capacity

### High-Volume III-V Semiconductor Foundry



III-V Semiconductor Active Optics

✓ Telecom & Consumer qualified

✓ Large wafer scale, fully automated

### Leading Global IC Foundry



Electronic Integrated Circuits

✓ Used by most major consumer OEMs

✓ Qualified ultra high volume process node

**Capex-light, fabless model in partnership with global tier-1 foundries fully supports Rockley's volume ramp up requirements**

20

**Exhibit 2
Page 31**



**⑤ Multiple Avenues for Further Growth and Upside**

**Health and Wellness Revenue Projections 2020A-2024E ($M)**

1,125

426

79

40

21

2020A    2021E    2022E    2023E    2024E

**Avenues for Growth Beyond Consumer Health**

**Medical Device and Predictive Analytics**

**Data Center Connectivity**
JV with Hengtong Group

**Machine Vision**

**Computer Connectivity**

**Others**
Advanced Sensing Communication and Computing

Business plan through 2024 is based on health and wellness commercial strategy → other markets represent a compelling upside

21

**Exhibit 2
Page 32**

**6** # World Class Management Team with Track Record of Leading Public Technology Companies



## Executive Team



**Dr. Andrew Rickman, OBE**[1]

Founder, CEO and Chairman

- Founder & CEO of Bookham, the first silicon photonics company
- Chairman of Kotura (acquired by Mellanox)
- Awarded OBE in the Queen's Millennium Honors



**Mahesh Karanth**

Chief Financial Officer

- CFO, Enlightened
- CFO, Invensense (acquired by TDK)
- Partner at Ernst & Young
- Various senior role at CPQ and HP



**Amit Nagra**

Chief Operating Officer

- EVP Operations, Source Photonics
- Director Operations, Luminent OIC

## Strong Engineering and Operational Team Builds on the Rockley Platform



**Roozbeh Parsa**

VP of Sales and Marketing

- GM Product Line, Texas Instruments
- PhD, Stanford



**Hooman Abediasl**

VP of Product Engineering

- Nokia Bell Labs Award Winner
- Annenberg Fellow



**Ara Nazarian**

Executive VP, Engineering

- VP Engineering, Marvell Semiconductor
- Sr. Director of IC Design Engineering, Broadcom

**82** PhDs



**Ben Ver Steeg**

Senior Director of Sensing Product Module Development

- CEO, TruTouch Technologies
- Co-Founder and CTO, Morelight Technologies



**Cas Wierzynski**

VP of Sensing Cloud and AI Product

- Senior Director AI Product, Intel
- Research Lead, Qualcomm
- PhD, Caltech



**Michael Ng**

Controller

- Corporate Controller, Virgin Galactic Holdings, Inc.
- VP Finance, Mojix
- PwC



**156** Engineers

## Deep Bench of Industry Expertise and Talent

          

(1) Order of the British Empire.

22

**Exhibit 2
Page 33**

# Agenda



Rockley Photonics Overview

Investment Highlights

**Business Details**

Financial Overview

23

**Exhibit 2
Page 34**



Exhibit 2
Page 35



# Product Development and Commercial Roadmap

| Item | RP Offering | End-Product Form Factor | 2021 | | 2022 | | 2023 | | 2024 | | 2025 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 |
| Chipset | Chipset | • High volume consumer product | Pre-alpha samples | | Commercial launch & volume ramp | | | | | | | |
| | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | | Gen. 4 | |
| Basic Module | Basic Module | • Hearable • Low-end smart watch/band • Mobile | Pre-alpha samples | | Commercial launch & volume ramp | | | | | | | |
| | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | | Gen. 4 | |
| Advanced Module | Advanced Module | • High-end smart watch • High-end smart band • Mobile (high-end / niche) | Pre-alpha samples | | Commercial launch & volume ramp | | | | | | | |
| | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | | Gen. 4 | |
| Rockley Photonics Device | Rockley Photonics Device | • Stand alone / medical grade | Pre-alpha samples | | | Commercial launch & volume ramp | | | | | | |
| | | | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | |
| Subscription | Subscription | • Rockley Cloud Analytics | | | Collaboration Platform | | Commercial launch & volume ramp | | | | | |
| | | | | | | | Gen. 1 | | Gen. 2 | | Gen. 3 | |

**The commercial launch of Rockley's product offering is expected to be 2022 – 2023**

25

**Exhibit 2
Page 36**



# Product Applications in Wellness & Healthcare

## Basic Module Applications

✓ PPG
✓ Visible & IR Spectroscopy

- Blood Oxygen
- Hydration
- Heart Rate / HR Variability
- Core Body Temperature
- Breath Rate
- Blood Pressure

## Advanced Module Applications

✓ Extended IR Spectroscopy
✓ Advanced Algorithms

- Alcohol
- Carbon Monoxide
- Glucose indicator
- Lactate

## Rockley Full Feature Devices

✓ Sensor Fusion
✓ Cloud-based Big Data / Machine-Learning

- Continuous Glucose Monitoring
- Health Trends
- Albumin, Urea, Creatinine, Others
- Health Alerts

**Module evolution is expected to include additional sensing capabilities to close the gap towards medical device grade technology**

26

Exhibit 2
Page 37

# Rockley's Module Has the Broadest Biomarker Detection Capabilities



| Biomarkers Detection | Rockley | am | ANALOG DEVICES | SiTime | Melexis |
|---|---|---|---|---|---|
| HR / HRV | ✓ | ✓ | ✓ | ✓ | ✗ |
| Pulse Oximetry | ✓ | ✓ | ✓ | ✗ | ✗ |
| BP | ✓ | ✓ | ✗ | ✗ | ✗ |
| Breath rate | ✓ | ✗ | ✗ | ✗ | ✗ |
| Body temp | ✓ | ✗ | ✗ | ✗ | ✓ |
| Body hydration | ✓ | ✗ | ✗ | ✗ | ✗ |
| Blood flow | ✓ | ✗ | ✗ | ✗ | ✗ |
| Hemoglobin Constituent | ✓ | ✗ | ✗ | ✗ | ✗ |
| Blood alcohol | ✓ | ✗ | ✗ | ✗ | ✗ |
| Lactate | ✓ | ✗ | ✗ | ✗ | ✗ |
| Glucose | ✓ | ✗ | ✗ | ✗ | ✗ |

**Rockley's technology is uniquely capable of sensing numerous biomarkers across LED and infrared wavelengths**

27

**Exhibit 2
Page 38**



Engagement with Blue Chip Mobile OEMs Validate the Commercial Opportunity of Rockley's Module

**Projected Revenue ($M)**

| Company | CY2023 | CY2024 | Notes |
| --- | --- | --- | --- |
| Company A | $124 | $307 | ✓ Long standing development and supply agreement<br>✓ Over $70M committed to date |
| Company B | $124 | $238 | ✓ Strong smart phone channel, common investor in Rockley<br>✓ MOU agreement in final negotiation |
| Company C | $86 | $180 | ✓ Leading producer globally with strong Asia channel<br>✓ MOU agreement signed |
| Company D | $55 | $115 | ✓ Strong smart phone channel and emerging wearables<br>✓ MOU agreement in final negotiation |
| Company E | $12 | $15 | ✓ One of the largest medical device manufacturers globally<br>✓ Co-developing programs to address clinical market needs |
| Company F | $1 | $2 | ✓ Leading platform of wireless biosensors<br>✓ MOU agreement signed |

**2023-2024 commercialization plan is primarily driven by several large consumer device companies currently engaged with Rockley**

28

**Exhibit 2**
**Page 39**



Exhibit 2
Page 40











Exhibit 2
Page 41

# Rockley's Module Can Detect Numerous Critical Biomarkers to Assist Disease Detection & Management



| | Coronary Arterial Disease | Diabetes | Chronic Kidney Disease | Covid-19 |
|---|---|---|---|---|
| Albumin | | ✓ | | |
| Urea | | ✓ | | |
| Creatinine | | ✓ | | |
| Glucose | ✓ | ✓ | ✓ | ✓ |
| Lactate | | ✓ | | |
| Core body temp | | | | ✓ |
| Hydration | | ✓ | ✓ | ✓ |
| Alcohol | ✓ | | | |
| Bilirubin | | | | |
| Hemoglobin | | ✓ | | |
| SpO2 | | | | ✓ |
| RR | | | ✓ | ✓ |
| HR / HRV | ✓ | | ✓ | ✓ |
| BP | ✓ | ✓ | ✓ | ✓ |
| Population (USA) | 18M | 34M | 37M | 28M |

✓ Diagnostics assistance indicator    ■ IR    ■ Visible



**Many Other Diseases:**

Asthma COPD

Cirrhosis Hep C

Alzheimer's Stroke

Flu Sepsis

Cancer

**IR technology enables early detection of organ decline and continuous monitoring of patients living with chronic diseases**

Exhibit 2
Page 42



## Rockley Benefits from Several Hard-to-Replicate Strengths Creating a Competitive Moat

### Robust Patent Portfolio Covering Numerous Domains



- 123 issued patents
- 269 pending applications
- Extensive geographic coverage over numerous relevant technology domains

### Technology & Process Complexity



- End-to-end control over design, manufacturing and packaging process, algorithms and software
- Disciplined and systematic documentation and protection of critical know-how, trade secrets and proprietary information



### Research & Development



- $300M+ of R&D, NRE and >7 years of continuous specialization create a frontier technology that unlocks new use cases
- R&D has been supported through partnerships with leading research institutions and consumer electronics and MedTech companies

### World Class Management and Engineering Team



- Highly regarded silicon photonics and measurement science experts, with advanced technical degrees and world recognition of scientific capabilities
- Led by a pioneer in silicon photonics industry

**Revolutionary technology is protected by deep moat of patents, know-how and trade secrets covering numerous domains**

32

**Exhibit 2**
**Page 43**



Exhibit 2
Page 44



# Agenda

**Rockley Photonics Overview**

**Investment Highlights**

**Business Details**

**Financial Overview**

34

**Exhibit 2**
**Page 45**



Exhibit 2
Page 46

## P&L Outlook



| (in $M) | FY 2020A | FY 2021E | FY 2022E | FY 2023E | FY 2024E |
|---|---|---|---|---|---|
| **① Revenue** | 20.6 | 40.5 | 78.6 | 426.5 | 1,125.1 |
| *% YoY Growth* | 0.6% | 96.3% | 94.2% | 442.3% | 163.8% |
| **② Gross Profit** | 3.7 | 7.4 | 20.7 | 234.1 | 595.5 |
| *Margin* | 17.9% | 18.2% | 26.3% | 54.9% | 52.9% |
| **② EBITDA** | (54.5) | (96.4) | (95.6) | 48.9 | 260.1 |
| *Margin* | (264.2%) | (238.1%) | (121.5%) | 11.5% | 23.1% |
| **③ CAPEX** | (1.6) | (10.4) | (18.5) | (38.5) | (50.0) |
| *% of Revenue* | (7.9%) | (25.8%) | (23.6%) | (9.0%) | (4.4%) |
| **④ Free Cash Flow** | (54.6) | (106.1) | (118.7) | (11.6) | 149.7 |

① Revenue growth accelerates in 2023E as commercial sensor delivery ramps up

② Gross and EBITDA margins expand as efficiencies from mass production are realized

③ Limited CAPEX requirement of US$10M – US$50M per annum

- Aimed at funding portion of backend processing – improve IP protection, quality control, and process

④ Free cash flow expected to turn positive by 2024E

(1)   Free Cash Flow = Operating Cash Flow – Capital Expenditure.

36

**Exhibit 2**
**Page 47**



# Improved Growth and Margins Post-Commercialization

**Increased Growth Potential**

**Number of Expected Customers**
- 2022E: 5
- 2024E: 9

**Market Penetration[1] (%)**
- 2022E: 1%
- 2024E: 21%

**Revenue Growth (%)**
- 2022E: 94%
- 2024E: 164%

**Higher Margins**

**Product Margin[2] (%)**
- 2022E: 56%
- 2024E: 57%

**Gross Margin (%)**
- 2022E: 26%
- 2024E: 53%

**EBITDA Margin (%)**
- 2022E: NM[3]
- 2024E: 23%

(1) Share of serviceable available market of wearables.
(2) Blended margin across all products.
(3) Not meaningful as EBITDA is forecasted to be negative.

37

Exhibit 2
Page 48



# Public Peer Operational Benchmarking

**Revenue CAGR**

| CY2022E-CY2024E | CY2020E-CY2022E |
|---|---|

CY2022E-CY2024E — Median: 95.8%, Mean: 116.4%

CY2020E-CY2022E — Median: 14.6%, Mean: 15.5% | Median: 20.5%, Mean: 30.2%

Rockley: 278.3%

LUMINAR: 223.8%
AEVA: 185.9% (1)
EVgo: 145.7% (1)
Indie: 95.8% (1)
chargepoint: 71.2%
Velodyne Lidar: 66.6%
Achronix: 26.1% (1)(2)

ams: 30.4%
IPG Photonics: 16.4%
Inphi: 15.8% (3)
II-VI: 14.6%
Sensata: 11.9%
MACOM: 10.7%
LUMENTUM: 9.0%

Shockwave: 70.7%
Inspire Medical Systems: 50.0%
Axonics: 47.1%
Rhythm: 23.4%
Dexcom: 20.5%
Tandem: 20.1%
Insulet: 19.6%
i-Rhythm: 13.7%
Masimo: 7.0%

**Legend:** ■ Recent SPAC Mergers  ■ Semiconductors  ■ Medical Devices

Source: Company filings, Factset and Wall Street Research.
Note: Market data as of March 12, 2021.
(1) Figures as per Investor Presentation since no broker estimates are available yet.
(2) Investor Presentation does not explicitly provide the 2024 revenue projection, so an estimate is being used.
(3) Pre-announcement of acquisition by Marvell.

38

**Exhibit 2**
**Page 49**



# Valuation Benchmarking

## EV / Revenue

**EV / CY2024E Revenue** — Median: 6.3x, Mean: 8.8x

- Rockley: 1.1x
- LUMINAR: 23.1x
- chargepoint: 13.4x
- EVgo: 6.3x (1)
- AEVA: 6.3x (1)
- Achronix: 5.7x (1)(2)
- Velodyne Lidar: 4.1x
- indie: 2.8x (1)

**EV / CY2022E Revenue** — Median: 3.2x, Mean: 4.3x (Semiconductors) / Median: 9.7x, Mean: 12.0x (Medical Devices)

- MACOM: 7.1x
- Inphi: 6.8x (3)
- IIFG: 6.2x
- Sensata: 3.2x
- LUMENTUM: 3.1x
- II-VI: 2.6x
- amun: 1.0x
- Inspire: 21.1x
- SHOCKWAVE: 17.9x
- Insulet: 13.4x
- dexcom: 12.2x
- Masimo: 9.7x
- Rhythm: 9.2x
- Edwards: 9.0x
- Axonics: 8.0x
- TANDEM: 7.1x

Legend: ■ Recent SPAC Mergers   ■ Semiconductors   ■ Medical Devices

Source: Company filings, Factset and Wall Street Research.
Note: Market data as of March 12, 2021.
(1)  Figures as per Investor Presentation since no broker estimates are available yet.
(2)  Investor Presentation does not explicitly provide the 2024 revenue projection, so an estimate is being used.
(3)  Pre-announcement of acquisition by Marvell.

39

**Exhibit 2
Page 50**



# Transaction Priced At Discount To Peer Multiples



**Pricing / Valuation Approach Summary**

- Implied Future Enterprise Values derived by applying a range of 3.0x – 5.0x as EV / Revenue multiples to Rockley's CY2024E Revenue

  - Yielding Rockley's Implied Future Enterprise Value as of YE2023

- Implied Current Enterprise Value derived by discounting Implied Future Enterprise Value 3 years back at a discount rate of 20%

- Pro Forma Enterprise Values of $1.215B implies a 1.1x multiple on Rockley's CY2024E Revenue

40

**Exhibit 2
Page 51**



Exhibit 2
Page 52



**Exhibit 2**
**Page 53**

# Historical P&L and 4-Year Outlook



| (in $M) | FY 2020A | FY 2021E | FY 2022E | FY 2023E | FY 2024E |
|---|---|---|---|---|---|
| Product Revenue | 0.0 | 0.0 | 15.8 | 405.5 | 1125.1 |
| Sample revenue & NRE Revenue | 20.6 | 40.5 | 62.8 | 21.0 | 0.0 |
| **Total Revenue** | **20.6** | **40.5** | **78.6** | **426.5** | **1125.1** |
| *% YoY Growth* | *0.6%* | *96.3%* | *94.2%* | *442.3%* | *163.8%* |
| **COGS** | **16.9** | **33.1** | **57.9** | **192.3** | **529.6** |
| *% of Revenue* | *82.1%* | *81.8%* | *73.7%* | *45.1%* | *47.1%* |
| **Gross Profit** | **3.7** | **7.4** | **20.7** | **234.1** | **595.5** |
| *Margin* | *17.9%* | *18.2%* | *26.3%* | *54.9%* | *52.9%* |
| **Sales & Marketing** | **(2.3)** | **(7.2)** | **(12.3)** | **(20.5)** | **(52.4)** |
| *% of Revenue* | *(11.1%)* | *(17.7%)* | *(15.6%)* | *(4.8%)* | *(4.7%)* |
| **Engineering** | **(41.5)** | **(74.2)** | **(88.6)** | **(154.8)** | **(255.1)** |
| *% of Revenue* | *(201.4%)* | *(183.4%)* | *(112.6%)* | *(36.3%)* | *(22.7%)* |
| **General & Administration** | **(18.3)** | **(24.9)** | **(20.5)** | **(23.3)** | **(47.7)** |
| *% of Revenue* | *(89.0%)* | *(61.6%)* | *(26.1%)* | *(5.5%)* | *(4.2%)* |
| **Total Opex** | **(62.2)** | **(106.3)** | **(121.4)** | **(198.6)** | **(355.1)** |
| *% of Revenue* | *(301.5%)* | *(262.7%)* | *(154.4%)* | *(46.6%)* | *(31.6%)* |
| **EBITDA** | **(54.5)** | **(96.4)** | **(95.6)** | **48.9** | **260.1** |
| *Margin* | *(264.2%)* | *(238.1%)* | *(121.5%)* | *11.5%* | *23.1%* |
| **CAPEX** | **(1.6)** | **(10.4)** | **(18.5)** | **(38.5)** | **(50.0)** |
| *% of Revenue* | *(7.9%)* | *(25.8%)* | *(23.6%)* | *(9.0%)* | *(4.4%)* |
| **Free Cash Flow(1)** | **(54.6)** | **(106.1)** | **(118.7)** | **(11.6)** | **149.7** |

(1)  Free Cash Flow = Operating Cash Flow – Capital Expenditure.

43

**Exhibit 2**
**Page 54**

## Comparable Companies



| Company | Share Price | % of 52 Wk High | Market Cap | Enterprise Value | Revenue Growth CY21E | Revenue Growth CY22E | Gross Profit Margin CY21E | Gross Profit Margin CY22E | EBITDA Margin CY21E | EBITDA Margin CY22E | EV / Revenue CY21E | EV / Revenue CY22E | EV / EBITDA CY21E | EV / EBITDA CY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Recent de-SPACs** | | | | | | | | | | | | | | |
| ChargePoint | $27.84 | 56.3% | $9,513 | $9,197 | 11.1% | 46.7% | 26.5% | 33.2% | (69.1%) | (48.2%) | 57.4x | 39.1x | NM | NM |
| Luminar Technologies | 27.46 | 57.4% | 8,900 | 8,494 | 77.5% | 30.6% | 22.9% | 36.1% | (335.2%) | (246.5%) | 316.0 | 241.9 | NM | NM |
| Evgo (1) | | | 2,631 | 2,056 | 42.9% | 170.0% | 50.0% | 57.4% | (290.0%) | (79.6%) | 102.8 | 38.1 | NM | NM |
| Velodyne Lidar Inc. | 13.86 | 42.6% | 2,442 | 2,102 | (5.1%) | 105.8% | 35.0% | 48.2% | (46.5%) | 5.3% | 23.2 | 11.3 | NM | NA |
| Aeva | 13.04 | 59.7% | 2,131 | 1,803 | 120.0% | 218.2% | 45.5% | 54.3% | (590.9%) | (234.3%) | 163.9 | 51.5 | NM | NM |
| Achronix (1) | | | 2,073 | 1,761 | 50.5% | 23.4% | 75.8% | 73.5% | NA | NA | 11.1 | 9.0 | NA | NA |
| Indie Semiconductor (1) | | | 1,447 | 982 | 91.3% | 106.8% | 45.5% | 47.3% | (90.9%) | (49.5%) | 22.3 | 10.8 | NM | NM |
| | | | | **Mean** | 55.5% | 100.2% | 43.0% | 50.0% | (237.1%) | (108.8%) | 99.6x | 57.4x | NM | NM |
| | | | | **Median** | 50.5% | 105.8% | 45.5% | 48.2% | (190.5%) | (64.5%) | 57.4x | 38.1x | NM | NM |
| **Semiconductors** | | | | | | | | | | | | | | |
| IPG Photonics Corporation | $210.81 | 80.3% | $11,338 | $10,011 | 19.5% | 13.4% | 48.4% | 48.9% | 33.3% | 35.1% | 7.0x | 6.2x | 20.9x | 17.5x |
| Sensata Technologies Holding PLC | 62.83 | 99.7% | 9,936 | 12,121 | 17.3% | 6.7% | 33.4% | 34.2% | 24.3% | 25.0% | 3.4 | 3.2 | 14.0 | 12.7 |
| II-VI Incorporated | 71.46 | 71.1% | 8,222 | 9,437 | 18.3% | 11.0% | 41.1% | 42.3% | 27.8% | 27.1% | 2.9 | 2.6 | 10.5 | 9.7 |
| Lumentum Holdings, Inc. | 88.72 | 79.2% | 6,956 | 6,471 | 8.8% | 9.1% | 51.2% | 52.3% | 38.2% | 37.1% | 3.4 | 3.1 | 9.0 | 8.5 |
| Inphi Corporation (2) | 113.88 | 62.5% | 5,919 | 6,221 | 17.4% | 14.3% | 65.2% | 65.6% | 35.7% | 35.9% | 7.8 | 6.8 | 21.7 | 18.9 |
| ams AG | 20.09 | 72.6% | 5,237 | 7,033 | 61.3% | 5.3% | 32.1% | 33.2% | 24.0% | 25.4% | 1.1 | 1.0 | 4.5 | 4.1 |
| MACOM Technology Solutions Holdings, Inc. | 66.29 | 95.7% | 4,492 | 4,812 | 12.6% | 8.9% | 58.0% | 59.0% | 30.3% | 30.4% | 7.8 | 7.1 | 25.7 | 23.5 |
| | | | | **Mean** | 22.2% | 9.8% | 47.0% | 47.9% | 30.5% | 30.9% | 4.8x | 4.3x | 15.2x | 13.6x |
| | | | | **Median** | 17.4% | 9.1% | 48.4% | 48.9% | 30.3% | 30.4% | 3.4x | 3.2x | 14.0x | 12.7x |
| **Medical Technology** | | | | | | | | | | | | | | |
| Edwards Lifesciences Corporation | $82.07 | 89.1% | $51,860 | $51,152 | 16.1% | 11.4% | 76.3% | 76.2% | 32.7% | 33.9% | 10.0x | 9.0x | 30.7x | 26.7x |
| DexCom, Inc. | 357.73 | 78.4% | 34,879 | 34,010 | 20.3% | 20.6% | 65.1% | 65.6% | 18.1% | 19.3% | 14.7 | 12.2 | NM | 63.0 |
| Insulet Corporation | 261.88 | 87.8% | 17,270 | 17,384 | 19.3% | 20.0% | 68.2% | 69.6% | 16.2% | 19.0% | 16.1 | 13.4 | NM | 70.7 |
| Masimo Corporation | 230.40 | 80.9% | 13,372 | 12,753 | 5.1% | 8.8% | 66.9% | 67.4% | 30.2% | 31.3% | 10.6 | 9.7 | 35.2 | 31.1 |
| Inspire Medical Systems, Inc. | 218.05 | 86.4% | 5,685 | 5,482 | 62.1% | 38.7% | 84.3% | 84.8% | (25.9%) | (10.7%) | 29.3 | 21.1 | NM | NM |
| Tandem Diabetes Care, Inc. | 88.34 | 71.4% | 5,388 | 5,131 | 21.7% | 18.5% | 55.1% | 56.7% | 14.5% | 16.9% | 8.5 | 7.1 | 58.4 | 42.3 |
| iRhythm Technologies, Inc. | 141.12 | 49.3% | 3,917 | 3,704 | 23.0% | 23.8% | 69.0% | 69.0% | (12.4%) | 0.9% | 11.4 | 9.2 | NM | NM |
| Shockwave Medical, Inc. | 112.21 | 78.0% | 3,713 | 3,534 | 89.5% | 53.8% | 73.4% | 75.2% | (36.4%) | (5.1%) | 27.5 | 17.9 | NM | NM |
| Axonics Modulation Technologies, Inc. | 58.12 | 96.9% | 2,149 | 1,940 | 50.5% | 43.7% | 66.0% | 68.4% | (24.1%) | (4.1%) | 11.6 | 8.0 | NM | NM |
| | | | | **Mean** | 34.2% | 26.6% | 69.4% | 70.3% | 1.4% | 11.3% | 15.5x | 12.0x | 41.4x | 46.8x |
| | | | | **Median** | 21.7% | 20.6% | 68.2% | 69.0% | 14.5% | 16.9% | 11.6x | 9.7x | 35.2x | 42.3x |
| | | | | **Total Mean** | 37.0% | 43.9% | 54.6% | 57.3% | (54.4%) | (15.2%) | 37.8x | 23.5x | 23.1x | 27.4x |
| | | | | **Total Median** | 20.3% | 20.6% | 55.1% | 57.4% | 15.3% | 17.9% | 11.4x | 9.2x | 21.3x | 21.2x |

Source: Company filings, Factset and Wall Street Research.
Note: Market data as of March 12, 2021.
(1)    Figures as per Investor Presentation since no broker estimates are available yet.
(2)    Pre-announcement of acquisition by Marvell.

44

**Exhibit 2**
**Page 55**

# Glossary



**ASIC** – Application-Specific Integrated Circuit

**AFE** – Analog front-end

**BP** – Blood Pressure

**CAD** – Coronary Artery Disease

**CGM** – Continuous Glucose Monitoring

**CHF** – Congestive Heart Failure

**CKD** – Chronic Kidney disease

**COPD** – Chronic Obstructive Pulmonary Disease

**ECG** – Electrocardiogram

**EV** – Enterprise Value

**Hep C** – Hepatitis C

**HR** – Heart Rate

**HRV** – Heart Rate Variability

**Hypo** – hypoglycemia

**IC** – Integrated Circuit

**IoT** – Internet of Things

**IP** – Intellectual Property

**IR** – Infrared Radiation

**LED** – Light-Emitting Diode

**MOU** – Memorandum of Understanding

**MUX** – Multiplexer

**NRE** – Non-recurring engineering

**PAD** – Peripheral Arterial Disease

**PPG** – Photoplethysmography

**RR** – Respiratory Rate

**R&D** – Research and Development

**SAM** – Serviceable Available Market

**SiPh** – Silicon Photonics

**SPAC** – Special Purpose Acquisition Company

**SpO2** – Peripheral Capillary Oxygen Saturation

**TAM** – Total Addressable Market

**TT** – TruTouch

45

**Exhibit 2**
**Page 56**



**Exhibit 2**
**Page 57**