UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DAVID SIN, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING MOTION OF DEFENDANT ANGELO COLOMA TO DISMISS AMENDED COMPLAINT |

On February 28, 2024, Lead Plaintiffs Jonathan Lottner and Federico Huergo filed an amended complaint (the "Complaint") (ECF 56), asserting claims arising under §§10(b) and 20(a) of the Securities and Exchange Act of 1934, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5. On August 26, 2024, defendant Angelo John Coloma ("Coloma") filed a motion (the "Motion") (ECF 64) seeking dismissal of the Complaint for failure to state a claim against him upon which relief can be granted.

Specifically, the Motion contends that the Complaint fails to adequately plead the elements of falsity and scienter in accordance with Rule 9(b) of the Federal Rules or Civil Procedure and the heightened pleading standards of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

The Court, having considered all written submissions and arguments made in support of and in opposition the Motion, hereby rules as follows:

1.    The Complaint adequately alleges that Coloma made materially false and misleading statements. *See Glazer Cap. Mgmt., L.P. v. Forescout Techs., Inc.*, 63 F.4th 747, 766-69 (9th Cir. 2023); *In re Am. Apparel, Inc. S'holder Litig.*, 2013 WL 10914316, at *16 (C.D. Cal. Aug. 8, 2013).

2.    The alleged misrepresentations did not constitute puffery or nonactionable statements of opinion. *See Glazer*, 63 F.4th at 770-71, 778-79; *In re Quality Sys., Inc. Sec. Litig.*, 865 F.3d 1130, 1143-44 (9th Cir. 2017).

3.    The alleged misrepresentations are not protected by the PSLRA's safe harbor for forward-looking statements. *See Glazer*, 63 F.4th at 780-81.

4.    The Complaint adequately pleads the element of scienter by alleging facts giving rise to a strong inference that Coloma made the alleged misrepresentations either intentionally or with deliberate recklessness. *See Reese v. Malone*, 747 F.3d 557, 568-69 (9th Cir. 2014); *S. Ferry LP, No. 2 v. Killinger*, 542 F.3d 776, 786 (9th Cir. 2008); *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 324-25 (2007).

- 1 -

5.    For the foregoing reasons, defendant Coloma's Motion is DENIED in its entirety.

IT IS SO ORDERED.

DATED: _____          _____
                                                                HON. MÓNICA RAMÍREZ ALMADANI
                                                                UNITED STATES DISTRICT JUDGE

- 2 -