NATHAN R. LINDELL (248668)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
nlindell@rgrdlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KENNETH S. GROSSMAN, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-09501-MRA-MAA |
| v. | |
| DAVID SIN, et al., | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) David Sin and Sin Capital Group Pte. Ltd. _____

_____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by  Lead Plaintiffs Jonathan Lottner and Federico Huergo _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| April 11, 2025 | s/Nathan R. Lindell |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE:*  ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

   ***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***