PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (76342)
bruce.ericson@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415.983.1000
Facsimile:   415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
ARI M. BERMAN (Pro hac vice)
ari.berman@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone:  212.858.1000
Facsimile:   212.858.1500

Attorneys for Defendants Andrew Rickman,
Mahesh Karanth, and Richard Meier

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD.,<br><br>Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br><br>CLASS ACTION<br><br>**ANSWER OF DEFENDANTS ANDREW RICKMAN, MAHESH KARANTH, AND RICHARD MEIER TO AMENDED COMPLAINT** |

Defendants ANDREW RICKMAN, MAHESH KARANTH, and RICHARD MEIER (together, the "Rockley Defendants"), by and through their undersigned counsel, hereby respond to the Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") filed February 28, 2024 (ECF 56) by Lead Plaintiffs Jonathan Lottner ("Lottner"), individually and as owner of Munsel Limited and indirect beneficial owner of Cosmos Investments Assets Limited, and Federico Huergo ("Huergo"), individually and as owner of Lensis Group Limited and Zenalia Investment Corp. and as director of Fitz Investment Limited ("Lead Plaintiffs"), as follows, and deny all allegations not specifically admitted (all paragraph numbers below correspond to the paragraph numbers in the Amended Complaint):

## I.    INTRODUCTION[1]

1.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

2.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them except that the Rockley Defendants admit that, on or about March 19, 2021, Rockley agreed to enter into a business combination (referred to in the Amended Complaint as the "Merger") with SC Health pursuant to which SC Health would ultimately become a Rockley subsidiary and Rockley would become a publicly traded company.  As used in this Answer, the term "Rockley" refers to Rockley Photonics Holdings Limited, a Cayman Islands corporation, and its operating subsidiaries, as they existed before Rockley's entry into *In re Rockley Photonics Holdings Limited*, No. 23-10081 (Bankr. S.D.N.Y., filed Jan. 23, 2023) (the "Chapter 11 Case").  The

---

[1]    The headings, which mirror those in the Amended Complaint, are included for the convenience of the reader.  By including them, the Rockley Defendants do not admit and hereby deny anything alleged by the headings.

new exempted company incorporated in the Cayman Islands that emerged from that Chapter 11 Case will be referred to as "the Successor to Rockley."  Also as used in this Answer, the term "Rockley Private" will refer to Rockley Photonics Limited, a corporation incorporated under the laws of England and Wales, which between March 2021 and the Chapter 11 Case was a subsidiary of Rockley.

**3.** The Rockley Defendants admit that, as of March 2021, Rockley was researching and attempting to develop integrated silicon photonics chipsets and chipset modules to monitor certain biomarkers and that, among other things, Rockley planned to sell silicon photonic integrated circuits ("PICs") to original equipment manufacturers ("OEMs") of consumer wearables devices, such as Apple and Samsung, among others, for incorporation into such OEMs' end product offerings, such as smartwatches or wristbands.

**4.** The Rockley Defendants admit that Rickman and Karanth were senior executives at the time of the Merger who received modest salary increases at the time of the Merger, admit that they also received stock in Rockley, aver that Rickman never sold any of his Rockley stock, which later became worthless, aver that Karanth only sold approximately $17,000 of his Rockley stock and that months after he had ceased being employed by Rockley, and admit that they believed the Merger would provide Rockley with much-needed investor-provided capital.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph and in particular Rickman denies that he received $1.5 million in cash as part of the Merger; rather, the board of directors awarded him this sum months after the Merger, as stated in Rockley's DEF 14A filed with the Securities and Exchange Commission ("SEC") on March 31, 2022.  Rickman also avers that a significant percentage of the stock he was awarded was pledged to lenders to Rockley as security for their loans to Rockley.

**5.** The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and

respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

6. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

7. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

8. The Rockley Defendants deny all the allegations of this paragraph and in particular deny that as of March 19, 2021, Rockley needed to develop or planned to develop application-specific integrated circuits ("ASICs") to accompany PICs to be sold to major OEMs of consumer wearables devices.  The Rockley Defendants further aver that, as of March 19, 2021, Rockley had already started to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung.

9. The Rockley Defendants deny all the allegations of this paragraph.

10. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

11. The Rockley Defendants deny all the allegations of this paragraph.

12. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus

require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

13.   Rockley denies that its development of a commercially viable consumer wearables product was "lagging" by the spring of 2022.  The remaining allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

14.   The Rockley Defendants admit that on or about May 12, 2022 Rockley issued two press releases, which was filed with the SEC under two Form 8-K Current Reports ("8-K"), announcing a private placement of notes and warrants and lowering its 2023 revenue projections; this paragraph selectively quotes from that press releases but the Rockley Defendants deny that this paragraph accurately summarizes the press releases, respectfully refer the Court to the press releases for a complete and accurate description of their contents, and deny that considered in full and in context, the statements partially quoted in this paragraph were false or misleading.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

15.   The Rockley Defendants admit that Karanth resigned as CFO effective June 13, 2022, but deny that his resignation has anything to do with matters alleged in the Amended Complaint, including guidance changes, and aver that the press release announcing Karanth's departure, filed under an 8-K filed with the SEC on June 15, 2022, truthfully stated that "Mr. Karanth's departure is not related to any financial performance, policy, control issues or any disagreements on accounting or financial reporting matters."  The Rockley Defendants also admit that in August 2022 Rockley issued revised guidance for 2022 and withdrew its guidance for 2023, all as announced in a press release filed with the SEC under an 8-K on August 11, 2022.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

**16.** The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

**17.** The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

**18.** The Rockley Defendants admit that in December 2022, Rickman transitioned from being CEO of Rockley to being Executive Chairman of Rockley, as announced in a press release filed with the SEC under an 8-K on December 12, 2022, and that on January 23, 2023, Rockley entered the Chapter 11 Case, as announced in a press release filed with the SEC under an 8-K on January 24, 2023. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

**19.** The Rockley Defendants admit that in May 2023 Rickman was hired as CEO of the Successor to Rockley after that successor entity exited the Chapter 11 Case but Rickman denies that he got a "lucrative" compensation package (or any increase in his pre-bankruptcy compensation) and avers that he received no equity or other compensation pursuant to the Management Incentive Plan mentioned in this paragraph. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

## II.   JURISDICTION AND VENUE

**20.** The Rockley Defendants admit the allegations of this paragraph.

**21.** The Rockley Defendants admit the allegations of this paragraph.

**22.** The Rockley Defendants deny making any materially false or misleading

statement through the means and instrumentalities of interstate commerce, or otherwise.

### III.    NATURE OF THE ACTION

**23.**    This paragraph (and footnote 1 appended to it) state a legal conclusion to which no response is required.  If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

### IV.    PARTIES

**24.**    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

**25.**    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

**26.**    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

**27.**    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

**28.**    The Rockley Defendants admit the allegations of this paragraph.

**29.**    The Rockley Defendants admit the allegations of this paragraph.

**30.**    The Rockley Defendants admit the allegations of this paragraph.

**31.**    The Rockley Defendants admit that as senior executives they, in accordance with normal principles of good corporate governance, had access to information about Rockley but deny that they were aware of any undisclosed adverse information that they had an obligation to disclose to the investing public.  Except as

specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

32.     The Rockley Defendants admit that as senior executives they, in accordance with normal principles of good corporate governance, had access to information about Rockley and admit that they had input into Rockley's public statements, but deny that they were aware of any undisclosed adverse information that they had an obligation to disclose to the investing public.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

33.     The Rockley Defendants admit that as senior executives they, in accordance with normal principles of good corporate governance, had access to information about Rockley and admit that they had input into Rockley's public statements, but deny that they were aware of any undisclosed adverse information that they had an obligation to disclose to the investing public.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

34.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

35.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

## V.     RELEVANT NON-PARTIES

36.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

37.     The allegations of this paragraph pertain to claims the Court has

dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

38.   The allegations of this paragraph (and footnote 2 appended to it) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

39.   The Rockley Defendants admit the allegations of this paragraph and aver that Rockley or Rockley Private had facilities in Finland and Ireland, in addition to its facilities in California and the United Kingdom.

40.   The Rockley Defendants admit the allegations of this paragraph except that they deny that "[a]fter the Merger, Rockley's operations essentially consistent of Rockley Private's operations" and aver that Rockley, as a public company, had to take on considerable new responsibilities that Rockley Private had not faced, such as US reporting obligations and compliance, investors relations, and the like, and had a completely different board of directors.

## VI.   SUBSTANTIVE ALLEGATIONS

### A.   SC Health

41.   The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

42.   The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

43.   The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus

require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

44. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

45. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

46. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

47. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

48. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

**B.    The Merger**

49. The Rockley Defendants admit the allegations of this paragraph except that they deny the allegations that Rockley had no commitment to the Asia Pacific region and aver that Rockley had significant business relationships with enterprises in the Asia Pacific region—for example, Samsung and for a time the HRT Joint Venture.

50. The Rockley Defendants admit that Rockley needed the capital promised

by the Merger, much less of which was raised than had been hoped.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

51.    The Rockley Defendants admit that Rickman received a modest salary increase at the time of the Merger and received stock that he never sold and later became worthless.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph and in particular Rickman denies that he received $1.5 million in cash as part of the Merger; rather, the board of directors awarded him this sum months after the Merger, as stated in Rockley's DEF 14A filed with the SEC on March 31, 2022.  Rickman also avers that a significant percentage of the stock he was awarded was pledged to lenders to Rockley as security for their loans to Rockley.

52.    The Rockley Defendants deny all the allegations of this paragraph and respectfully refer the Court to Rockley's DEF 14A Proxy Statement filed with the SEC on March 31, 2022, for a complete and accurate statement of Karanth's compensation.

53.    The Rockley Defendants admit the allegations of this paragraph.

54.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

55.    The Rockley Defendants admit the allegations of this paragraph.

56.    The Rockley Defendants admit the allegations of this paragraph.

57.    The Rockley Defendants admit the allegations of this paragraph except that they deny the portion of the second sentence alleging that the transactions described there were undertaken to finance the Merger and aver that those transactions were undertaken not only to finance the Merger but also and more importantly to finance the ongoing business operations of Rockley.

58.    The Rockley Defendants admit the allegations of this paragraph.

-10-

**C.   Rockley**

59.    The Rockley Defendants admit that, as of March 2021, Rockley was researching and attempting to develop integrated silicon photonics chipsets and chipset modules to monitor certain biomarkers.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

60.    The Rockley Defendants admit the allegations of this paragraph.

61.    The Rockley Defendants admit the allegations of this paragraph.

62.    The Rockley Defendants admit the allegations of this paragraph except that Rockley's principal efforts during the relevant period were directed at working with major customers on the use of Rockley's PICs in their wearable devices, although the PICs also were integral to the VitalSpex modules and the Bioptx band.

63.    The Rockley Defendants admit that among other things Rockley was intending to sell or license its PICs to OEMs of consumer wearable devices such as Apple and Samsung.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

64.    The Rockley Defendants admit that Rockley's Bioptx products were (among other uses) to be integrated into medical devices, that Rockley largely excluded this product line from its revenue forecasts through 2024, and that, as of the start of the Class Period, did not expect this product line to generate significant revenue before 2025, if then.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

65.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants

deny the remaining allegations of this paragraph.

**D.    Rockley Relied Heavily on a Chinese Joint Venture to Fund Its Operations Leading Up to and Following the Merger**

66.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

67.    The Rockley Defendants admit the allegations in the first sentence of this paragraph.  The allegations in the second sentence of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

68.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

69.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

70.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

**E.    Defendants Deceive Investors About Rockley's Joint Venture**

71.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny

all of them.

72. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

73. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

74. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

75. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

76. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

77. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

78. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny

all of them.

79.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

80.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

81.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

82.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

**F.      Defendants Materially Misrepresent Apple NRE Revenue Estimates and Commercialization Prospects**

83.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants admit that Apple was paying Rockley for non-recurring engineering ("NRE") services at the start of the Class Period, admit that NRE services, by their very nature, are not guaranteed to continue, and aver that Rockley repeatedly and clearly publicly disclosed in SEC filings and otherwise that the revenues from Apple and others for NRE or for products could be discontinued at the customers' discretion and with little or no notice.  Except as specifically admitted, the Rockley Defendants deny the

-14-

remaining allegations of this paragraph.

84. The Rockley Defendants admit that, at the start of the Class Period, they told investors, and honestly believed, that Rockley forecast generating significant consumer wearables revenue from major OEMs in 2023 and 2024 and aver that, when circumstances changed, they promptly withdrew this guidance. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

85. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

86. The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegation that the "Former Process Engineer" believed or thought he learned that the work conducted for Apple was for a product that was not expected to hit the market until 2026 and on that basis deny that allegation. The remaining allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

87. The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations and on that basis deny all of them.

88. The Rockley Defendants deny all the allegations of this paragraph except that, within Rockley, Apple was referred to as the "Secret Customer" even though with Apple's consent Rockley had referred to Apple in certain of Rockley's SEC filings.

89. The Rockley Defendants deny all the allegations of this paragraph except that Apple, as any semiconductor customer, had an interest in yield rates.

90. The allegations of this paragraph pertain to claims the Court has

-15-

dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

91.     The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

G.     **Defendants Deceive Investors About Rockley's Product Development and Commercialization Prospects**

92.     The Rockley Defendants admit that, at the start of the Class Period, they told investors, and honestly believed, that Rockley forecast generating significant consumer wearables revenue from major OEMs in 2023 and 2024 and aver that, when circumstances changed, they promptly withdrew this guidance.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

93.     The Rockley Defendants admit that, at the start of the Class Period, they told investors, and honestly believed, that Rockley forecast generating significant consumer wearables revenue from major OEMs in 2023 and 2024 and aver that, when circumstances changed, they promptly withdrew this guidance.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

94.     The Rockley Defendants deny all the allegations of this paragraph and in

-16-

particular deny that as of March 19, 2021, Rockley needed to develop or planned to develop ASICs to accompany PICs to be sold to major OEMs of consumer wearables devices. The Rockley Defendants further aver that, as of March 19, 2021, Rockley had already started to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung.

95. The Rockley Defendants deny all the allegations of this paragraph and in particular deny that as of March 19, 2021, Rockley needed to develop or planned to develop ASICs to accompany PICs to be sold to major OEMs of consumer wearables devices. The Rockley Defendants further aver that, as of March 19, 2021, Rockley had already started to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung.

96. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. The Rockley Defendants deny all the allegations of the first two sentences of this paragraph. Regarding the remaining sentences of this paragraph, the Rockley Defendants aver that Rockley, in its SEC filings starting early in 2021, repeatedly and accurately disclosed that the major OEMs Rockley hoped that major OEMs would buy PICs for consumer wearables but had not made binding purchase commitments to Rockley. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

97. The Rockley Defendants admit that, at the start of the Class Period, they told investors, and honestly believed, that Rockley forecast generating significant consumer wearables revenue from major OEMs in 2023 and 2024 and aver that, when circumstances changed, they promptly withdrew this guidance. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this

paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

98.    The Rockley Defendants deny all the allegations of this paragraph and in particular deny that as of March 19, 2021, or later during the alleged Class Period, Rockley needed to develop or planned to develop ASICs to accompany PICs to be sold to major OEMs of wearables devices.  The Rockley Defendants further aver that, as of March 19, 2021, and before the so-called "Former Chip Designer" allegedly was hired in December 2021, Rockley had already hired engineers to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung and had started to develop ASICs for these purposes.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

99.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations about the "Former Chip Designer" and on that basis deny all of them.  The Rockley Defendants deny that as of March 19, 2021, or later during the alleged Class Period, Rockley needed to develop or planned to develop ASICs to accompany PICs to be sold to major OEMs of consumer wearables devices.  The Rockley Defendants further aver that, as of March 19, 2021, and before the so-called "Former Chip Designer" allegedly was hired in December 2021, Rockley had already hired engineers to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung and had started to develop ASICs for these purposes.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

100.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations about the Former Chip

Designer and on that basis deny all of them.  The Rockley Defendants admit that from time to time Rickman received updates on the progress of product development but deny that Rockley needed to develop or planned to develop ASICs to accompany PICs to be sold to major OEMs of consumer wearables devices.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

101. The Rockley Defendants deny all the allegations of this paragraph.

102. The Rockley Defendants deny all the allegations of this paragraph.

103. The Rockley Defendants aver that was the major customers' responsibility to carry out their own human studies as it related to their use of Rockley's PICs and admit that while Rockley conducted human trials of Rockley's PICs for Rockley's module and wearable devices, Rockley's own trials were not a gate to major customers' use of Rockley's PICs.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

**H. Defendants Continue to Mislead Investors as the Truth is Slowly Revealed**

104. The Rockley Defendants deny all the allegations of this paragraph.

105. The Rockley Defendants admit that Rockley issued two press releases on May 12, 2022, and filed them with the SEC under 8-Ks; the Rockley Defendants respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

106. The Rockley Defendants admit that the price of Rockley's stock fell $0.47 per share, or 17%, to close at $2.33 per share on May 12, 2022.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

107.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

108.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

109.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations about analysts' beliefs and on that basis deny all of them.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

110.    The Rockley Defendants admit by September 1, 2022, Rockley had breached a $20 million minimum liquidity covenant under its existing notes.  The Rockley Defendants aver that before the covenant breach Rockley repeatedly warned investors of the risk of a covenant breach and promptly after the covenant breach disclosed to investors that the breach had occurred and had been resolved by a new financing.  The Rockley Defendants admit that this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

111.    The Rockley Defendants admit this paragraph selectively quotes from

ANSWER TO AMENDED COMPLAINT, No. 2:23-cv-09501-MRA-MAA

documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

112.    The Rockley Defendants admit that the price of Rockley's stock fell $0.08 per share, or nearly 22%, to close at $0.29 per share on November 10, 2022. The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations about analysts' beliefs and on that basis deny all of them.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

113.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

114.    The Rockley Defendants admit the allegations of this paragraph.

115.    The Rockley Defendants admit the allegations of this paragraph.

116.    The Rockley Defendants deny the allegations of this paragraph and aver that a more complete and more accurate summary of the process leading to Rockley's Chapter 11 Case may be found in the 44-page Declaration of Richard A. Meier filed January 23, 2023, as ECF 4, and in other documents filed in connection with the Chapter 11 Case and available on PACER.  The Rockley Defendants aver further that all Rockley equityholders and prospective investors who had read Rockley's Form 10-Q filed November 10, 2022 (and indeed Rockley's prior Forms 10-Q), knew of Rockley's net losses, accumulated deficit, negative cash flow, liquidity problems,

inability thus far to line up needed further financing, lack of any product in commercial production and substantial doubt about Rockley's ability to continue as a going concern, all of which had been publicly disclosed in considerable detail.

117. The Rockley Defendants admit that on January 23, 2023, Rockley entered the Chapter 11 Case. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

I.    **Post-Class Period Events**

118. The Rockley Defendants admit this paragraph selectively references documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

119. The Rockley Defendants aver that whether Apple is mentioned by name in one or more of the 218 docket entries in the Chapter 11 Case, frequent reference is made to Apple in those court filings. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

120. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

121. The Rockley Defendants admit that all equity in Rockley—including the Rockley Defendants' equity—was cancelled when the Successor to Rockley emerged from the Chapter 11 Case, admit that Meier resigned as CEO of Rockley in mid-March 2023 and aver that Meier was CEO of the Successor to Rockley from mid-March 2023 to mid-May 2023. The Rockley Defendants also admit that in May 2023 Rickman became CEO of the Successor to Rockley but Rickman denies that he got a "lucrative" compensation package (or any increase in his pre-bankruptcy

-22-

compensation) and avers that he received no equity or other compensation pursuant to the Management Incentive Plan mentioned in this paragraph. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

## VII. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS

### A. The Merger Announcement

122. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

123. The Rockley Defendants admit the allegations of this paragraph.

124. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

125. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

126. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as

specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

127.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

128.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

129.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

130.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

131.   The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (g).  Furthermore, the allegations of subparts (e) and (g) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

ANSWER TO AMENDED COMPLAINT, No. 2:23-cv-09501-MRA-MAA

**B.** **The Proxy Statement**

132. The Rockley Defendants admit the allegations of this paragraph.

133. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

134. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

135. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

136. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

137. The Rockley Defendants admit this paragraph selectively quotes from

-25-

documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

138.    The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (e).  Furthermore, the allegations of subparts (d) and (e) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

**C.    Close of the Merger and Second Quarter 2021 Results**

139.    The Rockley Defendants admit the allegations of this paragraph.

140.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

141.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

142.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

143.    The Rockley Defendants admit this paragraph selectively quotes from

-26-

documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

144.   The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (e).  Furthermore, the allegations of subparts (d) and (e) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

**D.     Third Quarter 2021 Results**

145.   The Rockley Defendants admit the allegations of the first sentence of this paragraph.  The Rockley Defendants deny all the allegations of the second sentence of this paragraph.  The allegations of this paragraph about HRT pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

146.   The Rockley Defendants admit the allegations of this paragraph.

147.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

148.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

149.   The Rockley Defendants admit this paragraph selectively quotes from

documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

150.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

151.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

152.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

153.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

154.   The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate

-28-

description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

155.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

156.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

157.    The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (j).  Furthermore, the allegations of subparts (a), (h) and (j) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

**E.    Hengtong's Inclusion on the BIS Entity List**

158.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

159.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

160.    The Rockley Defendants deny all the allegations of this paragraph.

161. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

**F.      First Quarter 2022 Statements**

162. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

163. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

164. The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (c).

165. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

166. The Rockley Defendants deny all the allegations of this paragraph.

**G.      Year-End 2021 Results**

167. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as

-30-

specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

168.    The Rockley Defendants admit the allegations of this paragraph.

169.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

170.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

171.    The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (c).  Furthermore, the allegations of subpart (c) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

**H.    First Quarter 2022 Results**

172.    The Rockley Defendants admit that Rockley issued a press release on May 12, 2022, and respectfully refers the Court to that document for a complete and accurate description of its contents.  Except as specifically admitted, the Rockley Defendants deny all the allegations of this paragraph.

173.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

174. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

175. The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (d). Furthermore, the allegations of subpart (c) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

**I.      Second Quarter 2022 Results**

176. The Rockley Defendants admit the allegations of this paragraph.

177. The Rockley Defendants admit that on August 11, 2022, Rockley issued a press release, which Rockley filed with the SEC under an 8-K. The Rockley Defendants admit this paragraph selectively quotes from the press release but deny that this paragraph accurately summarizes the press release and the cautionary language they contain and respectfully refer the Court to the press release for a complete and accurate description of its contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

178. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and the cautionary language they contain and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

179. The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants

-32-

deny the remaining allegations of this paragraph.

180.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

181.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

182.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

183.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

184.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

185.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and

-33-

respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

186.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

187.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

188.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

189.    The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (g).  Furthermore, the allegations of subpart (g) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

**J.    Third Quarter 2022 Results**

190.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

-34-

191.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

192.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

193.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

194.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

195.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

196.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate

-35-

description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

197.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

198.    The Rockley Defendants deny all the allegations of this paragraph, including subparts (a) through (c).  The Rockley Defendants aver that all Rockley equityholders and prospective investors who had read Rockley's Form 10-Q filed November 10, 2022 (and indeed Rockley's prior Forms 10-Q), knew of Rockley's net losses, accumulated deficit, negative cash flow, liquidity problems, inability thus far to line up needed further financing, lack of any product in commercial production and substantial doubt about Rockley's ability to continue as a going concern, all of which had been publicly disclosed in considerable detail.  Furthermore, the allegations of subpart (c) pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.

## VIII. ADDITIONAL SCIENTER ALLEGATIONS

199.    The Rockley Defendants deny all the allegations of this paragraph.

200.    The Rockley Defendants deny all the allegations of this paragraph.

201.    The Rockley Defendants deny all the allegations of this paragraph.

**A.    Defendants' Knowledge of and Access to Information Concerning the Material Risks Regarding the Viability of Rockley's Joint Venture**

202.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

203.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

204.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

**B.    Defendants' Knowledge of and Access to Information Concerning Rockley's Consumer Wearables Product Development**

205.    The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of this paragraph about the Former Chip Designer's beliefs and on that basis deny all of them.  The Rockley Defendants deny all the remaining allegations of this paragraph.

206.    The Rockley Defendants admit that this paragraph contains a very selective and incomplete statement of Rickman's experience with respect to silicon photonics and admit that he oversaw Rockley's development of silicon photonics. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

207.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

208.    The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants

-37-

deny the remaining allegations of this paragraph.

209. The Rockley Defendants deny all the allegations of this paragraph.

210. The Rockley Defendants deny all the allegations in the first sentence of this paragraph. The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's remaining allegations and on that basis deny all of them but aver that Rockley did not need to develop or plan to develop ASICs to accompany PICs to be sold to major OEMs of consumer wearables devices and that long before the Former Chip Designer says he was hired Rockley had already started to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung.

211. The Rockley Defendants admit that David A. Nelson, who during the alleged Class Period was Vice President of Integrated Circuit Design at Rockley, reported on product development to Rickman. Because the Rockley Defendants do not know who the purported "Former Chip Designer" is, they lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations about the "Former Chip Designer" and on that basis deny all of them. The Rockley Defendants deny that Rockley needed to develop or planned to develop ASICs to accompany PICs to be sold to major OEMs of consumer wearables devices. The Rockley Defendants further aver that, as of March 19, 2021, Rockley had already started to develop ASICs for medical devices and for consumer wearable devices that Rockley might sell itself or sell to smaller OEMs not in the same league as companies such as Apple and Samsung.

C.   **Defendants' Knowledge of and Access to Information Concerning Rockley's Relationship with Apple**

212. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny

-38-

all of them.

213. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

214. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

215. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

216. The Rockley Defendants deny all the allegations of this paragraph.

**D.** **Defendants' Misrepresentations Concerning the Core Operations of the Company**

217. The Rockley Defendants deny all the allegations of this paragraph.

218. The Rockley Defendants deny all the allegations of this paragraph.

219. The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

220. The Rockley Defendants admit that Rockley promptly and on a quarterly basis in SEC filings and otherwise appropriately disclosed Rockley's cash and liquidity position. The Rockley Defendants aver that all Rockley equityholders and prospective investors who had read Rockley's Form 10-Q filed November 10, 2022, knew of Rockley's net losses, accumulated deficit, negative cash flow, liquidity problems, inability thus far to line up needed further financing, lack of any product in

commercial production and substantial doubt about Rockley's ability to continue as a going concern, all of which had been publicly disclosed in considerable detail.  The Rockley Defendants admit this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

**E. The Temporal Proximity Between Defendants' Misrepresentations and the Revelation of Information Undermining Those Representations Supports an Inference of Scienter**

221. The Rockley Defendants admit that, at the start of the Class Period, they told investors, and honestly believed, that Rockley forecast generating significant consumer wearables revenue from major OEMs in 2023 and 2024 and aver that, when circumstances changed, they promptly withdrew this guidance.  The allegations of this paragraph about HRT pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.  The Rockley Defendants admit that the last sentence of this paragraph selectively quotes from documents but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents.  Except as specifically admitted, the Rockley Defendants deny all the allegations of this paragraph.

**F. Rickman's Evasive, Contradictory, and Self-Serving Responses to Analyst Questions Support an Inference of Scienter**

222. The Rockley Defendants deny all the allegations of this paragraph.

**G. Suspiciously Timed Executive Departures Support a Strong Inference of Scienter**

223. The Rockley Defendants admit the allegations of this paragraph as to

when Karanth resigned as CFO but deny that his resignation has anything to do with matters alleged in the Amended Complaint including guidance changes, and aver that the press release announcing Karanth's departure, which was filed with the SEC under a Form 8-K on June 15, 2022, truthfully stated that "Mr. Karanth's departure is not related to any financial performance, policy, control issues or any disagreements on accounting or financial reporting matters." The Rockley Defendants admit that the second sentence of this paragraph selectively quotes from the putative statements of a securities analyst but deny that this paragraph accurately summarizes those documents and respectfully refer the Court to those documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny all the allegations of this paragraph.

224. The Rockley Defendants admit that in December 2022, Rickman transitioned from being CEO of Rockley to being Executive Chairman of Rockley and that Meier then became CEO of Rockley. The Rockley Defendants also admit that as of December 2022, Rickman—and indeed all Rockley equityholders and prospective investors who had read Rockley's Form 10-Q filed November 10, 2022—knew of Rockley's net losses, accumulated deficit, negative cash flow, liquidity problems, inability thus far to line up needed further financing, lack of any product in commercial production and substantial doubt about Rockley's ability to continue as a going concern, all of which had been publicly disclosed in considerable detail. The Rockley Defendants also admit that Meier resigned as CEO of Rockley in mid-March 2023 and aver that Meier was CEO of the Successor to Rockley from mid-March 2023 to mid-May 2023. The Rockley Defendants also admit that in May 2023 Rickman became CEO of the Successor to Rockley. Except as specifically admitted, the Rockley Defendants deny the allegations of this paragraph.

225. The Rockley Defendants admit that on May 10, 2023 Rickman became the CEO of Rockley and later the Successor to Rockley but Rickman denies that he got a "lucrative" compensation package (or any increase in his pre-bankruptcy

compensation) and avers that he received no equity or other compensation pursuant to the Management Incentive Plan mentioned in this paragraph. Except as specifically admitted, the Rockley Defendants deny the allegations of this paragraph.

### H.    Motive and Opportunity

226.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

227.    The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer. If the allegations require a response, the Rockley Defendants deny all of them.

228.    The Rockley Defendants admit that Rickman and Karanth were senior executives at the time of the Merger who received modest salary increases at the time of the Merger, admit that they also received stock in Rockley, aver that Rickman never sold any of his Rockley stock, which later became worthless, aver that Karanth only sold approximately $17,000 of his Rockley stock and that months after he had ceased being employed by Rockley, and admit that they believed the Merger would provide Rockley with much-needed investor-provided capital. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph and in particular Rickman denies that he received $1.5 million in cash as part of the Merger; rather, the board of directors awarded him this sum months after the Merger, as stated in Rockley's DEF 14A filed with the SEC on March 31, 2022. Rickman also avers that a significant percentage of the stock he was awarded was pledged to lenders to Rockley as security for their loans to Rockley.

229.    The Rockley Defendants deny all the allegations of this paragraph that pertain to them or any of them. The Rockley Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph's allegations

about the dismissed SIN Defendants and on that basis deny all of them.

**I.     The Sponsor Defendants' Purported Due Diligence Supports an Inference of Scienter**

230.   The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

**IX.   LOSS CAUSATION**

231.   The Rockley Defendants deny all the allegations of this paragraph.

232.   The Rockley Defendants deny all the allegations of this paragraph.

233.   The Rockley Defendants deny all the allegations of this paragraph, including those in footnote 3 appended to it.

234.   The Rockley Defendants deny all the allegations of this paragraph.

235.   The allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

236.   The Rockley Defendants admit that the closing price of Rockley stock was $5.28 per share on December 21, 2021, and $4.53 per share on December 22, 2021.  The remaining allegations of this paragraph pertain to claims the Court has dismissed (ECF 95) or defendants Lead Plaintiffs have dismissed (ECF 97) and thus require no answer.  If the allegations require a response, the Rockley Defendants deny all of them.

237.   The Rockley Defendants admit that Rockley filed two 8-Ks on May 12, 2022.  The Rockley Defendants admit this paragraph selectively quotes from at least one of the press releases attached to these 8-Ks but deny that this paragraph accurately summarizes the press releases and respectfully refer the Court to the press releases for a complete and accurate description of their contents.  Except as specifically admitted,

the Rockley Defendants deny the remaining allegations of this paragraph.

238. The Rockley Defendants admit that the closing price of Rockley stock was $2.80 per share on May 11, 2022, and $2.33 per share on May 12, 2022. Except as specifically admitted, the Rockley Defendants deny the allegations of this paragraph.

239. The Rockley Defendants admit that Rockley filed an 8-K on November 9, 2022, and held an earnings conference call the same day. The Rockley Defendants admit this paragraph selectively quotes from the press release attached to the 8-K and from the transcript of the earnings conference call but deny that this paragraph accurately summarizes these documents and respectfully refer the Court to these documents for a complete and accurate description of their contents. Except as specifically admitted, the Rockley Defendants deny the remaining allegations of this paragraph.

240. The Rockley Defendants admit that the closing price of Rockley stock was $0.37 per share on November 9, 2022, and $0.29 per share on November 10, 2022. Except as specifically admitted, the Rockley Defendants deny the allegations of this paragraph.

241. The Rockley Defendants admit the allegations of the first sentence of this paragraph. The second sentence of this paragraph states a legal conclusion to which no response is required. If these allegations of this paragraph require a response, the Rockley Defendants deny all of them.

242. The Rockley Defendants admit that the closing price of Rockley stock was $0.40 per share on December 9, 2022 (higher than it had been a month earlier), and $0.25 per share on December 12, 2022. Except as specifically admitted, the Rockley Defendants deny the allegations of this paragraph.

243. The Rockley Defendants admit that on January 23, 2023, Rockley entered the Chapter 11 Case. Except as specifically admitted, the Rockley Defendants deny the allegations of this paragraph.

244. The Rockley Defendants deny all the allegations of this paragraph.

## X.   APPLICABILITY OF PRESUMPTION OF RELIANCE

245. The Rockley Defendants deny all the allegations of this paragraph.

246. The Rockley Defendants deny all the allegations of this paragraph.

247. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

## XI.   NO SAFE HARBOR

248. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

## XII.   CLASS ACTION ALLEGATIONS

249. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

250. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

251. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

252. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

253. This paragraph states a legal conclusion to which no response is required. If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

254. This paragraph states a legal conclusion to which no response is required.

If the allegations of this paragraph require a response, the Rockley Defendants deny all of them.

## COUNT I

## SECTION 10(b) OF THE SECURITIES EXCHANGE ACT OF 1934 AND RULE 10b-5

**255.** The Rockley Defendants incorporate by reference their answers to all preceding paragraphs of the Amended Complaint.

**256.** The Rockley Defendants deny all the allegations of this paragraph.

**257.** The Rockley Defendants deny all the allegations of this paragraph.

**258.** The Rockley Defendants deny all the allegations of this paragraph.

**259.** The Rockley Defendants deny all the allegations of this paragraph.

## COUNT II

## SECTION 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934

**260.** The Rockley Defendants incorporate by reference their answers to all preceding paragraphs of the Amended Complaint.

**261.** The Rockley Defendants deny all the allegations of this paragraph.

**262.** The Rockley Defendants deny all the allegations of this paragraph.

**263.** The Rockley Defendants deny all the allegations of this paragraph.

**264.** The Rockley Defendants deny all the allegations of this paragraph.

**265.** Except as specifically admitted above, the Rockley Defendants deny each and every allegation of the Amended Complaint.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

**1.** The Amended Complaint fails, in whole or in part, to state a claim upon which relief can be granted as against the Rockley Defendants.

## SECOND DEFENSE

**2.** The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because information that the Rockley Defendants allegedly

concealed was in the public domain during the alleged Class Period and, as such, was reflected in the price of Rockley's stock.

### THIRD DEFENSE

3.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that the Rockley Defendants are alleged to have made were predictions, expressions of opinion or optimism, or forward-looking statements protected by the safe harbor provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), as codified at 15 U.S.C. § 78u-5(c).

### FOURTH DEFENSE

4.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that the Rockley Defendants are alleged to have made are protected by the "Bespeaks Caution" doctrine.

### FIFTH DEFENSE

5.    To the extent that it may be determined that any former Defendant other than the Rockley Defendants is responsible for the alleged losses of Plaintiffs and the alleged plaintiff class, and acted with the state of mind required under the Exchange Act, the mental state and actions of such other former Defendants may not be attributed to the Rockley Defendants.

### SIXTH DEFENSE

6.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the Rockley Defendants had no duty to disclose, or update, matters that they did not disclose or update.

### SEVENTH DEFENSE

7.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that the Rockley Defendants are alleged to have made are puffery or vague expressions of optimism, and hence not actionable.

### EIGHTH DEFENSE

8.    The claims of Plaintiffs and the alleged plaintiff class are barred, in

whole or in part, because the statements that the Rockley Defendants are alleged to have made to the extent they were not forward-looking statements protected by the safe harbor provisions of the PSLRA, as codified at 15 U.S.C. § 78u-5(c), nonetheless represented interpretations or statements of opinion about matters that were true or believed by the Rockley Defendants to be true, and hence not actionable.

**NINTH DEFENSE**

9. The control person claims of Plaintiffs and the alleged plaintiff class against the Rockley Defendants are barred, in whole or in part, because the Rockley Defendants acted in good faith and did not directly or indirectly induce any act or acts by others constituting a violation of the Securities Exchange Act of 1934.

**TENTH DEFENSE**

10. The control person claims of Plaintiffs and the alleged plaintiff class against the Rockley Defendants are barred, in whole or in part, because (a) Karanth did not have the ability to control and did not exercise any control over the acts, omissions or statement of Rickman, (b) Meier, while CFO of Rockley, did not have the ability to control and did not exercise any control over the acts, omissions or statement of Rickman, and (c) Rickman, while Meier was CEO of Rockley, is not alleged to have made any materially false or misleading statements.

**ELEVENTH DEFENSE**

11. The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the alleged acts and omissions of the Rockley Defendants did not cause any loss or drop in the price of Rockley stock, and/or because any loss or drop in the price of Rockley stock was the proximate result of actions or omissions of persons or entities other than the Rockley Defendants and situations beyond the control of the Rockley Defendants such as the downturn in the market for equity in companies that had gone public via a de-SPAC transaction in or around 2021 and the consequent inability of Rockley to raise as much capital as it needed to remain solvent until it could begin to generate enough recurring revenue to cover its expenses.

**TWELFTH DEFENSE**

12.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the alleged acts and omissions of the Rockley Defendants did not cause any transactions by Plaintiffs or the alleged plaintiff class in Rockley stock.

**THIRTEENTH DEFENSE**

13.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because Plaintiffs' allegations that the Rockley Defendants acted with scienter are rebutted by the fact that Rickman and Meier did not sell any Rockley stock during the alleged Class Period and instead lost all their equity in Rockley when it entered the Chapter 11 Case in 2023, and that Karanth only sold approximately $17,000 of his Rockley stock—and that months after he had ceased being employed by Rockley— and instead lost all the rest of his equity in Rockley when it entered the Chapter 11 Case in 2023.

**FOURTEENTH DEFENSE**

14.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because of failures to mitigate damages at least on the part of Plaintiffs or alleged members of the plaintiff class who did not sell their Rockley stock before Rockley entered the Chapter 11 Case.

**FIFTEENTH DEFENSE**

15.    Any harm suffered or damages incurred by Plaintiffs or the individual members of the alleged plaintiff class are subject to offset in the amount of any benefit received by Plaintiffs or the individual members of the alleged plaintiff class through their investments, including but not limited to any tax, insurance, or indemnification benefit, or proceeds received from hedging or short selling.

**SIXTEENTH DEFENSE**

16.    The claims of Plaintiffs and certain members of the alleged plaintiff class are barred under such equitable defenses as the evidence demonstrates, including but

-49-

not limited to the doctrines of waiver, estoppel, unclean hands, and laches.

**SEVENTEENTH DEFENSE**

17.   The claims of the alleged plaintiff class are barred because this action is not maintainable as a class action.  In the alternative, the putative class period is overbroad, and, therefore, many members of the alleged plaintiff class are not entitled to any recovery.

**EIGHTEENTH DEFENSE**

18.   If and to the extent the Rockley Defendants are held to be liable for any of the alleged claims, the Rockley Defendants are entitled to contribution or indemnity from the Successor to Rockley or the other former Defendants, or both, under 15 U.S.C. § 78u-4(f) or any other applicable law.

**NINETEENTH DEFENSE**

19.   If and to the extent the Rockley Defendants are held to be liable for any of the alleged claims, the Rockley Defendants are entitled to a proportional allocation of any liability under 15 U.S.C. § 78u-4(f).

**ADDITIONAL DEFENSES RESERVED**

20.   The Rockley Defendants reserve the right to raise any additional defenses, counterclaims, crossclaims, and third-party claims not asserted herein of which they may become aware through discovery or other investigation, as may be appropriate later.

**PRAYER**

WHEREFORE, the Rockley Defendants pray for judgment in their favor and against Lead Plaintiffs as follows:

a.   That the Court not certify this action to be a class action;

b.   That Plaintiffs and the alleged plaintiff class take nothing as against the Rockley Defendants;

c.   That the Rockley Defendants be awarded their costs of suit; and

d.     That the Rockley Defendants be awarded such other and further relief as the Court sees fit.

Dated:  May 12, 2025

PILLSBURY WINTHROP SHAW PITTMAN LLP

*Bruce A. Ericson*

Bruce A. Ericson
Attorneys for the Rockley Defendants

ANSWER TO AMENDED COMPLAINT, No. 2:23-cv-09501-MRA-MAA