**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Kenneth S. Grossman | CASE NUMBER: |
|---|---|
| v.                                   Plaintiff(s) | 2:23-cv-09501-MRA-MAA |
| David Sin et al                    Defendant(s) | **MOTION RE: INFORMAL DISCOVERY CONFERENCE** |

A discovery conference is convened by Magistrate Judge Maria A. Audero to address Plaintiffs' STIPULATION for Discovery as to THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION (ECF 110).

The Court hereby sets the Informal Discovery Conference on _____07/08/2025_____ at __10:00am__.

The hearing will be held:  ☐ in person in Courtroom _____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California
☐ via Zoom (a Zoom link will be circulated separately)
☑ telephonically (dial-in information will be circulated separately)

To ensure quality recordings, please adhere to the following:

**Professional Setting:** Join from a professional setting. Avoid vehicles, public spaces, and locations with background noise.

**Equipment:** Avoid speakerphone use during calls, headsets are preferred when possible.

**Noise Reduction:** Minimize environmental noise and background conversations.

**Clear Communication**: Avoid speaking over one another to prevent audio distortion.

Dated:    _____07/01/2025_____          By: _____C. DELGADO_____

Deputy Clerk