```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON (76342)
 2  bruce.ericson@pillsburylaw.com
 3  Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111-5998
 4  Telephone:  415.983.1000
 5  Facsimile:  415.983.1200

 6
    PILLSBURY WINTHROP SHAW PITTMAN LLP
 7  ARI M. BERMAN (Pro hac vice)
    ari.berman@pillsburylaw.com
 8  31 West 52nd Street
 9  New York, NY 10019-6131
    Telephone:  212.858.1000
10  Facsimile:  212.858.1500
11
    Attorneys for Defendants Andrew Rickman
12  Mahesh Karanth, and Richard Meier
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD.,<br><br>        Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL PROCEEDINGS PENDING FILING OF SETTLEMENT PAPERS** |

1  Lead Plaintiffs Jonathan Lottner, individually and as owner of Munsel Limited,
2  and Federico Huergo, individually and as owner of Lensis Group Limited and Zenalia
3  Investment Corp. and as director of Fitz Investment Limited ("Lead Plaintiffs"), and
4  Defendants Andrew Rickman, Richard Meier, and Mahesh Karanth ("Defendants"),
5  respectfully notify the Court pursuant to paragraph 6 of the Court's standing procedures
6  that:

7      1.   The parties have agreed to settle the above-captioned matter.

8      2.   The parties intend to file a Motion for Preliminary Approval of Class
9  Action Settlement, along with a Stipulation and Agreement of Settlement and the other
10 necessary documents supporting that Motion, within 60 days.

11     Accordingly, the parties respectfully request that the Court issue an order staying
12 all proceedings pending the filing of the Stipulation and Agreement of Settlement and
13 the Motion for Preliminary Approval of Class Action Settlement.  The parties note that
14 the only current pretrial deadline falling in the next 60 days is the Deadline for
15 Opposition to Class Certification Motion and Opposing Expert Report(s).  *See* ECF No.
16 121, at 1:21-24.

17 Dated: November 14, 2025         ROBBINS GELLER RUDMAN
                                     & DOWD LLP
18                                  NATHAN R. LINDELL
19                                  KEVIN S. SCIARANI
20
21                                        s/ *Nathan R. Lindell*
22                                       NATHAN R. LINDELL

23                                  655 West Broadway, Suite 1900
                                    San Diego, CA  92101
24                                  Telephone:  619/231-1058
25                                  619/231-7423 (fax)
                                    nlindell@rgrdlaw.com
26                                  ksciarani@rgrdlaw.com

27                                  Lead Counsel for Lead Plaintiffs
28

| | | |
|---|---|---|
| 1 | Dated: November 14, 2025 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | BRUCE A. ERICSON (CA Bar 76342) |
| 3 | | bruce.ericson@pillsburylaw.com |
| 4 | | |
| 5 | | _s/ Bruce A. Ericson_ |
| 6 | | BRUCE A. ERICSON |
| 7 | | Four Embarcadero Center, 22nd Floor |
| | | San Francisco, CA  94111-5998 |
| 8 | | Telephone:  415.983.1000 |
| 9 | | Facsimile:  415.983.1200 |
| 10 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | | ARI M. BERMAN (Pro hac vice) |
| 12 | | ari.berman@pillsburylaw.com |
| 13 | | 31 West 52nd Street |
| | | New York, NY 10019-6131 |
| 14 | | Telephone:  212.858.1000 |
| 15 | | Facsimile:   212.858.1500 |
| 16 | | Attorneys for Defendants |

**ATTESTATION UNDER LOCAL RULE 5.4.3.4(a)(2)(i)**

I, Bruce A. Ericson, the filer of this document, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2025.

_s/ Bruce A. Ericson_
Bruce A. Ericson