UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>vs.<br><br>DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD.,<br><br>         Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING FILING OF SETTLEMENT PAPERS** |

Upon consideration of the Joint Notice of Settlement and Joint Motion to Stay All Proceedings Pending Filing of Settlement Papers, and the entire record herein,

It is hereby **ORDERED** that:

1. The Joint Motion to Stay All Proceedings Pending Filing of Settlement Papers is hereby **GRANTED**;

2. All proceedings in this action are hereby stayed pending the filing of the Stipulation and Agreement of Settlement and the Motion for Preliminary Approval of Class Action Settlement;

3. If for any reason the parties are unable to file a Stipulation and Agreement of Settlement and a Motion for Preliminary Approval of Class Action Settlement within 60 days of the date of this Order, the parties shall promptly notify the Court and, in accordance with paragraph 6 of this Court's standing procedures, articulate why additional time is needed and demonstrate diligence in finalizing the settlement.

**IT IS SO ORDERED.**

Dated: November __, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge

1