ROBBINS GELLER RUDMAN
  & DOWD LLP
STEVEN W. PEPICH (116086)
THOMAS E. EGLER (189871)
NATHAN R. LINDELL (248668)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
tome@rgrdlaw.com
nlindell@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>DAVID SIN, et al.,<br><br>               Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE:   February 17, 2026<br>TIME:   10:00 a.m.<br>CTRM:  9B<br>JUDGE:  Mónica Ramírez Almadani |

4927-1430-1320.v1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 17, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Mónica Ramírez Almadani in the United States District Court for the Central District of California, in the Ronald Reagan Federal Building and U.S. Courthouse, Courtroom 9B, located at 411 W. 4th Street, Santa Ana, CA 92701, Jonathan Lottner, individually and as owner of Munsel Limited and indirect beneficial owner of Cosmos Investments Assets Limited, and Federico Huergo, individually and as owner of Lensis Group Limited and Zenalia Investment Corp. and director of Fitz Investment Limited ("Lead Plaintiffs"), on behalf of the Class, will and hereby do move the Court for an order that: (i) preliminarily approves the proposed Settlement set forth in the Stipulation of Settlement, dated January 20, 2026 ("Stipulation"), which is being filed concurrently; (ii) preliminarily certifies the Class for settlement purposes, and appoints Lead Plaintiffs as class representatives and Lead Counsel as class counsel; (iii) approves the form and substance of the notice plan; (iv) approves Verita Global as Claims Administrator; and (v) sets a schedule of events to govern the procedural aspects of the Settlement and a hearing date for the Court to consider final approval of the Settlement.

Defendants do not oppose this Motion, which is made following the conference of counsel pursuant to L.R. 7-3, which commenced via electronic mail on December 5, 2025, and continued through January 20, 2026, via electronic mail and telephone.

Lead Plaintiffs respectfully submit this unopposed Motion pursuant to Federal Rule of Civil Procedure 23(e) and the Private Securities Litigation Reform Act of 1995. This Motion is based on the accompanying Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Stipulation, and such additional evidence or argument as may be required by the Court.

4927-1430-1320.v1

| | | |
|---|---|---|
| 1 | DATED: January 20, 2026 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN |
| 3 | |   & DOWD LLP<br>STEVEN W. PEPICH |
| 4 | | THOMAS E. EGLER<br>NATHAN R. LINDELL |
| 5 | | KEVIN S. SCIARANI |

s/ Nathan R. Lindell

NATHAN R. LINDELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
tome@rgrdlaw.com
nlindell@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 2 -

4927-1430-1320.v1