PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (76342)
bruce.ericson@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415.983.1000
Facsimile:  415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
ARI M. BERMAN (Pro hac vice)
ari.berman@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone:  212.858.1000
Facsimile:  212.858.1500

Attorneys for Defendants Andrew Rickman
Mahesh Karanth, and Richard Meier

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD., <br><br> Defendants. | Case No. 2:23-cv-09501-MRA-MAA <br><br> CLASS ACTION <br><br> **DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF DEFENDANTS' MOTION REQUESTING TO APPEAR REMOTELY AT HEARING** <br><br> Hearing:  May 5, 2026, 10:30 am |

-1-

I, BRUCE A. ERICSON, declare:

1.      I am a member of the State Bar of California, the bar of this Court, and the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Defendants Andrew Rickman, Mahesh Karanth, and Richard Meier.

2.      In accordance with this Court's requirement that requests for remote appearances "must be supported by a declaration . . . setting forth good cause for the remote appearance," I make this declaration in support of the Administrative Motion Requesting to Appear Remotely at Hearing (the "Motion") filed on behalf of defendants Andrew Rickman, Mahesh Karanth, and Richard Meier (collectively, "Defendants").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      I request permission to appear remotely at the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Hearing"), set for May 5, 2026 at 10:00 am.  *See* ECF No. 130.  My reasons for seeking permission are:

a.      Defendants support the proposed settlement.  Defendants do not oppose Plaintiffs' Motion for Preliminary Approval.  *See* ECF No. 131.  For these reasons I anticipate that my role at the Hearing would be minimal.  In all likelihood I would say nothing beyond stating my appearance.

b.      I live and work in San Francisco.  Accordingly, appearing at a morning hearing would require travel to Orange County and likely a hotel room the night before.  These are expenses my clients would just as soon not incur.

c.      I have conferred with counsel for Plaintiffs.  Plaintiffs do not oppose my appearing remotely.  Plaintiffs' counsel plans to attend the Hearing in person and I am fine with that.

d.      Of course, if the Court prefers that I attend in person, I will do so.

4.      Accordingly, I respectfully request that the Court enter the proposed order submitted with the Motion.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed this 14th day of April, 2026 at San Francisco, California.


_____

Bruce A. Ericson
A Member of Pillsbury Winthrop Shaw Pittman LLP