UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAVID SIN, ANGELO JOHN COLOMA, ANDREW RICKMAN, MAHESH KARANTH, RICHARD MEIER, and SIN CAPITAL GROUP PTE. LTD.,<br><br>                    Defendants. | Case No. 2:23-cv-09501-MRA-MAA<br>CLASS ACTION<br><br>**ORDER GRANTING DEFENDANTS' MOTION REQUESTING TO APPEAR REMOTELY AT HEARING [132]** |

Having considered the Motion Requesting to Appear Remotely at the Preliminary Conference Hearing submitted on behalf of Defendants Andrew Rickman, Mahesh Karanth, and Richard Meier, the declaration submitted in support of the motion, and Plaintiffs' non-opposition to the motion, and good cause appearing,

IT IS HEREBY ORDERED that:

1.    Defendants' counsel may appear remotely at the May 5, 2026, hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement using the Zoom instructions found on Judge Ramirez Almadani's page of the Court's website and log in to the Zoom courtroom no later than 15 minutes prior to the scheduled hearing time.

IT IS SO ORDERED.

Dated: April 16, 2026

_____
Hon. Mónica Ramírez Almadani
United States District Judge

1